**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Virginia
(State)

Case number (if known): _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | Ascena Retail Group, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0641353 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **933 MacArthur Boulevard**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Mahwah**    **NJ**    **07430**<br>City    State    Zip Code | City    State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Bergen County**<br>County | Number    Street |
| | City    State    Zip Code |

5. **Debtor's website** (URL)    https://www.ascenaretail.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | **Ascena Retail Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 7. | Describe debtor's business | A. *Check One:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | **4481 (Clothing Stores)** |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check One:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11.   *Check all that apply:* |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.** |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ Yes. | District | _____ | When _____ MM/DD/YYYY | Case number | _____ |
| | If more than 2 cases, attach a separate list. | | District | _____ | When _____ MM/DD/YYYY | Case number | _____ |

Debtor __Ascena Retail Group, Inc.__  Case number *(if known)* _____
     Name

| | | | | |
|---|---|---|---|---|
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No <br> ☒ Yes. | Debtor    **See Rider 1** <br> District   **Eastern District of Virginia** <br> Case number, if known _____ | Relationship <br><br> When | **Affiliate** <br><br> **07/23/2020** <br> MM / DD / YYYY |
| List all cases. If more than 1, attach a separate list. | | | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number     Street

_____
City      State     Zip Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☒ More than 100,000 |
| ☐ 200-999 | | |

---

[1] The Debtors' estimated number of creditors noted here are provided on a consolidated basis.

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor    **Ascena Retail Group, Inc.**    Case number *(if known)*
    Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☒ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☒ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/23/2020**
    MM/ DD / YYYY

✗    **/s/ *Carrie W. Teffner***    **Carrie W. Teffner**
Signature of authorized representative of debtor    Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

✗    **/s/ *Cullen D. Speckhart***    Date    **07/23/2020**
Signature of attorney for debtor    MM/DD/YYYY

**Cullen D. Speckhart**
Printed name

**Cooley LLP**
Firm name

**1299 Pennsylvania Avenue, NW, Suite 700**
Number    Street

**Washington**    **DC**    **20004-2400**
City    State    ZIP Code

**(202) 842-7800**    **cspeckhart@cooley.com**
Contact phone    Email address

**79096**    **Virginia**
Bar number    State
***(Admitted to practice in New York, Virginia, Missouri and Texas; Not admitted to practice in DC, supervised by members of DC bar)***

Official Form 201A (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCENA RETAIL GROUP, INC., | ) | Case No. 20-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **0-11736**

2. The following financial data is the latest available information and refers to the debtor's condition on **The Most Recent 10Q was filed on March 9, 2020, which reflected data as of February 1, 2020.**

(a) Total assets    $ **13,690,710,379.40**

(b) Total debts (including debts listed in 2.c., below)    $ **12,516,261,149.25**

(c) Debt securities held by more than 500 holders    **N/A**

Approximate number of holders:

| | | | |
|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ _____ |

(d) Number of shares of preferred stock    **0 issued**

(e) Number of shares of common stock    **Approximately 10,000,000 issued shares**

Comments, if any:    **Ascena Retail Group, Inc. does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued and does not believe that any such securities are held by more than 500 holders.**

3. Brief description of debtor's business:    **Ascena Retail Group, Inc. (Nasdaq: ASNA) is a national specialty retailer offering apparel, shoes, and accessories for women under the Premium Fashion segment (Ann Taylor, LOFT, and Lou & Grey), Plus Fashion segment (Lane Bryant, Catherines, and Cacique) and for tween girls under the Kids Fashion Segment (Justice).  Ascena Retail Group, Inc. through its retail brands operates e-commerce websites and approximately 2,800 stores throughout the United States, Canada, and Puerto Rico.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Stadium Capital Management LLC; Charles Schwab Investment Management, Inc.; Dimensional Fund Advisors LP; BlackRock Fund Advisors; Renaissance Technologies LLC; David R. Jaffe; Elise Jaffe.**

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Eastern District of Virginia (State) | |
| Case number *(if known)*: _____  Chapter  11 | ☐ Check if this is an amended filing |

## Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Virginia for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Ascena Retail Group, Inc.

- Ascena Retail Group, Inc.
- 933 Inspiration LLC
- Ann Card Services, Inc.
- Ann, Inc.
- AnnCo, Inc.
- AnnTaylor Distribution Services, Inc.
- AnnTaylor of Puerto Rico, Inc.
- AnnTaylor Retail, Inc.
- AnnTaylor, Inc.
- Ascena Retail Holdings, Inc.
- Ascena Trade Services, LLC
- ASNA Plus Fashion, Inc.
- ASNA Value Fashion LLC
- BackingBrands Buying Agent, LLC
- BackingBrands Solutions, LLC
- C.S.F. Corp.
- Catalog Receivables LLC
- Catalog Seller LLC
- Catherines #5124, Inc.
- Catherines #5147, Inc.
- Catherines Stores Corporation
- Catherines, Inc.
- CCTM, Inc.
- Charming Sales Co. Four, Inc.
- Charming Sales Co. One, Inc.
- Charming Sales Co Three, Inc.
- Charming Sales Co. Two, Inc.
- Charming Shoppes of Delaware, Inc.
- Charming Shoppes Receivables Corp.
- Charming Shoppes Seller, Inc.
- Charming Shoppes Street, Inc.
- Charming Shoppes, Inc.
- Chestnut Acquisition Sub Inc.
- Crosstown Traders, Inc.
- CS HoldCo II Inc.
- CSGC, Inc.
- CSI Industries, Inc.
- CSPE, LLC
- DBCM Holdings, LLC
- DBI Holdings, Inc.
- DBX, Inc.
- Duluth Real Estate LLC
- Etna Retail DC, LLC
- Fashion Apparel Sourcing LLC
- Fashion Service Fulfillment Corporation
- Fashion Service LLC
- GC Fulfillment, LLC
- Lane Bryant #6243, Inc.
- Lane Bryant of Pennsylvania, Inc.
- Lane Bryant Outlet 4106, Inc.
- Lane Bryant Purchasing Corp.
- Lane Bryant, Inc.
- PSTM, Inc.
- Sonsi, Inc.
- Spirit of America, Inc.
- Too GC, LLC
- Tween Brands Agency, Inc.
- Tween Brands Direct Services Inc.
- Tween Brands Investment, LLC
- Tween Brands Marketing, Inc.
- Tween Brands Service Co.
- Tween Brands, Inc.
- Winks Lane, Inc.
- Worldwide Retail Holdings, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|   | ) |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|   | ) |   |
| ASCENA RETAIL GROUP, INC., | ) | Case No. 20-_____(___) |
|   | ) |   |
| Debtor. | ) |   |
|   | ) |   |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage Held |
|---|---|---|---|
| Ascena Retail Group, Inc. | Stadium Capital Management LLC | 199 Elm Street<br>New Canaan, CT 06840-5321 | 9.6% |
|  | Charles Schwab Investment Management, Inc. | 211 Main Street<br>San Francisco, CA 94105-1905 | 9.4% |
|  | Dimensional Fund Advisors LP | 1299 Ocean Ave.<br>Santa Monica, CA 90401-1038 | 7.0% |
|  | David R Jaffe | [Redacted] | 6.0% |
|  | BlackRock Fund Advisors | 400 Howard St.<br>San Francisco, CA 94105-2618 | 5.9% |
|  | Renaissance Technologies LLC | 600 Route 25 A<br>East Setauket, NY 11733-1235 | 5.5% |
|  | Elise Jaffe | [Redacted] | 5.1% |

---

[1] This list reflects holders of five percent or more of Ascena Retail Group, Inc.'s common stock. This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. By the *Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules and Statements of Financial Affairs (II) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (III) Authorizing the Debtors to File a Consolidated List of the Debtors' 50 Largest Unsecured Creditors, (IV) Authorizing the Debtors to Redact Certain Personal Identification Information, (V) Waiving the Requirement to File a List of Equity Security Holders, and (VI) Granting Related Relief* filed contemporaneously herewith, the Debtor is requesting a waiver of the requirement under Bankruptcy Rule 1007 to file a list of all of its equity security holders.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ASCENA RETAIL GROUP, INC., | ) Case No. 20-_____(___) |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| N/A | N/A |

Fill in this information to identify the case:

Debtor name   Ascena Retail Group, Inc., et al.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SIMON PROPERTY GROUP ATTN: DAVID SIMON CHIEF EXECUTIVE OFFICER SIMON PROPERTY GROUP, INC. 225 WEST WASHINGTON STREET INDIANAPOLIS, IN  46204 | DAVID SIMON EMAIL - PHONE - 317-636-1600 FAX - | TRADE PAYABLE | C | | | $31,664,060 |
| 2 | BROOKFIELD PROPERTIES ATTN: STACIE L. HERRON EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL AND SECRETARY BROOKFIELD PLACE NEW YORK 250 VESEY STREET, 15TH FLOOR NEW YORK, NY  10281 | STACIE L. HERRON EMAIL - STACIE.HERRON@BROOKFIELDPROPERTIESRETAIL.COM; LINDSAY.KAHN@BROOKFIELDPROPERTIESRETAIL.COM; ANDREW.BRENT@BROOKFIELDPROPERTIES.COM PHONE - 212-417-7000 | TRADE PAYABLE | C | | | $16,619,835 |
| 3 | BOSTON PROPERTIES LIMITED PARTNERSHIP ATTN: DOUGLAS T. LINDE PRESIDENT 800 BOYLSTON STREET AT THE PRUDENTIAL CENTER BOSTON, MA  02199-8103 | DOUGLAS T. LINDE EMAIL - PHONE - 617-236-3300 FAX - 617-536-5087 | TRADE PAYABLE | C | | | $8,809,477 |
| 4 | TANGER PROPERTIES, LP ATTN: STEVEN B. TANGER CHIEF EXECUTIVE OFFICER 3200 NORTHLINE AVENUE SUITE 360 GREENSBORO, NC  27408 | STEVEN B. TANGER EMAIL - SBTANGER@TANGEROUTLET.COM PHONE - 336-292-3010 FAX - 336-852-2096 | TRADE PAYABLE | C | | | $7,228,481 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 10 of 18

Debtor  Ascena Retail Group, Inc., et al.                                Case Number (if known)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | PAN PACIFIC CO LTD<br>ATTN: SUK-WON LIM<br>CHIEF EXECUTIVE OFFICER<br>(08380) 12<br>DIGITAL-RO 31-GIL<br>GURO-GU<br>SEOUL, GURO-DONG,  197-21<br>KOREA | SUK-WON LIM<br>EMAIL - PANPACIFIC@PANPACIFIC.CO.KR<br>PHONE - +82-2-3494-9000<br>FAX - +82-2-830-1011 | TRADE PAYABLE | | | | $6,831,314 |
| 6 | MGF SOURCING<br>ATTN: JAMES SCHWARTZ<br>CHIEF EXECUTIVE OFFICER<br>4200 REGENT STREET<br>SUITE 205<br>COLUMBUS, OH  43219 | JAMES SCHWARTZ<br>EMAIL - JAMES.SCHWARTZ@MGFSOURCING.COM<br>PHONE - 614-904-3269<br>FAX - 614-415-7242 | TRADE PAYABLE | | | | $6,726,982 |
| 7 | SAE A TRADING CO. LTD<br>ATTN: WOONG-KI KIM<br>CHAIRMAN<br>SAE-A BLDG.<br>429 YEONGDONG-DAERO GANGNAM-GU<br>SEOUL,<br>KOREA | WOONG-KI KIM<br>EMAIL -<br>PHONE -  +82 2 6252 7000<br>FAX - +82-2-6252-7005 | TRADE PAYABLE | | | | $6,347,041 |
| 8 | ORIENT CRAFT<br>ATTN: SUDHIR DHINGRA<br>CHIEF EXECUTIVE OFFICER<br>PLOT NO. 80P SECTOR-34<br>NEAR HERO HONDA CHOWK<br>GURGAON,  122001<br>INDIA | SUDHIR DHINGRA<br>EMAIL - SUDHIR.DHINGRA@ORIENTCRAFT.COM<br>PHONE - +0124-4511300<br>FAX - +0124-4511330 | TRADE PAYABLE | | | | $5,309,190 |
| 9 | THE MACERICH COMPANY<br>ATTN: ANN C. MENARD<br>SENIOR EXECUTIVE VICE PRESIDENT, CHIEF LEGAL OFFICER AND SECRETARY<br>401 WILSHIRE BOULEVARD, SUITE 700<br>SANTA MONICA, CA  90401 | ANN C. MENARD<br>EMAIL - ANN.MENARD@MACERICH.COM<br>PHONE - 310-394-6000; 424-229-3575<br>FAX - 310-395-2791 | TRADE PAYABLE | C | | | $5,252,749 |
| 10 | HIP SING CHINA INDUSTRIAL LINITED<br>ATTN: ADA LAU<br>UNIT B5, 6/F BLK 2, CAMELPAINT BLDG<br>62 HOI YUEN ROAD<br>KWUN TONG, KOWLOON,<br>HONG KONG | ADA LAU<br>EMAIL -<br>PHONE - +852-23905128<br>FAX - +852-23915128 | TRADE PAYABLE | | | | $5,075,819 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 11 of 18

Debtor  Ascena Retail Group, Inc., et al.                                    Case Number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 PT. ERATEX (HONG KONG) LTD<br>ATTN: MR. MANIWANEN<br>PRESIDENT<br>SPAZIO BUILDING 3RD FLOOR UNIT.319-321<br>GRAHA FESTIVAL KAV.3 – GRAHA FAMILY<br>JL. MAYJEND YONO SOEWOYO<br>SURABAYA,  60226<br>INDONESIA | MR. MANIWANEN<br>EMAIL -<br>PHONE - +62-31-99001101<br>FAX - +62-31-99001115 | TRADE PAYABLE | | | | $5,026,842 |
| 12 THE TAUBMAN COMPANY<br>ATTN: CHRIS HEAPHY<br>EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL & SECRETARY<br>200 E. LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI  48304-2324 | CHRIS HEAPHY<br>EMAIL - CHEAPHY@TAUBMAN.COM; RHURREN@TAUBMAN.COM; MMAINVILLE@TAUBMAN.COM<br>PHONE - 248-258-6800<br>FAX - | TRADE PAYABLE | C | | | $4,550,301 |
| 13 POONGIN TRADING CO.LTD<br>ATTN: PAUL PARK<br>CHIEF EXECUTIVE OFFICER<br>18F~20F ACE HIGH TECH CITY<br> B/D 2 DONG, GYEONGLN-RO<br>YEONGDEUNGPO-GU<br>SEOUL,  755<br>KOREA | PAUL PARK<br>EMAIL -<br>PHONE - +82-2-549-8313<br>FAX - +82-2-549-8310 | TRADE PAYABLE | | | | $4,507,327 |
| 14 TAINAN ENTERPRISES CO. LTD<br>ATTN: CHING-HON YANG<br>CHAIRMAN<br>5-1, SECTION 1 HANGZHOU SOUTH ROAD<br>ZHONGZHENG DISTRICT<br>TAIPEI CITY,  100<br>TAIWAN | CHING-HON YANG<br>EMAIL -<br>PHONE -  +886 2 2391 6421<br>FAX -  +886 2 2397 1413 | TRADE PAYABLE | | | | $4,402,392 |
| 15 CBL & ASSOCIATES, INC.<br>ATTN: STEPHEN D. LEBOVITZ<br>CHIEF EXECUTIVE OFFICER<br>CBL CENTER, SUITE 500<br>2030 HAMILTON PLACE BLVD.<br>CHATTANOOGA, TN  37421 | STEPHEN D. LEBOVITZ<br>EMAIL -<br>PHONE - 432-855-0001<br>FAX - | TRADE PAYABLE | C | | | $4,244,203 |
| 16 ORACLE AMERICA INC<br>ATTN: DORIAN DALEY<br>GENERAL COUNSEL<br>REDWOOD SHORES ORACLE CORPORATION<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA  94065 | DORIAN DALEY<br>EMAIL - DORIAN.DALEY@ORACLE.COM<br>PHONE - 650-506-7000<br>FAX - 650-633-1813 | TRADE PAYABLE | | | | $4,158,303 |

Debtor  Ascena Retail Group, Inc., et al.
        Name

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
                Document      Page 12 of 18

Case Number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | CHOI & SHIN'S CO.,LTD<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>61 BUKCHON-RO, JONGNO-GU<br>SEOUL, 110260<br>SOUTH KOREA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE - +82-232947200<br>FAX - | TRADE PAYABLE | | | | $3,973,814 |
| 18 | CRYSTAL ELEGANCE INDUSTRIAL LIMITED<br>ATTN: LAM ANTHONY<br>VICE PRESIDENT<br>71 HOW MING STREET<br>KWUN TONG, KOWLOON,<br>HONG KONG | LAM ANTHONY<br>EMAIL - INFO@CRYSTALGROUP.COM<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $3,916,508 |
| 19 | SNOGEN GREEN CO.,LTD<br>ATTN: JUNGKU HONG<br>CHIEF EXECUTIVE OFFICER<br>12, GWANGPYEONG-RO 56-GIL<br>GANGNAM-GU<br>SEOUL,<br>KOREA | JUNGKU HONG<br>EMAIL -<br>PHONE - +02-6496-6400<br>FAX - +02-6496-6501 | TRADE PAYABLE | | | | $3,671,183 |
| 20 | UBASE INTERNATIONAL INC<br>ATTN: YONG HOE KIM<br>CHIEF EXECUTIVE OFFICER<br>345, TTUKSEOM-RO<br>SEONGDONG-GU<br>SEOUL (SEONGSU-DONG), 04780<br>KOREA | YONG HOE KIM<br>EMAIL - CONTACTUS@UBASEINTERNATIONAL.COM<br>PHONE - +82 2-420-0001<br>FAX - +82 2-421-8787 | TRADE PAYABLE | | | | $3,628,175 |
| 21 | TEX WORLD PTE LTD<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PRESIDENT<br>610, ATL CORPORATE PARK<br>SAKI VIHAR ROAD, POWAI<br>MUMBAI, MAHARASHTRA 400072<br>INDIA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - INFO@TEXWORLD.CO<br>PHONE - +91-22-42293542<br>FAX - | TRADE PAYABLE | | | | $3,506,978 |
| 22 | WESTFIELD CORPORATION, INC.<br>ATTN: PETER SCHWARTZ<br>GENERAL COUNSEL<br>2049 CENTURY PARK EAST, 40TH FLOOR<br>CENTURY CITY, CA 90067 | PETER SCHWARTZ<br>EMAIL -<br>PHONE - 310-478-4456<br>FAX - 310-478-1267 | TRADE PAYABLE | C | | | $3,448,669 |

Debtor  Ascena Retail Group, Inc., et al.
         Name

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
                    Document         Page 13 of 18

Case Number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | KYUNG SEUNG CO. LTD.<br>ATTN: J. J. PARK<br>CHIEF EXECUTIVE OFFICER<br>408 SAMSEOUNG-RO<br>GYEONGSEUNG<br>BUILDING GANGNAM-GU<br>SEOUL,<br>KOREA | J. J. PARK<br>EMAIL -<br>PHONE - +82-2-550-1414<br>FAX - +82-2-566-6867 | TRADE PAYABLE | | | | $3,255,132 |
| 24 | LAKONTRA INTERNATIONAL MERCHANDISING CORP<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>MERCHANDISING CORP NO.186 SEC.4 NANKINGE. RD<br>TAIPEI,<br>TAIWAN | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $3,031,988 |
| 25 | MTL SOURCING DMCC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>HDS BUSINESS CENTRE<br>JUMAIRA LAKE TOWERS<br>DUBAI,<br>UNITED ARAB EMIRATES | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $3,024,427 |
| 26 | RICHA GLOBAL EXPORTS PVT LTD<br>ATTN: VIRENDER UPPAL<br>CHAIRMAN<br>219, UDYOG VIHAR PHASE-I GURGAON<br>HARYANA, 122001<br>INDIA | VIRENDER UPPAL<br>EMAIL - INFO@RICHAGLOBAL.COM<br>PHONE - +91-124-4314000<br>FAX - | TRADE PAYABLE | | | | $3,020,253 |
| 27 | IBM CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504-1722 | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - ARVIND.KRISHNA@IBM.COM<br>PHONE - 914-499-1900<br>FAX - 914-765-4190 | TRADE PAYABLE | | | | $2,952,280 |
| 28 | BUSANA APPAREL PTE LTD<br>ATTN: MR. MANIWANEN<br>CHAIRMAN<br>AXA TOWER 41ST & 43RD FLOOR<br>KUNINGAN CITY<br>JALAN PROF. DR. SATRIO KAV. 18<br>KUNINGAN, SETIABUDI, JAKARTA 12940<br>INDONESIA | MR. MANIWANEN<br>EMAIL -<br>PHONE - +6221-522-9344<br>FAX - +6221-3005-6052 | TRADE PAYABLE | | | | $2,847,689 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 14 of 18

Debtor  Ascena Retail Group, Inc., et al.                          Case Number (if known)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | WASHINGTON PRIME GROUP, INC. ATTN: ROBERT P. DEMCHAK, ESQ. EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL AND CORPORATE SECRETARY 180 EAST BROAD STREET COLUMBUS, OH  43215 | ROBERT P. DEMCHAK, ESQ. EMAIL - WPGINFO@WASHINGTONPRIME.COM PHONE - 614-621-9000 FAX - | TRADE PAYABLE | C | | | $2,726,248 |
| 30 | MOLAX TRADING LIMITED ATTN: PRESIDENT OR GENERAL COUNSEL 75-95, SEOSOMUN-DONG 8RD FLOOR, YOUONE BUILDING CHUNG-KU SEOUL,   100-110 KOREA | PRESIDENT OR GENERAL COUNSEL EMAIL - ADMIN@MOLAXTRADING.COM PHONE - 02-773-3601 FAX - 02-757-2044 | TRADE PAYABLE | | | | $2,656,298 |
| 31 | GUANGDONG SINGWEAR GARMENTS CO LTD ATTN: PRESIDENT OR GENERAL COUNSEL XIANGANG INDUSTRIAL PARK SIMAPU TOWN, CHAONAN DISTRICT GUANGDONG PROVINCE SHANTOU CITY, CHINA | PRESIDENT OR GENERAL COUNSEL EMAIL - PHONE - +86-0754-82201270 FAX - +86-754-87715720 | TRADE PAYABLE | | | | $2,650,820 |
| 32 | ASMARA INTERNATIONAL LIMITED ATTN: VENKY NAGAN CHIEF EXECUTIVE OFFICER UNIT 8B, TONG YUEN FACTORY BUILDING 505 CASTLE PEAK ROAD LAI CHI KOK, KOWLOON, HONG KONG | VENKY NAGAN EMAIL - CONTACT@ASMARAGROUP.COM PHONE - +852-27442255 FAX - +852-27442244 | TRADE PAYABLE | | | | $2,604,654 |
| 33 | ANANTA SPORTSWEAR LIMITED ATTN: AMIN KHAN PRESIDENT 2071, N. COLLINS BLVD. STE 201 RICHARDSON, TX  75080 | AMIN KHAN EMAIL - AMIN@BIMPEX.COM; SAJED@ANANTA.COM.BD PHONE - 972-759 0732 FAX - 972-692-8826 | TRADE PAYABLE | | | | $2,595,148 |
| 34 | ACCENTURE LLP ATTN: JULIE SWEET CHIEF EXECUTIVE OFFICER 1 GRAND CANAL SQUARE DUBLIN,   D02 P820 IRELAND | JULIE SWEET EMAIL - JULIE.SWEET@ACCENTURE.COM PHONE - +353-1646-2000 FAX - +353-1646-2020 | TRADE PAYABLE | | | | $2,555,866 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 15 of 18

Debtor  Ascena Retail Group, Inc., et al.                                         Case Number (if known)
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 35 | INTERNATIONAL TRADING SERVICES LTD<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>VICTORIA LANE INDUSTRIAL PARK<br>7620 VICTORIA CT<br>BROWNSVILLE, TX  78521 | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE - 956-831-2740<br>FAX - | TRADE PAYABLE | | | | $2,520,994 |
| 36 | JIANGSU GUOTAI GUOSHENG CO LTD<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>7-22/F GUOTAI NEW CENTURY PLAZA<br>NO.125 MIDDLE RENMIN RD<br>ZHANGJIAGANG JIANGSU,  215600<br>CHINA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - HUASHENG@GTHS.CN<br>PHONE - +0512-58988898<br>FAX - +0512-58686837 | TRADE PAYABLE | | | | $2,465,288 |
| 37 | HANGZHOU LINGXIU KNITTING CO LTD<br>ATTN: JARED LU<br>418 HENGFU ROAD<br>HENGCUN TOWN<br>TONGLU COUNTY<br>ZHEJIANG,<br>CHINA | JARED LU<br>EMAIL - JARED_LU@LINXIU.COM<br>PHONE -  +86-571-64673088<br>FAX - | TRADE PAYABLE | | | | $2,458,758 |
| 38 | JOHN GALLIN & SON, INC.<br>ATTN: CHRISTOPHER GALLIN<br>PRESIDENT<br>102 MADISON AVENUE<br>9TH FLOOR<br>NEW YORK, NY  10016 | CHRISTOPHER GALLIN<br>EMAIL - CHRISG@GALLIN.COM<br>PHONE - 212-252-8900<br>FAX - 212-252-8910 | TRADE PAYABLE | | | | $2,437,642 |
| 39 | JONES LANG LASALLE AMERICAS, INC.<br>ATTN: ALAN TSE<br>GLOBAL CHIEF LEGAL OFFICER AND CORPORATE SECRETARY<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL  60601 | ALAN TSE<br>EMAIL - ALAN.TSE@JLL.COM<br>PHONE - 312-228-2808<br>FAX - | TRADE PAYABLE | C | | | $2,364,445 |
| 40 | LEE & CO.<br>ATTN: ARLEN LEE<br>CHIEF EXECUTIVE OFFICER<br>1278 INDIANA ST<br>SUITE 101<br>SAN FRANCISCO, CA  94107 | ARLEN LEE<br>EMAIL - HELLO@LEEANDCO.COM<br>PHONE - 415-475-9029<br>FAX - | TRADE PAYABLE | | | | $2,354,770 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 16 of 18

Debtor  Ascena Retail Group, Inc., et al.                                Case Number (if known)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 41 | AJG INC<br>ATTN: J. PATRICK GALLAGHER JR.<br>CHIEF EXECUTIVE OFFICER<br>2850 GOLF ROAD<br>ROLLING MEADOWS, IL  60008 | J. PATRICK GALLAGHER JR.<br>EMAIL -<br>PHONE - 630-773-3800<br>FAX - 630-285-4000 | TRADE PAYABLE | | | | $2,258,832 |
| 42 | WS TRADING LIMITED<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>50 TRADESTON STREET<br>GLASGOW, SCOTLAND,  G5 8BH<br>UNITED KINGDOM | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $2,248,644 |
| 43 | SOLVE IT CO., LTD<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>3/F 556 CHEONHO-DAERO<br>GWANGJIN-GU SEOUL,  143847<br>SOUTH KOREA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL -<br>PHONE - +82-24536868<br>FAX - | TRADE PAYABLE | | | | $2,098,603 |
| 44 | TISHMAN SPEYER PROPERTIES<br>ATTN: MICHAEL B. BENNER<br>SENIOR MANAGING DIRECTOR AND GENERAL COUNSEL<br>ROCKEFELLER CENTER, 45 ROCKEFELLER PLAZA<br>NEW YORK, NY  10111 | MICHAEL B. BENNER<br>EMAIL - NY@TISHMANSPEYER.COM<br>PHONE - 212-715-0300<br>FAX - 212-319-1745 | TRADE PAYABLE | C | | | $2,026,953 |
| 45 | MODINDIA EXIM PRIVATE LTD<br>ATTN: GAGAN GULATI<br>DIRECTOR<br>B-57 OKHLA INDUSTRIAL AREA, PHASE-I<br>NEW DELHI,  110020<br>INDIA | GAGAN GULATI<br>EMAIL - INFO@MODELAMAEXPORTS.COM<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $2,015,483 |
| 46 | SOUTH ASIA KNITTING FTY LTD (NEW)<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>17/F, SOUTH ASIA BUILDING<br>108 HOW MING STREET<br>KWUN TONG<br>KOWLOON,<br>HONG KONG | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - LEOYEUNG@SOUTHASIAGROUP.COM<br>PHONE - 852-2345-0261<br>FAX - 852-2343-3666 | TRADE PAYABLE | | | | $1,936,284 |

Case 20-33113-KRH    Doc 1    Filed 07/23/20    Entered 07/23/20 05:57:30    Desc Main
Document    Page 17 of 18

Debtor  Ascena Retail Group, Inc., et al.                                   Case Number (if known)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 47 | MEENU CREATION LLP<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>A-33. SECTOR - 64 NOIDA DISTT<br>GAUTAM BUDH NAGAR,  UP-201301<br>INDIA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - ED@MEENUCREATION.COM<br>PHONE - 91-120-4080200<br>FAX - 91-120-4080200 | TRADE PAYABLE | | | | $1,876,239 |
| 48 | THE FORBES COMPANY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>100 GALLERIA OFFICENTRE, SUITE 427<br>SOUTHFIELD, MI  48034 | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - NFORBES@THEFORBESCOMPANY.COM<br>PHONE - 248-827-4600<br>FAX - | TRADE PAYABLE | C | | | $1,830,041 |
| 49 | GAURAV INTERNATIONAL<br>ATTN: ANJU SACHDEVA<br>PD MANAGER<br>198, UDYOG VIHAR PHASE 1<br>UDYOG VIHAR, SECTOR 20<br>GURUGRAM, HARYANA,  122001<br>INDIA | ANJU SACHDEVA<br>EMAIL - GINTL@RICHAGROUP.COM<br>PHONE -  +91 124 480 3900<br>FAX -  +91 124 2439710 | TRADE PAYABLE | | | | $1,820,631 |
| 50 | CHRISTINE CLARK AND OTHER SIMILARLY SITUATED INDIVIDUALS<br>ATTN: WILLIAM B. SULLIVAN, ERIC K. YAECKEL, AND ANDREA TORRES-FIGUEROA<br>ATTORNEYS FOR PLAINTIFFS<br>SULLIVAN LAW GROUP, APC<br>2330 THIRD AVENUE<br>SAN DIEGO, CA  92101 | WILLIAM B. SULLIVAN, ERIC K. YAECKEL, AND ANDREA TORRES-FIGUEROA<br>EMAIL - HELEN@SULLIVANLAWGROUPAPC.COM, YAECKEL@SULLIVANLAWGROUPAPC.COM, ATORRES@SULLIVANLAWGROUPAPC.COM<br>PHONE - 619-702-6760<br>FAX - 619-702-6761 | LITIGATION SETTLEMENT | C | | | Undetermined |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Ascena Retail Group, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Virginia (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration     **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 07/23/2020 | ☒ /s/ Carrie W. Teffner |
|---|---|
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Carrie W. Teffner** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors