**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ASCENA RETAIL GROUP, INC., et al.,[1] | ) | Case No. 20-33113 (KRH) |
| Debtors. | ) | (Jointly Administered) |

# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## General

Ascena Retail Group, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors," and, together with their non-debtor affiliates, the "Company"), have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Debtor Ascena Retail Group, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") or any other foreign jurisdiction, as applicable, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Dan Lamadrid, Executive Vice President, Chief Financial Officer, and Assistant Treasurer of Ascena Retail Group, Inc., and an authorized signatory at each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Lamadrid necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Lamadrid has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

## Global Notes and Overview of Methodology

1. **Description of the Cases**. On July 23, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases are being jointly administered under Case No. 20-33113 (KRH). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 23, 2020, an order

was entered directing joint administration of these chapter 11 cases [Docket No. 50]. The Debtors have not been substantively consolidated and accordingly, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of each Debtor as of July 4, 2020, the date of the Debtors' month end closure to their balance sheet, and the liability data of each Debtor as of the close of business on the Petition Date.

**2.** **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**3.** **Reservations and Limitations**. Commercially reasonable efforts were made to prepare and file complete and accurate Schedules and Statements. However, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any claims against the Debtors, any rights or claims of the Debtors against any third party, or any issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(a) **Net Book Value of Assets.** Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of July 4, 2020. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation. The July 4, 2020 financials, as reported in Schedule AB (Assets), include certain topside impairments due to the Covid-19 epidemic. In some instances, the Debtors recorded those topside impairments at the brand level but not at the legal entity level.

(b) **Recharacterization and Classifications**. The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized,

classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e) **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts, including, but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

(f) **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising

before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code. The Debtors have limited the listing of insider officers to "executive officers" consistent with Securities and Exchange Commission (the "SEC") filings, in control of the Debtors.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**4. Methodology.**

(a) **Basis of Presentation**. For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of

each separate Debtor, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules and Statements are not intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Confidential or Sensitive Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of a current or former employee (including as authorized by the *Order (I) Extending Time To File Schedules And Statements Of Financial Affairs, (II) Authorizing The Debtors To File A Consolidated List Of Creditors In Lieu Of Submitting A Separate Mailing Matrix For Each Debtor, (III) Authorizing The Debtors To File A Consolidated List Of The Debtors' 50 Largest Unsecured Creditors, (IV) Authorizing The Debtors To Redact Certain Personal Identification Information, (V) Waiving The Requirement To File A List Of Equity Security Holders, And (VI) Granting Related Relief* [Docket No. 77] (the "Creditor Matrix Order"). The alterations were limited to only what is necessary to protect the Debtors or a third party.

(c) **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

(e) **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(f) **Leases**. The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

(g) **Valuation**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of July 4, 2020 are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balance as of the Petition Date. Certain other assets, such as investments in subsidiaries and Goodwill, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

(h) **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(i) **Undetermined Amounts**. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(j) **Unliquidated Amounts**. Amounts that could not be fairly or readily quantified by the Debtors are scheduled as "unliquidated."

(k) **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor

of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(l) **Allocation of Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(m) **Paid Claims**. Pursuant to certain final orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about August 27, 2020 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, lienholders, critical vendors, customer obligations, foreign vendors, claimants under section 503(b)(9) of the Bankruptcy Code, and certain taxing authorities. Accordingly, certain prepetition liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been omitted from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment of or duplicate payments for any such liabilities. In addition and regardless of whether such claims are listed in the Schedules and Statements, to the extent claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements.

(n) **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment of or duplicate payments for such liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(o) **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and/or setoffs with respect to the same.

(p) **Intercompany Claims**. Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records as of July 4, 2020. As described more fully in the *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Continue To Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, And (D) Perform Intercompany Transactions, And (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the *Final Order (I) Authorizing The Debtors To (A) Continue To Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, And (D) Perform Intercompany Transactions, And (II) Granting Related Relief* (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in intercompany transactions in the ordinary course of business subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth on Statement 4 and in Schedule A/B and Schedule E/F may not accurately reflect current positions.

(q) Certain intercompany balances within the AnnTaylor Debtors include unallocated historical receivables and payables. Those are reflected in Statement Question 4, Schedule A/B and Schedule F as receivables or payables to unallocated intercompany entities.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or

offsets per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions and loans in their books and records each month, including cash transfers and journal entries. Instead of listing each of these numerous transactions and entries in their Statements and Schedules for each month, the Debtors have included monthly balances and net activity for the one year prior to the Petition Date.

(r) **Guarantees and Other Secondary Liability Claims**. The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule G and Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

(s) **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to the same. Thus, the Debtors reserve all of their rights with respect to disputed claims.

(t) **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and

liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist. In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. Also, certain immaterial assets and liabilities may have been excluded.

(u) **Liens**. The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens.

(v) **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(w) **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, refunds, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and, as such, are excluded from the Schedules. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

(x) **Employee Addresses**. Employee addresses have been removed from entries listed throughout the Schedules and Statements pursuant to the Creditor Matrix Order.

**5.** **Specific Schedules Disclosures**.

(a) **Schedule A/B, Part 1 – Cash and Cash Equivalents**. Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order.

The Debtors' cash balances are listed as of the Petition Date, July 23, 2020, at bank balances.

(b) **Schedule A/B, Part 2 – Deposits and Prepayments**. The Bankruptcy Court, pursuant to the *Final Order (I) Approving The Debtors' Proposed Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services, (III) Approving The Debtors' Proposed Procedures for Resolving Additional Assurance Requests, And (IV) Granting Related Relief* , authorized the Debtors to provide adequate assurance of payment for future utility services. In addition, certain retainers or deposits reflect payments to

professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors. The retainers and deposits are listed as of the Petition Date, July 23, 2020.

(c) **Schedule A/B, Part 3 – Accounts Receivable, Item 11**. The Debtors' reported accounts receivable include amounts that may be uncollectible. Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

(d) **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**. Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(e) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**. All office furniture, fixtures and equipment are reported in Schedule A/B Part 8.

(f) **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**. For those Debtors that own machinery, equipment, and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments. Due to the volume, the individual fixed asset schedules have not been included in Schedule A/B, Part 8.

(g) **Schedule A/B, Part 9 – Real Property**. For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

(h) **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Given the chapter 11 filings result from an impairment test were unavailable at the time that the Schedules and Statements were prepared, several of the Debtors' intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For purposes of the Schedules, the Debtors have listed goodwill and customer lists only at entities for which these assets are recorded on their books. The exclusion of listing similar assets

at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

(i) **Schedule A/B, Part 11 – All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

(j) ***Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)***. The Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B. Additionally, the Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72.

(k) ***Item 73 – Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Continue And Renew Their Insurance Policies And Honor All Obligations In Respect Thereof, And (B) Continue The Surety Bond Program, And (II) Granting Related Relief* [Docket No. 4]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.

(l) ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims***. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

(m) ***Item 77 – Other property of any kind not already listed***. The Debtors have included intercompany receivables as of July 4, 2020.

(n) ***Executory Contracts and Unexpired Leases.*** The Debtors have listed their executory contracts and unexpired leases on Schedule G. The Debtors reserve all of their rights with respect to any and all executory contracts and unexpired leases, including whether such agreements are or are not executory contracts and the right to amend Schedule G.

(o) **Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature

of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or documents.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Postpetition Financing, (II) Authorizing The Debtors To Use Cash Collateral, (III) Granting Liens And Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection To The Prepetition Lenders, (V) Modifying The Automatic Stay, (VI) Scheduling A Final Hearing, And (VII) Granting Related Relief* [Docket No. 18]. The obligations under the ABL Facility are secured, subject to certain exceptions, by a first priority lien on certain of the Debtors' assets, including, without limitation, accounts receivable, inventory, cash, cash equivalents, and a second priority lien on the Debtors' real property, capital stock, and other personal property, including the Debtors' intellectual property and investment contracts.

(p) **Schedule E/F – Creditors Who Hold Unsecured Claims**. Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

(i) ***Part 1 – Creditors with Priority Unsecured Claims.*** The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Final Order (I) Authorizing The Payment Of Certain Prepetition And Postpetition Taxes and Fees, and (II) Granting Related Relief* (the "Taxes Order"), the Debtors have been granted the authority to pay certain tax liabilities, excluding income tax, that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Taxes Order or pursuant to further Bankruptcy Court order are not listed in Schedule E. The Debtors believe that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors have only listed those income taxing authorities and those with which the Debtors have pending audits.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Pursuant to the *Final Order (I) Authorizing The Debtors To (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, And (II) Granting Related Relief* (the "Final Wages Order"), the Debtors received final authority to pay, in their discretion, certain prepetition obligations, including obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Final Wages Order or pursuant to further Bankruptcy Court order is listed in Schedule E/F Part 1.

(ii) ***Part 2 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable effort to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors. However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular

Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding threatened or pending litigation involving the Debtors. The amounts for these threatened or pending claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may or have been rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Except where otherwise indicated, liabilities listed on Schedule E/F reflect the Debtors' books and records balance as of the Petition Date. These amounts do not include any prepetition amounts paid under various authority granted by the Bankruptcy Court that have been issued postpetition. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these chapter 11 cases (as approved by the Bankruptcy Court).

(q) **Schedule G – Executory Contracts and Unexpired Leases**. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability

of any contracts, agreements, leases or instruments set forth in Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors may have entered into certain confidentiality, non-disclosure and non-compete agreements, or various other types of agreements in the ordinary course of their businesses, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule G, including their right to dispute or challenge the characterization, nature, or structure of any transaction, agreement, contract, document or instrument (including any intercompany agreement) related to a creditor's claim.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of commercially reasonable efforts to identify such documents.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract, agreement or instrument on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract, agreement, or instrument. The Debtors reserve the right to dispute the effectiveness of any such contract, agreement or instrument listed on Schedule G or to amend Schedule G at any time to remove any contract, agreement or instrument.

Omission of a contract, agreement, or instrument from Schedule G does not constitute an admission that such omitted contract, agreement, or instrument is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, agreements, or instruments are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms and conditions of such agreements, as amended if applicable. In such cases, Debtors have included such items on Schedule G of the Debtor entity that performs the terms and conditions of such agreements as of the Petition Date.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facilities. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(r) **Schedule H – Co-Debtors**. In the ordinary course of their businesses, certain Debtors pay certain expenses for and on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. As such, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**6. <u>Specific Statements Disclosures</u>.**

(a) **Statements, Part 1, Question 1 – Gross Revenue From Business**. The Debtors have reported net sales which is consistent with SEC reporting. The net sales for the 2020 stub period are as of 7/4/2020.

(b) **Statements, Part 1, Question 2 – Non-Business Revenue**. Non-business revenue includes such items as rental income, interest, and other income as of July 4, 2020.

(c) **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the 90 days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed herein. Payments made to employees for compensation are not included; *however*, transfers made to third-party administrators used to compensate employees have been included.

(d) **Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one (1) year prior to the Petition Date. For the avoidance of doubt, the information reported on Question 4 may include payments to individuals who may have been insiders at the time they were employed by a Debtor but are no longer employed by a Debtor. Individual payments to Debtor

affiliates are not reflected in Question 4 due to their complexity and voluminous nature.

(e) **Statements, Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(v) of these Global Notes.

(f) **Statements, Part 5, Question 10 – Certain Losses**. The Debtors have reported inventory shrink for the one-year period of 7/7/2019 to 7/4/2020. Chargebacks and cash short have been reported for the period of 7/6/2019 to 7/4/2020.

(g) **Statements, Part 6, Question 11 – Payments Related to Bankruptcy**. Certain disbursements listed in Statement 11 reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors. The Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their postpetition lenders or other parties on account of any applicable fee arrangements.

(h) **Statements, Part 7, Question 14 – Previous Addresses**. The Debtors have reported previous addresses of offices and distributions centers but not individual retail stores.

(i) **Statements, Part 9, Question 16 – Personally Identifiable Information**. The Debtors have a Data Management Standard and Records Management Policy, which includes, among other things, the management of personally identifiable information.

(j) **Statements, Part 10, Question 20 – Off-premises storage**. The Debtors hold many storage units within leased mall properties, which are not reported in Statement Question 20.

(k) **Statements, Part 12, Questions 22-24 – Details about Environmental Information**. The Debtors have endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24.

(l) **Statements, Part 13, Question 26 – Books, Records, and Financial Statements**. Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at the end of each of its fiscal quarters and years and upon the occurrence of significant events, Debtor Ascena Retail Group, Inc. prepares and files or furnishes with the SEC Quarterly Reports on Form 10-Q, Annual Reports on Form 10-K and Current Reports on Form 8-K, among others (collectively, the "SEC Filings"). Certain of Ascena Retail Group, Inc.'s SEC Filings contain consolidated financial information relating to the Debtor and certain of its affiliates. Additionally, the Debtors have historically provided information, such as annual reports, on their website. Because the SEC Filings and other reports are of public record, the Debtor does not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC, the Debtors, or other sources.

(m) **Statements, Part 13, Question 27 – Inventories**. For the store level inventories the Debtors report the cost impact of the physical inventories for each physical inventory

count. For the distribution center inventories, the Debtors report the previous two months of inventory balances per the books and records.

(n) **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders**. The Debtors incorporate by reference the *List of Equity Security Holders* filed as part of their voluntary petitions for relief under chapter 11. In addition, the Debtors have listed only entities that are directly owned by an individual Debtor as of the Petition Date.

(o) **Statements, Part 13, Question 29 – Former officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor**. For the date position held, the Debtors instead have provided the date in which the party became an employee or member of the Debtors.

(p) **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Please refer to Question 4 of the Statements for Ascena Retail Group, Inc. regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* ............ $ 19,857,185.83 + undetermined amounts

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* ............ $ 1,759,317,057.30 + undetermined amounts

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* ............ $ 1,779,174,243.13 + undetermined amounts

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ $ 1,608,067,329.17 + undetermined amounts

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............ $ 4,016,063.66 + undetermined amounts

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............ + $ 10,950,356,294.56 + undetermined amounts

4. **Total liabilities** ............ $ 12,562,439,687.39 + undetermined amounts
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | See Attached Rider | | | $ 435,302,025.08 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. RESTRICTED CASH $ 911,600.00

4.2. $

5. **Total of Part 1** $ 436,213,625.08

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. See Attached Rider $ 163,176.00

7.2. $

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. See Attached Rider | $ 37,635,110.55 |
| 8.2. | $ |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. — $ 37,798,286.52

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

- [x] No. Go to Part 4.
- [ ] Yes. Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | | – | | = ........➔ | $ |
| 11b. Over 90 days old: | | – | | = ........➔ | $ |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. — $ 0.00

## Part 4: Investments

13. **Does the debtor own any investments?**

- [ ] No. Go to Part 5.
- [x] Yes. Fill in the information below.

14. **Mutual funds or publicly traded stocks not included in Part 1**

| Name of fund or stock: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1. None | | $ 0.00 |
| 14.2. | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1. See Attached Rider | % | | $ 0.00 |
| 15.2. | % | | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16.1. None | | $ 0.00 |
| 16.2. | | $ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. — $ 0.00 + undetermined amounts

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **20. Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **22. Other inventory or supplies** | | | | |
| Other inventory or supplies | MM / DD / YYYY | $ 628,427.51 | Net Book Value | $ 628,427.51 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ 628,427.51

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor Ascena Retail Group, Inc. Case number (*if known*) 20-33113 (KRH)
Name

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☒ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ | | $ |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Other machinery, fixtures, and equipment | $ 161,506,273.61 | Net Book Value | $ 161,506,273.61 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ 161,506,273.61

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 19,857,185.83 | | $ 19,857,185.83 + undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 19,857,185.83 + undetermined amounts

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | $ | | $ 0.00 |
| 61. **Internet domain names and websites** | | | |
| See Attached Rider | $ 0.00 | | $ 0.00 + undetermined amounts |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| Non-Compete Agreements | $ Undetermined | Net Book Value | $ Undetermined |
| 65. **Goodwill** | | | |
| None | $ | | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00 + undetermined amounts

Debtor Ascena Retail Group, Inc. Case number (*if known*) 20-33113 (KRH)
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- [x] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [ ] No
- [x] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- [ ] No. Go to Part 12.
- [x] Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>None ____ Total face amount – ____ doubtful or uncollectible amount = → | $ 0.00 |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| See Attached Rider — Tax year ____ | $ 13,145,126.00<br>+ undetermined amounts |
| Tax year ____ | $ |
| Tax year ____ | $ |
| 73. **Interests in insurance policies or annuities**<br>See Attached Rider | $ 0.00<br>+ undetermined amounts |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>See Attached Rider<br>**Nature of claim** ____<br>**Amount requested** $____ | $ 0.00<br>+ undetermined amounts |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>None<br>**Nature of claim** ____<br>**Amount requested** $____ | $ 0.00 |
| 76. **Trusts, equitable or future interests in property**<br>None | $ 0.00 |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>See Attached Rider | $ 1,110,025,318.58 |
| ____ | $ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $ 1,123,170,444.58<br>+ undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 436,213,625.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 37,798,286.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 628,427.51 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 161,506,273.61 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ➔ | | $ 19,857,185.83 + undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,123,170,444.58 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 1,759,317,057.30 + undetermined amounts | + 91b. $ 19,857,185.83 + undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $ 1,779,174,243.13 + undetermined amounts

Debtor Name: Ascena Retail Group, Inc.

Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| JP MORGAN ASSET MANAGEMENT | Investment | 1511 | $150,000,000.00 |
| JP MORGAN CHASE BANK | Non-main Concentration | 3727 | $66,279,872.36 |
| WELLS FARGO BANK, N.A. | Main Concentration | 5588 | $1,222,152.72 |
| WELLS FARGO BANK, N.A. | Investment | 3301 | $217,800,000.00 |
| | | **TOTAL** | **$435,302,025.08** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Other Deposits | Various | $163,176.00 |
| | **TOTAL** | **$163,176.00** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Income Taxes | Various | $9,946,527.42 |
| Prepaid Insurance - Directors & Officers | Various | $8,842,202.72 |
| Prepaid M&R | Oracle America Inc | $2,003,908.70 |
| Prepaid M&R | MICROSOFT CORPORATION | $1,904,082.82 |
| Prepaid M&R | INSIGHT DIRECT USA INC | $1,890,454.28 |
| Prepaid Insurance - Property | Various | $1,719,849.69 |
| Prepaid M&R | AdvizeX Technologies, LLC | $1,704,091.04 |
| Prepaid M&R | Workday Inc | $1,057,724.48 |
| Prepaid M&R | ADOBE SYSTEMS INC. | $579,222.00 |
| Prepaid M&R | SAS INSTITUTE INC. | $496,842.78 |
| Prepaid M&R | SAP America Inc. | $478,646.53 |
| Prepaid M&R | Optiv Security Inc | $423,550.73 |
| Prepaid M&R | Adobe Systems | $399,983.75 |
| Prepaid M&R | APTOS CANADA Inc | $381,591.20 |
| Prepaid M&R | MANHATTAN ASSOCIATES INC | $366,198.49 |
| Prepaid Insurance - General | Various | $357,125.61 |
| Prepaid Payroll | Various | $329,616.08 |
| Prepaid M&R | PTC INC. | $244,385.88 |
| Prepaid M&R | VMWARE INC | $243,042.55 |
| Prepaid M&R | Insight | $220,427.33 |
| Prepaid M&R | Everbridge, Inc. | $219,862.50 |
| Prepaid Insurance - Workers Compensation | Various | $203,060.33 |
| Prepaid Expenses | Thomson Reuters | $199,411.68 |
| Prepaid M&R | IBM CORPORATION | $164,333.33 |
| Prepaid M&R | Blue Yonder, Inc | $163,821.55 |
| Prepaid M&R | Mapsys | $160,091.26 |
| Prepaid M&R | Ahead, LLC | $144,261.12 |
| Prepaid M&R | DocuSign Inc | $142,106.18 |
| Prepaid M&R | Profitect | $140,760.42 |
| Prepaid M&R | Teradata Operations | $135,674.00 |
| Prepaid M&R | Cincinnati Bell Technology Solutions Inc | $135,001.50 |
| Prepaid M&R | Cequel | $126,408.13 |
| Prepaid M&R | Ensighten Inc. | $121,371.25 |
| Prepaid M&R | Pitney Bowes Software | $117,272.06 |
| Prepaid M&R | NEDGRAPHICS, INC | $111,940.39 |
| Prepaid M&R | MAPSYS, INC. | $96,642.59 |
| Prepaid M&R | THOMSON REUTERS | $91,520.01 |
| Prepaid M&R | Relational Security Corporation | $87,890.84 |
| Prepaid M&R | RETURN PATH, INC. | $85,424.63 |
| Prepaid M&R | RiskLens, Inc. | $78,426.56 |
| Prepaid M&R | Excel4Apps Inc | $77,363.29 |
| Prepaid M&R | Lucernex, Inc. | $76,400.17 |
| Prepaid M&R | Dell Financial Services LLC | $70,514.14 |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid M&R | VERTEX INC | $68,281.30 |
| Prepaid M&R | Bamboo Rose LLC | $66,635.72 |
| Prepaid M&R | Experian Marketing Solutions Inc | $65,869.38 |
| Prepaid Expenses | LinkedIn | $62,674.16 |
| Prepaid M&R | Vision Solutions Inc | $59,685.85 |
| Prepaid Expenses | Navex Global, Inc. | $55,986.01 |
| Prepaid M&R | Dynatrace LLC | $50,750.70 |
| Prepaid M&R | Eurosort, Inc | $50,000.00 |
| Prepaid M&R | Box, Inc. | $49,822.50 |
| Prepaid M&R | Winshuttle | $47,652.07 |
| Prepaid M&R | Tricentis Americas, Inc. | $41,385.00 |
| Prepaid M&R | Insight Direct | $40,309.29 |
| Prepaid M&R | Lightwell Inc | $38,947.02 |
| Prepaid M&R | Software Engineering of America Inc | $36,686.37 |
| Prepaid M&R | Vertiv Corporation | $35,595.65 |
| Prepaid M&R | SERVICE EXPRESS INC. | $31,988.86 |
| Prepaid M&R | QlikTech Inc | $31,549.09 |
| Prepaid M&R | BMC SOFTWARE INC | $27,067.85 |
| Prepaid M&R | ProShip, Inc. | $26,750.00 |
| Prepaid M&R | TCI Acquisition Corporation | $24,725.06 |
| Prepaid M&R | INSIGHT DIRECT USA INC | $21,789.49 |
| Prepaid M&R | UiPath Inc. | $19,358.63 |
| Prepaid M&R | TYCO INTEGRATED SECURITY- | $18,120.00 |
| Prepaid M&R | Lectra USA Inc. | $17,771.80 |
| Prepaid M&R | JumpMind, Inc | $17,190.06 |
| Prepaid M&R | Narvar, Inc. | $13,187.50 |
| Prepaid M&R | SHI INTERNATIONAL CORP | $12,490.35 |
| Prepaid M&R | DEMATIC CORP. | $10,292.10 |
| Prepaid Rent | Various | $9,822.33 |
| Prepaid M&R | IBM CORPORATION Inv | $8,959.33 |
| Prepaid Expenses | Eurosort, Inc | $7,639.29 |
| Prepaid M&R | MAPSYS, Inc | $7,000.00 |
| Prepaid M&R | GLOBALSCAPE, INC | $4,745.38 |
| Prepaid M&R | TAA Tools Inc. | $4,602.50 |
| Prepaid M&R | Bottomline Technologies (de) Inc | $4,434.20 |
| Prepaid M&R | AVT Technology Solutions LLC | $2,748.28 |
| Prepaid M&R | PRODATA COMPUTER SERVICES INC | $2,175.00 |
| Prepaid Insurance - Auto | Safety National Casualty Corporation | $1,415.86 |
| Prepaid Supplies | INTERNATIONAL PAPER #102119 | ($25.44) |
| | **TOTAL** | **$37,635,110.55** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 933 Inspiration LLC | 100% | N/A | Undetermined |
| Ann, Inc. | 100% | N/A | Undetermined |
| Ascena Enterprise Sourcing Limited | 100% | N/A | Undetermined |
| Ascena Trade Services, LLC | 100% | N/A | Undetermined |
| ASNA Value Fashion LLC | 100% | N/A | Undetermined |
| Backingbrands Solutions, LLC | 100% | N/A | Undetermined |
| Charming Shoppes, Inc. | 100% | N/A | Undetermined |
| DBI Holdings, Inc. | 100% | N/A | Undetermined |
| Dimes From the Heart, Inc. | 100% | N/A | Undetermined |
| Duluth Real Estate LLC | 100% | N/A | Undetermined |
| Etna Retail DC, LLC | 100% | N/A | Undetermined |
| GC Fulfillment, LLC | 100% | N/A | Undetermined |
| Tween Brands, Inc. | 100% | N/A | Undetermined |
| Viking Brand Upper Holdings, L.P. | 49.55% | N/A | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leasehold Improvements | N/A | $8,184,986.62 | Net Book Value | $8,184,986.62 |
| LT Right Of Use Asset - Operating Lease | N/A | $6,969,634.53 | Net Book Value | $6,969,634.53 |
| Building | N/A | $2,560,258.43 | Net Book Value | $2,560,258.43 |
| Construction In Progress | N/A | $2,142,306.25 | Net Book Value | $2,142,306.25 |
| Distribution Center - 7295 San Gorgonio Drive, Riverside, CA 92508 | Leasehold | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$19,857,185.83 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ascena-holdings.com | Undetermined | Net Book Value | Undetermined |
| sixthandlane.clothing | Undetermined | Net Book Value | Undetermined |
| ascena-retail.com | Undetermined | Net Book Value | Undetermined |
| ascenabrands.biz | Undetermined | Net Book Value | Undetermined |
| ascenabrands.com | Undetermined | Net Book Value | Undetermined |
| sonsi.clothing | Undetermined | Net Book Value | Undetermined |
| ascenabrands.info | Undetermined | Net Book Value | Undetermined |
| sonsiliving.clothing | Undetermined | Net Book Value | Undetermined |
| ascenabrands.net | Undetermined | Net Book Value | Undetermined |
| sportbycacique.clothing | Undetermined | Net Book Value | Undetermined |
| ascenabrands.org | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.biz | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.co | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.com | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.info | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.net | Undetermined | Net Book Value | Undetermined |
| ascenaglobalservice.org | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.biz | Undetermined | Net Book Value | Undetermined |
| stylethatlovesyou.com | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.co | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.com | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.info | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.net | Undetermined | Net Book Value | Undetermined |
| styleyourway.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaglobalsourcing.org | Undetermined | Net Book Value | Undetermined |
| t3tightertummytechnology.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaholdings.com | Undetermined | Net Book Value | Undetermined |
| ascenainc.com | Undetermined | Net Book Value | Undetermined |
| ascenainc.net | Undetermined | Net Book Value | Undetermined |
| ascenainc.org | Undetermined | Net Book Value | Undetermined |
| throwtheworldacurve.clothing | Undetermined | Net Book Value | Undetermined |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ascenaretail.com | Undetermined | Net Book Value | Undetermined |
| ascenaretail.net | Undetermined | Net Book Value | Undetermined |
| ascenaretail.org | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroup.com | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroup.net | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroup.org | Undetermined | Net Book Value | Undetermined |
| lanebryant.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroupinc.com | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroupinc.net | Undetermined | Net Book Value | Undetermined |
| lanebryantoutlet.clothing | Undetermined | Net Book Value | Undetermined |
| lanecollection.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaretailgroupinc.org | Undetermined | Net Book Value | Undetermined |
| lb2me.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaretailinc.com | Undetermined | Net Book Value | Undetermined |
| ascenaretailinc.net | Undetermined | Net Book Value | Undetermined |
| lbmaternity.clothing | Undetermined | Net Book Value | Undetermined |
| ascenaretailinc.org | Undetermined | Net Book Value | Undetermined |
| ascena.clothing | Undetermined | Net Book Value | Undetermined |
| ascena.com | Undetermined | Net Book Value | Undetermined |
| trudry.clothing | Undetermined | Net Book Value | Undetermined |
| ascena.network | Undetermined | Net Book Value | Undetermined |
| trutoyou.clothing | Undetermined | Net Book Value | Undetermined |
| ascena.us | Undetermined | Net Book Value | Undetermined |
| merchantstreet.com | Undetermined | Net Book Value | Undetermined |
| ascenaretail-cloud-ppe.com | Undetermined | Net Book Value | Undetermined |
| merchantstreet.net | Undetermined | Net Book Value | Undetermined |
| myassociatehub.com | Undetermined | Net Book Value | Undetermined |
| ascenaretail-cloud.com | Undetermined | Net Book Value | Undetermined |
| venezia.clothing | Undetermined | Net Book Value | Undetermined |
| backing-brands.com | Undetermined | Net Book Value | Undetermined |
| myjustice.co | Undetermined | Net Book Value | Undetermined |

Debtor Name: Ascena Retail Group, Inc.  Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| warmgear.clothing | Undetermined | Net Book Value | Undetermined |
| backingbrands.com | Undetermined | Net Book Value | Undetermined |
| perfectfitbycacique.clothing | Undetermined | Net Book Value | Undetermined |
| wefityoubeautifully.com | Undetermined | Net Book Value | Undetermined |
| backingbrandsolutions.com | Undetermined | Net Book Value | Undetermined |
| playformance.clothing | Undetermined | Net Book Value | Undetermined |
| bbrsourcing.com | Undetermined | Net Book Value | Undetermined |
| rightfit.clothing | Undetermined | Net Book Value | Undetermined |
| rightfitbylanebryant.clothing | Undetermined | Net Book Value | Undetermined |
| brothers.clothing | Undetermined | Net Book Value | Undetermined |
| lanebryantsweeps.com | Undetermined | Net Book Value | Undetermined |
| cacique.clothing | Undetermined | Net Book Value | Undetermined |
| lanebryantsweeps.net | Undetermined | Net Book Value | Undetermined |
| caciquebeauty.clothing | Undetermined | Net Book Value | Undetermined |
| seriouslyseamless.clothing | Undetermined | Net Book Value | Undetermined |
| lanebryantsweeps.org | Undetermined | Net Book Value | Undetermined |
| caciquebody.clothing | Undetermined | Net Book Value | Undetermined |
| lbsweeps.com | Undetermined | Net Book Value | Undetermined |
| seriouslysexy.clothing | Undetermined | Net Book Value | Undetermined |
| caciqueintimates.com | Undetermined | Net Book Value | Undetermined |
| lbsweeps.net | Undetermined | Net Book Value | Undetermined |
| lbsweeps.org | Undetermined | Net Book Value | Undetermined |
| coolgear.clothing | Undetermined | Net Book Value | Undetermined |
| excellier.com | Undetermined | Net Book Value | Undetermined |
| fashiongenius.clothing | Undetermined | Net Book Value | Undetermined |
| geniusfit.clothing | Undetermined | Net Book Value | Undetermined |
| iconcollection.clothing | Undetermined | Net Book Value | Undetermined |
| insidecurve.clothing | Undetermined | Net Book Value | Undetermined |
| justforyou.clothing | Undetermined | Net Book Value | Undetermined |
| justice.clothing | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Refund from Federal loss carryback for fiscal year 2015 | 2015 | $7,589,775.00 |
| Federal NOL estimated at $277,414,313.00 | Various | Undetermined |
| Federal Tax Refund Related to IRS Form 1120 for fiscal year 2019 | 2019 | $1,378,691.00 |
| Federal Tax Refund Related to IRS Form 1139 for fiscal year 2019 | 2019 | $1,378,691.00 |
| State NOL (Alabama) estimated at $70,074.00 | Various | Undetermined |
| State NOL (Arizona) estimated at $6,730,713.92 | Various | Undetermined |
| State NOL (California) estimated at $37,273,785.00 | Various | Undetermined |
| State NOL (Colorado) estimated at $13,418,105.17 | Various | Undetermined |
| State NOL (Connecticut) estimated at $5,915,744.12 | Various | Undetermined |
| State NOL (D.C.) estimated at $1,647,068.12 | Various | Undetermined |
| State NOL (Delaware) estimated at $142,393.80 | Various | Undetermined |
| State NOL (Florida) estimated at $21,343,871.00 | Various | Undetermined |
| State NOL (Georgia) estimated at $140,800.00 | Various | Undetermined |
| State NOL (Idaho) estimated at $1,676,413.82 | Various | Undetermined |
| State NOL (Illinois) estimated at $42,462,991.88 | Various | Undetermined |
| State NOL (Indiana) estimated at $56,717,526.79 | Various | Undetermined |
| State NOL (Iowa) estimated at $70,340.35 | Various | Undetermined |
| State NOL (Kansas) estimated at $3,617,289.63 | Various | Undetermined |
| State NOL (Louisiana) estimated at $98,088.00 | Various | Undetermined |
| State NOL (Maine) estimated at $3,052,831.38 | Various | Undetermined |
| State NOL (Massachusetts) estimated at $13,276,741.00 | Various | Undetermined |
| State NOL (Michigan) estimated at $15,327,530.66 | Various | Undetermined |
| State NOL (Minnesota) estimated at $5,234,818.00 | Various | Undetermined |
| State NOL (Montana) estimated at $708,219.61 | Various | Undetermined |
| State NOL (Nebraska) estimated at $1,643,800.77 | Various | Undetermined |
| State NOL (New Hampshire) estimated at $848,420.32 | Various | Undetermined |
| State NOL (New Jersey) estimated at $166,064,120.00 | Various | Undetermined |
| State NOL (New Mexico) estimated at $369,804.13 | Various | Undetermined |
| State NOL (New York City) estimated at $9,908,127.62 | Various | Undetermined |
| State NOL (New York) estimated at $32,201,523.34 | Various | Undetermined |
| State NOL (North Carolina) estimated at $169,968.00 | Various | Undetermined |
| State NOL (North Dakota) estimated at $1,543,250.47 | Various | Undetermined |
| State NOL (OH Rita) estimated at $3,983,790.84 | Various | Undetermined |
| State NOL (Ohio Columbus) estimated at $4,163,123.60 | Various | Undetermined |
| State NOL (Oklahoma) estimated at $125,520.00 | Various | Undetermined |
| State NOL (OR Multnomah County) estimated at $726,394.76 | Various | Undetermined |
| State NOL (OR Portland) estimated at $435,511.15 | Various | Undetermined |
| State NOL (Oregon) estimated at $5,297,063.81 | Various | Undetermined |
| State NOL (Pennsylvania) estimated at $31,752,747.86 | Various | Undetermined |
| State NOL (Rhode Island) estimated at $483,042.64 | Various | Undetermined |
| State NOL (Utah) estimated at $2,979,166.96 | Various | Undetermined |
| State NOL (Vermont) estimated at $969,964.10 | Various | Undetermined |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| State NOL (Virginia) estimated at $185,955.10 | Various | Undetermined |
| State NOL (West Virginia) estimated at $8,927,923.43 | Various | Undetermined |
| State NOL (Wisconsin) estimated at $10,667,579.85 | Various | Undetermined |
| Tax Refund from Bensalem, PA for fiscal year 2017 | 2017 | $1,139.00 |
| Tax Refund from Multnomah/Portland, OR for fiscal year 2019 | 2019 | $36,568.00 |
| Tax Refund from State of Arizona for fiscal year 2016 | 2016 | $110,797.00 |
| Tax Refund from State of California for fiscal year 2019 | 2019 | $50,000.00 |
| Tax Refund from State of Illinois for fiscal year 2016 | 2016 | $962,169.00 |
| Tax Refund from State of Illinois for fiscal year 2019 | 2019 | $50,000.00 |
| Tax Refund from State of Indiana for fiscal year 2019 | 2019 | $50,000.00 |
| Tax Refund from State of Maine for fiscal year 2019 | 2019 | $40,000.00 |
| Tax Refund from State of Massachusetts for fiscal year 2019 | 2019 | $100,000.00 |
| Tax Refund from State of Nebraska for fiscal year 2019 | 2019 | $25,000.00 |
| Tax Refund from State of New Hampshire for fiscal year 2019 | 2019 | $25,000.00 |
| Tax Refund from State of New Jersey for fiscal year 2019 | 2019 | $40,000.00 |
| Tax Refund from State of New Mexico for fiscal year 2019 | 2019 | $32,000.00 |
| Tax Refund from State of New York for fiscal year 2019 | 2019 | $1,100,000.00 |
| Tax Refund from State of Pennsylvania for fiscal year 2017 | 2017 | $19,457.00 |
| Tax Refund from State of Vermont for fiscal year 2019 | 2019 | $4,750.00 |
| Tax Refund from State of West Virginia for fiscal year 2016 | 2016 | $126,089.00 |
| Tax Refund from State of West Virginia for fiscal year 2019 | 2019 | $25,000.00 |
| | **TOTAL** | **$13,145,126.00 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Axis Insurance Company | Excess Liability (D&O) | MNN630628-01-2018 | Undetermined |
| North American Specialty Insurance Company | Excess Liability (D&O) | DAX 2000128 01 | Undetermined |
| Old Republic Insurance Company | Excess Liability (D&O) | ORPRO 40940 | Undetermined |
| Berkley Insurance Company | Excess Liability (D&O) | BPRO8033772 | Undetermined |
| Wesco Insurance Company | Excess Liability (D&O) | EUW1130709 03 | Undetermined |
| Freedom Specialty Insurance Company | Excess Liability (D&O) | XMF1801740 | Undetermined |
| Endurance American Insurance Company | Excess Liability (D&O) | DOX10011185501 | Undetermined |
| Axis Insurance Company | Commercial Crime | P-001-000166145-01 | Undetermined |
| CNA Insurance / Continental Insurance Company Of New Jersey | Fiduciary Liability | 652020687 | Undetermined |
| XL Specialty Insurance Company | Excess Fiduciary Liability | ELU162852-19 | Undetermined |
| Axis Insurance Company | Excess Fiduciary Liability | MNN632156-01-2019 | Undetermined |
| Zurich American Insurance Company | Commercial Property | PPR9312384-08 | Undetermined |
| Alternus / Victor Insurance Managers Inc. | Commercial Property | RTX20043519 | Undetermined |
| Arch Specialty Insurance Company | Commercial Property | ESP1001175-00 | Undetermined |
| CNA Insurance | Commercial Property | RMP6073148292 | Undetermined |
| XL Insurance America, Inc. | Commercial Property | US00094702PR19A | Undetermined |
| Everest Indemnity Insurance Company | Commercial Property | RP5CF00247-191 | Undetermined |
| Kinsale Insurance Company | Commercial Property | 0100097780-0 | Undetermined |
| Liberty Mutual Fire Insurance Company | Commercial Property | MQ2-L9L-471015-029 | Undetermined |
| Liberty Mutual Fire Insurance Company | Commercial Property | MJ2-L9L-471015-019 | Undetermined |
| Evanston Insurance Company / Markel | Commercial Property | MKLV10XP003581 | Undetermined |
| Nationwide / Scottsdale Insurance Company | Commercial Property | BXS0001426 | Undetermined |
| Landmark American Insurance Company / RSUI Group | Commercial Property | LHD910051 | Undetermined |
| Starr Specialty Lines Insurance Agency, LLC | Commercial Property | SLSTPTY11225919 | Undetermined |
| Ace American Insurance Company (Chubb) | Commercial Property | PEX D42285845001 | Undetermined |
| Tokio Marine America Insurance Company | Commercial Property | LCP648123600 | Undetermined |
| AIG Specialty Insurance | Commercial Property | 25032720 | Undetermined |
| Chubb Bermuda Insurance Ltd. | Commercial Property | ASCENA01796P | Undetermined |
| Starr Surplus Lines Insurance Company | Commercial Property | 19SLCFN11077201 | Undetermined |
| Argo / Lloyd's Of London | Commercial Property | BOWPN1900749 | Undetermined |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Landmark American Insurance Company | Flood insurance | LHD909383 | Undetermined |
| Lloyd's Of London | Terrorism & Sabotage Insurance | BOWTN1900344 | Undetermined |
| Lloyd's Of London | Excess Terrorism | B0509BOWTN1900344 | Undetermined |
| Shelter Reinsurance Company | Excess Earthquake | SHR 1683 | Undetermined |
| Aspen Specialty Insurance Company | Excess Earthquake | NSAU1391 | Undetermined |
| Allianz Global Risk US Insurance Company | Cargo (US & Canada) | OC91752200 | Undetermined |
| Chubb Insurance | Foreign Package | CXCD38527411004 | Undetermined |
| AXA XL / Greenwich Insurance Company | Cyber Insurance | MTP903593502 | Undetermined |
| Beazley Insurance Company, Inc. | Excess Cyber Liability | V20AD6190301 | Undetermined |
| National Union Fire Insurance Company Of Pittsburgh, PA / AIG Inc. | Excess Cyber Liability | 02-340-88-18 | Undetermined |
| Continental Insurance Company Of New Jersey | Excess Cyber Liability | 596840794 | Undetermined |
| Aon / Lloyd's Of London | Excess Cyber Liability | FSCEO1901182 | Undetermined |
| Nationwide / Freedom Specialty Insurance Company | Excess Cyber Liability | XMF1909333 | Undetermined |
| Travelers Casualty And Surety Company Of America | Excess Cyber Liability | 106175176 | Undetermined |
| Zurich American Insurance Company | Excess Cyber Liability | SPR 0217712-04 | Undetermined |
| Hiscox Insurance Company Inc. | Special Crime | UKA3005249.19 | Undetermined |
| Liberty International Insurance Limited | Office Plus (Foreign Local Office Package) | H1119910900919 | Undetermined |
| Chubb Insurance Limited | Corporate Travel Policy (Foreign Group Travel) | 93094465 | Undetermined |
| Safety National Casualty Corporation | General Liability | GL4058280 | Undetermined |
| XL Specialty Insurance Company | General Liability (Umbrella/Excess) | US00077707LI19B | Undetermined |
| Allianz Global Risk US Insurance Company | General Liability (Umbrella/Excess) | USL00180819Z | Undetermined |
| Great American Insurance Group | General Liability (Umbrella/Excess) | EXC 3161377 | Undetermined |
| Ohio Casualty Company / Liberty Mutual Insurance | General Liability (Umbrella/Excess) | ECO2058569179 | Undetermined |
| The Continental Insurance Company | General Liability (Umbrella/Excess) | 6024044743 | Undetermined |
| Safety National Casualty Corporation | Automobile | CAF4058281 | Undetermined |
| Starr Indemnity & Liability Company | Directors and Officers (D&O) Liability | 1000620935181 | Undetermined |
| CNA | Excess Liability (D&O) | 652002154 | Undetermined |
| XL Specialty Insurance Company | Excess Liability (D&O) | ELU155773-18 | Undetermined |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| RLI Insurance Company | Excess Liability (D&O) | EPG0019489 | Undetermined |
| Argonaut Insurance Company | Excess Liability (D&O) | MLX 4209120-0 | Undetermined |
| Old Republic Insurance Company | Excess Liability (D&O) | ORPRO 40920 | Undetermined |
| North American Specialty Insurance Company | Excess Liability (D&O) | DOE 2001444 00 | Undetermined |
| Axis Insurance Company | Excess Liability (D&O) | MNN630627-01-2018 | Undetermined |
| ANV Global Services, Inc. / Lloyd's Of London | Excess Liability (D&O) | ANV120219A | Undetermined |
| Canopius Insurance Services | Excess Liability (D&O) | CUAI0053-00 | Undetermined |
| Berkley Insurance Company | Excess Liability (D&O) | BPRO8033260 | Undetermined |
| Markel American Insurance Company | Excess Liability (D&O) | MKLM6EL0003685 | Undetermined |
| Travelers Casualty And Surety Company Of America | Excess Liability (D&O) | 106525151 | Undetermined |
| Safety National Casualty Corporation | Workers Compensation | PS 4042558 | Undetermined |
| Safety National Casualty Corporation | Workers Compensation | LDS4056505 | Undetermined |
| National Casualty | Directors and Officers - Dimes from the Heart | EK03341869 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Ascena Retail Group, Inc., Charming Shoppes of Delaware, Inc., Lane Bryant, Inc. and AnnTaylor Retail, Inc. v. MKM Distribution Services, Inc. (Case No. 2:20-cv-02679) | Vendor Theft | Undetermined | Undetermined |
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Case No. 05-md-1720) | Antitrust | Undetermined | Undetermined |
| Vendor Dispute (IBM) | Vendor Dispute | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Other receivables | $21,953,082.28 |
| Net Intercompany Balance Receivable - Catherines, Inc. | $632,273,220.98 |
| Net Intercompany Balance Receivable - Tween Brands, Inc. | $207,659,166.33 |
| Net Intercompany Balance Receivable - Etna Retail DC, LLC | $62,790,751.74 |
| Net Intercompany Balance Receivable - GC Fulfillment, LLC | $61,800,871.39 |
| Net Intercompany Balance Receivable - Lane Bryant Purchasing Corp. | $29,462,713.55 |
| Net Intercompany Balance Receivable - Fashion Service LLC | $25,625,601.10 |
| Net Intercompany Balance Receivable - CSI Industries, Inc. | $22,053,401.28 |
| Net Intercompany Balance Receivable - Catherines Stores Corporation | $11,926,018.34 |
| Net Intercompany Balance Receivable - Ascena Trade Services, LLC | $10,657,625.32 |
| Net Intercompany Balance Receivable - Worldwide Retail Holdings, Inc. | $8,814,960.82 |
| Net Intercompany Balance Receivable - Tween Brands Agency, Inc. | $6,401,069.64 |
| Net Intercompany Balance Receivable - DBX, Inc. | $3,163,341.27 |
| Net Intercompany Balance Receivable - Fashion Apparel Sourcing LLC | $2,086,407.16 |
| Net Intercompany Balance Receivable - Tween Brands Direct Services Inc. | $1,317,658.24 |
| Net Intercompany Balance Receivable - Ascena Enterprise Sourcing Limited | $1,150,000.00 |
| Net Intercompany Balance Receivable - Ascena Global Sourcing (Shanghai) Limited | $401,083.63 |
| Net Intercompany Balance Receivable - Crosstown Traders, Inc. | $336,387.10 |
| Net Intercompany Balance Receivable - CS Holdco II Inc. | $73,689.71 |
| Net Intercompany Balance Receivable - 933 Inspiration LLC | $27,500.00 |
| Net Intercompany Balance Receivable - Ascena Retail Sourcing India Private Limited | $17,722.19 |
| Net Intercompany Balance Receivable - C.S.F. Corp. | $9,500.00 |
| Net Intercompany Balance Receivable - PSTM, Inc. | $9,500.00 |
| Net Intercompany Balance Receivable - CCTM, Inc. | $5,700.00 |
| Net Intercompany Balance Receivable - Lane Bryant #6243, Inc. | $3,439.50 |
| Net Intercompany Balance Receivable - Catherines #5147, Inc. | $2,672.50 |
| Net Intercompany Balance Receivable - CSGC, Inc. | $2,000.00 |
| Net Intercompany Balance Receivable - Tween Brands Investment, LLC | $217.50 |
| Net Intercompany Balance Receivable - Catherines #5124, Inc. | $15.00 |
| Net Intercompany Balance Receivable - Lane Bryant of Pennsylvania, Inc. | $2.00 |

Debtor Name: Ascena Retail Group, Inc. Case Number: 20-33113 (KRH)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Net Intercompany Balance Receivable - Lane Bryant Outlet 4106, Inc. | $0.01 |
| **TOTAL** | **$1,110,025,318.58** |

**Fill in this information to identify the case:**

Debtor name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
ARCHITECTURAL SYSTEMS, INC.

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 201407010011974. See Schedule D disclosures.

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
8633 MEMORIAL DRIVE
PLAIN CITY, OH 43064

**Describe the lien**
UCC File Number 201407010011974. See Schedule D disclosures.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2 Creditor's name**
BANK OF AMERICA

**Describe debtor's property that is subject to a lien**

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
ONE FLEET WAY, PA6-580-02-30
SCRANTON, PA 18507-1999

**Describe the lien**
As provided in Letter of Credit LOC 68168499, in the amount of $20,000,000.00 for the benefit of Wells Fargo Bank, N.A. and/or Wells Fargo Trade Capital Services.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,608,067,329.17 + undetermined amounts

Debtor: Ascena Retail Group, Inc. (Name) — Case number (if known): 20-33113 (KRH)

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

---

**2.3 Creditor's name**
BANK OF AMERICA

**Describe debtor's property that is subject to a lien**

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
ONE FLEET WAY, PA6-580-02-30
SCRANTON, PA 18507-1999

**Describe the lien**
As provided in Letter of Credit LOC 68170577, in the amount of $12,500,000.00 for the benefit of Berkley Insurance Company C/O Berkley Surety.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

---

**2.4 Creditor's name**
GOLDMAN SACHS BANK USA

**Describe debtor's property that is subject to a lien**

Column A: $1,275,868,282.19 — Column B: $ Undetermined

**Creditor's mailing address**
C/O GOLDMAN, SACHS & CO.
ATTN: SBD OPERATIONS
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY, NJ 07302

**Describe the lien**
Borrower on Term Loan B, due August 21, 2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [ ] No
- [X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [X] No. Specify each creditor, including this creditor, and its relative priority. See Global Notes for Schedule D Disclosures
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

**2.5**

**Creditor's name**
IKON FINANCIAL SVCS

**Creditor's mailing address**
1738 BASS ROAD
MACON, GA 31210-1043

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 20173531347. See Schedule D disclosures.

**Describe the lien**
UCC File Number 20173531347. See Schedule D disclosures.

**Is the creditor an insider or related party?**

- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Column A: $ Undetermined

Column B: $ Undetermined

**2.6**

**Creditor's name**
JPMORGAN CHASE BANK

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in Letter of Credit NUSCGS007087, in the amount of $400,000.00 for the benefit of Ohio Bureau of Workers' Compensation.

**Is the creditor an insider or related party?**

- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Column A: $ Undetermined

Column B: $ Undetermined

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim**

**2.7 Creditor's name**
JPMORGAN CHASE BANK

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in Letter of Credit NUSCGS007287, in the amount of $29,620,000.00 for the benefit of Safety National Casualty Corp.

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Column A: $ Undetermined
Column B: $ Undetermined

**2.8 Creditor's name**
JPMORGAN CHASE BANK

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in Letter of Credit NUSCGS007295, in the amount of $60,625.33 for the benefit of Lumbermens Mutual Casualty Company.

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Column A: $ Undetermined
Column B: $ Undetermined

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

**2.9**

**Creditor's name**
JPMORGAN CHASE BANK

**Describe debtor's property that is subject to a lien**

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Describe the lien**
As provided in Letter of Credit NUSCGS007384, in the amount of $2,700,000.00 for the benefit of The Travelers Indemnity Company.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.10**

**Creditor's name**
JPMORGAN CHASE BANK

**Describe debtor's property that is subject to a lien**

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Describe the lien**
As provided in Letter of Credit NUSCGS029561, in the amount of $7,500,000.00 for the benefit of Rosenthal & Rosenthal, Inc..

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor: Ascena Retail Group, Inc. (Name) — Case number (if known): 20-33113 (KRH)

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral — *Column B* **Value of collateral that supports this claim**

**2.11** **Creditor's name**
JPMORGAN CHASE BANK

**Describe debtor's property that is subject to a lien** — Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Describe the lien**
As provided in Letter of Credit NUSCGS029573, in the amount of $10,000,000.00 for the benefit of The CIT Group/Commercial Services Inc.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**2.12** **Creditor's name**
JPMORGAN CHASE BANK

**Describe debtor's property that is subject to a lien** — Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR
MAIL CODE: IL1-0236
CHICAGO, IL 60603-5506

**Describe the lien**
As provided in Letter of Credit NUSCGS029772, in the amount of $1,500,000.00 for the benefit of Milberg Factors, Inc..

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.13 | **Creditor's name**<br>JPMORGAN CHASE BANK<br><br>**Creditor's mailing address**<br>GLOBAL TRADE SERVICES, 131 SOUTH DEARBORN, 6TH FLOOR<br>MAIL CODE: IL1-0236<br>CHICAGO, IL 60603-5506<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>As provided in Letter of Credit NUSCGS029838, in the amount of $10,000,000.00 for the benefit of Berkley Surety.<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ Undetermined | $ Undetermined |
| 2.14 | **Creditor's name**<br>JPMORGAN CHASE BANK<br><br>**Creditor's mailing address**<br>ATTN: DONNA DIFORIO<br>4 NEW YORK PLAZA, 17TH FLOOR<br>MAIL CODE: NY1-E061<br>NEW YORK, NY 10004<br><br>**Creditor's email address, if known**<br>donna.diforio@jpmorgan.com<br><br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☒ Yes. The relative priority of creditors is specified on lines 2.4 | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>Borrower on ABL Revolver, due May 27, 2023 or 91 days prior to Term Loan B maturity<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $332,199,046.98 | $ Undetermined |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.15 Creditor's name**<br>U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1310 MADRID STREET<br>MARSHALL, MN 56258<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>As provided in UCC File Number 20165725872. See Schedule D disclosures.<br><br>**Describe the lien**<br>UCC File Number 20165725872. See Schedule D disclosures.<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ Undetermined | $ Undetermined |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| GOLDMAN SACHS BANK USA<br>200 WEST STREET<br>ATTN: ANISHA MALHOTRA<br>NEW YORK, NY 10282-2198 | Line 4 | |

**Fill in this information to identify the case:**

Debtor: Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** | $ Undetermined | $ Undetermined |

**2.1 Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BLDNG
50 NORTH RIPLEY STREET
MONTGOMERY, AL36104

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred:** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.2** | $ Undetermined | $ Undetermined |

**2.2 Priority creditor's name and mailing address**
ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST.
PHOENIX, AZ 85007-2650

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred:** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.3** | $ Undetermined | $ Undetermined |

**2.3 Priority creditor's name and mailing address**
CALIFORNIA FRANCHISE TAX BOARD
15350 SHERMAN WAY 250 VAN NUYS
VAN NUYS, CA 91406

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred:** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

CITY COLUMBUS INCOME TAX DIVISION
77 N FRONT ST
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.5 Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

CITY OF PORTLAND - REVENUE DIVISION
111 SW COLUMBIA ST, SUITE 600
PORTLAND, OR 97201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.6 Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.7 Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

CONNECTICUT DEPARTMENT OF REVENUE
SERVICES
25 SIGOURNEY STREET
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| **2.8 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
1101 4TH ST SW
STE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.9 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399-0100

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.10 Priority creditor's name and mailing address** | $307,692.40 | $13,650.00 |

HUFFORD, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Insider Severance

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| | Total claim | Priority amount |
|---|---|---|
| **2.11 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

IDAHO STATE TAX COMMISSION
800 PARK BLVD., PLAZA IV
BOISE, ID 83712-7742

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| 2.12 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 1040
GALESBURG, IL 61402-1040

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| 2.13 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

INDIANA DEPARTMENT OF REVENUE
1025 WIDENER LN
SOUTH BEND, IN 46614

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| 2.14 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

IOWA DEPARTMENT OF REVENUE
PO BOX 10471
DES MOINES, IA 50306-0471

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| 2.15 **Priority creditor's name and mailing address** | $961,538.50 | $13,650.00 |

JAFFE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Insider Severance

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 1. Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| 2.16 **Priority creditor's name and mailing address** | $25,738.76 | $13,650.00 |

JAFFE, ELISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Insider Severance

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| | Total claim | Priority amount |
|---|---|---|
| 2.17 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

KANSAS CORPORATE TAX, KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON ST #300
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| 2.18 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70821-0201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| 2.19 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

MAINE REVENUE SERVICES
COMPLIANCE DIVISION
PO BOX 9107
AUGUSTA, ME 04332-9107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 1. Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount**

2.20 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
436 DWIGHT STREET
SPRINGFIELD, MA 01103

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.21 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

MICHIGAN DEPARTMENT OF TREASURY
430 W ALLEGAN ST
LANSING, MI 48933

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.22 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.23 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

MONTANA DEPARTMENT OF REVENUE
MITCHELL BUILDING,
125 N. ROBERTS,
P.O. BOX 5805
HELENA, MT 59604-5805

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** **Priority amount**

2.24 **Priority creditor's name and mailing address** $ Undetermined $ Undetermined

NEBRASKA DEPARTMENT OF REVENUE
NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL SOUTH
LINCOLN, NE 68508

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.25 **Priority creditor's name and mailing address** $ Undetermined $ Undetermined

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
109 PLEASANT STREET
P.O. BOX 457
CONCORD, NH 03302-0457

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.26 **Priority creditor's name and mailing address** $ Undetermined $ Undetermined

NEW MEXICO TAXATION & REVENUE DEPARTMENT
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.27 **Priority creditor's name and mailing address** $ Undetermined $ Undetermined

NEW YORK CITY DEPARTMENT OF FINANCE
BANKRUPTCY SECTION, P.O. BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| **2.28 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION, P.O. BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.29 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION, P.O. BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.30 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NORTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0640

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.31 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 E. BOULEVARD AVE.
BRISMARCK, ND 58505-0599

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.32 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

OHIO REGIONAL INCOME TAX AGENCY
10107 BRECKSVILLE ROAD
P.O. BOX 176
BRECKSVILLE, KS 44141

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.33 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.34 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

PENNSYLVANIA DEPARTMENT OF REVENUE
OFFICE OF CHIEF COUNSEL
PO BOX 281061
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.35 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 1. Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

2.36 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

STATE OF GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY CENTER BLVD., N.E.
ATLANTA, GA30345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.37 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

STATE OF NEW JERSEY - DIVISION OF TAXATION
TRENTON REGIONAL INFORMATION CENTER
50 BARRACK ST
1ST FLOOR
TRENTON, NJ 08608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.38 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

TENNESEE DEPARTMENT OF REVENUE
500 DEADERICK STREET, ANDREW JACKSON BUILDING
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.39 **Priority creditor's name and mailing address** — Total claim: $ Undetermined — Priority amount: $ Undetermined

TEXAS OFFICE OF THE COMPTROLLER
CAPITOL STATION
P.O. BOX 13528
AUSTIN, TX 78711-3528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 1. Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| **2.40 Priority creditor's name and mailing address** | $2,721,094.00 | $2,721,094.00 |

U.S. INTERNAL REVENUE SERVICE
1111CONSTITUTION AVE., NW
WASHINGTON, DC 20224

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.41 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT84134

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.42 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

VERMONT DEPARTMENT OF TAXES
133 STATE STREET
MONTPELLER, VT 05602

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.43 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

VIRGINIA DEPARTMENT OF TAXATION
VIRGINIA DEPARTMENT OF TAXATION OFFICE OF CUSTOMER SERVICE
P.O. BOX 1115
RICHMOND, VA 23218-1115

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc.
Name

Case number *(if known)* 20-33113 (KRH)

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.44 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

WEST VIRGINIA STATE TAX DEPARTMENT
ATTN: LEGAL DIVISION
1001 LEE STREET, EAST
CHARLESTON, WV 25301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | Total claim | Priority amount |
|---|---|---|
| **2.45 Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

WISCONSIN DEPARTMENT OF REVENUE
CUSTOMER SERVICE BUREAU
P.O. BOX 8949
MADISON, WI 53708-8949

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
933 INSPIRATION LLC
933 MACARTHUR BOULEVARD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** $ 23,034,232.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**3.2 Nonpriority creditor's name and mailing address**
933 INSPIRATION LLC
933 MACARTHUR BOULEVARD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** $ 202,500.00
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/25/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
AA HUBER AND SONS
500 N. JACKSON STREET
GREENCASTLE, IN 46135

**As of the petition filing date, the claim is:** $ 467.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
ABNEY, DAKODA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
ABSOLUTE PACKAGING & SUPPLY, INC.
456 EAST 22ND STREET
PATERSON, NJ 07514

**As of the petition filing date, the claim is:** $ 7,560.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
ACCENTURE LLP
1255 TREAT BLVD., STE 250
WALNUT CREEK, CA 94597

**As of the petition filing date, the claim is:** $ 3,986,931.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address** $14,017.50

ACCRUENT LLC
11500 ALTERRA PKWY. #110
AUSTIN, TX 78758

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.8 **Nonpriority creditor's name and mailing address** $3,412.75

ACCU-TECH CORPORATION
BOX 840781
DALLAS, TX 75284-0781

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.9 **Nonpriority creditor's name and mailing address** $ Undetermined

ACEVEDO, FELIPE B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.10 **Nonpriority creditor's name and mailing address** $ Undetermined

ACKERMAN, CATHERINE V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.11 **Nonpriority creditor's name and mailing address** $18,949.22

ACORN DISTRIBUTORS, INC
PO BOX 7047
INDIANAPOLIS, IN 46207

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address** $ Undetermined

ACOSTA, KARELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.13 **Nonpriority creditor's name and mailing address** $ Undetermined

ACOSTA, KARELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.14 **Nonpriority creditor's name and mailing address** $89,722.50

ACUITIVE SOLUTIONS,LLC
11035 GOLF LINKS DRIVE, UNIT #77045
CHARLOTTE, NC 28277

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.15 **Nonpriority creditor's name and mailing address** $233,383.44

ACXIOM CORPORATION
P.O. BOX 954003
ST LOUIS, MO 63195-4003

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.16 **Nonpriority creditor's name and mailing address** $ Undetermined

ADAME, CRYSTAL G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address** $ Undetermined

ADAMS, AARON A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.18 **Nonpriority creditor's name and mailing address** $ Undetermined

ADAMS, ROBERT L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.19 **Nonpriority creditor's name and mailing address** $404.84

ADECCO FINANCIAL STAFFING
DEPT CH 14091
PALATINE, IL 60055-4091

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.20 **Nonpriority creditor's name and mailing address** $263,049.01

ADP INC.
P.O. BOX 9001007
LOCKBOX 95
LOUISVILLE, KY 40290-1007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.21 **Nonpriority creditor's name and mailing address** $2,396.00

ADVANCO FIRE PROTECTION, INC
615 S. OAKS AVE.
ONTARIO, CA 91762-4022

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address** $580,104.74

ADVIZEX TECHNOLOGIES, LLC
#774019
4019 SOLUTIONS CENTER
CHICAGO, IL 60677-4000

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.23 **Nonpriority creditor's name and mailing address** $76,243.09

AEP ENERGY
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.24 **Nonpriority creditor's name and mailing address** $556.50

AERO RUBBER CO.
8100 W 185TH ST.
TINLEY PARK, IL 60487

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.25 **Nonpriority creditor's name and mailing address** $2,253,864.20

AGS HONG KONG
UNIT 2508, 25/F METRO LOFT
38 KWAI HEI ST.
KWAI CHUNG
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.26 **Nonpriority creditor's name and mailing address** $ Undetermined

AGUAYO, MIREYA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address** $ Undetermined

AGUILAR, JOSEFINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.28 **Nonpriority creditor's name and mailing address** $54,220.76

AHEAD, LLC
401 N. MICHIGAN AVE.
CHICAGO, IL 60611

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.29 **Nonpriority creditor's name and mailing address** $632,853.00

AKAMAI TECHNOLOGIES, INC.
PO BOX 26590
NEW YORK, NY 10087-6590

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.30 **Nonpriority creditor's name and mailing address** $ Undetermined

AKER, JEFFERY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.31 **Nonpriority creditor's name and mailing address** $2,195.30

ALACHUA COUNTY
TAX COLLECTOR, PO BOX 142530
GAINESVILLE, FL 32614

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/12/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address** $ Undetermined

ALBARRAN, VALERIA I
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.33 **Nonpriority creditor's name and mailing address** $ Undetermined

ALBRIGHT, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.34 **Nonpriority creditor's name and mailing address** $ Undetermined

ALCANTAR, MARIA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.35 **Nonpriority creditor's name and mailing address** $ Undetermined

ALDRED, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.36 **Nonpriority creditor's name and mailing address** $685.91

ALL OHIO AIR FILTER SALES AND SERVICE CO
1195 EAST 5TH AVE
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.37 **Nonpriority creditor's name and mailing address** $211.32

ALLIED ELECTRONICS, INC.
7151 JACK NEWELL BLVD., SOUTH
FORTH WORTH, TX 76118-7037

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.38 **Nonpriority creditor's name and mailing address** $26,906.11

ALLRITE LOGISTICS LLC
6969 ALUM CREEK DR.
SUITE 3
COLUMBUS, OH 43217

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.39 **Nonpriority creditor's name and mailing address** $2,985.00

ALSTON & BIRD LLP
101 S TRYON ST STE#4000
ATTN JAMIE DANIEL
CHARLOTTE, NC 28280-4000

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.40 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVA, ANAI

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.41 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVARADO, MARTHA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.42 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVARADO, MARTHA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.43 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVARADO, MARTHA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.44 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVAREZ, HASHALENE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.45 **Nonpriority creditor's name and mailing address** $ Undetermined

ALVAREZ, HASHALENE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.46 **Nonpriority creditor's name and mailing address** $2,965.74

AMAZON CAPITAL SERVICES, INC.
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address** $135.63

AMBIUS, LLC
PO BOX 14086
READING, PA 19612

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.48 **Nonpriority creditor's name and mailing address** $114,014.19

AMERICAN ELECTRIC POWER/24002
1 RIVERSIDE PLAZA
COLUMBUS, OH 43205-2372

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.49 **Nonpriority creditor's name and mailing address** $41,018.68

AMERICAN STOCK TRFR & TRST
PO BOX 12893
PHILADELPHIA, PA 19176-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.50 **Nonpriority creditor's name and mailing address** $36,348.80

AMERIQUEST SECURITY SERVICE
9111 SOUTH LA CIENEGA BLVD.
SUITE 210
INGLEWOOD, CA 90301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.51 **Nonpriority creditor's name and mailing address** $ Undetermined

ANDERSON, BRENDA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.52 **Nonpriority creditor's name and mailing address** $ Undetermined

ANDERSON, BRENDA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.53 **Nonpriority creditor's name and mailing address** $ Undetermined

ANDERSON, ROBERT B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.54 **Nonpriority creditor's name and mailing address** $ Undetermined

ANDOLINA, RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.55 **Nonpriority creditor's name and mailing address** $ Undetermined

ANDOLINA, RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.56 **Nonpriority creditor's name and mailing address** $ Undetermined

ANGUIANO, LYNDA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.57 **Nonpriority creditor's name and mailing address** $709,010,086.24

ANNTAYLOR, INC.
476 WHEELERS FARMS ROAD
MILFORD, CT 06461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

3.58 **Nonpriority creditor's name and mailing address** $ Undetermined

ANTHONY, DANIELLE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.59 **Nonpriority creditor's name and mailing address** $ Undetermined

ANZE, NDENGE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.60 **Nonpriority creditor's name and mailing address** $2,320.61

APO PUMPS & COMPRESSORS INC.
PO BOX 634968
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.61 **Nonpriority creditor's name and mailing address** $ Undetermined

APPLE, BRITTLEE K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.62 **Nonpriority creditor's name and mailing address** $101.00

APPLIED PROFESSIONAL SERVICES
323 W SUPERIOR ST
SUITE 2
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.63 **Nonpriority creditor's name and mailing address** $4,800.00

ARCHE ADVISORS, INC
1659 W. CHATEAU CIRCLE
ST. GEORGE, UT 84770

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.64 **Nonpriority creditor's name and mailing address** $ Undetermined

ARCHER, BRANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.65 **Nonpriority creditor's name and mailing address** $ Undetermined

ARCHER, JASMINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.66 **Nonpriority creditor's name and mailing address** $ Undetermined

ARDITO, CARRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.67 **Nonpriority creditor's name and mailing address** $ Undetermined

ARELLANO, MIGUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.68 **Nonpriority creditor's name and mailing address** $ Undetermined

ARIAS, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.69 **Nonpriority creditor's name and mailing address** $ Undetermined

ARIAS, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.70 **Nonpriority creditor's name and mailing address** $ Undetermined

ARIAS, IDALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.71 **Nonpriority creditor's name and mailing address** $313.56

ARROWHEAD PRINTING INC
127 E 2ND STREET
DULUTH, MN 55805

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.72 **Nonpriority creditor's name and mailing address** $ Undetermined

ARROYO, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

3.73 **Nonpriority creditor's name and mailing address** $434,942.60

ASCENA GLOBAL INNOVATION CENTER LLP
2ND AND 3RD FLOORS, G3, WING A
MANYATA EMBASSY BUSINESS PARK
SEZ OUTER RING ROAD, RACHENAHALLI, NAGAWARA
BANGALORE 560045
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [X] Yes

3.74 **Nonpriority creditor's name and mailing address** $2,514,432.94

ASCENA GLOBAL INNOVATION CENTER LLP

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.75 **Nonpriority creditor's name and mailing address** $372,355.75

ASCENA GLOBAL SOURCING HONG KONG LIMITED - KOREA BRANCH OFFICE
10F DONG-GUNG BLDG
736-17 YEOKSAM-DONG
GANGNAM-GU
SEOUL 06236

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [X] Yes

3.76 **Nonpriority creditor's name and mailing address** $14,089,368.83

ASCENA GLOBAL SOURCING HONG KONG LIMITED
25/F, METRO LOFT,38 KWAI HEI STREET
KWAI CHUNG
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [X] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.77 **Nonpriority creditor's name and mailing address** $103,513,391.48

ASCENA RETAIL HOLDINGS, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

3.78 **Nonpriority creditor's name and mailing address** $8,557.58

ASSOCIATED MATERIAL HANDL.
INTEGRATED SUPPLY CHAIN SOLUTIONS
7954 SOLUTION CENTER
CHICAGO, IL 60677-7009

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.79 **Nonpriority creditor's name and mailing address** $ Undetermined

ASSUDE, MACKENZIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.80 **Nonpriority creditor's name and mailing address** $3,148.88

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.81 **Nonpriority creditor's name and mailing address** $7,065.00

ATM USA, LLC.
2200 GATEWAY CENTRE BLVD
SUITE#220
MORRISVILLE, NC 27560

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.82 **Nonpriority creditor's name and mailing address** $14,262.00

AURUS INC
1 EDGEWATER DR
SUITE 200
NORWOOD, MA 02062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.83 **Nonpriority creditor's name and mailing address** $ Undetermined

AUSTIN, SHIANN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.84 **Nonpriority creditor's name and mailing address** $ Undetermined

AVILA-FLORES, JANETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.85 **Nonpriority creditor's name and mailing address** $73,261.00

AXPER INC
235 BOUL. RICHELIEU
RICHELIEU J3L 3R5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.86 **Nonpriority creditor's name and mailing address** $ Undetermined

AYALA, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.87 Nonpriority creditor's name and mailing address** — $ Undetermined

AYALA, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.88 Nonpriority creditor's name and mailing address** — $ Undetermined

AYALA, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.89 Nonpriority creditor's name and mailing address** — $1,102.76

B & C COMMUNICATIONS
L-2787
COLUMBUS, OH 43260-2787

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.90 Nonpriority creditor's name and mailing address** — $ Undetermined

BA, RAKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.91 Nonpriority creditor's name and mailing address** — $ Undetermined

BAGGETT, NICOLA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.92 **Nonpriority creditor's name and mailing address** $142.00

BAILEY CAVALIERI LLC
ONE COLUMBUS 10 W BROAD ST STE#2100
COLUMBUS, OH 43215-3422

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/13/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.93 **Nonpriority creditor's name and mailing address** $ Undetermined

BAILEY, ANGELA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.94 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.95 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.96 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.97 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.98 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.99 **Nonpriority creditor's name and mailing address** $ Undetermined

BAIR, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.100 **Nonpriority creditor's name and mailing address** $3,250.00

BAKER & HOSTETLER LLP
127 PUBLIC SQUARE, KEY TOWER, STE 2000
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.101 **Nonpriority creditor's name and mailing address** $ Undetermined

BALDWIN, MARISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.102 **Nonpriority creditor's name and mailing address** $ Undetermined

BALDWIN, MARISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.103 **Nonpriority creditor's name and mailing address** $ Undetermined

BALITY, SUSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.104 **Nonpriority creditor's name and mailing address** $ Undetermined

BALSAN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.105 **Nonpriority creditor's name and mailing address** $ Undetermined

BALSAN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.106 **Nonpriority creditor's name and mailing address** $24,516.45

BANK OF AMERICA, N.A.
101 N TRYON ST.
CHARLOTTE, NC 28255

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.107 **Nonpriority creditor's name and mailing address** $ Undetermined

BARKER, AMBER D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.108 **Nonpriority creditor's name and mailing address** $ Undetermined

BARKHA SHAH
C/O GLANCY PRONGAY & MURRAY LLP
ATTN: BENJAMIN I SACHS-MICHALES
712 FIFTH AVE.
NEW YORK, NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.109 **Nonpriority creditor's name and mailing address** $ Undetermined

BARKHA SHAH
C/O GLANCY PRONGAY & MURRAY LLP
ATTN: BENJAMIN I SACHS-MICHALES
712 FIFTH AVE.
NEW YORK, NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 1:2020cv00831

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.110 **Nonpriority creditor's name and mailing address** $ Undetermined

BARR, MARY K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.111 **Nonpriority creditor's name and mailing address** $ Undetermined

BARRAGAN, JISSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.112 **Nonpriority creditor's name and mailing address** $ Undetermined

BARTON, BREANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.113 **Nonpriority creditor's name and mailing address** $ Undetermined

BARTRAM, JOSEPH P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.114 **Nonpriority creditor's name and mailing address** $130.65

BASS SECURITY SERVICES, INC
P.O. BOX 901805
CLEVELAND, OH 44190-1805

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.115 **Nonpriority creditor's name and mailing address** $ Undetermined

BAYNE, KATIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.116 **Nonpriority creditor's name and mailing address** $ Undetermined

BBK EASTON OFFICE, LLC
EASTON COMMONS HIH001
M.S. MANAGEMENT ASSOCIATES, INC.
ATTN: JAMES PINKERTON, SENIOR VICE PRESIDENT
FOSTER CITY, GA 94404

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Lease Guaranty

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.117 **Nonpriority creditor's name and mailing address** $ Undetermined

BEAMS, VICKY G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.118 **Nonpriority creditor's name and mailing address** $ Undetermined

BEGEMAN, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.119 **Nonpriority creditor's name and mailing address** $ Undetermined

BEGEMAN, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.120 **Nonpriority creditor's name and mailing address** $ Undetermined

BENEDICT, JAY P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.121 **Nonpriority creditor's name and mailing address** $14,631.00

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
41 SOUTH HIGH ST.
SUITE 2600
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.122 **Nonpriority creditor's name and mailing address** $15,462.54

BENNETT JONES LLP
SUITE 3400, 1 FIRST CANADIAN P
P.O. BOX 130
TORONTO, ON M5X 1A4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.123 **Nonpriority creditor's name and mailing address** $ Undetermined

BENNETT, DARRELL E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.124 **Nonpriority creditor's name and mailing address** $ Undetermined

BENNETT, DARRELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.125 **Nonpriority creditor's name and mailing address** $ Undetermined

BENNETT, JAKE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.126 **Nonpriority creditor's name and mailing address** $26,500.00

BERGQUIST & ROSSI P.C.
1515 S. GROVE AVE., #4042
BARRINGTON, IL 60010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.127 **Nonpriority creditor's name and mailing address** $ Undetermined

BERKLEY SURETY
412 MOUNT KEMBLE AVE, SUITE 310N
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Surety Bond # 0211229 for the benefit of MD Constellation NewEnergy

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

3.128 **Nonpriority creditor's name and mailing address** $ Undetermined

BERKLEY SURETY
412 MOUNT KEMBLE AVE, SUITE 310N
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Surety Bond # 0211228 for the benefit of CA Southern California Edison

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

3.129 **Nonpriority creditor's name and mailing address** $ Undetermined

BERKLEY SURETY
412 MOUNT KEMBLE AVE, SUITE 310N
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Surety Bond # 190715007 / 19C001337 for the benefit of DC Foreign Trade Zone 301-4

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

3.130 **Nonpriority creditor's name and mailing address** $46,395.45

BETTER COTTON INITIATIVE
CHEMIN DE BALEXERT 7-9, CHATELAINE
GENEVA 1219
SWITZERLAND

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

3.131 **Nonpriority creditor's name and mailing address** $ Undetermined

BIBIAN, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.132 **Nonpriority creditor's name and mailing address** $808.92

BINDERY & SPECIALTIES PRESSWORKS INC.
351 W BIGELOW AVE.
PLAIN CITY, OH 43064

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.133 **Nonpriority creditor's name and mailing address** $ Undetermined

BIRCHMAN, KIMBERLY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.134 **Nonpriority creditor's name and mailing address** $ Undetermined

BISWA, AITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.135 **Nonpriority creditor's name and mailing address** $ Undetermined

BIXLER, COLTON R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.136 **Nonpriority creditor's name and mailing address** $29,770.38

BLACKLINE SYSTEMS
P.O. BOX 841433
DALLAS, TX 75284-1433

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.137 **Nonpriority creditor's name and mailing address** $2,244.00

BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH ST.
PHILADELPHIA, PA 19103-6998

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.138 **Nonpriority creditor's name and mailing address** $259,364.97

BMC SOFTWARE INC
PO BOX 301165
DALLAS, TX 75303-1165

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.139 **Nonpriority creditor's name and mailing address** $ Undetermined

BOESCH, DONALD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.140 **Nonpriority creditor's name and mailing address** $ Undetermined

BOESCH, DONALD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.141 **Nonpriority creditor's name and mailing address** $ Undetermined

BOGGS, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.142 **Nonpriority creditor's name and mailing address** $ Undetermined

BOLIN, ALYSSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.143 **Nonpriority creditor's name and mailing address** $ Undetermined

BOLLER, CHARLY C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.144 **Nonpriority creditor's name and mailing address** $ Undetermined

BOLTON, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.145 **Nonpriority creditor's name and mailing address** $416.25

BOROUGH OF PARAMUS
1 JOCKISH SQUARE
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.146 **Nonpriority creditor's name and mailing address** $100.00

BOROUGH OF SHREWSBURY
419 SYCAMORE AVENUE
SHREWSBURY, NJ 07702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.147 **Nonpriority creditor's name and mailing address** $100.00

BOROUGH OF SHREWSBURY
419 SYCAMORE AVENUE
SHREWSBURY, NJ 07702

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.148 **Nonpriority creditor's name and mailing address** $ Undetermined

BOSSETT, DEONTRAI O
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.149 **Nonpriority creditor's name and mailing address** $ Undetermined

BOSSETT, DEONTRAI O
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.150 **Nonpriority creditor's name and mailing address** $6,651.30

BOTTOMLINE TECHNOLOGIES (DE) INC
PO BOX 83050
WOBURN, MA 01813-3050

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.151 **Nonpriority creditor's name and mailing address** $ Undetermined

BOWLES, HEATHER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.152 **Nonpriority creditor's name and mailing address** $1,576.25

BRANN & ISAACSON
184 MAIN STREET
PO BOX 3070
LEWISTON, ME 04243-3070

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.153 **Nonpriority creditor's name and mailing address** $ Undetermined

BRANSON, COURTNEY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.154 **Nonpriority creditor's name and mailing address** $ Undetermined

BRANSON, COURTNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.155 **Nonpriority creditor's name and mailing address** $ Undetermined

BRAY, KORI J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.156 **Nonpriority creditor's name and mailing address** $ Undetermined

BREWER-STORKMAN, TASHA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.157 **Nonpriority creditor's name and mailing address** — $35,046.00 + Undetermined

BRIER CREEK COMMONS, LLC

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Sales Use Tax Audit 12/1/15-4/30/19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.158 **Nonpriority creditor's name and mailing address** — $ Undetermined

BRIGHT, MICHELLE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.159 **Nonpriority creditor's name and mailing address** — $ Undetermined

BROCK, CRYSTAL L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.160 **Nonpriority creditor's name and mailing address** — $ Undetermined

BROWN, AARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.161 **Nonpriority creditor's name and mailing address** — $ Undetermined

BROWN, SALLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.162 **Nonpriority creditor's name and mailing address** $ Undetermined

BROWN, TIMOTHY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.163 **Nonpriority creditor's name and mailing address** $17,858.35

BRUNER CORPORATION
3637 LACON RD.
HILLIARD, OH 43026

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.164 **Nonpriority creditor's name and mailing address** $ Undetermined

BRUNER, DYLAN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.165 **Nonpriority creditor's name and mailing address** $ Undetermined

BRUNK, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.166 **Nonpriority creditor's name and mailing address** $ Undetermined

BRYANT, LAKISA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.167 **Nonpriority creditor's name and mailing address** $ Undetermined

BRYANT, LAKISA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.168 **Nonpriority creditor's name and mailing address** $ Undetermined

BRYSLAN, JAZMIN D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.169 **Nonpriority creditor's name and mailing address** $ Undetermined

BUCHANAN, CHRISTOPHER S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.170 **Nonpriority creditor's name and mailing address** $9,632.75

BUCKEYE LANDSCAPE
2585 BILLINGSLEY RD
COLUMBUS, OH 43235

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.171 **Nonpriority creditor's name and mailing address** $1,043.20

BUCKEYE WESTERN STAR
7605 COMMERCE PLACE
PLAIN CITY, OH 43064

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.172 **Nonpriority creditor's name and mailing address** $ Undetermined

BUDD, LONI J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.173 **Nonpriority creditor's name and mailing address** $ Undetermined

BUDD, LONI J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.174 **Nonpriority creditor's name and mailing address** $ Undetermined

BUELL, KAYLEE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.175 **Nonpriority creditor's name and mailing address** $ Undetermined

BUGGELN, KATE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.176 **Nonpriority creditor's name and mailing address** $ Undetermined

BUIS, RIVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.177 **Nonpriority creditor's name and mailing address** $ Undetermined

BULLERDICK, ANN E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.178 **Nonpriority creditor's name and mailing address** $ Undetermined

BUMGARDENER, BETTY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.179 **Nonpriority creditor's name and mailing address** $ Undetermined

BUMGARDNER, COURTNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.180 **Nonpriority creditor's name and mailing address** $ Undetermined

BUMGARDNER, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.181 **Nonpriority creditor's name and mailing address** $1,727.32

BUNZL RETAIL SERVICES LLC
32062 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.182 **Nonpriority creditor's name and mailing address** $ Undetermined

BURK, HEATHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.183 **Nonpriority creditor's name and mailing address** $ Undetermined

BURNHAM, TROY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.184 **Nonpriority creditor's name and mailing address** $ Undetermined

BURROFF, TABATHA N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.185 **Nonpriority creditor's name and mailing address** $ Undetermined

BURROWS, LENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.186 **Nonpriority creditor's name and mailing address** $1,789.47

BURRTEC WASTE INDUSTRIES INC - 7166
100 LITMAN ROAD
BUTLER, PA 16001-3256

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.187 **Nonpriority creditor's name and mailing address** $ Undetermined

BURT, JOSHUA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.188 **Nonpriority creditor's name and mailing address** $ Undetermined

BURTON, KAYLA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.189 **Nonpriority creditor's name and mailing address** $ Undetermined

BURTON, KAYLA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.190 **Nonpriority creditor's name and mailing address** $ Undetermined

BURTON, KAYLA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.191 **Nonpriority creditor's name and mailing address** $ Undetermined

BURTON, KAYLA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.192 **Nonpriority creditor's name and mailing address** $ Undetermined

BUSH, RACHEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.193 **Nonpriority creditor's name and mailing address** $ Undetermined

BUTLER, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.194 **Nonpriority creditor's name and mailing address** $24,191,045.46

C.S.F. CORP.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.195 **Nonpriority creditor's name and mailing address** $ Undetermined

CA DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
2218 KAUSEN DRIVE, SUITE 100
ELK GROVE, CA 95758

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 201910-07927616

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.196 **Nonpriority creditor's name and mailing address** $ Undetermined

CABELLO, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.197 **Nonpriority creditor's name and mailing address** $9,644.61

CAL-LIFT INC.
13027 CROSSROADS PKWY SOUTH
CITY OF INDUSTRY, CA91746

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.198 **Nonpriority creditor's name and mailing address** $ Undetermined

CAMACHO, LUZ D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.199 **Nonpriority creditor's name and mailing address** $ Undetermined

CAMARGO, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.200 **Nonpriority creditor's name and mailing address** $ Undetermined

CAMBEROS, JASON M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.201 **Nonpriority creditor's name and mailing address** $ Undetermined

CAMPOS, ADRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.202 **Nonpriority creditor's name and mailing address** $ Undetermined

CANO, RUBEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.203 **Nonpriority creditor's name and mailing address** $5,008.50

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0149

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.204 **Nonpriority creditor's name and mailing address** $47,515.00

CAP INDEX, INC.
150 JOHN ROBERT THOMAS DR.
EXTON, PA 19341

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.205 **Nonpriority creditor's name and mailing address** $8,254.60

CAPITAL CITY CONVEYORS & SUPPLY LLC
7731 MORRIS ROAD
HILLIARD, OH 43026

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.206 **Nonpriority creditor's name and mailing address** $930.00

CARDIOREADY
1800 US HWY 51 NORTH
WOODRUFF, WI 54568

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.207 **Nonpriority creditor's name and mailing address** $ Undetermined

CARL S. RUBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.208 **Nonpriority creditor's name and mailing address** $ Undetermined

CARR, VANESSA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.209 **Nonpriority creditor's name and mailing address** $ Undetermined

CARRILLO, ANA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.210 **Nonpriority creditor's name and mailing address** $ Undetermined

CARRILLO, ERNESTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.211 **Nonpriority creditor's name and mailing address** $ Undetermined

CARRILLO, JESSENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.212 **Nonpriority creditor's name and mailing address** $ Undetermined

CARTER, ANGELA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.213 **Nonpriority creditor's name and mailing address** $ Undetermined

CARTER, YVONNE E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.214 **Nonpriority creditor's name and mailing address** $ Undetermined

CARVALHO, RODNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.215 **Nonpriority creditor's name and mailing address** $ Undetermined

CASH, CHRISTY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.216 **Nonpriority creditor's name and mailing address** $ Undetermined

CASTANEDA DE SANCHEZ, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.217 **Nonpriority creditor's name and mailing address** $ Undetermined

CASTANEDA, MARIA Y
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.218 **Nonpriority creditor's name and mailing address** $ Undetermined

CASTO, MELISSA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.219 **Nonpriority creditor's name and mailing address** $ Undetermined

CATOLIATO, DOLORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.220 **Nonpriority creditor's name and mailing address** $ Undetermined

CATOLIATO, DOLORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.221 **Nonpriority creditor's name and mailing address** $ Undetermined

CAUBLE, SHEILA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.222 **Nonpriority creditor's name and mailing address** $5,160.71

CBRE LIMITED

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.223 **Nonpriority creditor's name and mailing address** $4,952.32

CCH INCORPORATED
PO BOX 4307
CAROL STREAM, IL 60197-4307

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.224 **Nonpriority creditor's name and mailing address** $8,271.42

CENTRAL INDIANA MAINTENANCE INC.
5155 N. SHADELAND AVENUE
SUITE 300
INDIANAPOLIS, IN 46226

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.225 **Nonpriority creditor's name and mailing address** $237,426.81

CEQUEL DATA CENTERS, LP
12444 POWERSCOURT DRIVE
SUITE 450
ST. LOUIS, MO 63131-3632

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.226 **Nonpriority creditor's name and mailing address** $ Undetermined

CHANEY, TIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.227 **Nonpriority creditor's name and mailing address** $212,569.87

CHARMING SALES CO. ONE, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☒ Yes

3.228 **Nonpriority creditor's name and mailing address** $646,615,822.10

CHARMING SHOPPES OF DELAWARE, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☒ Yes

3.229 **Nonpriority creditor's name and mailing address** $5,481,033,073.51

CHARMING SHOPPES OF DELAWARE, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☒ Yes

3.230 **Nonpriority creditor's name and mailing address** $135,875,398.58

CHARMING SHOPPES, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☒ Yes

3.231 **Nonpriority creditor's name and mailing address** $ Undetermined

CHAVEZ, MARIBEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.232 **Nonpriority creditor's name and mailing address** $ Undetermined

CHAVEZ, MARTIN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.233 **Nonpriority creditor's name and mailing address** $131,750.00

CHESTNUT ACQUISITION SUB INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.234 **Nonpriority creditor's name and mailing address** $96,356.79

CHICAGO TAG & LABEL INC
2501 COMMERCE DRIVE
LIBERTYVILLE, IL 60048-2495

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.235 **Nonpriority creditor's name and mailing address** $3,425.00

CHRISTIAN BROTHERS MECHANICAL SERVICES, INC.
11140 THURSTON LANE
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.236 **Nonpriority creditor's name and mailing address** $3,524.15

CIMA ENERGY LP
1221 MCKINNEY ST
STE 3700
HOUSTON, TX 77010

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.237 **Nonpriority creditor's name and mailing address** $39,387.64

CINCINNATI BELL TECHNOLOGY SOLUTIONS INC
1507 SOLUTIONS CENTER
CHICAGO, IL 60677-1005

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.238 **Nonpriority creditor's name and mailing address** $362.00

CITY OF AUGUSTA
1815 MARVIN GRIFFIN ROAD PO BOX 927
AUGUSTA, GA 30906

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 01/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.239 **Nonpriority creditor's name and mailing address** $2,882.50

CITY OF BELLEVUE
LOCKBOX PO BOX 34372
SEATTLE, WA 98124

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.240 **Nonpriority creditor's name and mailing address** $2,882.50

CITY OF BELLEVUE
LOCKBOX PO BOX 34372
SEATTLE, WA 98124

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.241 **Nonpriority creditor's name and mailing address** $1,000.00

CITY OF COLUMBUS
DEPARTMENT OF DEVELOPMENT ECONOMIC DEVELOPMENT DIVISION
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/21/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.242 **Nonpriority creditor's name and mailing address** $756.98

CITY OF DULUTH COMFORT SYSTEMS
411 W 1ST STREET
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.243 **Nonpriority creditor's name and mailing address** $84.65

CITY OF DULUTH, MN
411 W 1ST ST, RM 120
OFFICE OF THE TREASURER
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.244 **Nonpriority creditor's name and mailing address** $50.00

CITY OF FAIRVIEW HEIGHTS
CITY CLERKS OFFICE, 10025 BUNKUM ROAD
FAIRVIEW HEIGHTS, IL 62208

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 01/24/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.245 **Nonpriority creditor's name and mailing address** $670.84

CITY OF FRONTENAC
10555 CLAYTON RD
FRONTENAC, MO 63131

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/31/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.246 **Nonpriority creditor's name and mailing address** $18,953.48

CITY OF GREENCASTLE, IN
1 N LOCUST ST.
GREENCASTLE, IN 46135

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.247 **Nonpriority creditor's name and mailing address** $200.00

CITY OF LAKE SAINT LOUIS
200 CIVIC CENTER DRIVE
SAINT LOUIS, MO 63367

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 05/19/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.248 **Nonpriority creditor's name and mailing address** $308.95

CITY OF LEBANON
200 CASTLE HEIGHTS AVE N ROOM
LEBANON, TN 37087

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/21/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.249 **Nonpriority creditor's name and mailing address** $35.00

CITY OF OSAGE BEACH
1000 CITY PARKWAY
OSAGE BEACH, MO 65065

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/21/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.250 **Nonpriority creditor's name and mailing address** $35.00

CITY OF OSAGE BEACH
1000 CITY PARKWAY
OSAGE BEACH, MO 65065

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/21/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.251 **Nonpriority creditor's name and mailing address** $100.00

CITY OF SHREVEPORT
REVENUE DIVISION P.O. BOX 30168
SHREVEPORT, LA 71130

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 01/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.252 **Nonpriority creditor's name and mailing address** $39.00

CITY OF TEMECULA
41000 MAIN STREET
TEMECULA, CA 92590

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 01/03/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.253 **Nonpriority creditor's name and mailing address** $10,962.98

CLARIVATE ANALYTICS (COMPUMARK) INC.
1500 SPRING GARDEN STREET
4TH FLOOR
PHILADELPHIA, PA 19130

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.254 **Nonpriority creditor's name and mailing address** $ Undetermined

CLARK, JUDY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.255 **Nonpriority creditor's name and mailing address** $ Undetermined

CLARK, JUDY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.256 **Nonpriority creditor's name and mailing address** $431.88

CLERK OF CIRCUIT COURT
14735 MAIN ST
UPPER MARLBORO, MD 20772

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/09/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.257 **Nonpriority creditor's name and mailing address** $48,700.00

CMI TRANSPORTATION LLC
PO BOX 92829
LONG BEACH, CA 90809-2829

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.258 **Nonpriority creditor's name and mailing address** $4,316.04

COASTAL WIRE COMPANY INC
PO BOX 603954
CHARLOTTE, NC 28260-3954

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.259 **Nonpriority creditor's name and mailing address** $ Undetermined

COCHENOUR, AMBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.260 **Nonpriority creditor's name and mailing address** $ Undetermined

COFFMAN, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.261 **Nonpriority creditor's name and mailing address** $13,862.89

COGENCY GLOBAL INC.
P.O. BOX 3168
HICKSVILLE, NY 11802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.262 **Nonpriority creditor's name and mailing address** $ Undetermined

COGLAN, QUENTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.263 **Nonpriority creditor's name and mailing address** $11,000.00

COHNREZNICK LLP
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.264 **Nonpriority creditor's name and mailing address** $ Undetermined

COKE, OLIVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.265 **Nonpriority creditor's name and mailing address** $ Undetermined

COLLETT, CHARLES F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.266 **Nonpriority creditor's name and mailing address** $ Undetermined

COLLETT, CHARLES F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.267 **Nonpriority creditor's name and mailing address** $ Undetermined

COLLETT, CHARLES F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.268 **Nonpriority creditor's name and mailing address** $ Undetermined

COLLIER, MIKAYLA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.269 **Nonpriority creditor's name and mailing address** $11,000.00

COLONY NYC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.270 **Nonpriority creditor's name and mailing address** $ Undetermined

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Sales Use Tax Audit 10/1/12-4/30/19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.271 **Nonpriority creditor's name and mailing address** $ Undetermined

COLUCCI, NESTOR J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.272 **Nonpriority creditor's name and mailing address** $25,972.50

COLUMBUS CONSULTING INTL
DEPT 781713
PO BOX 78000
DETROIT, MI 48278-1713

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.273 **Nonpriority creditor's name and mailing address** $ Undetermined

COMBS, DEVON M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.274 **Nonpriority creditor's name and mailing address** $78.43

COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.275 **Nonpriority creditor's name and mailing address** $108,427.96

COMMERCEHUB
COMMERCE TECHNOLOGIES, LLC
25736 NETWORK PLACE
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.276 **Nonpriority creditor's name and mailing address** $6,010.17

COMPANY KITCHEN
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.277 **Nonpriority creditor's name and mailing address** $8,677.50

CONCENTRA MEDICAL CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729-3700

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.278 **Nonpriority creditor's name and mailing address** $1,423.59

CONTINENTAL VENDING
1275 N. MANASSERO ST.
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.279 **Nonpriority creditor's name and mailing address** $337.00

CONTRA COSTA COUNTY DEPARTMENT OF A
2380 BISSO LANE STE A
CONCORD, CA 94520

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 05/19/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.280 **Nonpriority creditor's name and mailing address** $ Undetermined

CONTRERAS, MARGARITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.281 **Nonpriority creditor's name and mailing address** $ Undetermined

CONTRERAS, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.282 **Nonpriority creditor's name and mailing address** $ Undetermined

CONTRERAS, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.283 **Nonpriority creditor's name and mailing address** $ Undetermined

CONTRERAS, YOANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.284 **Nonpriority creditor's name and mailing address** $ Undetermined

CONTRERAS, YOANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.285 **Nonpriority creditor's name and mailing address** $ Undetermined

COOK, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.286 **Nonpriority creditor's name and mailing address** $ Undetermined

COOPER, BETSY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.287 **Nonpriority creditor's name and mailing address** $ Undetermined

COPELAND, JESSICA T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.288 **Nonpriority creditor's name and mailing address** $ Undetermined

CORTES, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.289 **Nonpriority creditor's name and mailing address** $ Undetermined

CORTES, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.290 **Nonpriority creditor's name and mailing address** $ Undetermined

COX, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.291 **Nonpriority creditor's name and mailing address** $ Undetermined

COX, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.292 Nonpriority creditor's name and mailing address** — $ Undetermined

COX, KATHERINE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.293 Nonpriority creditor's name and mailing address** — $4,040.00

COYOTE LOGISTICS, LLC
960 NORTH POINT PARKWAY
SUITE 150
ALPHARETTA, GA 30005

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.294 Nonpriority creditor's name and mailing address** — $ Undetermined

CRAIG, MELISSA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.295 Nonpriority creditor's name and mailing address** — $ Undetermined

CRAIG, STEPHEN W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.296 Nonpriority creditor's name and mailing address** — $ Undetermined

CRAIG, STEPHEN W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.297 **Nonpriority creditor's name and mailing address** $ Undetermined

CRAIG, STEPHEN W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.298 **Nonpriority creditor's name and mailing address** $1,339.70

CRAWFORD MECHANICAL SERVICES
3445 MORSE ROAD
COLUMBUS, OH 43231

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.299 **Nonpriority creditor's name and mailing address** $ Undetermined

CRAWFORD, ABIGAIL R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.300 **Nonpriority creditor's name and mailing address** $ Undetermined

CROSS, MELODY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.301 **Nonpriority creditor's name and mailing address** $482,332.34

CROSSCOM
900 DEERFIELD PARKWAY
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.302 **Nonpriority creditor's name and mailing address** $6,680.86

CROWELL & MORING LLP
1001 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.303 **Nonpriority creditor's name and mailing address** $33,981.66

CROWN EQUIPMENT CORPORATION
PO BOX 641322
CINCINNATI, OH 45264-1322

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.304 **Nonpriority creditor's name and mailing address** $ Undetermined

CRUM, JAMIE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.305 **Nonpriority creditor's name and mailing address** $2,927,939,489.29

CSI INDUSTRIES, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

3.306 **Nonpriority creditor's name and mailing address** $ Undetermined

CUEVAS, GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor: Ascena Retail Group, Inc. — Case number (if known): 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.307 Nonpriority creditor's name and mailing address** — $7,975.62

CUMMINS BRIDGEWAY LLC
#774494
4494 SOLUTIONS CENTER
CHICAGO, IL 60677-4004

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.308 Nonpriority creditor's name and mailing address** — $ Undetermined

CVETKOVIKJ, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.309 Nonpriority creditor's name and mailing address** — $178,851.95

CYBERSOURCE CORPORATION
PO BOX 742842
LOS ANGELES, CA 90074-2842

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.310 Nonpriority creditor's name and mailing address** — $ Undetermined

D. HOLLOWAY, DUANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.311 Nonpriority creditor's name and mailing address** — $ Undetermined

D. HOLLOWAY, DUANE
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.312 **Nonpriority creditor's name and mailing address** $ Undetermined

DAGLEY, NICHOLAUS A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.313 **Nonpriority creditor's name and mailing address** $ Undetermined

DAHLSTROM, LILLIAN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.314 **Nonpriority creditor's name and mailing address** $ Undetermined

DALEY, STEVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.315 **Nonpriority creditor's name and mailing address** $ Undetermined

DALEY, STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.316 **Nonpriority creditor's name and mailing address** $1,550.43

DALMATION FIRE, INC.
7719 GRAPHICS WAY
SUIIE G
LEWIS CENTER, OH 43035

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.317 Nonpriority creditor's name and mailing address** — $ Undetermined

DALTON, JULIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.318 Nonpriority creditor's name and mailing address** — $2,757.86

DANIELS TIRE SERVICE INC
PO BOX 3708
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.319 Nonpriority creditor's name and mailing address** — $10,559.73

DATA CENTER SOLUTIONS INC
PO BOX 523
HILLIARD, OH 43026

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.320 Nonpriority creditor's name and mailing address** — $837.50

DATA CLEAN CORPORATION
1033 GRACELAND AVENUE
DES PLAINES, IL 60016

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.321 Nonpriority creditor's name and mailing address** — $15,420.00

DATA FUTURES, INC.
6820 LYONS TECHNOLOGY CIRCLE STE 235
COCONUT CREEK, FL 33073-4373

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.322 **Nonpriority creditor's name and mailing address** $23,827.95

DATA PRINT TECHNOLOGIES, INC.
42 N PINE CIRCLE
BELLEAIR, FL 33756

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.323 **Nonpriority creditor's name and mailing address** $5,910.00

DATAFLOW SERVICES INC
PO BOX 205367
DALLAS, TX 75320-5367

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.324 **Nonpriority creditor's name and mailing address** $7,650.00

DATALOGIC USA, INC.
959 TERRY STREET
EUGENE, OR 97402

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.325 **Nonpriority creditor's name and mailing address** $ Undetermined

DAUGHERTY, TERRIE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.326 **Nonpriority creditor's name and mailing address** $5,098.00

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.327 **Nonpriority creditor's name and mailing address** $ Undetermined

DAVIS, BRITTANY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.328 **Nonpriority creditor's name and mailing address** $ Undetermined

DAVIS, JAMIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.329 **Nonpriority creditor's name and mailing address** $ Undetermined

DAVIS, SHANNON D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.330 **Nonpriority creditor's name and mailing address** $ Undetermined

DAVIS-DAY, CASSANDRA V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.331 **Nonpriority creditor's name and mailing address** $8,276.16

DAWSON RESOURCES
DEPT. LB 28
P.O. BOX 183134
COLUMBUS, OH 43218-3134

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.332 **Nonpriority creditor's name and mailing address** $601,754.85

DBCM HOLDINGS, LLC
933 MACARTHUR BOULEVARD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.333 **Nonpriority creditor's name and mailing address** $8,822,787.20

DBI HOLDINGS, INC.
933 MACARTHUR BOULEVARD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.334 **Nonpriority creditor's name and mailing address** $ Undetermined

DE LA PUENTE, GUADALUPE P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.335 **Nonpriority creditor's name and mailing address** $ Undetermined

DELA ROSA, GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.336 **Nonpriority creditor's name and mailing address** $237.35

DELAWARE EMPLOYMENT TRAINING FUND E
PO BOX 9953
WILMINGTON, DE 19809-0953

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/12/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.337 **Nonpriority creditor's name and mailing address** $ Undetermined

DELEON, EVELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.338 **Nonpriority creditor's name and mailing address** $ Undetermined

DELGADO, ANASULEYMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.339 **Nonpriority creditor's name and mailing address** $1,112,886.52

DEMATIC CORP.
684125 NETWORK PLACE
CHICAGO, IL 60673-1684

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.340 **Nonpriority creditor's name and mailing address** $ Undetermined

DEPAOLA, DONALD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.341 **Nonpriority creditor's name and mailing address** $ Undetermined

DETRO, LORI A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.342 **Nonpriority creditor's name and mailing address** $ Undetermined

DIALLO, RAMATOULAYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.343 **Nonpriority creditor's name and mailing address** $ Undetermined

DIANA BRIDGES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - RIC1903252

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.344 **Nonpriority creditor's name and mailing address** $ Undetermined

DICKMEYER, TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.345 **Nonpriority creditor's name and mailing address** $303.08

DIRECT ENERGY BUSINESS/32179
12 GREENWAY PLAZA
SUITE 250
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.346 **Nonpriority creditor's name and mailing address** $1,675.97

DIRECTV LLC
2330 E IMPERIAL HWY
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.347 **Nonpriority creditor's name and mailing address** $ Undetermined

DISBRO, SEAN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.348 **Nonpriority creditor's name and mailing address** $ Undetermined

DOMINGUEZ, MARIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.349 **Nonpriority creditor's name and mailing address** $ Undetermined

DONAHUE, DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.350 **Nonpriority creditor's name and mailing address** $ Undetermined

DOWNING, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.351 **Nonpriority creditor's name and mailing address** $ Undetermined

DOWNING, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.352 **Nonpriority creditor's name and mailing address** $ Undetermined

DRAPER, JESSICA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.353 **Nonpriority creditor's name and mailing address** $124.00

DRESS FOR SUCCESS
32 EAST 31ST STREET 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.354 **Nonpriority creditor's name and mailing address** $ Undetermined

DRURY II, ROBERT L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.355 **Nonpriority creditor's name and mailing address** $71,205.43

DUKE ENERGY/1326
550 SOUTH TRYON STREET
CHARLOTTE, NC 28202-1904

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.356 **Nonpriority creditor's name and mailing address** $9,425.15

DULUTH ENERGY SYSTEMS
ONE LAKE PLACE DRIVE
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.357 **Nonpriority creditor's name and mailing address** $2,957,614.29

DULUTH REAL ESTATE LLC
425 WEST SUPERIOR STREET
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

3.358 **Nonpriority creditor's name and mailing address** $10,884.39

DUN & BRADSTREET, INC.
103 JFK PARKWAY
SHORT HILLS, NJ 07078

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.359 **Nonpriority creditor's name and mailing address** $2,425.42

DUNHAM RUBBER & BELTING CORPORATION
682 COMMERCE PKWY W DR
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.360 **Nonpriority creditor's name and mailing address** $ Undetermined

DUNN, HALEIGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.361 **Nonpriority creditor's name and mailing address** $ Undetermined

DUNN, HALEIGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.362 **Nonpriority creditor's name and mailing address** $ Undetermined

DUNSCOMBE, CHAD M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.363 **Nonpriority creditor's name and mailing address** $ Undetermined

DUNSCOMBE, CHAD M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.364 **Nonpriority creditor's name and mailing address** $ Undetermined

DUNSCOMBE, VALERIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.365 **Nonpriority creditor's name and mailing address** $ Undetermined

DUROST, ANTHONY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.366 **Nonpriority creditor's name and mailing address** $50.00

E-COLLECT
804 FAYETTE STREET
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 07/01/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.367 **Nonpriority creditor's name and mailing address** $ Undetermined

EAGLIN, ERIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.368 **Nonpriority creditor's name and mailing address** $19,033.44

EAN SERVICES, LLC
PO BOX 840173
KANSAS CITY, MO 64184-0173

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.369 **Nonpriority creditor's name and mailing address** $ Undetermined

ECHEAGARAY, ELSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.370 **Nonpriority creditor's name and mailing address** $ Undetermined

ECHOLS, TRAVIS L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.371 **Nonpriority creditor's name and mailing address** $1,957.13

EDIFECS, INC.
1756 114TH AVE SE
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.372 **Nonpriority creditor's name and mailing address** $4,367.71

EFAX CORPORATE
C/O J2 GLOBAL COMMUNICATIONS, INC.
PO BOX 51873
LOS ANGELES, CA 90051-6173

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.373 **Nonpriority creditor's name and mailing address** $ Undetermined

EISELE, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.374 **Nonpriority creditor's name and mailing address** $3,474.90

EKATA, INC.
1301 5TH AVENUE
SUITE 1600
SEATTLE, WA 98101-2625

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.375 **Nonpriority creditor's name and mailing address** $ Undetermined

ELDER, ALBERT E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.376 **Nonpriority creditor's name and mailing address** $53,578.47

ELEVATE HONG KONG HOLDINGS LIMITED
15/F SOUNDWILL PLAZA II - MIDTOWN
1-29 TANG LUNG STREET
CAUSEWAY BAY
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.377 **Nonpriority creditor's name and mailing address** $33,231.40

ELITE INVESTIGATIONS LTD
2001 CENTRAL PARK AVE.
YONKERS, NY 10710

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.378 **Nonpriority creditor's name and mailing address** $ Undetermined

ELKINS, BILLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.379 **Nonpriority creditor's name and mailing address** $17,169.23

ENGIE INSIGHT SERVICES INC. (FKA ECOVA, INC.)
1313 NORTH ATLANTIC STREET
STE. 5000
SPOKANE, WA 99201

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.380 **Nonpriority creditor's name and mailing address** $13,055.14

ENGIE RESOURCES
1990 POST OAK BOULEVARD
HOUSTON, TX 77056-3831

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.381 **Nonpriority creditor's name and mailing address** $2,093.18

ENGLEFIELD OIL COMPANY INC
1935 JAMES PARKWAY
HEATH, OH 43056

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.382 **Nonpriority creditor's name and mailing address** $ Undetermined

ENTREKIN, BRITTANY N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.383 **Nonpriority creditor's name and mailing address** $ Undetermined

EPPLER, KLAUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.384 **Nonpriority creditor's name and mailing address** $ Undetermined

EPPLER, KLAUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.385 **Nonpriority creditor's name and mailing address** $28,019.03

EPSILON DATA MANAGEMENT, LLC
PO BOX 84001
CHICAGO, IL 60689-4001

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.386 **Nonpriority creditor's name and mailing address** $ Undetermined

ERICK, ALYSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.387 **Nonpriority creditor's name and mailing address** $50,400.00

ERP CENTER,INC
1600 ROSECRANS AVENUE
4TH FLOOR, MEDIA CENTER BLDG.
MANHATTAN BEACH, CA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.388 **Nonpriority creditor's name and mailing address** $28,803.10

ESCO COMMUNICATIONS, INC.
8940 VINCENNES CIRCLE
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.389 **Nonpriority creditor's name and mailing address** $28.02

ESTATE OF ZULEMA KELLY
1154 E. CASOTA DR.
YUMA, AZ 85365

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 08/16/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.390 **Nonpriority creditor's name and mailing address** $ Undetermined

ESTAVILLO, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.391 **Nonpriority creditor's name and mailing address** $156,438.18

EVEREST TECHNOLOGIES, INC.
740 LAKEVIEW PLAZA BLVD
STE 250
WORTHINGTON, OH 43085

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.392 **Nonpriority creditor's name and mailing address** $13,912.50

EVERSTAR TECHNOLOGIES LLC
605 N. HIGH ST.
SUITE 643
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.393 **Nonpriority creditor's name and mailing address** $1,582.00

FACILITIES PROTECTION SYSTEMS
1150 W. CENTRAL AVE., STE D
BREA, CA 92821

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.394 **Nonpriority creditor's name and mailing address** $1,287.00

FAEGRE DRINKER BIDDLE & REATH LLP
ONELOGAN SQUARE
STE. 2000
PHILADELPHIA, PA 19103-6996

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.395 **Nonpriority creditor's name and mailing address** $ Undetermined

FAGG, LANESSA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.396 **Nonpriority creditor's name and mailing address** $682.28

FAIRCHILD COMMUNICATION SYSTEMS, INC.
3185 N. SHADELAND AVE.
INDIANAPOLIS, IN 46226

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.397 Nonpriority creditor's name and mailing address** — $ Undetermined

FAPOHUNDA, KOFOWOROLA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.398 Nonpriority creditor's name and mailing address** — $ Undetermined

FARRAN, ANNIKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.399 Nonpriority creditor's name and mailing address** — $5,153,153.07

FASHION APPAREL SOURCING LLC
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**3.400 Nonpriority creditor's name and mailing address** — $5,574.79

FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.401 Nonpriority creditor's name and mailing address** — $ Undetermined

FELIX, MIRIAM S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.402 **Nonpriority creditor's name and mailing address** $ Undetermined

FELIX, MIRIAM S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.403 **Nonpriority creditor's name and mailing address** $ Undetermined

FERNANDEZ GUZMAN, MARISELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.404 **Nonpriority creditor's name and mailing address** $2,500.00

FIDUCIARY PLAN CONSULTANTS, LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.405 **Nonpriority creditor's name and mailing address** $ Undetermined

FIELDS, JACQUELINE F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.406 **Nonpriority creditor's name and mailing address** $ Undetermined

FIGUEROA, MARTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.407 **Nonpriority creditor's name and mailing address** $ Undetermined

FIGUEROA, MARTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.408 **Nonpriority creditor's name and mailing address** $925.00

FIKES PEST CONTROL
9135 HARRISON PARK CT
INDIANAPOLIS, IN 46216

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.409 **Nonpriority creditor's name and mailing address** $ Undetermined

FIKES, MARIAH L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.410 **Nonpriority creditor's name and mailing address** $ Undetermined

FISHER, SHAIKIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.411 **Nonpriority creditor's name and mailing address** $446.32

FITNESS MECHANICS INC
P.O. BOX 310319
FONTANA, CA 92331

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.412 **Nonpriority creditor's name and mailing address** $ Undetermined

FLORES, KATHERINE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.413 **Nonpriority creditor's name and mailing address** $ Undetermined

FLOYD, BAMBI L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.414 **Nonpriority creditor's name and mailing address** $ Undetermined

FLOYD, BAMBI L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.415 **Nonpriority creditor's name and mailing address** $ Undetermined

FODRIE, JAMES C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.416 **Nonpriority creditor's name and mailing address** $ Undetermined

FOGLE, CAITLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.417 **Nonpriority creditor's name and mailing address** $ Undetermined

FOSTER, ANGEL-MARIE K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.418 **Nonpriority creditor's name and mailing address** $ Undetermined

FOSTER, ANGEL-MARIE K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.419 **Nonpriority creditor's name and mailing address** $ Undetermined

FRAME-LEITCH, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.420 **Nonpriority creditor's name and mailing address** $ Undetermined

FRANKLIN, CHRISTOPHER N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.421 **Nonpriority creditor's name and mailing address** $ Undetermined

FRANKLIN, NATASHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.422 **Nonpriority creditor's name and mailing address** $ Undetermined

FREAS, JERICHO I
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.423 **Nonpriority creditor's name and mailing address** $ Undetermined

FREEMAN, CHERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.424 **Nonpriority creditor's name and mailing address** $4,967.00

FROST BROWN TODD LLC
PO BOX 5716
CINCINNATI, OH 45201-5716

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.425 **Nonpriority creditor's name and mailing address** $ Undetermined

FRY, CHRISTOPHER D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.426 **Nonpriority creditor's name and mailing address** $105,105.00

FUJITSU AMERICA, INC.
PO BOX 98821
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.427 **Nonpriority creditor's name and mailing address** $ Undetermined

FULK, NICOLE M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.428 **Nonpriority creditor's name and mailing address** $240,450.00

FUTERRA SUSTAINABILITY COMMUNICATIONS, LTD.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.429 **Nonpriority creditor's name and mailing address** $76,805.00

G2O, LLC
2500 CORPORATE EXCHANGE DRIVE
SUITE 300
COLUMBUS, OH 43231

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.430 **Nonpriority creditor's name and mailing address** $ Undetermined

GADDIS, BRITTANY N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.431 **Nonpriority creditor's name and mailing address** $ Undetermined

GADDIS, MICHAEL W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.432 **Nonpriority creditor's name and mailing address** $ Undetermined

GADDIS, MICHAEL W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.433 **Nonpriority creditor's name and mailing address** $ Undetermined

GAINOR, MEGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.434 **Nonpriority creditor's name and mailing address** $ Undetermined

GAINOR, MEGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.435 **Nonpriority creditor's name and mailing address** $12,396.14

GALLAGHER BASSETT SERVICES INC
PO BOX 2934
CLINTON, IA 52733-2934

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.436 **Nonpriority creditor's name and mailing address** $ Undetermined

GALLARDO, SERGIO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.437 **Nonpriority creditor's name and mailing address** $ Undetermined

GALLARDO, SERGIO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.438 **Nonpriority creditor's name and mailing address** $ Undetermined

GALLARDO, SERGIO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.439 **Nonpriority creditor's name and mailing address** $ Undetermined

GAMA, LAWRENCE B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.440 **Nonpriority creditor's name and mailing address** $696.50

GANTREX INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.441 **Nonpriority creditor's name and mailing address** $ Undetermined

GARCIA QUEZADA, JOSE RICARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.442 **Nonpriority creditor's name and mailing address** $ Undetermined

GARCIA, CRISTIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.443 **Nonpriority creditor's name and mailing address** $ Undetermined

GARCIA, JAQUELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.444 **Nonpriority creditor's name and mailing address** $ Undetermined

GARCIA, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.445 **Nonpriority creditor's name and mailing address** $ Undetermined

GARCIA, LAURA V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.446 **Nonpriority creditor's name and mailing address** $20,996.49

GARDAWORLD SECURITY SERVICES
P.O. BOX 843886
KANSAS CITY, MO 64184-3886

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.447 **Nonpriority creditor's name and mailing address** $ Undetermined

GARDNER, CLAYTON C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.448 **Nonpriority creditor's name and mailing address** $ Undetermined

GARIBAY, SUSANA I
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.449 **Nonpriority creditor's name and mailing address** $ Undetermined

GARY, TIFFANY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.450 **Nonpriority creditor's name and mailing address** $ Undetermined

GASTELUM, JERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.451 **Nonpriority creditor's name and mailing address** $4,160.63

GE CAPITAL C/O RICOH USA
PROGRAM
P.O. BOX 650016
DALLAS, TX 75265-0016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.452 **Nonpriority creditor's name and mailing address** $275.00

GENTRY LOCKE RAKES & MOORE LLP
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.453 **Nonpriority creditor's name and mailing address** $ Undetermined

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BOULEVARD NE
ATLANTA, GA30345

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Income Tax Audit 2014-2016

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.454 **Nonpriority creditor's name and mailing address** $687,096.74

GEP
100 WALNUT AVENUE ,3RD FLOOR
CLARK, NJ 07066

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.455 **Nonpriority creditor's name and mailing address** $812.02

GERBER TECHNOLOGY
DEPT CH17522
PALATINE, IL60055-7522

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.456 **Nonpriority creditor's name and mailing address** $66,640.00

GERMA CORP.
2 WATERVIEW COURT
SOUTH SALEM, NY 10590

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.457 **Nonpriority creditor's name and mailing address** $ Undetermined

GHIMIREY, RENUKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.458 **Nonpriority creditor's name and mailing address** $ Undetermined

GIAMMATTEO, ROBB
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.459 **Nonpriority creditor's name and mailing address** $ Undetermined

GIAMMATTEO, ROBB
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.460 **Nonpriority creditor's name and mailing address** $17.74

GIBBS & BRUNS, LLP

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.461 **Nonpriority creditor's name and mailing address** $ Undetermined

GIBSON, NANCY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.462 **Nonpriority creditor's name and mailing address** $107,250.00

GITHUB, INC.
88 COLIN P KELLY JR. STREET
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.463 **Nonpriority creditor's name and mailing address** $205.47

GLOBAL EQUIPMENT COMPANY
P.O. BOX 905713
CHARLOTTE, NC 28290-5713

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.464 **Nonpriority creditor's name and mailing address** $ Undetermined

GOEBEL, KYLYNN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.465 **Nonpriority creditor's name and mailing address** $ Undetermined

GOEBEL, KYLYNN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.466 **Nonpriority creditor's name and mailing address** $ Undetermined

GOMEZ, LESLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.467 **Nonpriority creditor's name and mailing address** $ Undetermined

GOMEZ, MELISSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.468 **Nonpriority creditor's name and mailing address** $ Undetermined

GOMEZ, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.469 **Nonpriority creditor's name and mailing address** $ Undetermined

GOMEZ, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.470 **Nonpriority creditor's name and mailing address** $ Undetermined

GONZALEZ, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.471 **Nonpriority creditor's name and mailing address** $ Undetermined

GONZALEZ, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.472 **Nonpriority creditor's name and mailing address** $280.66

GOODCOPY PRINTING CENTER, INC.
110 HAMILTON STREET
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.473 **Nonpriority creditor's name and mailing address** $ Undetermined

GORDON, DONOVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.474 **Nonpriority creditor's name and mailing address** $1,341.14

GOWLING LAFLEUR HENDERSON LLP
PO BOX 466, STN D
OTTAWA K1P 1C3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.475 **Nonpriority creditor's name and mailing address** $31,282.78

GP CORRUGATED LLC
2850 OWENS ROAD
CIRCLEVILLE, OH 43113

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.476 **Nonpriority creditor's name and mailing address** $2,768.64

GRAINGER INC.
DEPT. 801128604
PALATINE, IL 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.477 **Nonpriority creditor's name and mailing address** $ Undetermined

GRAMATIKOS, NICHOLAS R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.478 **Nonpriority creditor's name and mailing address** $ Undetermined

GRANADOS, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.479 **Nonpriority creditor's name and mailing address** $62.46

GRANITE TELECOMMUNICATIONS
CLIENT ID 311
PO BOX 973119
BOSTON, MA 02298-3119

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.480 **Nonpriority creditor's name and mailing address** $ Undetermined

GREEN, ASHLEIGH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.481 **Nonpriority creditor's name and mailing address** $ Undetermined

GREEN, JODELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.482 **Nonpriority creditor's name and mailing address** $31,129.12

GREENBERG TRAURIG LLP
3333PIEDMONT RD NE STE2500
TERMINUS200
ATLANTA, GA30305

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.483 **Nonpriority creditor's name and mailing address** $ Undetermined

GREGG, KYLIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.484 **Nonpriority creditor's name and mailing address** $ Undetermined

GREY, ROBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.485 **Nonpriority creditor's name and mailing address** $ Undetermined

GRIFFITH, MARK L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.486 **Nonpriority creditor's name and mailing address** $ Undetermined

GRIZZEL, GAGE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.487 **Nonpriority creditor's name and mailing address** $ Undetermined

GROOTHUIS, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.488 **Nonpriority creditor's name and mailing address** $ Undetermined

GUCKENHEIMER AND ISS FACILITY SERVICES, INC.
1017 CENTRAL PARKWAY NORTH, SUITE139
SAN ANTONIO, TX 78232

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contract Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.489 **Nonpriority creditor's name and mailing address** $784,103.44

GUCKENHEIMER ENTERPRISES
P.O. BOX 740900
LOS ANGELES, CA 90074-0900

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.490 **Nonpriority creditor's name and mailing address** $ Undetermined

GUERRERO, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.491 **Nonpriority creditor's name and mailing address** $ Undetermined

GUERRERO, HORACIO J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.492 **Nonpriority creditor's name and mailing address** $ Undetermined

GUERRERO, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.493 **Nonpriority creditor's name and mailing address** $ Undetermined

GUEVARA, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.494 **Nonpriority creditor's name and mailing address** $ Undetermined

GUEVARA, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.495 **Nonpriority creditor's name and mailing address** $ Undetermined

GURCHIEK, ABBIGAIL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.496 **Nonpriority creditor's name and mailing address** $ Undetermined

GUTHRIE, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.497 **Nonpriority creditor's name and mailing address** $ Undetermined

GUTIERREZ, CLARYSSA N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.498 **Nonpriority creditor's name and mailing address** $1,770.47

H.T.M. TRANSPORT
PO BOX 125
CLOVERDALE, IN 46120

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.499 **Nonpriority creditor's name and mailing address** $ Undetermined

HAAS, KELLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.500 **Nonpriority creditor's name and mailing address** $ Undetermined

HAAS, LAURIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.501 **Nonpriority creditor's name and mailing address** $40.00

HACKENSACK UNIV MEDICAL
20 PROSPECT AVE. STE 100
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 01/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.502 **Nonpriority creditor's name and mailing address** $ Undetermined

HACKER, SIERRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.503 **Nonpriority creditor's name and mailing address** $ Undetermined

HAFER, ELIZABETH C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.504 **Nonpriority creditor's name and mailing address** $ Undetermined

HAGER, MAKAYLA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.505 **Nonpriority creditor's name and mailing address** $ Undetermined

HAKMAN, LORI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.506 **Nonpriority creditor's name and mailing address** $ Undetermined

HALCON, THERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.507 **Nonpriority creditor's name and mailing address** $ Undetermined

HALL, MELISSA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.508 **Nonpriority creditor's name and mailing address** $ Undetermined

HAMMONDS, ALYSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.509 **Nonpriority creditor's name and mailing address** $ Undetermined

HAND, SEAN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.510 **Nonpriority creditor's name and mailing address** $ Undetermined

HANNEL, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.511 **Nonpriority creditor's name and mailing address** $1,464.90

HARD FIRE SUPPRESSION SYSTEMS, INC.
400 A EAST WILSON BRIDGE ROAD
WORTHINGTON, OH 43085

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.512 **Nonpriority creditor's name and mailing address** $ Undetermined

HARDIN, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.513 **Nonpriority creditor's name and mailing address** $ Undetermined

HARDIN, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.514 **Nonpriority creditor's name and mailing address** $ Undetermined

HARDIN, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.515 **Nonpriority creditor's name and mailing address** $ Undetermined

HARDMON, SHYROME E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.516 **Nonpriority creditor's name and mailing address** $ Undetermined

HARDMON, SHYROME E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.517 **Nonpriority creditor's name and mailing address** $ Undetermined

HARMON, JESSICA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.518 **Nonpriority creditor's name and mailing address** $ Undetermined

HARNEY, JULIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.519 **Nonpriority creditor's name and mailing address** $ Undetermined

HARNEY, MICKEY V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.520 **Nonpriority creditor's name and mailing address** $ Undetermined

HARRIS, SHIRLEY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.521 **Nonpriority creditor's name and mailing address** $ Undetermined

HARRIS, SHIRLEY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.522 **Nonpriority creditor's name and mailing address** $6,519.73

HARTFORD FINANCIAL SERVIC
P.O. BX 415738
BOSTON, MA 02241-5738

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.523 **Nonpriority creditor's name and mailing address** $ Undetermined

HARTLEY, NICHOLE M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.524 **Nonpriority creditor's name and mailing address** $ Undetermined

HASH, CODY N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.525 **Nonpriority creditor's name and mailing address** $ Undetermined

HAWKINS, TIMOTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.526 **Nonpriority creditor's name and mailing address** $ Undetermined

HAWKINS, TIMOTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.527 **Nonpriority creditor's name and mailing address** $ Undetermined

HAYNES, RICHARD W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.528 **Nonpriority creditor's name and mailing address** $96,185.52

HCL AMERICA
330 POTRERO AVENUE
SUNNYVALE, CA 94085

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.529 **Nonpriority creditor's name and mailing address** $ Undetermined

HEAD, AARON D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.530 **Nonpriority creditor's name and mailing address** $ Undetermined

HEAD, BRIANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.531 **Nonpriority creditor's name and mailing address** $ Undetermined

HEDRICK, ZACKARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.532 **Nonpriority creditor's name and mailing address** $ Undetermined

HEEKE, LAUREEN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.533 **Nonpriority creditor's name and mailing address** $2,932.52

HEIDRICK & STRUGGLES
1133 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.534 **Nonpriority creditor's name and mailing address** $ Undetermined

HELFRICH PATENT LICENSING, LLC
60 E. RIO SALADO PARKWAY, SUITE900
TEMPE, AZ 85281

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.535 **Nonpriority creditor's name and mailing address** $ Undetermined

HELFRICH PATENT LICENSING, LLC
60 E. RIO SALADO PARKWAY, SUITE900
TEMPE, AZ 85281

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.536 **Nonpriority creditor's name and mailing address** $21,756.62

HELMSMAN MANAGEMENT SERVICES LLC
P.O. BOX 1449
NEW YORK, NY 10116-1449

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.537 **Nonpriority creditor's name and mailing address** $2,031.91

HELP SYSTEMS, LLC
NW5955
PO BOX 1450
MINNEAPOLIS, MN 55485-5955

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.538 **Nonpriority creditor's name and mailing address** $ Undetermined

HELTON, ADRIANNE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.539 **Nonpriority creditor's name and mailing address** $ Undetermined

HELTON, TYLER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.540 **Nonpriority creditor's name and mailing address** $ Undetermined

HELTON, TYLER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.541 **Nonpriority creditor's name and mailing address** $ Undetermined

HENDERSON, CINDI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.542 **Nonpriority creditor's name and mailing address** $ Undetermined

HENDRICKS, ANTHONY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.543 **Nonpriority creditor's name and mailing address** $ Undetermined

HENDRICKS, KATHY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.544 **Nonpriority creditor's name and mailing address** $ Undetermined

HENDRICKS, KATHY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.545 **Nonpriority creditor's name and mailing address** $ Undetermined

HENRIQUEZ, ANABEL A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.546 **Nonpriority creditor's name and mailing address** $1,320.97

HENRY C. SMITHER ROOFING CO., INC.
6850 EAST 32ND STREET
INDIANAPOLIS, IN 46226

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.547 **Nonpriority creditor's name and mailing address** $ Undetermined

HENSLEY, KAYLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.548 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, CUPERTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.549 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.550 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, JUANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.551 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.552 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, OLGA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.553 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, RENEE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.554 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.555 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.556 **Nonpriority creditor's name and mailing address** $ Undetermined

HERNANDEZ-PEREZ, JANNY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.557 Nonpriority creditor's name and mailing address** $ Undetermined

HERRERA, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.558 Nonpriority creditor's name and mailing address** $ Undetermined

HERRERA, PAOLA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.559 Nonpriority creditor's name and mailing address** $ Undetermined

HERRMANN, KARL L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.560 Nonpriority creditor's name and mailing address** $ Undetermined

HIER, TAYLOR J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.561 Nonpriority creditor's name and mailing address** $ Undetermined

HILLENBURG, JACKIE K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.562 **Nonpriority creditor's name and mailing address** $ Undetermined

HILLENBURG, JACKIE K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.563 **Nonpriority creditor's name and mailing address** $ Undetermined

HIMELDA MENDEZ
C/O THE MARKS LAW FIRM
ATTN: BRADLEY MARKS
175 VANICK STREET,3RD FLOOR
NEW YORK, NY 10014

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 1:19-cv-10773

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.564 **Nonpriority creditor's name and mailing address** $3,496.00

HINSHAW & CULBERTSON LLP
8142 SOLUTIONS CENTER DR.
CHICAGO, IL 60677-8001

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.565 **Nonpriority creditor's name and mailing address** $ Undetermined

HODGE, BRANDEN L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.566 **Nonpriority creditor's name and mailing address** $ Undetermined

HOLLIDAY, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.567 **Nonpriority creditor's name and mailing address** $ Undetermined

HOLT, DAWN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.568 **Nonpriority creditor's name and mailing address** $ Undetermined

HOLT, DENTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.569 **Nonpriority creditor's name and mailing address** $ Undetermined

HOMLER, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.570 **Nonpriority creditor's name and mailing address** $ Undetermined

HOOVER, CHASE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.571 **Nonpriority creditor's name and mailing address** $ Undetermined

HOROWITZ, ADRIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.572 **Nonpriority creditor's name and mailing address** $2,460.14

HTM TRANSPORT DBA GOSS OIL CO
1370 N CATARACT RD
CLOVERDALE, IN 46120

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.573 **Nonpriority creditor's name and mailing address** $ Undetermined

HUBER, BRANDI L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.574 **Nonpriority creditor's name and mailing address** $ Undetermined

HUFFORD, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.575 **Nonpriority creditor's name and mailing address** $ Undetermined

HUFFORD, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.576 **Nonpriority creditor's name and mailing address** $490.26

HUNT ELECTRIC CORPORATIO
CM 9488
ST PAUL, MN 55170

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.577 **Nonpriority creditor's name and mailing address** $ Undetermined

HUNTER, CYNTHIA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.578 **Nonpriority creditor's name and mailing address** $ Undetermined

HUNTER, ZACHORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.579 **Nonpriority creditor's name and mailing address** $26,918.91

HYLANT GROUP INC.
565 METRO PLACE SOUTH
SUITE 450
DUBLIN, OH 43017

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.580 **Nonpriority creditor's name and mailing address** $559.00

HYLANT OF COLUMBUS LLC
PO BOX 638720
CINCINNATI, OH 45263-8720

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.581 **Nonpriority creditor's name and mailing address** $1,409,554.21

IBM CORPORATION
PO BOX 643600
PITTSBURGH, PA 15264-3600

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor: Ascena Retail Group, Inc. (Name)    Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.582 **Nonpriority creditor's name and mailing address** — $ Undetermined

IBM
590 MADISON AVE., 12TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Vendor Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.583 **Nonpriority creditor's name and mailing address** — $8,250.00

ICR
761 MAIN AVENUE
NORWALK, CT 06851

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.584 **Nonpriority creditor's name and mailing address** — $4,354.27

ID TECHNOLOGY
PO BOX 73419
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.585 **Nonpriority creditor's name and mailing address** — $369.70

IDWHOLESALER LLC
1501 NW 163RD STREET
MIAMI, FL 33169

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.586 **Nonpriority creditor's name and mailing address** — $62.47

ILLINOIS WHOLESALE CASH REGISTER INC
2790 PINNACLE DR
ELGIN, IL 60124

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.587 Nonpriority creditor's name and mailing address** — $163.50

INFOLAWGROUP LLP
P.O. BOX 2139
1007 N. SEPULVEDA BLVD
MANHATTAN BEACH, CA 90267

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.588 Nonpriority creditor's name and mailing address** — $ Undetermined

INGALLS, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.589 Nonpriority creditor's name and mailing address** — $318,850.49

INSIGHT DIRECT USA INC
P.O. BOX 731096
COLUMBUS, OH 43271

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.590 Nonpriority creditor's name and mailing address** — $4,809.05

INTEGRATED PROTECTION SERVICES INC
5303 LESTER ROAD
CINCINNATI, OH 45213

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.591 Nonpriority creditor's name and mailing address** — $4,360.12

INTEGRATED SECURITY PROFESSIONALS T/A SECURITY 101
12 CHRISTOPHER WAY, SUITE 103
EATONTOWN, NJ 07724-3331

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.592 **Nonpriority creditor's name and mailing address** $8,750.00

INTEGRATION POINT, INC.
PO BOX 49175
CHARLOTTE, NC 28277

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.593 **Nonpriority creditor's name and mailing address** $113,820.52

INTEPLAST GROUP LTD
PO BOX 91256
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.594 **Nonpriority creditor's name and mailing address** $29.98

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 12/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.595 **Nonpriority creditor's name and mailing address** $26,401.85

INTERSTATE PARKING COMP
11 EAST SUPERIOR ST
SUITE 120
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.596 **Nonpriority creditor's name and mailing address** $21,776.35

INTRADO CORPORATION
PO BOX 74007143
CHICAGO, IL 60674-7143

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.597 **Nonpriority creditor's name and mailing address** $209,885.93

INTRADO ENTERPRISE COLLABORATION, INC.
P.O. BOX 281866
ATLANTA, GA 30384-1866

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.598 **Nonpriority creditor's name and mailing address** $1,918.70

INTRADO IP COMMUNICATIONS
P.O. BOX 74007080
CHICAGO, IL 60674-7080

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.599 **Nonpriority creditor's name and mailing address** $13,804.40

INTRALINKS
PO BOX 414476
BOSTON, MA 02241-4476

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.600 **Nonpriority creditor's name and mailing address** $203,816.73

INVISORS LLC
2000 PGA BLVD, SUITE 4440
PALM BEACH GARDENS, FL 33408

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.601 **Nonpriority creditor's name and mailing address** $20,000.00

INZONE
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.602 **Nonpriority creditor's name and mailing address** $24,205.93

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.603 **Nonpriority creditor's name and mailing address** $ Undetermined

IRWIN, ELLEN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.604 **Nonpriority creditor's name and mailing address** $750.00

ISLAND PACIFIC
19800 MACARTHUR BLVD #1250
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.605 **Nonpriority creditor's name and mailing address** $6,000.00

IT WORKS RECRUITMENT, INC.
AD ASTRA HOUSE, 4016 FLOWERS ROAD,
SUITE# 440
ATLANTA, GA 30360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.606 **Nonpriority creditor's name and mailing address** $67,873.59

ITC INFOTECH USA INC.
12 ROUTE 17 NORTH STE#303
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.607 **Nonpriority creditor's name and mailing address** $644.10

ITS CANADA LTD.
7415 TORBRAM ROAD
MISSISSAUGA, ON L4T 1G8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.608 **Nonpriority creditor's name and mailing address** $21,570.85

J.B. HUNT TRANSPORT, INC
PO BOX 905027
CHARLOTTE, NC 28290-5027

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.609 **Nonpriority creditor's name and mailing address** $1,176.48

JACKSON LEWIS P.C.
P.O. BOX 416019
BOSTON, MA 02241-6019

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.610 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.611 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.612 **Nonpriority creditor's name and mailing address** $22,000.00

JAFFE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Health & Welfare Benefits

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.613 **Nonpriority creditor's name and mailing address** $3,407,923.36

JAFFE, ELISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.614 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.615 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.616 **Nonpriority creditor's name and mailing address** $2,295,616.31

JAFFE, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.617 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** SERP

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.618 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Health & Welfare Benefits

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.619 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ROSLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** SERP

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.620 **Nonpriority creditor's name and mailing address** $ Undetermined

JAFFE, ROSLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Health & Welfare Benefits

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.621 **Nonpriority creditor's name and mailing address** $ Undetermined

JAILENE MAYORQUIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Litigation Claim - RIC 1902792

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.622 **Nonpriority creditor's name and mailing address** $ Undetermined

JAVIER, JACQUELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.623 **Nonpriority creditor's name and mailing address** $132,339.63

JDA SOFTWARE INC.
P.O. BX 202621
DALLAS, TX 75320

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.624 **Nonpriority creditor's name and mailing address** $25.00

JEFFERSON COUNTY
P.O. BOX 12207
BIRMINGHAM, AL 35202-2207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 10/07/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.625 **Nonpriority creditor's name and mailing address** $ Undetermined

JEREMY BALES CREATIVE, LLC & PHOTOGRAPHER, JEREMY BALES
PO BOX 20078, GREELEY SQUARE STATION
NEW YORK, NY 10001

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 2:20-cv-07368-KM-JBC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.626 **Nonpriority creditor's name and mailing address** $ Undetermined

JIMENEZ, GLORIA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.627 **Nonpriority creditor's name and mailing address** $2,756.28

JMG SECURITY SYSTEMS, INC.
17150 NEWHOPE ST.
SUITE 109
FOUNTAIN VALLEY, CA92708-4273

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.628 **Nonpriority creditor's name and mailing address** $ Undetermined

JOEL PATTERSON & MICHAELLA CORP
C/O ROBINS GELLER RUDMAN & DOWD, LLC
ATTN: NOAM MANDEL
125 PARK AVENUE,25TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 2:19-cv-13529-KM-JBC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.629 **Nonpriority creditor's name and mailing address** $16,470.00

JOHN E YOUNT
PO BOX 31
304 E LOGAN ST
CLOVERDALE, IN 46120

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.630 **Nonpriority creditor's name and mailing address** $3,736.00

JOHN LEE WELBORN, JR.
PO BOX 428
TELLURIDE, CO 81435

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 05/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.631 **Nonpriority creditor's name and mailing address** $ Undetermined

JOHNSON, CHARLES A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.632 **Nonpriority creditor's name and mailing address** $ Undetermined

JOHNSON, CHARLES A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.633 **Nonpriority creditor's name and mailing address** $ Undetermined

JOHNSON, RYAN S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.634 **Nonpriority creditor's name and mailing address** $2,730.00

JONES DAY
SOLICITORS AND INTERNATIONAL LAWYERS
31ST FLOOR, EDINBURGH TOWER, THE LANDMARK
15 QUEEN'S ROAD CENTRAL

HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.635 **Nonpriority creditor's name and mailing address** $ Undetermined

JONES, DAMAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.636 **Nonpriority creditor's name and mailing address** $ Undetermined

JONES, JOHN W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.637 **Nonpriority creditor's name and mailing address** $1,761.11

JORDAN POWER EQUIPMENT CO
2626 WEST JOHNSTOWN RD
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.638 **Nonpriority creditor's name and mailing address** $ Undetermined

JORDAN, RICHARD C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.639 **Nonpriority creditor's name and mailing address** $ Undetermined

JORDAN, RICHARD C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.640 **Nonpriority creditor's name and mailing address** $ Undetermined

JOSE CASILLAS
C/O CUSTODIO & DUBREY, LLP
ATTN: VINEET DUBEY
448 SOUTH HILL STREET, SUITE 615
LOS ANGELES, CA 92660

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ADA Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.641 **Nonpriority creditor's name and mailing address** $7,289,355.00

JPMORGAN CHASE BANK, N.A.
ATTN: CVA FC, JIMMIN OCK
4 CHASE METROTECH CTR, FLOOR 14
MAIL CODE NY1-C269
BROOKLYN, NY 11245-0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Interest Rate Swap Termination

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.642 **Nonpriority creditor's name and mailing address** $612,758.33

JPMORGAN CHASE BANK, N.A.
ATTN: CVA FC, JIMMIN OCK
4 CHASE METROTECH CTR, FLOOR 14
MAIL CODE NY1-C269
BROOKLYN, NY 11245-0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Interest Rate Swap Accrual

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.643 **Nonpriority creditor's name and mailing address** $ Undetermined

JUAREZ, DEBORAH E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.644 **Nonpriority creditor's name and mailing address** $ Undetermined

JUAREZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.645 **Nonpriority creditor's name and mailing address** $22,000.00

JUDGE TECHNICAL SERVICES, INC.
151 S WARNER ROAD
SUITE 100
WAYNE, PA19087

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.646 **Nonpriority creditor's name and mailing address** $ Undetermined

JUSTICE, CHESTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.647 **Nonpriority creditor's name and mailing address** $ Undetermined

JUSTICE, RHONDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.648 **Nonpriority creditor's name and mailing address** $ Undetermined

KALLNER, TAMMY V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.649 **Nonpriority creditor's name and mailing address** $2,553.24

KAMPS INC
2132 REFUGEE ROAD
COLUMBUS, OH 43207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.650 **Nonpriority creditor's name and mailing address** $181.72

KAMPS PROPANE INC/JURUPA VALLEY
1893 BROWN AVE
JURUPA VALLEY, CA92509

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.651 **Nonpriority creditor's name and mailing address** $ Undetermined

KAPP, LOUANNE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.652 **Nonpriority creditor's name and mailing address** $ Undetermined

KARLA & DOLORES CATOLIATO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 5:20-cv-00019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.653 **Nonpriority creditor's name and mailing address** $ Undetermined

KARLA CATOLIATO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 201910-07927616

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.654 **Nonpriority creditor's name and mailing address** $ Undetermined

KASSI TCHANKPA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 19AP000760

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.655 **Nonpriority creditor's name and mailing address** $618.00

KASTLE TECHNOLOGIES
4501 KETTERING BLVD.
DAYTON, OH 45439

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.656 **Nonpriority creditor's name and mailing address** $ Undetermined

KATE BUGGELN.
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.657 **Nonpriority creditor's name and mailing address** $199.01

KATE BUGGELN.
322 PIERMONT AVE.
PIERMONT, NY 10968

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/01/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.658 **Nonpriority creditor's name and mailing address** $ Undetermined

KATHERINE BAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.659 **Nonpriority creditor's name and mailing address** $ Undetermined

KATHERINE L. KRILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.660 **Nonpriority creditor's name and mailing address** $ Undetermined

KC & HC, INC.
3480 SOUTH BROADWAY
LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 2:19-cv-07361-CJC-PJW

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.661 **Nonpriority creditor's name and mailing address** $ Undetermined

KCL PROPERTIES LLC
3631 CANAL STREET
NEW ORLEANS, LA 70119

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 806-265 Div: "L"

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.662 **Nonpriority creditor's name and mailing address** $ Undetermined

KEGLEVIC, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.663 **Nonpriority creditor's name and mailing address** $ Undetermined

KEITH, DEELLA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.664 **Nonpriority creditor's name and mailing address** $ Undetermined

KELLEY, KELLEY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.665 **Nonpriority creditor's name and mailing address** $ Undetermined

KELLEY, KELLEY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.666 **Nonpriority creditor's name and mailing address** $ Undetermined

KENNEDY, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.667 **Nonpriority creditor's name and mailing address** $ Undetermined

KIHONDA, RUTH K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.668 **Nonpriority creditor's name and mailing address** $ Undetermined

KINCAID, DANA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.669 **Nonpriority creditor's name and mailing address** $ Undetermined

KINDER, STORM
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.670 **Nonpriority creditor's name and mailing address** $ Undetermined

KINDER, STORM
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.671 **Nonpriority creditor's name and mailing address** $4,309.60

KING COUNTY TREASURER
RM 600-500 FOURTH AVENUE
SEATTLE, WA 98104-2340

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/16/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.672 **Nonpriority creditor's name and mailing address** $ Undetermined

KNAPP, SHARON R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.673 **Nonpriority creditor's name and mailing address** $35,074.00

KOBIE MARKETING, INC.
100 2ND AVENUE SOUTH, SUITE 1000
ST. PETERSBURG, FL 33701-4360

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.674 **Nonpriority creditor's name and mailing address** $41,798.40

KOEX, LLC
5901 SW 74 STREET
SUITE 2017
MIAMI, FL 33143

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.675 **Nonpriority creditor's name and mailing address** $1,402.88

KOORSEN ENVIRONMENTAL SERVICES INC
2719 N. ARLINGTON AVE
INDIANAPOLIS, IN 46218-3322

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.676 **Nonpriority creditor's name and mailing address** $ Undetermined

KRILL, KAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.677 **Nonpriority creditor's name and mailing address** $479.81

KROLL ASSOCIATES, INC.
PO BOX 847509
DALLAS, TX 75284-7509

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.678 **Nonpriority creditor's name and mailing address** $ Undetermined

KUHN-FERREIRA, KAREY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.679 **Nonpriority creditor's name and mailing address** $7,946.68

KURITA AMERICA HOLDINGS, INC.
4400 VALLEY INDUSTRIAL BLVD. N.
SHAKOPEE, MN 55379-0067

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.680 **Nonpriority creditor's name and mailing address** $ Undetermined

L. JOHNS, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.681 **Nonpriority creditor's name and mailing address** $ Undetermined

L. JOHNS, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.682 **Nonpriority creditor's name and mailing address** $ Undetermined

L. KIRSHENBAUM, STEVEN
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.683 **Nonpriority creditor's name and mailing address** $ Undetermined

L. PEARCE, RANDY
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.684 **Nonpriority creditor's name and mailing address** $ Undetermined

L. WEXLER, GENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.685 **Nonpriority creditor's name and mailing address** $ Undetermined

L. WEXLER, GENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.686 **Nonpriority creditor's name and mailing address** $ Undetermined

LADY, BRADEN L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.687 **Nonpriority creditor's name and mailing address** $ Undetermined

LADY, FRANCHESCA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.688 **Nonpriority creditor's name and mailing address** $ Undetermined

LAMADRID, DAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.689 **Nonpriority creditor's name and mailing address** $ Undetermined

LAMADRID, DAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.690 **Nonpriority creditor's name and mailing address** $1,200.00

LANA SHAHMORADIAN
51 HESTER ST, APT2
NEW YORK, NY 10002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.691 **Nonpriority creditor's name and mailing address** $ Undetermined

LANDER, DIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.692 **Nonpriority creditor's name and mailing address** $ Undetermined

LANDRY-HOEFLER, AMBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.693 **Nonpriority creditor's name and mailing address** $1,309,941.33

LANE BRYANT PURCHASING CORP.
3344 MORSE CROSSING ROAD
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.694 **Nonpriority creditor's name and mailing address** $147,670,620.67

LANE BRYANT, INC.
3344 MORSE CROSSING ROAD
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.695 **Nonpriority creditor's name and mailing address** $ Undetermined

LANG, TIFFANY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.696 **Nonpriority creditor's name and mailing address** $ Undetermined

LAPORTE, ERNEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.697 **Nonpriority creditor's name and mailing address** $ Undetermined

LAPORTE, ERNEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.698 **Nonpriority creditor's name and mailing address** $ Undetermined

LASRY, MARC
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.699 **Nonpriority creditor's name and mailing address** $ Undetermined

LASSO, SILVIA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.700 **Nonpriority creditor's name and mailing address** $12,509.18

LATHROP GPM LLP
2345 GRAND BOULEVARD
SUITE 2200
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.701 **Nonpriority creditor's name and mailing address** $ Undetermined

LAUER, SAMANTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.702 **Nonpriority creditor's name and mailing address** $ Undetermined

LAURA CIMINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - Index #: 516454/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.703 **Nonpriority creditor's name and mailing address** $41,787.50

LAWLOGIX A DIVISION OF HYLAND INC
HYLAND SOFTWARE
ATTN: ACCOUNTS RECEIVABLE
28501 CLEMENS RD.
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.704 **Nonpriority creditor's name and mailing address** $ Undetermined

LAZCANO, FREDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.705 **Nonpriority creditor's name and mailing address** $ Undetermined

LB CHESTERFIELD, LLC
14039 SHERMAN WAY, SUITE206
LOS ANGELES, CA 91405

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - GV2000-3271

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.706 **Nonpriority creditor's name and mailing address** $ Undetermined

LEAL, TIBERIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.707 **Nonpriority creditor's name and mailing address** $39,276.61

LECTRA USA INC.
PO BOX 198501
ATLANTA, GA30384-8501

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.708 **Nonpriority creditor's name and mailing address** $ Undetermined

LEDESMA, LYNN L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.709 **Nonpriority creditor's name and mailing address** $ Undetermined

LEHR, HEATHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.710 **Nonpriority creditor's name and mailing address** $ Undetermined

LEON, LAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.711 **Nonpriority creditor's name and mailing address** $50,000.00

LESLEY COUCH
1808 PATTERSON ST.
SUITE 200
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.712 **Nonpriority creditor's name and mailing address** $85,925.00

LEVEL 3 COMMUNICATIONS, LLC
PO BOX 910182
DENVER, CO 80291-0182

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.713 **Nonpriority creditor's name and mailing address** $ Undetermined

LINDA YACCARINO.
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.714 **Nonpriority creditor's name and mailing address** $ Undetermined

LISS, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.715 **Nonpriority creditor's name and mailing address** $ Undetermined

LISS, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.716 **Nonpriority creditor's name and mailing address** $ Undetermined

LITTLE, ASHLEY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.717 **Nonpriority creditor's name and mailing address** $30,893.55

LITTLER MENDELSON, P.C.
P.O. BOX 45547
SAN FRANCISCO, CA 94145-0547

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.718 **Nonpriority creditor's name and mailing address** $ Undetermined

LLOYD, DEREK A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.719 **Nonpriority creditor's name and mailing address** $ Undetermined

LOCAMPO, JENNIFER L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.720 **Nonpriority creditor's name and mailing address** $ Undetermined

LOCHER, MATTHEW S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.721 **Nonpriority creditor's name and mailing address** $ Undetermined

LOCKWOOD, CHRISTY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.722 **Nonpriority creditor's name and mailing address** $1,603.76

LOEB ELECTRIC COMPANY
915 WILLIAMS AVE
ATTN: TRACY CATHEL
COLUMBUS, OH 43212

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.723 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, ANGEL A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.724 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, IRMA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.725 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, JOANNA G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.726 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, MILVIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.727 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.728 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.729 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.730 **Nonpriority creditor's name and mailing address** $ Undetermined

LOPEZ, YVETTE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.731 **Nonpriority creditor's name and mailing address** $ Undetermined

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70821-0201

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Income Tax Audit July 2016-July 2018

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.732 **Nonpriority creditor's name and mailing address** $ Undetermined

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70821-0201

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Franchise Tax Audit FY17-FY19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.733 **Nonpriority creditor's name and mailing address** $ Undetermined

LOVINS, KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.734 **Nonpriority creditor's name and mailing address** $5,142.50

LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.735 **Nonpriority creditor's name and mailing address** $ Undetermined

LUCATERO, ADRIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.736 **Nonpriority creditor's name and mailing address** $ Undetermined

LUCATERO, MARTIN J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.737 **Nonpriority creditor's name and mailing address** $177,959.67

LUCERNEX, INC.
DEPT. 3636
PO BOX 123636
DALLAS, TX 75312-3636

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.738 **Nonpriority creditor's name and mailing address** $ Undetermined

LUEVANO, KARINA F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.739 **Nonpriority creditor's name and mailing address** $ Undetermined

LUNDY, KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.740 **Nonpriority creditor's name and mailing address** $ Undetermined

LUNDY, KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.741 **Nonpriority creditor's name and mailing address** $ Undetermined

LYLES, DERRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.742 **Nonpriority creditor's name and mailing address** $ Undetermined

LYNCH, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.743 **Nonpriority creditor's name and mailing address** $ Undetermined

LYNCH, BRIAN
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.744 **Nonpriority creditor's name and mailing address** $5,000.00

M.L. BRENNER CONSULTING, LLC
7616 COVENTRY WOODS DR.
DUBLIN, OH 43017

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.745 **Nonpriority creditor's name and mailing address** $ Undetermined

MACEDO, SOBEIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.746 **Nonpriority creditor's name and mailing address** $ Undetermined

MACFARLANE, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.747 **Nonpriority creditor's name and mailing address** $ Undetermined

MACFARLANE, JUSTIN
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.748 **Nonpriority creditor's name and mailing address** $ Undetermined

MACIAS, YAJAIRA H
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.749 **Nonpriority creditor's name and mailing address** $ Undetermined

MAESCH, DANNY K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.750 **Nonpriority creditor's name and mailing address** $ Undetermined

MAESCH, LORRAINE C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.751 **Nonpriority creditor's name and mailing address** $ Undetermined

MAESCH, LORRAINE C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.752 Nonpriority creditor's name and mailing address** — $ Undetermined

MAGANA, FRANK V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.753 Nonpriority creditor's name and mailing address** — $ Undetermined

MAGANA, FRANK V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.754 Nonpriority creditor's name and mailing address** — $2,134.09

MAILFINANCE INC.
478 WHEELERS FARMS RD.
MILFORD, CT 06461-9105

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.755 Nonpriority creditor's name and mailing address** — $40.00

MANATEE COUNTY TAX COLL.
P.O. BOX 25300
BRADENTON, FL 34206-5300

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 07/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.756 Nonpriority creditor's name and mailing address** — $813.83

MANATEE COUNTY TAX COLL.
P.O. BOX 25300
BRADENTON, FL 34206-5300

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 03/12/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.757 **Nonpriority creditor's name and mailing address** $ Undetermined

MANGAR, MAHESH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.758 **Nonpriority creditor's name and mailing address** $ Undetermined

MANGRUM, JACOB C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.759 **Nonpriority creditor's name and mailing address** $173,580.58

MANHATTAN ASSOCIATES INC
2300 WINDY RIDGE PKWY 10TH FL
ATLANTA, GA30339

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.760 **Nonpriority creditor's name and mailing address** $ Undetermined

MANION, ABIGAIL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.761 **Nonpriority creditor's name and mailing address** $7,984.15

MAPSYS, INC.
920 MICHIGAN AVENUE
COLUMBUS, OH 43215-1109

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.762 **Nonpriority creditor's name and mailing address** $ Undetermined

MARC LASRY.
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.763 **Nonpriority creditor's name and mailing address** $35.73

MARCELLA BILLINGS
660 RALPH MCGILL BLVD NE APT1407
ATLANTA, GA30312

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 07/03/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.764 **Nonpriority creditor's name and mailing address** $ Undetermined

MARCUM, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.765 **Nonpriority creditor's name and mailing address** $ Undetermined

MARES, CARMEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.766 **Nonpriority creditor's name and mailing address** $ Undetermined

MARISCAL, GABRIEL J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.767 **Nonpriority creditor's name and mailing address** $5,004.83

MARK A STEELE PHOTOGRAPHY, INC
1515 D DELASHMUT AVE.
COLUMBUS, OH 43212-2667

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.768 **Nonpriority creditor's name and mailing address** $28,200.00

MARKETVISION RESEARCH, INC.
5151 PFEIFFER RD., STE 300
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.769 **Nonpriority creditor's name and mailing address** $ Undetermined

MARKHAM, SHELLY D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.770 **Nonpriority creditor's name and mailing address** $106,638.00

MARSH USA INC NY OP
BANK OF AMERICA
P.O. BOX 417724
BOSTON, MA 02241-7724

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.771 **Nonpriority creditor's name and mailing address** $ Undetermined

MARTELL, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.772 **Nonpriority creditor's name and mailing address** $ Undetermined

MARTIN, KANDICE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.773 **Nonpriority creditor's name and mailing address** $ Undetermined

MARTIN, TYLER E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.774 **Nonpriority creditor's name and mailing address** $ Undetermined

MARTINEZ, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.775 **Nonpriority creditor's name and mailing address** $ Undetermined

MARTINEZ, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.776 **Nonpriority creditor's name and mailing address** $ Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE (DOR)
100 CAMBRIDGE STREET
2ND FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Income Tax Audit 2005-2006

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.777 **Nonpriority creditor's name and mailing address** $ Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE (DOR)
100 CAMBRIDGE STREET
2ND FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Excise Tax Audit 2012-2013

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.778 **Nonpriority creditor's name and mailing address** $ Undetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE STREET
2ND FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Sales Use Tax Audit 9/1/17-12/31/19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.779 **Nonpriority creditor's name and mailing address** $ Undetermined

MAURICES
425 WEST SUPERIOR STREET
DULUTH 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification and Financial Backstop Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.780 **Nonpriority creditor's name and mailing address** $ Undetermined

MAYBAUGH, TYLER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.781 **Nonpriority creditor's name and mailing address** $ Undetermined

MAYO, JAVON A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.782 **Nonpriority creditor's name and mailing address** $ Undetermined

MAYO, JAVON A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.783 **Nonpriority creditor's name and mailing address** $ Undetermined

MAZUR, AMANDA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.784 **Nonpriority creditor's name and mailing address** $ Undetermined

MCARDLE, DESIREE G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.785 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCARTHY, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.786 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCASTLE, ADAM L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.787 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCASTLE, JORDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.788 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCASTLE, JORDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.789 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCLUNG, KEVIN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.790 **Nonpriority creditor's name and mailing address** $ Undetermined

MCCOOL, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.791 **Nonpriority creditor's name and mailing address** $ Undetermined

MCFADDEN, CHRISTOPHER M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.792 **Nonpriority creditor's name and mailing address** $ Undetermined

MCKENNIS, CALVIN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.793 **Nonpriority creditor's name and mailing address** $ Undetermined

MCMAHAN, BREANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.794 **Nonpriority creditor's name and mailing address** $1,249.58

MCMASTER-CARR SUPPLY COMPANY
P.O.BOX 7690
CHICAGO, IL 60680-7690

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.795 **Nonpriority creditor's name and mailing address** $ Undetermined

MCNAMARA, DANIELLE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.796 **Nonpriority creditor's name and mailing address** $4,378.03

MCNAUGHTON-MCKAY ELECTRIC COMPANY
DEPT 14801
PO BOX 67000
DETROIT, MI 48267-0148

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.797 **Nonpriority creditor's name and mailing address** $ Undetermined

MEADOWS, DONAVON J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.798 **Nonpriority creditor's name and mailing address** $1,277.48

MEDCO SUPPLY COMPANY
PO BOX 21773
CHICAGO, IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.799 **Nonpriority creditor's name and mailing address** $187.50

MEDICINE CHEST SERVICES
3303 HARBOR BLVD., BLDG J
UNIT 3
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.800 **Nonpriority creditor's name and mailing address** $ Undetermined

MEDINA, MARIA G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.801 **Nonpriority creditor's name and mailing address** $3,030.00

MEHAS CONSTRUCTION, INC.
8750 PRESTIGE COURT, SUITE 100
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.802 **Nonpriority creditor's name and mailing address** $ Undetermined

MEJIA, SHAKIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.803 **Nonpriority creditor's name and mailing address** $ Undetermined

MEJORADO, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.804 **Nonpriority creditor's name and mailing address** $2,001.73

MERIT OIL COMPANY
PO BOX 341
BLOOMINGTON, CA 92316-0341

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.805 **Nonpriority creditor's name and mailing address** $18,450.40

METASOURCE LLC
1900 FROST ROAD SUITE 100
BRISTOL, PA 19007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.806 **Nonpriority creditor's name and mailing address** $ Undetermined

METOYER, MALIYAH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

3.807 **Nonpriority creditor's name and mailing address** $2,353.24

METTLER TOLEDO, INC.
22670 NETWORK PLACE
CHICAGO, IL 60673-1226

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.808 **Nonpriority creditor's name and mailing address** $ Undetermined

MEYER, KELSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.809 **Nonpriority creditor's name and mailing address** $30,296.00

MICROSOFT CORPORATION
1401 ELM STREET
5TH FLOOR
DEPT 842467
DALLAS, TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.810 **Nonpriority creditor's name and mailing address** $ Undetermined

MILLER, ERIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.811 **Nonpriority creditor's name and mailing address** $ Undetermined

MILLER, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.812 **Nonpriority creditor's name and mailing address** $36,080.00

MINUTENTAG LLC
PO BOX 512
WEST ORANGE, NJ 07052

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.813 **Nonpriority creditor's name and mailing address** $ Undetermined

MISHRA, PREM P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.814 **Nonpriority creditor's name and mailing address** $215.00

MITCHELL LOCK
620 TAYLOR STATION RD
STE E
GAHANNA, OH 43230-6699

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.815 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, CATHY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.816 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, CATHY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.817 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, ELIESE Y
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.818 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, ELLIESE Y
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.819 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, GIANNA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.820 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, GIANNA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.821 **Nonpriority creditor's name and mailing address** $ Undetermined

MITCHELL, GIANNA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.822 **Nonpriority creditor's name and mailing address** $ Undetermined

MKM DISTRIBUTION SERVICES, INC.
8256 ZIONSVILLE RD.
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - 2:20-cv-02679

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.823 **Nonpriority creditor's name and mailing address** $ Undetermined

MONNETT, LUCRETIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.824 **Nonpriority creditor's name and mailing address** $ Undetermined

MONNETT, SANDRA D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.825 **Nonpriority creditor's name and mailing address** $63,813.75

MONOTYPE IMAGING, INC
600 UNICORN PARK DRIVE
3RD FL
WOBURN, MA 01801

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.826 **Nonpriority creditor's name and mailing address** $ Undetermined

MONTGOMERY, DIRK
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.827 **Nonpriority creditor's name and mailing address** $ Undetermined

MONTGOMERY, DIRK
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.828 **Nonpriority creditor's name and mailing address** $6,811.56

MOOD MEDIA NORTH AMERICA LLC
PO BOX 602782
CHARLOTTE, NC 28272-2782

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.829 **Nonpriority creditor's name and mailing address** $ Undetermined

MOORE, VIVIAN F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.830 **Nonpriority creditor's name and mailing address** $ Undetermined

MORALES, ALEXANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.831 **Nonpriority creditor's name and mailing address** $ Undetermined

MORALES, MONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.832 **Nonpriority creditor's name and mailing address** $ Undetermined

MORALES, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.833 **Nonpriority creditor's name and mailing address** $ Undetermined

MORENO, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.834 **Nonpriority creditor's name and mailing address** $ Undetermined

MORENO, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.835 **Nonpriority creditor's name and mailing address** $8,607.25

MORGAN, LEWIS & BOCKIUS LLP
PO BOX 8500 S-6050
PHILADELPHIA, PA 19178-6050

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.836 **Nonpriority creditor's name and mailing address** $ Undetermined

MORPHEW, MAKAYLA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.837 **Nonpriority creditor's name and mailing address** $ Undetermined

MORRIS, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.838 **Nonpriority creditor's name and mailing address** $ Undetermined

MOSELY-DEVINE, SYDNEY-PAIGE B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.839 **Nonpriority creditor's name and mailing address** $368.25

MOTION INDUSTRIES INC.
PO BOX 98412
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.840 **Nonpriority creditor's name and mailing address** $ Undetermined

MOYER, PAMELA-SUE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.841 **Nonpriority creditor's name and mailing address** $ Undetermined

MR. CUNNINGHAM
C/O GAINEY MCKENNA EGLESTON
ATTN: GREGORY EGLESTON
440 PARK AVENUE SOUTH
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.842 **Nonpriority creditor's name and mailing address** $50.00

MS SOCIETY
OF GREATER CAROLINAS 2492 WE
WINTERVILLE, NC 28590

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 05/11/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.843 **Nonpriority creditor's name and mailing address** $2,431.66

MSC INDUSTRIAL SUPPLY IN
PO BOX 78845
MILWAUKEE, WI 53278-8845

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.844 **Nonpriority creditor's name and mailing address** $423.00

MT CARMEL OCCUPATIONAL
PO BOX 13145
COLUMBUS, OH 43213

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.845 **Nonpriority creditor's name and mailing address** $ Undetermined

MULLINS, TERESA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.846 **Nonpriority creditor's name and mailing address** $ Undetermined

MUNDY, DAVID L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.847 **Nonpriority creditor's name and mailing address** $ Undetermined

MUNDY, DAVID L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.848 **Nonpriority creditor's name and mailing address** $ Undetermined

MUNGUIA, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.849 **Nonpriority creditor's name and mailing address** $ Undetermined

MURRAY, LESLIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.850 **Nonpriority creditor's name and mailing address** $ Undetermined

MURRELL, AUSTEN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.851 **Nonpriority creditor's name and mailing address** $ Undetermined

MUTO, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.852 **Nonpriority creditor's name and mailing address** $ Undetermined

MUTO, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.853 **Nonpriority creditor's name and mailing address** $ Undetermined

MYERS, CHAKARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.854 **Nonpriority creditor's name and mailing address** $ Undetermined

MYERS, CHAKARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.855 **Nonpriority creditor's name and mailing address** $5,715.44

NASDAQ CORPORATE SOLUTIONS LLC
LBX #11700
P.O. BOX 780700
PHILADELPHIA, PA 19178-0700

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.856 **Nonpriority creditor's name and mailing address** $ Undetermined

NAVA ALVAREZ, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.857 **Nonpriority creditor's name and mailing address** $ Undetermined

NAVEL, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.858 **Nonpriority creditor's name and mailing address** $120.00

NAVEX GLOBAL, INC
PO BOX 60941
CHARLOTTE, NC 28260-0941

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.859 **Nonpriority creditor's name and mailing address** $ Undetermined

NEARING, ALBERT R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.860 **Nonpriority creditor's name and mailing address** $141,924.02

NEDGRAPHICS, INC
PO BOX 83269
CHICAGO, IL 83269

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.861 **Nonpriority creditor's name and mailing address** $195.00

NELBUD SERVICES GROUP, INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.862 **Nonpriority creditor's name and mailing address** $75.00

NELSON COUNTY LICENSE ADMINIST
ROOM 202 P.O. BOX 578
BARDSTOWN, KY 40004-0578

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 11/06/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.863 **Nonpriority creditor's name and mailing address** $ Undetermined

NESBITT, JAMES M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.864 **Nonpriority creditor's name and mailing address** $ Undetermined

NESBITT, JAMES M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.865 **Nonpriority creditor's name and mailing address** $ Undetermined

NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY
C/O KAREN GALLAGHER
36 WEST STATE STREET
TRENTON, NJ 08625-0990

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Tax Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.866 **Nonpriority creditor's name and mailing address** $850.00

NEW VENDOR
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.867 **Nonpriority creditor's name and mailing address** $ Undetermined

NEWCOMB, PAIGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.868 **Nonpriority creditor's name and mailing address** $16,056.70

NEXGEN PACKAGING LLC
1010 EXECUTIVE CT.
STE 100
WESTMONT, IL 60559

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.869 **Nonpriority creditor's name and mailing address** $21,215.21

NEXSTAR BROADCASTING, INC.
545 E. JOHN CARPENTER FREEWAY, SUITE700
IRVING, TX 75062

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.870 **Nonpriority creditor's name and mailing address** $ Undetermined

NGUYEN, CALEB L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.871 **Nonpriority creditor's name and mailing address** $19,386.63

NICHOLS PAPER & SUPPLY CO.
2647 MOMENTUM PLACE
CHICAGO, IL 60689-5326

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.872 **Nonpriority creditor's name and mailing address** $ Undetermined

NICHOLS, DAKOTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.873 **Nonpriority creditor's name and mailing address** $3,845.28

NISSI FULFILLMENT & DIST
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.874 **Nonpriority creditor's name and mailing address** $ Undetermined

NJ ATTORNEY GENERAL'S OFFICE
25 MARKET STREET
TRENTON, NJ 08611-2148

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Tax Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.875 **Nonpriority creditor's name and mailing address** $ Undetermined

NJ TASK FORCE ECONOMIC DEVELOPMENT AUTHORITY'S TAX INCENTIVES
C/O WALDEN MACHT & HARAN LLP
ATTN: JIM WALDEN
ONE BATTERY PARK PLAZA, 34TH FLOOR
NEW YORK, NY 10004

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Tax Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.876 **Nonpriority creditor's name and mailing address** $ Undetermined

NOBLE, MICHAEL J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.877 **Nonpriority creditor's name and mailing address** $ Undetermined

NOBLE, NOVELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.878 **Nonpriority creditor's name and mailing address** $ Undetermined

NOE, CIARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.879 **Nonpriority creditor's name and mailing address** $188,430.40

NPC GLOBAL CORPORATION
100 MIDDLESEX AVE.
SUITE 2A
CARTERET, NJ 07008

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.880 **Nonpriority creditor's name and mailing address** $74,637.50

NPD GROUP
24619 NETWORK PLACE
CHICAGO, IL 60673-1246

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.881 **Nonpriority creditor's name and mailing address** $1,008.27

NUTECH NATIONAL
PO BOX 31284
TAMPA, FL 33631

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.882 **Nonpriority creditor's name and mailing address** $ Undetermined

O CONNER, TYLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.883 **Nonpriority creditor's name and mailing address** $ Undetermined

O NEAL, MADISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.884 **Nonpriority creditor's name and mailing address** $ Undetermined

OAKLEAF, DARCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.885 **Nonpriority creditor's name and mailing address** $ Undetermined

OALDON, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.886 **Nonpriority creditor's name and mailing address** $ Undetermined

OCAMPO, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.887 **Nonpriority creditor's name and mailing address** $ Undetermined

OCHOA, DANIEL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.888 **Nonpriority creditor's name and mailing address** $ Undetermined

OCHOA, DANIEL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.889 **Nonpriority creditor's name and mailing address** $ Undetermined

OCHOA, JESSE O
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.890 **Nonpriority creditor's name and mailing address** $66,870.00

OFFICE CONCEPTS GROUP, INC
301 GREENWOOD AVE
MIDLAND, NJ 07432

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.891 **Nonpriority creditor's name and mailing address** $124,435.52

ONIX NETWORKING CORP.
18519 DETROIT AVENUE
LAKEWOOD, OH 44107

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.892 **Nonpriority creditor's name and mailing address** $10,946.08

OPEN TEXT INC
100 TRI-STATE INTERNATIONAL
PARKWAY 3RD FLOOR
LINCOLNSHIRE, IL 60069

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.893 **Nonpriority creditor's name and mailing address** $10,050.00

OPTIV SECURITY INC
1125 17TH ST. SUITE 1700
DENVER, CO 80202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.894 **Nonpriority creditor's name and mailing address** $2,525,305.39

ORACLE AMERICA INC
PO BOX 203448
DALLAS, TX 75320-3448

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.895 **Nonpriority creditor's name and mailing address** $ Undetermined

OSBORNE, ALEXANDER C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.896 **Nonpriority creditor's name and mailing address** $ Undetermined

OSBORNE, ALEXANDER C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.897 Nonpriority creditor's name and mailing address** $ Undetermined

OSBORNE, TRACEY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.898 Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - OSHA Complaint No. 209642180

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.899 Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - OSHA Complaint No. 209643279

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.900 Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - OSHA Complaint No. 209643352

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.901 Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - OSHA Complaint No. 209665488

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.902 **Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Employment Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.903 **Nonpriority creditor's name and mailing address** $ Undetermined

OSHA
402 W. WASHINGTON ST., ROOM W195
INDIANAPOLIS, IN 46204-2751

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Employment Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.904 **Nonpriority creditor's name and mailing address** $3,726.35

OSLER,HOSKIN & HARCOURT LLP
1 FIRST CANADIAN PLACE
PO BOX 50
TORONTO, ON M5X 1B8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.905 **Nonpriority creditor's name and mailing address** $3,657.30

OTIS ELEVATOR COMPANY
2247 PROGRESS WAY
KAUKAUNA, WI 54130

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.906 **Nonpriority creditor's name and mailing address** $3,765.84

OTP INDUSTRIAL SOLUTIONS
1900 JETWAY BLVD
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.907 **Nonpriority creditor's name and mailing address** $27,147.00

PACKAGING CORPORATION OF AMERICA
36596 TREASURY CENTER
CHICAGO, IL 60694-6500

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.908 **Nonpriority creditor's name and mailing address** $1,418.00

PACLINE CONVEYORS INC
DEPARTMENT NO. 504
PO BOX 8000
BUFFALO, NY 14267

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.909 **Nonpriority creditor's name and mailing address** $11,535.25

PADILLA CRT
1101 WEST RIVER PARKWAY
SUITE 400
MINNEAPOLIS, MN 55415

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.910 **Nonpriority creditor's name and mailing address** $ Undetermined

PADILLA, ANGELA J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.911 **Nonpriority creditor's name and mailing address** $ Undetermined

PALAFOX, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.912 **Nonpriority creditor's name and mailing address** $1,750.00

PAPPAS TRUCKING LLC
433 LONDON GROVEPORT RD
LOCKBOURNE, OH 43137

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.913 **Nonpriority creditor's name and mailing address** $ Undetermined

PAREDES, AMAIRANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.914 **Nonpriority creditor's name and mailing address** $ Undetermined

PARKER, SHYANNE N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.915 **Nonpriority creditor's name and mailing address** $ Undetermined

PARKS, AMBROZIA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.916 **Nonpriority creditor's name and mailing address** $ Undetermined

PARRA, PIEDAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.917 **Nonpriority creditor's name and mailing address** $ Undetermined

PARRISH, SHAYLYNN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.918 **Nonpriority creditor's name and mailing address** $ Undetermined

PATEL, JUGAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.919 **Nonpriority creditor's name and mailing address** $ Undetermined

PATRICIO, KEITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.920 **Nonpriority creditor's name and mailing address** $ Undetermined

PATRINA SIMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** General Liability - Bodily Injury Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.921 **Nonpriority creditor's name and mailing address** $ Undetermined

PAUL KEGLEVIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.922 **Nonpriority creditor's name and mailing address** $ Undetermined

PAULSEN-SZEPSKI, MARY H
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.923 **Nonpriority creditor's name and mailing address** $ Undetermined

PAXTON, AARON M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.924 **Nonpriority creditor's name and mailing address** $5,013.71

PEARSON PACKAGING SYSTEM
8120 W SUNSET HWY
SPOKANE, WA 99224

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.925 **Nonpriority creditor's name and mailing address** $ Undetermined

PELAYO, LUCETTE V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.926 **Nonpriority creditor's name and mailing address** $33,750.00

PELOTON GROUP LLC
99 SUMMER STREET
SUITE 1500
BOSTON, MA 02110

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.927 **Nonpriority creditor's name and mailing address** $ Undetermined

PEREZ, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.928 **Nonpriority creditor's name and mailing address** $ Undetermined

PEREZ, JORGE P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.929 **Nonpriority creditor's name and mailing address** $ Undetermined

PEREZ, JORGE P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.930 **Nonpriority creditor's name and mailing address** $ Undetermined

PEREZ, JORGE P
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.931 **Nonpriority creditor's name and mailing address** $ Undetermined

PERSHING, JOHN
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.932 **Nonpriority creditor's name and mailing address** $ Undetermined

PERSHING, JOHNATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

3.933 **Nonpriority creditor's name and mailing address** $ Undetermined

PETERS, ASHLEY N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.934 **Nonpriority creditor's name and mailing address** $ Undetermined

PETERSON, CYNTHIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.935 **Nonpriority creditor's name and mailing address** $ Undetermined

PETREY, SAMANTHA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.936 **Nonpriority creditor's name and mailing address** $ Undetermined

PHILLIPS, AMANDA B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.937 **Nonpriority creditor's name and mailing address** $ Undetermined

PHILLIPS, AMANDA B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.938 **Nonpriority creditor's name and mailing address** $ Undetermined

PHILLIPS, REBECCA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.939 **Nonpriority creditor's name and mailing address** $ Undetermined

PHILLIPS, REBECCA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.940 **Nonpriority creditor's name and mailing address** $ Undetermined

PHIPPS, MELINDA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.941 **Nonpriority creditor's name and mailing address** $ Undetermined

PHIPPS, MELINDA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.942 **Nonpriority creditor's name and mailing address** $ Undetermined

PHOMMARATH, BRITTNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.943 **Nonpriority creditor's name and mailing address** $8,132.54

PIAB USA, INC.
65 SHARP STREET
HINGHAM, MA 02043

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.944 **Nonpriority creditor's name and mailing address** $ Undetermined

PICAZO, LUZ E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.945 **Nonpriority creditor's name and mailing address** $ Undetermined

PIERCE, AMANDA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.946 **Nonpriority creditor's name and mailing address** $ Undetermined

PIKE, D.G. G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.947 **Nonpriority creditor's name and mailing address** $15,621.80

PILLSBURY WINTHROP SHAW PITTMAN LLP
PO BOX 601240
CHARLOTTE, NC 28260-1240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.948 **Nonpriority creditor's name and mailing address** $ Undetermined

PITTS, MONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.949 **Nonpriority creditor's name and mailing address** $ Undetermined

PITTS, MONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.950 **Nonpriority creditor's name and mailing address** $ Undetermined

PLASCENCIA, LUCERO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.951 **Nonpriority creditor's name and mailing address** $139,761.34

PLATINUM MAINTENANCE GROUP
1100 TOWN AND COUNTRY RD
STE 1250
ORANGE, CA 92868

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.952 **Nonpriority creditor's name and mailing address** $94,685.66

PLAYNETWORK, INC.
P.O. BOX 204515
DALLAS, TX 75320-4515

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.953 **Nonpriority creditor's name and mailing address** $ Undetermined

POKHAREL, HIMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.954 **Nonpriority creditor's name and mailing address** $ Undetermined

POOLE, TRICIA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.955 **Nonpriority creditor's name and mailing address** $325.19

PREMIER OFFICE MOVERS, LLC
3915 ZANE TRACE DRIVE
COLUMBUS, OH 43228

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.956 **Nonpriority creditor's name and mailing address** $303.75

PRESIDIO NETWORKED SOLUTIONS GROUP LLC
PO BOX 677638
DALLAS, TX 75267-7638

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.957 **Nonpriority creditor's name and mailing address** $ Undetermined

PRICE, CHRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.958 **Nonpriority creditor's name and mailing address** $2,402.06

PRICEWATERHOUSECOOPERS
P O BOX 75647
CHICAGO, IL 60675

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.959 **Nonpriority creditor's name and mailing address** $13,320.00

PRODCO ANALYTICS INC
4529 DE CASTILLE
MONTREAL H1H 1Y3
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.960 **Nonpriority creditor's name and mailing address** $242.87

PRODUCERS GAS SALES, INC., OH
1500 GRANVILLE RD
NEWARK, OH 43055

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.961 **Nonpriority creditor's name and mailing address** $1,413.75

PROSHIP, INC.
400 N EXECUTIVE DRIVE SUITE 210
BROOKFIELD, WI 53005

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.962 Nonpriority creditor's name and mailing address** — $55,512.81

PROSKAUER ROSE LLP
11TIMES SQUARE
NEW YORK, NY 10036

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.963 Nonpriority creditor's name and mailing address** — $10,941.00

PROTIVITI, INC - KNOWLEDGELEAD
BANK OF AMERICA
12269 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.964 Nonpriority creditor's name and mailing address** — $376.30

PRUDENTIAL OVERALL SUPPLY
1661 ALTON PARKWAY
IRVINE, CA 92606-4877

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.965 Nonpriority creditor's name and mailing address** — $21,889.71

PRUDENTIAL SECURITY, INC.
20600 EUREKA ROAD, SUITE 900
TAYLOR, MI 48180

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.966 Nonpriority creditor's name and mailing address** — $176.65

PSE&G-PUBLIC SERVICE ELEC & GAS CO
80 PARK PLAZA
PO BOX 570
NEWARK, NJ 07101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.967 Nonpriority creditor's name and mailing address** $143,208.49

PTC INC.
29896 NETWORK PLACE
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.968 Nonpriority creditor's name and mailing address** $ Undetermined

PUHALA, CHRIS A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.969 Nonpriority creditor's name and mailing address** $35,874.31

QUALITY BUILDING SERVICES, LLC.
620 TAYLOR STATION ROAD
SUITE I
GAHANNA, OH 43230

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.970 Nonpriority creditor's name and mailing address** $475.00

QUALITY SWEEPING INC
PO BOX 4546
COVINA, CA 91723

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.971 Nonpriority creditor's name and mailing address** $85,226.75

QUANTWORKS, INC.
1706 CLAYMORE RD
CHAPEL HILL, NC 27516

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.972 **Nonpriority creditor's name and mailing address** $481.88

QUEEN ANNE'S CNTY CLERK
200 NORTH COMMERCE STREET
CENTREVILLE, MD 21617

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/23/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.973 **Nonpriority creditor's name and mailing address** $18,919.05

QUENCH USA INC
630 ALLENDALE ROAD, SUITE 200
KING OF PRUSSIA, PA 19406

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.974 **Nonpriority creditor's name and mailing address** $241.32

QUENCH USA INC
630 ALLENDALE ROAD, SUITE 200
KING OF PRUSSIA, PA 19406

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/11/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.975 **Nonpriority creditor's name and mailing address** $ Undetermined

QUINONES, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.976 **Nonpriority creditor's name and mailing address** $538,943.98

RACKSPACE US, INC.
1 FANATICAL PLACE
WINDCREST, TX 78218

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.977 **Nonpriority creditor's name and mailing address** $ Undetermined

RADER, ANGELA J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.978 **Nonpriority creditor's name and mailing address** $ Undetermined

RAEBUCK, HOLLY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.979 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMEY, RHYAN D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.980 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMIREZ MARTINEZ, RAUL G
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.981 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMIREZ, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.982 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMIREZ, LEONOR G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.983 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMIREZ, TANYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.984 **Nonpriority creditor's name and mailing address** $ Undetermined

RAMOS DE CHAIDEZ, BRISEIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.985 **Nonpriority creditor's name and mailing address** $ Undetermined

RANDY PEARCE.
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.986 **Nonpriority creditor's name and mailing address** $ Undetermined

RAUCH, STACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.987 **Nonpriority creditor's name and mailing address** $ Undetermined

RAYA, ELVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.988 **Nonpriority creditor's name and mailing address** $ Undetermined

RAYNOR, AMANDA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.989 **Nonpriority creditor's name and mailing address** $9,916.98

RAYS TRASH SERVICE, INC.
3859 EAST US HIGHWAY 40
CLAYTON, IN 46118

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.990 **Nonpriority creditor's name and mailing address** $847.75

RCS LOGISTICS
230-79 INTERNATIONAL AIRPORT BLVD.
SUITE #218
SPRINFGIELD GARDENS, NY 11413

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.991 **Nonpriority creditor's name and mailing address** $6,000.86

READYREFRESH
A DIV OF NESTLE WATERS
PO BOX 856680
LOUISVILLE, KY 40285

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.992 **Nonpriority creditor's name and mailing address** $ Undetermined

RECEVEUR, LIBBY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.993 **Nonpriority creditor's name and mailing address** $ Undetermined

RECEVEUR, LIBBY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.994 **Nonpriority creditor's name and mailing address** $ Undetermined

RECHERL, DEELA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.995 **Nonpriority creditor's name and mailing address** $ Undetermined

REEDY, CONNIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.996 **Nonpriority creditor's name and mailing address** $ Undetermined

REEDY, CONNIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.997 **Nonpriority creditor's name and mailing address** $409.58

REFRIGERATION SALES INC
9450 ALLEN DRIVE, STE A
VALLEY VIEW, OH 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.998 **Nonpriority creditor's name and mailing address** $16,599.07

REGENCY ENTERPRISES, INC.
P.O. BOX 102193
PASADENA, CA 91189-2193

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.999 **Nonpriority creditor's name and mailing address** $6,300.00

REGO CONSULTING CORP
2115 N MAIN ST
CENTERVILLE, UT 84014-1017

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1000 **Nonpriority creditor's name and mailing address** $13,406.25

RELATIONAL SECURITY CORPORATION
PO BOX 675066
DETROIT, MI 48267-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1001 **Nonpriority creditor's name and mailing address** $ Undetermined

RENOVALES, NORMAN K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1002 Nonpriority creditor's name and mailing address** — $ Undetermined

REVITALIZATION PARTNERS, LLC, COURT APPOINTED RECEIVER FOR AUDIENE SCIENCE, INC.
WRF VENTURE CENTER, SUITE 300
2815 EASTLAKE AVENUE EAST
SEATTLE, WA 98102-1158

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1003 Nonpriority creditor's name and mailing address** — $ Undetermined

REVOLAZE, LLC
31,000 VIKING PARKWAY
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Patent Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1004 Nonpriority creditor's name and mailing address** — $ Undetermined

REYES, ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1005 Nonpriority creditor's name and mailing address** — $ Undetermined

REYES, ULYSSES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1006 Nonpriority creditor's name and mailing address** — $ Undetermined

REYNOLDS, AUSTIN J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1007 **Nonpriority creditor's name and mailing address** $ Undetermined

REYNOLDS, KATY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1008 **Nonpriority creditor's name and mailing address** $78.85

RHIANA WELLS
1714 GOLF RD
READING, PA 19601

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 07/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1009 **Nonpriority creditor's name and mailing address** $ Undetermined

RHODE ISLAND DEPARTMENT OF REVENUE
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Income Tax Audit FYE 7/28/2018

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1010 **Nonpriority creditor's name and mailing address** $ Undetermined

RICE, CASSIE S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1011 **Nonpriority creditor's name and mailing address** $156,976.03

RICOH USA INC.
WELLS FARGO VENDOR FINANCIALS
PO BOX 650016
DALLAS, TX 75265-0016

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1012 **Nonpriority creditor's name and mailing address** $ Undetermined

RIDGWAY, BRANDI L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1013 **Nonpriority creditor's name and mailing address** $ Undetermined

RIEDLINGBR, JOANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1014 **Nonpriority creditor's name and mailing address** $26,875.00

RIGHT MANAGEMENT
24677 NETWORK PLACE
CHICAGO, IL 60673-1246

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1015 **Nonpriority creditor's name and mailing address** $4,562.23

RIGOBERTO DIAZ
12223 HIGHLAND AVE. STE 106-433
RANCHO CUCAMONGA, CA 91739

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1016 **Nonpriority creditor's name and mailing address** $ Undetermined

RIPPLE, ASHLEY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1017 **Nonpriority creditor's name and mailing address** $144,787.50

RISKLENS, INC.
601 W. MAIN AVE.
SUITE #917
SPOKANE, WA 99201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1018 **Nonpriority creditor's name and mailing address** $ Undetermined

RITCHEY, ANGELA F
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1019 **Nonpriority creditor's name and mailing address** $1,327.00

RIVERSIDE FIRE EQUIPMENT
PO BOX 52324
RIVERSIDE, CA 92517

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1020 **Nonpriority creditor's name and mailing address** $52,327.16

RIVERSIDE PUBLIC UTILITIES, CA
3900 MAIN STREET
FINANCE DEPT
RIVERSIDE, CA 92522-0144

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1021 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBERTS, JACKLYN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1022 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBERTS, JACKLYN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1023 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBERTS, JACKLYN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1024 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBINSON, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1025 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBINSON, RONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1026 **Nonpriority creditor's name and mailing address** $ Undetermined

ROBINSON, RONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1027 Nonpriority creditor's name and mailing address** $ Undetermined

ROBLES, NATALIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1028 Nonpriority creditor's name and mailing address** $ Undetermined

ROBLES, PERLA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1029 Nonpriority creditor's name and mailing address** $22,536.00

ROCKET SOFTWARE, INC.
77 FOURTH AVE SUITE 100
WALTHAM, MA 02451

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.1030 Nonpriority creditor's name and mailing address** $24,472.14

ROCKLAND ELECTRIC COMPANY (O&R)
390 WEST ROUTE 59
SPRING VALLEY, NY 10977-5300

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1031 Nonpriority creditor's name and mailing address** $ Undetermined

RODAS, NORMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1032 **Nonpriority creditor's name and mailing address** $ Undetermined

RODRIGUEZ, AARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1033 **Nonpriority creditor's name and mailing address** $ Undetermined

RODRIGUEZ, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1034 **Nonpriority creditor's name and mailing address** $ Undetermined

RODRIGUEZ, BRIANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1035 **Nonpriority creditor's name and mailing address** $ Undetermined

RODRIGUEZ, HAYDEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1036 **Nonpriority creditor's name and mailing address** $ Undetermined

RODRIGUEZ, JENNIFER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1037 **Nonpriority creditor's name and mailing address** $ Undetermined

ROGERS, TONYA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1038 **Nonpriority creditor's name and mailing address** $ Undetermined

ROJAS, LESLIE V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1039 **Nonpriority creditor's name and mailing address** $ Undetermined

ROMERO, ALIYAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1040 **Nonpriority creditor's name and mailing address** $ Undetermined

ROSE, SIERRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1041 **Nonpriority creditor's name and mailing address** $ Undetermined

ROSS, OLIVIA N
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1042 **Nonpriority creditor's name and mailing address** $ Undetermined

ROUSE, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1043 **Nonpriority creditor's name and mailing address** $ Undetermined

ROUSE, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1044 **Nonpriority creditor's name and mailing address** $ Undetermined

ROWE, DAVONTE C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1045 **Nonpriority creditor's name and mailing address** $ Undetermined

ROY DAVIES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation Claim - EEOC No. 24F-2020-01359

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1046 **Nonpriority creditor's name and mailing address** $ Undetermined

ROZA, ALFREDO J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1047 **Nonpriority creditor's name and mailing address** $ Undetermined

ROZA, ALFREDO J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1048 **Nonpriority creditor's name and mailing address** $ Undetermined

ROZA, ALFREDO J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1049 **Nonpriority creditor's name and mailing address** $ Undetermined

RUBIN, CARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1050 **Nonpriority creditor's name and mailing address** $ Undetermined

RUDE, STACI E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1051 **Nonpriority creditor's name and mailing address** $ Undetermined

RUDE, STACI E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1052 **Nonpriority creditor's name and mailing address** $ Undetermined

RUIZ, ROSALBA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1053 **Nonpriority creditor's name and mailing address** $ Undetermined

RUMLEY, ROBIN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1054 **Nonpriority creditor's name and mailing address** $ Undetermined

RUMLEY, ROBIN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1055 **Nonpriority creditor's name and mailing address** $10,537.60

RUSH TRANSPORTATION/LOGISTICS
ACCOUNTS RECEIVABLE
P.O. BOX 2810
DAYTON, OH 45401

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1056 **Nonpriority creditor's name and mailing address** $ Undetermined

RUSH, MONICA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1057 **Nonpriority creditor's name and mailing address** $ Undetermined

RUSSELL, CARLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1058 **Nonpriority creditor's name and mailing address** $ Undetermined

RUSSELL, KIRHONDA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1059 **Nonpriority creditor's name and mailing address** $19,366.61

S.A. COMUNALE CO INC.
2900 NEWPARK DRIVE
BARBERTON, OH 44203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1060 **Nonpriority creditor's name and mailing address** $1,717.05

SAFE PASSAGE CONSULTING
1436 SCOTSMAN DRIVE
GROVE CITY, OH 43123

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1061 **Nonpriority creditor's name and mailing address** $ Undetermined

SALDANA, ALISIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1062 **Nonpriority creditor's name and mailing address** $ Undetermined

SALINAS, MONICA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1063 **Nonpriority creditor's name and mailing address** $ Undetermined

SALMON, SUSAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1064 **Nonpriority creditor's name and mailing address** $ Undetermined

SANCHEZ, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1065 **Nonpriority creditor's name and mailing address** $ Undetermined

SANYASI, DEEPAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1066 **Nonpriority creditor's name and mailing address** $2,394.00

SAPIEN TECHNOLOGIES, INC.
831 LATOUR CT.
SUITE B2
NAPA, CA 94558

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1067 **Nonpriority creditor's name and mailing address** $421,147.00

SAPIENTRAZORFISH
P.O. BOX 4886
BOSTON, MA 02212-4886

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1068 **Nonpriority creditor's name and mailing address** $ Undetermined

SAPP, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1069 **Nonpriority creditor's name and mailing address** $ Undetermined

SAPP, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1070 **Nonpriority creditor's name and mailing address** $29,900.00

SARGENTI ARCHITECTS PC
461 FROM RD STE#255
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1071 **Nonpriority creditor's name and mailing address** $ Undetermined

SARKI, GUMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1072 **Nonpriority creditor's name and mailing address** $275,160.00

SAS INSTITUTE INC.
PO BOX 406922
ATLANTA, GA30384-6922

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1073 **Nonpriority creditor's name and mailing address** $ Undetermined

SAVAGE, TAMMY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1074 **Nonpriority creditor's name and mailing address** $ Undetermined

SCHELL, TYLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1075 **Nonpriority creditor's name and mailing address** $ Undetermined

SCHOMAN, DARLA S
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1076 **Nonpriority creditor's name and mailing address** $ Undetermined

SCOTT, JERRIN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1077 **Nonpriority creditor's name and mailing address** $ Undetermined

SCOTT, YVONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1078 **Nonpriority creditor's name and mailing address** $25,511.59

SECURITAS ELECTRONIC SECURITY, INC.
3800 TABS DRIVE
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1079 **Nonpriority creditor's name and mailing address** $4,147.50

SEILLER WATERMAN LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1080 **Nonpriority creditor's name and mailing address** $ Undetermined

SEMAK, NATHAN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1081 **Nonpriority creditor's name and mailing address** $ Undetermined

SEMAK, NATHAN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1082 **Nonpriority creditor's name and mailing address** $83,179.81

SEMLER BROSSY CONSULTING GROUP, LLC
11755 WILSHIRE BLVD., 10TH FLOOR
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1083 **Nonpriority creditor's name and mailing address** $ Undetermined

SERRALTA, ABBY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1084 **Nonpriority creditor's name and mailing address** $ Undetermined

SERRATO, NANETTA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1085 **Nonpriority creditor's name and mailing address** $4,725.11

SERVICECHANNEL.COM, INC
PO BOX 419223
BOSTON, MA 02241-9223

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1086 **Nonpriority creditor's name and mailing address** $1,701.90

SETTLE-MUTER ELECTRIC LTD
711 CLAYCRAFT RD.
COLUMBUS, OH 43230

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1087 **Nonpriority creditor's name and mailing address** $3,335.00

SEVEN CONTINENTS COPORATION
945 WILSON AVENUE
STUDIO NUMBER 1
TORONTO, ON M3K 1E8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1088 **Nonpriority creditor's name and mailing address** $3,770.20

SHEEHAN BROTHERS VENDING SERVICE, INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1089 **Nonpriority creditor's name and mailing address** $ Undetermined

SHERRI SPECTOR
19617 TURTLE SPRINGS WAY
NORTHRIDGE, CA 91326

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim - 20STCV26712

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1090 **Nonpriority creditor's name and mailing address** $ Undetermined

SHERRIN, NATASHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1091 **Nonpriority creditor's name and mailing address** $1,978.00

SHERWOOD SERVICES, INC
1810 BROAD RIPPLE AVE., STE #15
INDIANAPOLIS, IN 46220

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/17/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1092 **Nonpriority creditor's name and mailing address** $51,302.28

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX 75395-2121

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1093 **Nonpriority creditor's name and mailing address** $ Undetermined

SHILLINGS, CHASTINE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1094 **Nonpriority creditor's name and mailing address** $ Undetermined

SHILLINGS, CHASTINE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1095 **Nonpriority creditor's name and mailing address** $29,611.72

SHORR PACKAGING CORP.
PO BOX 6800
AURORA, IL 60598-0800

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1096 **Nonpriority creditor's name and mailing address** $1,811.82

SHRED-IT USA INC
28161 N. KEITH DRIVE
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1097 **Nonpriority creditor's name and mailing address** $1,410.00

SHREMSHOCK ARCHITECTS, INC
7400 WEST CAMPUS ROAD
SUITE 150
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1098 **Nonpriority creditor's name and mailing address** $ Undetermined

SHUMATE, AUSTIN J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1099 **Nonpriority creditor's name and mailing address** $ Undetermined

SHYROME HARDMON

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Employment Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1100 **Nonpriority creditor's name and mailing address** $ Undetermined

SIDLE, JOSIAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1101 **Nonpriority creditor's name and mailing address** $7,370.00

SILLS CUMMIS & GROSS P.C.
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1102 **Nonpriority creditor's name and mailing address** $ Undetermined

SIMMERMAN, CHRISTIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1103 **Nonpriority creditor's name and mailing address** $ Undetermined

SIMPSON, PAYTEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1104 **Nonpriority creditor's name and mailing address** $ Undetermined

SIMS, CHERYL L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1105 **Nonpriority creditor's name and mailing address** $ Undetermined

SIQUEIROS, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1106 **Nonpriority creditor's name and mailing address** $ Undetermined

SIQUEIROS, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1107 **Nonpriority creditor's name and mailing address** $ Undetermined

SIQUEIROS, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1108 **Nonpriority creditor's name and mailing address** $3,600.00

SIRVA RELOCATION LLC
4370 SOLUTIONS CENTER
LOCKBOX #774370
CHICAGO, IL 60677-4003

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1109 **Nonpriority creditor's name and mailing address** $ Undetermined

SLAUGHTER JR, THOMAS H
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1110 **Nonpriority creditor's name and mailing address** $ Undetermined

SLUDER, TIMOTHY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1111 **Nonpriority creditor's name and mailing address** $ Undetermined

SMALLWOOD, COURTNEY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1112 **Nonpriority creditor's name and mailing address** $ Undetermined

SMITH, ALLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1113 **Nonpriority creditor's name and mailing address** $ Undetermined

SMITH, CHERIE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1114 **Nonpriority creditor's name and mailing address** $ Undetermined

SMITH, JILL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1115 **Nonpriority creditor's name and mailing address** $ Undetermined

SMITH, JOSHUA D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1116 **Nonpriority creditor's name and mailing address** $ Undetermined

SMITH, PAYTON A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1117 **Nonpriority creditor's name and mailing address** $ Undetermined

SMYSER, CHARLOTTE E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1118 **Nonpriority creditor's name and mailing address** $ Undetermined

SNAPP, JAMES G
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1119 **Nonpriority creditor's name and mailing address** $ Undetermined

SNEDIGAR, KATRINA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1120 **Nonpriority creditor's name and mailing address** $ Undetermined

SNEDIGAR, KATRINA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1121 **Nonpriority creditor's name and mailing address** $ Undetermined

SNYDER, JAMES R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1122 **Nonpriority creditor's name and mailing address** $45,600.00

SOCIAL COMPLIANCE SERVICE ASIA LIMITED
UNIT 2301, 23/F., NO.1
HUNG TO ROAD, KWUN TONG
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1123 **Nonpriority creditor's name and mailing address** $8,499.21

SODEXO INC & AFFILIATES
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1124 **Nonpriority creditor's name and mailing address** $55,029.55

SOFTWARE ENGINEERING OF AMERICA INC
1325 FRANKLIN AVE., STE 545
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1125 **Nonpriority creditor's name and mailing address** $ Undetermined

SOLIS, LILIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1126 **Nonpriority creditor's name and mailing address** $276,756.80

SONSI, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1127 **Nonpriority creditor's name and mailing address** $17,633.97

SORINI, SAMET AND ASSOCIATES, LLC
540 N LINCOLN STREET
HINSDALE, IL 60521

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1128 **Nonpriority creditor's name and mailing address** $ Undetermined

SOSA DE TALAMANTES, ISELDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1129 **Nonpriority creditor's name and mailing address** $ Undetermined

SOSA DE TALAMANTES, ISELDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1130 **Nonpriority creditor's name and mailing address** $ Undetermined

SOSA, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1131 **Nonpriority creditor's name and mailing address** $ Undetermined

SOSA, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1132 **Nonpriority creditor's name and mailing address** $ Undetermined

SOTO, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1133 **Nonpriority creditor's name and mailing address** $50.00

SOUTHERN POVERTY LAW CENTER
400 WASHINGTON AVENUE
MONTGOMERY, AL36104

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 12/06/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1134 **Nonpriority creditor's name and mailing address** $147.90

SOUTHWEST MATERIAL HANDLING, INC.
P.O. BOX 1070
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1135 **Nonpriority creditor's name and mailing address** $ Undetermined

SPANGLER, KAYLA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1136 **Nonpriority creditor's name and mailing address** $1,250.00

SPARK:::RED INC.
11241 WILLOWS ROAD N.E., SUITE 220
REDMOND, WA 98052

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1137 **Nonpriority creditor's name and mailing address** $ Undetermined

SPECTER, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1138 **Nonpriority creditor's name and mailing address** $ Undetermined

SPECTER, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1139 **Nonpriority creditor's name and mailing address** $1,861.28

SPEEDEON DATA CORPORATION
5875 LANDERBROOK DR STE #130
CLEVELAND, OH 44124

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1140 **Nonpriority creditor's name and mailing address** $ Undetermined

SPENCER, SIERRA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1141 **Nonpriority creditor's name and mailing address** $ Undetermined

SPIESS, CARRIE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1142 **Nonpriority creditor's name and mailing address** $3,142.92

SPIRIT SERVICE CO.
PO BOX 7800
COLUMBUS, OH 43207

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1143 **Nonpriority creditor's name and mailing address** $ Undetermined

SPIVEY, SHAY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1144 **Nonpriority creditor's name and mailing address** $2,043.20

SPS COMMERCE INC.
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN 55480-9202

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1145 **Nonpriority creditor's name and mailing address** $30.00

ST JOHNS CNTY TAX CLLCTR
ATTN: COLLECTOR'S OFFICE, P.O. BOX9001
SAINT AUGUSTINE, FL 32085

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 09/23/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1146 **Nonpriority creditor's name and mailing address** $ Undetermined

ST PIERRE, STEPHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1147 **Nonpriority creditor's name and mailing address** $100.00

ST. JUDES CHILDREN'S HOS
262 DANNY THOMAS PLACE
MEMPHIS, TN 38105

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 04/24/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1148 **Nonpriority creditor's name and mailing address** $ Undetermined

STACEY S RAUCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1149 **Nonpriority creditor's name and mailing address** $14,103.96

STANDARD & POOR'S FINANCIAL SERVICES, LLC
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1150 **Nonpriority creditor's name and mailing address** $ Undetermined

STANGLE, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1151 **Nonpriority creditor's name and mailing address** $ Undetermined

STANTON, CARRI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1152 **Nonpriority creditor's name and mailing address** $121,459.20

STAPLES CONTRACT & COMMERCIAL INC
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1153 **Nonpriority creditor's name and mailing address** $12,584.05

STATE INSURANCE FUND CORPORATION
MCCONNELL VALDES LLC, ATTENTION RAY QUINONES OR INGRID AZIZE
SAN JUAN, PR 00918

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 12/19/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1154 **Nonpriority creditor's name and mailing address** $11,229.00

STATE OHIO BUREAU OF WORKERS COMPENSATION
30 WEST SPRING STREET
COLUMBUS, OH 43215-2256

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1155 **Nonpriority creditor's name and mailing address** $ Undetermined

STEIN, DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1156 **Nonpriority creditor's name and mailing address** $ Undetermined

STEINMETZ, ELISABETH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1157 Nonpriority creditor's name and mailing address** — $234,524.20

STEPHEN GOULD CORP.
35 SOUTH JEFFERSON ROAD
WHIPPANY, NJ07981

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1158 Nonpriority creditor's name and mailing address** — $ Undetermined

STEPNEY, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1159 Nonpriority creditor's name and mailing address** — $13,946.38

STERLING INFOSYSTEMS, INC.
PO BOX 35626
NEWARK, NJ 07193

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1160 Nonpriority creditor's name and mailing address** — $ Undetermined

STEVEN KIRSHENBAUM.
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1161 Nonpriority creditor's name and mailing address** — $ Undetermined

STEWART, DAVID B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1162 **Nonpriority creditor's name and mailing address** $ Undetermined

STEWART, TERRY S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1163 **Nonpriority creditor's name and mailing address** $ Undetermined

STIDHAM, JENNIFER L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1164 **Nonpriority creditor's name and mailing address** $ Undetermined

STITH, NATHEN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1165 **Nonpriority creditor's name and mailing address** $ Undetermined

STRASBURGER, COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1166 **Nonpriority creditor's name and mailing address** $19,200.00

STRIVE CONSULTING LLC
L-4001
COLUMBUS, OH 43260-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1167 **Nonpriority creditor's name and mailing address** $2,824.00

STUMBO COMPANY
P.O. BOX 368
MARION, OH 43301-0368

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1168 **Nonpriority creditor's name and mailing address** $ Undetermined

SUBEDI, KEDAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1169 **Nonpriority creditor's name and mailing address** $229.72

SUBURBAN PROPANE-7656
240 ROUTE 10 WEST
WHIPPANY, NJ07981

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1170 **Nonpriority creditor's name and mailing address** $ Undetermined

SULLIVAN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1171 **Nonpriority creditor's name and mailing address** $ Undetermined

SULLIVAN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1172 **Nonpriority creditor's name and mailing address** $445.24

SUSAN MILLER ALLEN
30 GRAMATAN COURT
BRONXVILLE, NY 10708

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 11/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1173 **Nonpriority creditor's name and mailing address** $415.98

SUSAN REINHART
330 AYLESBURY CT.
WESTERVILLE, OH 43082

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 11/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1174 **Nonpriority creditor's name and mailing address** $ Undetermined

SUTHERLIN, DEBBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1175 **Nonpriority creditor's name and mailing address** $ Undetermined

SUTHERLIN, DEBBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1176 **Nonpriority creditor's name and mailing address** $614.94

SUTTON-GARTEN CO.
901 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46202-3029

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1177 **Nonpriority creditor's name and mailing address** $26,800.00

SVAM INTERNATIONAL INC.
233 EAST SHORE ROAD, SUITE 201
GREAT NECK, NY 11023

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1178 **Nonpriority creditor's name and mailing address** $ Undetermined

SWAGGERTY, TONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1179 **Nonpriority creditor's name and mailing address** $4,067.38

SWLCWSD, OH
69 ZELLERS LN
ETNA, OH 43062

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1180 **Nonpriority creditor's name and mailing address** $ Undetermined

SYLLA, KADIATOU
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1181 **Nonpriority creditor's name and mailing address** $ Undetermined

SYLVESTER, ROBERT J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1182 **Nonpriority creditor's name and mailing address** $113,062.95

SYNCSORT
2 BLUE HILL PLAZA #1563
PEARL RIVER, NY 10965

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1183 **Nonpriority creditor's name and mailing address** $1,462.78

SYSTEM SCALE CORPORATION
PO BOX 68963
INDIANAPOLIS, IN 46268-0963

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1184 **Nonpriority creditor's name and mailing address** $68,000.00

SYSTEMS INTEGRATION
7086 PLEASANT COLONY CIRCLE
BLACKICK, OH 43004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1185 **Nonpriority creditor's name and mailing address** $ Undetermined

TAFOYA, YOLANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1186 **Nonpriority creditor's name and mailing address** $5,556.28

TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1187 **Nonpriority creditor's name and mailing address** $147,508.05

TALX UCEXPRESS
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674-4076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1188 **Nonpriority creditor's name and mailing address** $ Undetermined

TAMANG, DAL B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1189 **Nonpriority creditor's name and mailing address** $ Undetermined

TAMANG, DINESH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1190 **Nonpriority creditor's name and mailing address** $ Undetermined

TARPEH, CHRISTINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1191 **Nonpriority creditor's name and mailing address** $1,371,902.91

TATA
12977 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1192 **Nonpriority creditor's name and mailing address** $ Undetermined

TAYLOR, BROOKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1193 **Nonpriority creditor's name and mailing address** $54,048.83

TECHLINK, LLC.
10 MOUNTAINVIEW ROAD
UPPER SADDLE RIVER, NJ 07458

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1194 **Nonpriority creditor's name and mailing address** $21,150.84

TECHNICAL TRAFFIC CONSULTANTS CORPORATION
30 HEMLOCK DRIVE
CONGERS, NY 10920

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1195 **Nonpriority creditor's name and mailing address** $392,196.71

TECHNICAL YOUTH, LLC
PO BOX 55767
INDIANAPOLIS, IN 46205

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1196 **Nonpriority creditor's name and mailing address** $3,605.10

TECHR2
PO BOX 247
REYNOLDSBURG, OH 43068

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1197 **Nonpriority creditor's name and mailing address** $6,300.00

TECHSERA INC.
280 POWERS PI. NE
MARIETTA, GA 30067

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1198 **Nonpriority creditor's name and mailing address** $ Undetermined

TEFFNER, CARRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1199 **Nonpriority creditor's name and mailing address** $ Undetermined

TEFFNER, CARRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1200 **Nonpriority creditor's name and mailing address** $ Undetermined

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Sales Use Tax Audit 8/1/16-7/31/19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1201 **Nonpriority creditor's name and mailing address** $169,505.67

TERADATA OPERATIONS
14753 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1202 **Nonpriority creditor's name and mailing address** $4,102.14

TERMINIX PROCESSING CENTER
P.O. BOX 742592
CINCINNATI, OH 45274-2592

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1203 **Nonpriority creditor's name and mailing address** $668.62

THE INN AT DEPAUW
2 WEST SEMINARY STREET
GREENCASTLE, IN 46135

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 02/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1204 **Nonpriority creditor's name and mailing address** $180.00

THE JAMAR COMPANY
4701 MIKE COLALLILO
DULUTH, MN 55807

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1205 **Nonpriority creditor's name and mailing address** $3,750.00

THE SMART CUBE, INC.
33 N. DEARBORN ST. SUITE 805
CHICAGO, IL 60602

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1206 **Nonpriority creditor's name and mailing address** $ Undetermined

THOMAS, DANETTE M
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1207 **Nonpriority creditor's name and mailing address** $ Undetermined

THOMAS, JEANNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1208 **Nonpriority creditor's name and mailing address** $ Undetermined

THOMPSON, CYNTHIA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1209 **Nonpriority creditor's name and mailing address** $ Undetermined

THOMPSON, GLENN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1210 **Nonpriority creditor's name and mailing address** $ Undetermined

THOMPSON, TANYA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1211 **Nonpriority creditor's name and mailing address** $10,809.18

THOMSON REUTERS
P O BOX 71687
CHICAGO, IL 60694-1687

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1212 **Nonpriority creditor's name and mailing address** $888.03

THOUSANDEYES, INC.
201 MISSION STREET SUITE 1700
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1213 **Nonpriority creditor's name and mailing address** $ Undetermined

TIERRABLANCA, NANCY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1214 **Nonpriority creditor's name and mailing address** $ Undetermined

TIERRABLANCA, NANCY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1215 **Nonpriority creditor's name and mailing address** $ Undetermined

TIERRABLANCA, NANCY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1216 **Nonpriority creditor's name and mailing address** $ Undetermined

TIMBERMAN, ANGEL E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1217 **Nonpriority creditor's name and mailing address** $82,205.14

TIME TO TRACK, INC.
1534 N. MOORPARK ROAD
#273
THOUSAND OAKS, CA 91360

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1218 **Nonpriority creditor's name and mailing address** $ Undetermined

TIMES SQUARE ASSOCIATES, LLC
C/O BOSTON PROPERTIES, LP
599 LEXINGTON AVENUE
ATTN: REGIONAL GENERAL COUNSEL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Guaranty

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1219 **Nonpriority creditor's name and mailing address** $ Undetermined

TIMES SQUARE TOWER ASSOCIATES, LLC
599 LEXINGTON AVE.
ATTN: REGIONAL GENERAL COUNSEL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Guaranty

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1220 **Nonpriority creditor's name and mailing address** $ Undetermined

TOBY, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1221 **Nonpriority creditor's name and mailing address** $ Undetermined

TORO, CLAUDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1222 **Nonpriority creditor's name and mailing address** $ Undetermined

TORO, CLAUDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1223 **Nonpriority creditor's name and mailing address** $ Undetermined

TORO, CLAUDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1224 **Nonpriority creditor's name and mailing address** $ Undetermined

TORRES, ALMA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1225 **Nonpriority creditor's name and mailing address** $ Undetermined

TORRES, ALMA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1226 **Nonpriority creditor's name and mailing address** $62,124.00

TOTAL SYSTEMS SERVICES,
PO BOX 2506
COLUMBUS, GA 31902-2506

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1227 **Nonpriority creditor's name and mailing address** $ Undetermined

TOWNSEND, MEGAN B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1228 **Nonpriority creditor's name and mailing address** $2,473.22

TOYOTA FINANCIAL SERVICES
PO BOX 660926
DALLAS, TX 75266-0926

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1229 **Nonpriority creditor's name and mailing address** $5,000.00

TREASURER, STATE OF NEW JERSEY
DIVISION OF REVENUE, PO BOX 417
TRENTON, NJ 08646-0417

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 06/16/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1230 **Nonpriority creditor's name and mailing address** $ Undetermined

TROLARO, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1231 **Nonpriority creditor's name and mailing address** $ Undetermined

TROLARO, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1232 **Nonpriority creditor's name and mailing address** $ Undetermined

TRUJILLO, GINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1233 **Nonpriority creditor's name and mailing address** $ Undetermined

TRUMBO, DONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1234 **Nonpriority creditor's name and mailing address** $ Undetermined

TURNER, HALEY E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1235 **Nonpriority creditor's name and mailing address** $452,715,325.26

TWEEN BRANDS SERVICE CO.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.1236 **Nonpriority creditor's name and mailing address** $301.38

TYCO INTEGRATED SECURITY-
LOCKBOX 223670
500 ROSS STREET, 154-0460
PITTSBURGH, PA 15251-2670

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1237 **Nonpriority creditor's name and mailing address** $ Undetermined

TZITZ, MICHEAL D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1238 **Nonpriority creditor's name and mailing address** $ Undetermined

TZITZ, MICHEAL D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1239 **Nonpriority creditor's name and mailing address** $ Undetermined

U.S. INTERNAL REVENUE SERVICE
1111CONSTITUTION AVE., NW
WASHINGTON, DC 20224

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Income Tax Audit FYE 7/25/2015

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1240 **Nonpriority creditor's name and mailing address** $3,555.43

ULINE INC
ATTN ACCOUNTS RECEIVABLE
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1241 **Nonpriority creditor's name and mailing address** $22,394.24

UNITED PARCEL SERVICE INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA30328

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1242 **Nonpriority creditor's name and mailing address** $1,141.59

UNYSON LOGISTICS
2000 CLEARWATER DRIVE
OAK BROOK, IL 60523

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1243 **Nonpriority creditor's name and mailing address** $220.77

UPS FREIGHT
PO BOX 650690
DALLAS, TX 75265-0690

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1244 **Nonpriority creditor's name and mailing address** $5,239.56

UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1245 **Nonpriority creditor's name and mailing address** $ Undetermined

URRUTIA, OLIMPIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1246 **Nonpriority creditor's name and mailing address** $1,500.00

URVASHI S MIRCHANDANI
101 PRIYANKA APARTMENTS
NORTH SOUTH 6TH ROAD J.V.P.D SCHEME
MUMBAI 400056
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1247 **Nonpriority creditor's name and mailing address** $23,506.32

US DISTRIBUTING
10645 N. TATUM BLVD. SUITE200-443
PHOENIX, AZ 85028

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1248 **Nonpriority creditor's name and mailing address** $ Undetermined

USDAN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1249 **Nonpriority creditor's name and mailing address** $ Undetermined

USDAN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1250 **Nonpriority creditor's name and mailing address** $3,998.28

VACO COLUMBUS LLC
5410 MARYLAND WAY
SUITE 460
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1251 **Nonpriority creditor's name and mailing address** $1,205.59

VAHLE INC
407 CANE ISLAND PARKWAY
KATY, TX77494

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1252 **Nonpriority creditor's name and mailing address** $ Undetermined

VAIFALE, FIALELEI
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1253 **Nonpriority creditor's name and mailing address** $ Undetermined

VALDEZ, VANESSA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1254 **Nonpriority creditor's name and mailing address** $ Undetermined

VAN HARN, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1255 **Nonpriority creditor's name and mailing address** $ Undetermined

VAN HARSKAMP, KRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1256 **Nonpriority creditor's name and mailing address** $ Undetermined

VAN KIRK, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1257 Nonpriority creditor's name and mailing address** — $ Undetermined

VAN VOORHIS, MARA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1258 Nonpriority creditor's name and mailing address** — $ Undetermined

VANCE, BEVERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1259 Nonpriority creditor's name and mailing address** — $ Undetermined

VANCE, CHELSEA R
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1260 Nonpriority creditor's name and mailing address** — $242.28

VASEY COMMERCIAL HEATING & AIR CONDITIONING, INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.1261 Nonpriority creditor's name and mailing address** — $105,000.00

VASWANI INC
75 CARTER DRIVE
EDISON, NJ 08817

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1262 Nonpriority creditor's name and mailing address** — $ Undetermined

VAZQUEZ, JESUS E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1263 Nonpriority creditor's name and mailing address** — $1,652.50

VECTREN ENERGY DELIVERY/1423
1 VECTREN SQ
EVANSVILLE, IN 47708-1209

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1264 Nonpriority creditor's name and mailing address** — $ Undetermined

VEGA, ANDRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1265 Nonpriority creditor's name and mailing address** — $ Undetermined

VEGA, ROSAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1266 Nonpriority creditor's name and mailing address** — $ Undetermined

VEITENHEIMER, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1267 **Nonpriority creditor's name and mailing address** $ Undetermined

VEITENHEIMER, MICHAEL
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1268 **Nonpriority creditor's name and mailing address** $ Undetermined

VELEZ, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1269 **Nonpriority creditor's name and mailing address** $ Undetermined

VELEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1270 **Nonpriority creditor's name and mailing address** $6,747.25

VERIFONE, INC
LOCKBOX #774060
4060 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1271 **Nonpriority creditor's name and mailing address** $112,804.45

VERITIV OPERATING COMPANY
7472 COLLECTION DRIVE CTR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1272 **Nonpriority creditor's name and mailing address** $24,895.99

VERIZON BUSINESS
PO BOX 660072
DALLAS, TX 75266-0072

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1273 **Nonpriority creditor's name and mailing address** $20,490.13

VERIZON COMMUNICATIONS INDIA PRIVATE LIMITED
9TH FLOOR, PRESTIGE TRINITY CENTER
BOGANHALLI VILLAGE
VARTHUR HOBLI
BANGALORE 560087
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1274 **Nonpriority creditor's name and mailing address** $30,084.07

VERIZON WIRELESS
ACCT#942011065-00001
PO BOX 408
NEWARK, NJ 07101-0408

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1275 **Nonpriority creditor's name and mailing address** $182,728.07

VERIZON
PO BOX 4830
TRENTON, NJ 08650-4830

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1276 **Nonpriority creditor's name and mailing address** $ Undetermined

VERMILION, JACOB
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1277 **Nonpriority creditor's name and mailing address** $ Undetermined

VIA, STEPHANIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1278 **Nonpriority creditor's name and mailing address** $8,488.35

VIAVID BROADCASTING CORP.
#118 - 998 HARBOURSIDE DRIVE
NORTH VANCOUVER V7P 3T2
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1279 **Nonpriority creditor's name and mailing address** $14.74

VICTORIA MEEHAN
10 LEXINGTON DR
BROOKFIELD, CT 06804

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 08/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1280 **Nonpriority creditor's name and mailing address** $ Undetermined

VIKING BRAND UPPER HOLDINGS, L.P.
2 PARK STREET
LONDON W1K 2HX
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification and Financial Backstop Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1281 **Nonpriority creditor's name and mailing address** $ Undetermined

VILLA, CHRISTIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1282 **Nonpriority creditor's name and mailing address** $ Undetermined

VILMA VELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1283 **Nonpriority creditor's name and mailing address** $ Undetermined

VINCENT, CHRISTINA D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1284 **Nonpriority creditor's name and mailing address** $ Undetermined

VINCENT, CHRISTINA D
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1285 **Nonpriority creditor's name and mailing address** $ Undetermined

VINCENT, ERIC W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1286 **Nonpriority creditor's name and mailing address** $ Undetermined

VIZCAINO, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1287 **Nonpriority creditor's name and mailing address** $ Undetermined

VOORHEES, DILLON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1288 **Nonpriority creditor's name and mailing address** $ Undetermined

W. RAYDEN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1289 **Nonpriority creditor's name and mailing address** $ Undetermined

W. RAYDEN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1290 **Nonpriority creditor's name and mailing address** $6,436.05

WADDELL POWER ACQUISITION, LLC
5835 DECATUR BOULEVARD
SUITE 200
INDIANAPOLIS, IN 46241-9575

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1291 **Nonpriority creditor's name and mailing address** $2,496.00

WALKERS
P O BOX 265
GEORGE TOWN KY1-9001
CAYMAN ISLANDS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1292 **Nonpriority creditor's name and mailing address** $ Undetermined

WALL, JAIME
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1293 **Nonpriority creditor's name and mailing address** $ Undetermined

WALLS, MACKENZIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1294 **Nonpriority creditor's name and mailing address** $ Undetermined

WALSH, MARSHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1295 **Nonpriority creditor's name and mailing address** $ Undetermined

WARE, HAYWOOD L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1296 **Nonpriority creditor's name and mailing address** $2,218.57

WASTE MANAGEMENT NATIONAL SERVICES, INC
1001 FANNIN STREET
SUITE 4000
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1297 **Nonpriority creditor's name and mailing address** $294.00

WATERWORKS COLUMBUS
550 SCHROCK ROAD
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Checks

**Date or dates debt was incurred** 07/03/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1298 **Nonpriority creditor's name and mailing address** $ Undetermined

WATKINS, ANTHONY C
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1299 **Nonpriority creditor's name and mailing address** $ Undetermined

WATTS, CHRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.1300 **Nonpriority creditor's name and mailing address** $27,270.00

WCMH-TV
33096 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1301 **Nonpriority creditor's name and mailing address** $ Undetermined

WELBORN, JR., JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1302 **Nonpriority creditor's name and mailing address** $ Undetermined

WELBORN, JR., JOHN
933 MACARTHUR BLVD
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1303 **Nonpriority creditor's name and mailing address** $14,476.13

WELLS FARGO VENDOR FINANCIAL SERVICE
P.O. BOX 650016
DALLAS, TX 75265

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1304 **Nonpriority creditor's name and mailing address** $17,556.72

WEST CORPORATION
11808 MIRACLE HILLS DRIVE
OMAHA, NE 68154

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1305 **Nonpriority creditor's name and mailing address** $2,748.89

WESTERN MUNICIPAL WATER DISTRICT/7000
14205 MERIDIAN PKWY
RIVERSIDE, CA 92518

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utility Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1306 **Nonpriority creditor's name and mailing address** $ Undetermined

WHEELER, MCKENZIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1307 **Nonpriority creditor's name and mailing address** $ Undetermined

WHICKER, FELICIA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1308 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITAKER, AMANDA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1309 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITE, SKYANNE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1310 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITE, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1311 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITE, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1312 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITTINGTON, LOUTETHA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1313 **Nonpriority creditor's name and mailing address** $ Undetermined

WHITTINGTON, LOUTETHA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1314 **Nonpriority creditor's name and mailing address** $ Undetermined

WILHITE, TRAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1315 **Nonpriority creditor's name and mailing address** $ Undetermined

WILHITE, TRAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1316 **Nonpriority creditor's name and mailing address** $ Undetermined

WILKS, GABRIELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1317 **Nonpriority creditor's name and mailing address** $332.54

WILLIAMS LEA INC.
381 PARK AVE SOUTH
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1318 **Nonpriority creditor's name and mailing address** $ Undetermined

WILLIAMS, DALTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1319 **Nonpriority creditor's name and mailing address** $ Undetermined

WILLIAMS, SAMUEL L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1320 **Nonpriority creditor's name and mailing address** $ Undetermined

WILLS, TERESA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1321 **Nonpriority creditor's name and mailing address** $ Undetermined

WILLY, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number *(if known)* 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1322 **Nonpriority creditor's name and mailing address** $ Undetermined

WILLY, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1323 **Nonpriority creditor's name and mailing address** $ Undetermined

WILSON, AUSTIN C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1324 **Nonpriority creditor's name and mailing address** $ Undetermined

WILSON, BRADEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1325 **Nonpriority creditor's name and mailing address** $ Undetermined

WILSON, EMMALEE E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1326 **Nonpriority creditor's name and mailing address** $ Undetermined

WILSON, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1327 **Nonpriority creditor's name and mailing address** $ Undetermined

WILSON, PAMELA J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1328 **Nonpriority creditor's name and mailing address** $ Undetermined

WILTON, LEON E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1329 **Nonpriority creditor's name and mailing address** $ Undetermined

WINEMAN, BRENDA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1330 **Nonpriority creditor's name and mailing address** $6,354,323.86

WINKS LANE, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Balance Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.1331 **Nonpriority creditor's name and mailing address** $9,045.47

WINSHUTTLE
19820 N CREEK PARKWAY SUITE 200
BOTHELL, WA 98011

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1332 **Nonpriority creditor's name and mailing address** $ Undetermined

WISE, BRIAN W
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1333 **Nonpriority creditor's name and mailing address** $ Undetermined

WISHOM, DELORIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1334 **Nonpriority creditor's name and mailing address** $ Undetermined

WISHOM, DELORIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1335 **Nonpriority creditor's name and mailing address** $ Undetermined

WOOD, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1336 **Nonpriority creditor's name and mailing address** $48,000.00

WORKDAY INC
PO BOX 396106
SAN FRANCISCO, CA 94139-6106

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1337 **Nonpriority creditor's name and mailing address** $ Undetermined

WORKMAN, DOREEN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1338 **Nonpriority creditor's name and mailing address** $ Undetermined

WORKMAN, KRISTI J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1339 **Nonpriority creditor's name and mailing address** $213,308,402.26

WORLDWIDE RETAIL HOLDINGS, INC.
8323 WALTON PARKWAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Net Intercompany Loan Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.1340 **Nonpriority creditor's name and mailing address** $120,250.00

WPP GROUP USA INC
3 COLUMBUS CIRCLE
NEW YORK, NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1341 **Nonpriority creditor's name and mailing address** $ Undetermined

WRIGHT, AMANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1342 **Nonpriority creditor's name and mailing address** $ Undetermined

WRIGHT, CHLOE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

3.1343 **Nonpriority creditor's name and mailing address** $ Undetermined

WRIGHT, DWIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

3.1344 **Nonpriority creditor's name and mailing address** $ Undetermined

WRIGHT, SARAH C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

3.1345 **Nonpriority creditor's name and mailing address** $165,171.87

XO COMMUNICATIONS LLC
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**

3.1346 **Nonpriority creditor's name and mailing address** $ Undetermined

YACCARINO, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1347 Nonpriority creditor's name and mailing address** — $ Undetermined

YARGER, SETH H
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1348 Nonpriority creditor's name and mailing address** — $156.79

YELLOW CAB OF COLUMBUS
1989 CAMARO AVE.
COLUMBUS, OH 43207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.1349 Nonpriority creditor's name and mailing address** — $ Undetermined

YOAKAM, ASHLEY B
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1350 Nonpriority creditor's name and mailing address** — $ Undetermined

YOCKEY, JONI K
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1351 Nonpriority creditor's name and mailing address** — $ Undetermined

YOST, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1352 **Nonpriority creditor's name and mailing address** $ Undetermined

YOUNG, ADRIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1353 **Nonpriority creditor's name and mailing address** $ Undetermined

YOUNG, DEANNA J
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1354 **Nonpriority creditor's name and mailing address** $ Undetermined

YOUNT, CARRIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1355 **Nonpriority creditor's name and mailing address** $ Undetermined

ZARAGOZA, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1356 **Nonpriority creditor's name and mailing address** $ Undetermined

ZAVALA, ROSA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1357 **Nonpriority creditor's name and mailing address** $ Undetermined

ZIWA-MUSOKE, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1358 **Nonpriority creditor's name and mailing address** $ Undetermined

ZUBIATE, ANTONIA V
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1359 **Nonpriority creditor's name and mailing address** $ Undetermined

ZURICH NORTH AMERICA
150 GREENWICH STREET, 4 WORLD TRADE CENTER, 54TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Surety Bond # LPM9323815 00 for the benefit of Infinite Energy, Inc.

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.1360 **Nonpriority creditor's name and mailing address** $ Undetermined

ZURICH NORTH AMERICA
150 GREENWICH STREET, 4 WORLD TRADE CENTER, 54TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Surety Bond # LPM9275479 02 for the benefit of Duke Energy Indiana, Llc.

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 1 | BARKHA SHAH<br>C/O MICHAEL J. FARNAN<br>919 NORTH MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801 | Line 109<br>☐ Not listed. Explain ____________ | |
| 2 | DIANA BRIDGES<br>C/O MOSS BOLLINGER, LLP<br>ATTN: DENNIS F. MOSS, ARI E. MOSS AND JEREMY F. BOLLINGER<br>15300 VENTURA BOULEVARD, SUITE 207<br>SHERMAN OAKS, CA 91403 | Line 343<br>☐ Not listed. Explain ____________ | |
| 3 | DIANA BRIDGES<br>C/O LAW OFFICES OF SAHAG MAJARIAN II<br>ATTN: SAHAG MAJARIAN, II<br>18250 VENTURA BOULEVARD<br>TARZANA, CA 91356 | Line 343<br>☐ Not listed. Explain ____________ | |
| 4 | HELFRICH PATENT LICENSING, LLC<br>C/O LAW OFFICES OF STEVEN G. LISA, LTD.<br>ATTN: STEVEN G. LISA<br>7689 E. PARADISE LANE, SUITE 2<br>SCOTTSDALE, AZ 85260 | Line 488<br>☐ Not listed. Explain ____________ | |
| 5 | HELFRICH PATENT LICENSING, LLC<br>C/O LAW OFFICES OF STEVEN G. LISA, LTD.<br>ATTN: STEVEN G. LISA<br>7689 E. PARADISE LANE, SUITE 2<br>SCOTTSDALE, AZ 85260 | Line 534<br>☐ Not listed. Explain ____________ | |
| 6 | HELFRICH PATENT LICENSING, LLC<br>C/O LAW OFFICES OF STEVEN G. LISA, LTD.<br>ATTN: STEVEN G. LISA<br>7689 E. PARADISE LANE, SUITE 2<br>SCOTTSDALE, AZ 85260 | Line 535<br>☐ Not listed. Explain ____________ | |
| 7 | HIMELDA MENDEZ<br>C/O GOTTLEIB & ASSOCIATES<br>ATTN: JEFFREY GOTTLEIB<br>150 EAST 18TH STREET, SUITE PHR<br>NEW YORK, NY 10003 | Line 563<br>☐ Not listed. Explain ____________ | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Part 3: Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 8 | IBM<br>C/O BRETT ALAZRAKI<br>590 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10022 | Line 582<br>❑ Not listed. Explain ____ | |
| 9 | JAILENE MAYORQUIN<br>C/O WINER, BURRITT & TILLIS, LLP<br>ATTN: KELLI D. BURRITT AND JOHN D. WINER<br>21700 OXNARD STREET, SUITE 20170<br>WOODLAND HILLS, CA 91367 | Line 621<br>❑ Not listed. Explain ____ | |
| 10 | JEREMY BALES CREATIVE, LLC & PHOTOGRAPHER, JEREMY BALES<br>C/O MAVRONICOLAS LAW GROUP, PLLC<br>ATTN: GREG MAVRONICOLAS<br>228 E. 45TH STREET, 6TH FLOOR<br>NEW YORK, NY 10017 | Line 625<br>❑ Not listed. Explain ____ | |
| 11 | JOEL PATTERSON & MICHAELLA CORP<br>C/O POMERANTZ LLP<br>ATTN: JEREMY LIEBERMAN<br>600 THIRD AVENUE<br>NEW YORK, NY 10016 | Line 628<br>❑ Not listed. Explain ____ | |
| 12 | KARLA & DOLORES CATOLIATO<br>C/O LAW OFFICES OF KEVIN T. BARNES<br>ATTN: KEVIN T. BARNES AND GREGG LANDER<br>1635 PONTIUS AVENUE, SECOND FLOOR<br>LOS ANGELES, CA 90025-3361 | Line 652<br>❑ Not listed. Explain ____ | |
| 13 | KARLA & DOLORES CATOLIATO<br>C/O LAW OFFICES OF RAPHAEL A. KATRI<br>8549 WILSHIRE BOULEVARD, SUITE 200<br>BEVERLY HILLS, CA 90211-3104 | Line 652<br>❑ Not listed. Explain ____ | |
| 14 | KASSI TCHANKPA<br>C/O DEWITT LAW, LLC<br>ATTN: MICHAEL W. DEWITT<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 | Line 654<br>❑ Not listed. Explain ____ | |
| 15 | KC & HC, INC.<br>C/O DONIGER BURROUGHS<br>ATTN: TREVOR BARRETT<br>603 ROSE AVENUE<br>VENICE, CA 90291 | Line 660<br>❑ Not listed. Explain ____ | |
| 16 | KC & HC, INC.<br>C/O MATTHEW SEROR BUCHALTER<br>18400 VON KARMAN AVENUE, SUITE 1800<br>IRVINE, CA 92612 | Line 660<br>❑ Not listed. Explain ____ | |
| 17 | KCL PROPERTIES LLC<br>C/O THE SILVERSTEIN LAW FIRM<br>ATTN: IRL R. SILVERSTEIN<br>2901 N. CAUSEWAY BOULEVARD, SUITE 307<br>METAIRIE, LA 70002 | Line 661<br>❑ Not listed. Explain ____ | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 18 | LAURA CIMINI<br>C/O PULVERS, PULVERS & THOMPSON, LLP<br>950 THIRD AVE<br>11TH FLOOR<br>NEW YORK, NY 10022 | Line 702<br>☐ Not listed. Explain ____________ | |
| 19 | LB CHESTERFIELD, LLC<br>C/O LEWIS BRISBOIS, BISGAARD & SMITH<br>ATTN: PATRICK R. KELLY<br>310 FIRST STREET, SUITE 405<br>ROANOKE, VA 24011 | Line 705<br>☐ Not listed. Explain ____________ | |
| 20 | MKM DISTRIBUTION SERVICES, INC.<br>C/O KENNETH A. OLSEN, ESQ.<br>33 PHIHOWER RD.<br>LEBANON, NJ 08833 | Line 822<br>☐ Not listed. Explain ____________ | |
| 21 | PATRINA SIMMONS<br>C/O LAW OFFICES OF BOLTON & GROSS<br>3440 HOLLYWOOD BLVD.<br>SUITE 415<br>HOLLYWOOD, FL 33021 | Line 920<br>☐ Not listed. Explain ____________ | |
| 22 | REVITALIZATION PARTNERS, LLC, COURT APPOINTED RECEIVER FOR AUDIENE SCIENCE, INC.<br>C/O LANE POWELL, PC<br>ATTN: JOHN WHITAKER<br>1420 FIFTH AVENUE, SUITE 4200<br>SEATTLE, WA 98111-9402 | Line 1002<br>☐ Not listed. Explain ____________ | |
| 23 | REVOLAZE, LLC<br>C/O GLOBAL IP LAW GROUP, LLC<br>ATTN: ALEXANDER DEBSKI<br>55 WEST MONROE STREET, SUITE 3400<br>CHICAGO, IL 60603 | Line 1003<br>☐ Not listed. Explain ____________ | |
| 24 | VILMA VELA<br>C/O LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS<br>ATTN: COREY PINGLE AND ANNA TONYAN<br>4100 WEST ALAMEDA AVENUE, THIRD FLOOR<br>BURBANK, CA 91505 | Line 1282<br>☐ Not listed. Explain ____________ | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 4,016,063.66 + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. | + | $ 10,950,356,294.56 + undetermined amounts |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 10,954,372,358.22 + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH) Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/03/2016 | 24 SEVEN INC<br>PO BOX 5730<br>HICKSVILLE, NY 11802-5730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 03/06/2016 | 24 SEVEN INC<br>PO BOX 5730<br>HICKSVILLE, NY 11802-5730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 07/15/2015 | 24 SEVEN INC<br>PO BOX 5730<br>HICKSVILLE, NY 11802-5730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 11/05/2015 | 24 SEVEN INC<br>PO BOX 5730<br>HICKSVILLE, NY 11802-5730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 04/09/2015 | 24 SEVEN INC<br>PO BOX 5730<br>HICKSVILLE, NY 11802-5730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement dated 04/07/2014 - Store #2000005-01 933 MACARTHUR BLVD in Mahwah, NJ | 933 INSPIRATION, LLC<br>933 MACARTHUR BLVD<br>MAHWAH, NJ 07430 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/01/2020 | A&G REALTY PARTNERS, LLC<br>445 BROADHOLLOW ROAD, SUITE 410<br>MELVILLE, NY 11797 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/14/2016 | A/P RECOVERY, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/14/2016 | A/P RECOVERY, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/17/2005 | ABSOLUTE BUSINESS SOFTWARE SOLUTIONS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ACC (ASSOCIATION OF CORPORATE COUNSEL)<br>1001 G STREET, NW<br>SUITE 300 W<br>WASHINGTON, DC 20001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Novation and Assignment Agreement dated 12/16/2019 | ACCENTURE INTERNATIONAL LTD.<br>ATTEN: DIRECTOR OF LEGAL SERVICES<br>1 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2 D02 P820<br>IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Novation and Assignment Agreement dated 12/16/2019 | ACCENTURE LLP<br>ATTEN: GENERAL COUNSEL<br>161 N. CLARK STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 07/10/2017 | ACCENTURE LLP<br>1255 TREAT BLVD., STE 250<br>WALNUT CREEK, CA 94597 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | ACCENTURE LLP<br>ATTN: GENERAL COUNSEL<br>161 N. CLARK STREET<br>CHICAGO, IL 60101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | ACCENTURE LLP<br>ATTN: GENERAL COUNSEL<br>161 N. CLARK STREET<br>CHICAGO, IL 60101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | ACCENTURE LLP<br>ATTN: GENERAL COUNSEL<br>161 N. CLARK STREET<br>CHICAGO, IL 60101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/14/2020 | ACCESS<br>PO BOX 415938<br>BOSTON, MA 02241-5938 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/13/2019 | ACCESS<br>PO BOX 415938<br>BOSTON, MA 02241-5938 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | ACCRUENT INC<br>ATTN: GENERAL COUNSEL<br>11500 ALTERRA PARKWAY#110<br>AUSTIN, TX 78758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 11/20/2003 | ACCRUENT LLC<br>11500 ALTERRA PKWY. #110<br>AUSTIN, TX 78758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/11/2003 | ACCRUENT LLC<br>11500 ALTERRA PKWY. #110<br>AUSTIN, TX 78758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 11/18/2009 | ACCRUENT LLC<br>11500 ALTERRA PKWY. #110<br>AUSTIN, TX 78758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 06/15/2015 | ACCRUENT LLC<br>11500 ALTERRA PKWY. #110<br>AUSTIN, TX 78758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement | ACCUVANT, INC.<br>ATTN: GENERAL COUNSEL<br>1125 17TH STREET<br>SUITE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Master Terms Agreement | ACCUVANT, INC.<br>ATTN: DIRECTOR OF LEGAL AFFAIRS<br>1125 17TH STREET<br>SUITE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/25/2014 | ACCUVANT<br>ATTN: GENERAL COUNSEL<br>1125 17TH STREET<br>SUITE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/23/2012 | ACE DESIGNS INC<br>320 GEORGE PATTERSON DR<br>BRISTOL, PA 19007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/05/2015 | ACE DESIGNS INC<br>320 GEORGE PATTERSON DR<br>BRISTOL, PA 19007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2019 | ACI SPECIALTY BENEFITS<br>6480 WEATHERS PLACE, SUITE 300<br>SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/13/2018 | ACR ANALYTICS LLC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/13/2015 | ACR ANALYTICS LLC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 11/06/2007 | ACXIOM CORPORATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/31/2011 | ACXIOM CORPORATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 11/06/2007 | ACXIOM CORPORATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/31/2011 | ACXIOM CORPORATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/05/2011 | ACXIOM<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 01/28/2016 | AD TRANSPORT<br>ATTN: GENERAL COUNSEL<br>PO BOX 954003<br>ST LOUIS, MO 63195-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/09/2009 | ADECCO USA, INC.<br>551 FIFTH AVENUE, SUITE 501<br>NEW YORK, NY 10176 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Fifteenth Amendment to Services Agreement | ADECCO USA, INC.<br>ATTN: GENERAL COUNSEL<br>551 FIFTH AVENUE<br>SUITE 501<br>NEW YORK, NY 10176 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Sixteenth Amendment to Services Agreement | ADECCO USA, INC.<br>ATTN: GENERAL COUNSEL<br>551 FIFTH AVENUE<br>SUITE 501<br>NEW YORK, NY 10176 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 10/24/2019 | ADECCO<br>10151 DEERWOOD PARK BLVD<br>BUILDING 200 SUITE 101<br>JACKSONVILLE, FL 32256 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 08/30/2018 | ADOBE SYSTEMS INC<br>75 REMITTANCE DRIVE<br>SUITE 1025<br>CHICAGO, IL 60675-1025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated 11/13/2018 | ADOBE SYSTEMS INC<br>75 REMITTANCE DRIVE<br>SUITE 1025<br>CHICAGO, IL 60675-1025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Services and License Agreement | ADOBE SYSTEMS INCORPORATED<br>ATTN: GENERAL COUNSEL<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order | ADOBE SYSTEMS INCORPORATED<br>ATTN: GENERAL COUNSEL<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master License and Services Agreement | ADOBE SYSTEMS INCORPORATED<br>ATTN: GENERAL COUNSEL<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/01/2014 | ADOBE<br>ATTN: GENERAL COUNSEL<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/01/2014 | ADOBE<br>ATTN: GENERAL COUNSEL<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/03/2010 | ADP, LLC<br>400 W. COVINA BLVD., MS 208<br>SAN DIMAS, CA 91773 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Fifth Amendment to Master Services Agreement | ADP, LLC<br>ATTN: GENERAL COUNSEL<br>5800 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 05/06/2014 | ADP<br>ATTN: GENERAL COUNSEL<br>5800 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 05/06/2014 | ADP<br>ATTN: GENERAL COUNSEL<br>5800 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/05/2013 | ADVIZEX TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>#774019<br>4019 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Master Terms and Conditions | ADVIZEX TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>#774019<br>4019 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2013 | AETNA LIFE INSURANCE COMPANY<br>151 FARMINGTON AVE<br>HARTFORD, CT 06105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/17/2017 | AGINITY INC<br>1007 CHURCH ST SUITE 700<br>EVANSTON, IL 60201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 07/30/2018 | AHEAD LLC<br>401 N. MICHIGAN AVE.<br>CHICAGO, IL 60611 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 02/10/2015 | AHRAV INC<br>47 LEE AVENUE<br>DOVER, NJ 07801-4322 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | AIRD BERLIS<br>BROOKFIELD PLACE<br>181 BAY STREET, SUITE1800<br>TORONTO, ON M5J2T9<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | AJ PARK<br>PO BOX 949<br>AON CENTRE LEVEL 22, 1 WILLIS STREET<br>WELLINGTON 06140<br>NEW ZEALAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/30/2003 | AJB MAINTENANCE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 12/01/2018 | AKAMAI TECHNOLOGIES INC<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/30/2019 | AKAMAI TECHNOLOGIES INC<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/25/2015 | AKAMAI TECHNOLOGIES INC<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Conditions | AKAMAI TECHNOLOGIES, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Service Agreement | ALIGHT SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069-4302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/02/2018 | ALIGHT<br>4 OVERLOOK POINT #4OP<br>LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/16/2016 | ALISON GRIFFIN<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/17/2014 | ALIXPARTNERS HOLDINGS LLP<br>2000 TOWN CENTER SUITE 2400<br>SOUTHFIELD, MI 48075-1135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 08/11/2016 | ALIXPARTNERS HOLDINGS LLP<br>2000 TOWN CENTER SUITE 2400<br>SOUTHFIELD, MI 48075-1135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Program Agreement | ALLIANCE DATA<br>3075 LOYALTY CIRCLE<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/21/2016 | ALPHA TECHNOLOGIES USA INC<br>704 N KING STREET<br>WILMINGTON, DE 19801-3583 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 11/05/2013 | ALPHA TECHNOLOGIES USA INC<br>704 N KING STREET<br>WILMINGTON, DE 19801-3583 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Services Master Agreement | ALPINE MECHANICAL SERVICES, LLC<br>ATTN: MARK BARRACLOUGH<br>1105 BETHLEHEM PIKE<br>SUITE B1<br>SELLERSVILLE, PA 18960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | ALSTON & BIRD, LLP<br>333 SOUTH HOPE ST.<br>16TH FLOOR<br>LOS ANGELES, CA 90071-1410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/08/2015 | ALTUS GROUP, INC. VIA KOVEL LETTER FROM ALSTON & BIRD, LLP<br>PO BOX 12419<br>NEWARK, NJ 07101-3519 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | ALVAREZ & MARSAL HOLDINGS, LLC<br>ATTN: LIZ CARRINGTON<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Number 9 | AMBERLEAF PARTNERS, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 471<br>RICHMOND, IL 60071 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | AMBERLEAF PARTNERS, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 471<br>RICHMOND, IL 60071 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Amendment | AMBERLEAF PARTNERS, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 471<br>RICHMOND, IL 60071 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/31/2015 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/28/2007 | AMERICAN EXPRESS<br>ATTN: GENERAL COUNSEL<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/31/2011 | AMUNEAL MFG. CORP.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 02/24/2012 | AMUNEAL MFG. CORP.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/19/2008 | ANALYSTS INTERNATIONAL CORPORATION (AIC)<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 09/17/2018 | ANDREA DOMINGUEZ<br>3101 RINGTAIL DRIVE<br>WAXHAW, NC 28173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/16/2016 | ANDREA KONG<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/29/2016 | ANNA WARBUTON<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Coalition Master Prescription Benefit Services Agreement | AON CONSULTING, INC.<br>ATTN: MICHAEL EMMONS<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 04/01/2018 | AON CONSULTING, INC.<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2020 | AON CONSULTING, INC.<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Information Security Exhibit | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Agreement | AON CONSULTING, INC.<br>ATTN: CHIEF COUNSEL, HEALTH & BENEFITS<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to to Statement of Work for Employee Benefit Plan Consulting Services | AON CONSULTING, INC.<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | AON<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Transportation Service Agreement dated 06/01/2020 | APL CO. PTE. LTD.<br>16220 NORTH SCOTTSDALE ROAD - SUITE 300<br>SCOTTSDALE, AZ 85254 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenth Amendment to Consolidation Agreement dated 02/28/2017 | APL LOGISTICS LTD<br>C/O APL LOGISTICS AMERICAS, LTD.<br>ATTN: LEGAL DEPARTMENT<br>16220 N. SCOTTSDALE, ROAD, SUITE 400<br>SCOTTSDALE, AZ 85254 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | NVOCC Services Agreement dated 07/22/2019 | APL LOGISTICS LTD<br>17600 N PERIMETER DR. SUITE 150<br>SCOTTSDALE, AZ 85255 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Collateral Access Agreement dated 11/19/2015 | APL LOGISTICS LTD<br>17600 N PERIMETER DR. SUITE 150<br>SCOTTSDALE, AZ 85255 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub Agreement dated 09/20/2013 | APLL<br>17600 N PERIMETER DR. SUITE 150<br>SCOTTSDALE, AZ 85255 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement dated 06/20/2015 | APPLAUSE APP QUALITY INC<br>100 PENNSLYVANIA AVE FLOOR5<br>FRAMINGHAM, MA 01701-8822 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement dated 08/23/2016 | APPLAUSE APP QUALITY INC<br>100 PENNSLYVANIA AVE FLOOR5<br>FRAMINGHAM, MA 01701-8822 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 03/25/2013 | APPLIED PREDICTIVE TECHNOLOGIES INC<br>4250 NORTH FAIRFAX DRIVE, 11TH FLOOR<br>ARLINGTON, VA 22203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/25/2013 | APPLIED PREDICTIVE TECHNOLOGIES<br>4250 NORTH FAIRFAX DRIVE, 11TH FLOOR<br>ARLINGTON, VA 22203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/15/2016 | APPLIED PREDICTIVE TECHNOLOGIES<br>4250 NORTH FAIRFAX DRIVE, 11TH FLOOR<br>ARLINGTON, VA 22203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/25/2013 | APPLIED PREDICTIVE TECHNOLOGIES<br>4250 NORTH FAIRFAX DRIVE, 11TH FLOOR<br>ARLINGTON, VA 22203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/17/2016 | APTOS CANADA INC<br>9300 TRANS-CANADA HIGHWAY, SUITE30<br>SAINT-LAURENT, QC H4S 1K5<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/09/2001 | APTOS INC<br>15 GOVERNOR DRIVE<br>NEWBURGH, NY 12550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/25/2014 | ARCHE ADVISORS<br>1659 W CHATEAU CIRCLE<br>SAINT GEORGE, UT 84770 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 09/14/2018 | ARCHE ADVISORS<br>1659 W CHATEAU CIRCLE<br>SAINT GEORGE, UT 84770 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/27/2009 | ARIBA INC<br>210 SIXTH AVE.<br>PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/04/2015 | ARIBA INC<br>210 SIXTH AVE.<br>PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ARNOLD & PORTER<br>601 MASSACHUSETTS AVE., NW<br>WASHINGTON, DC 20001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/10/2014 | ARROW GLOBAL ASSET DISPOSITION INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 09/14/2018 | ARROWHEAD PRINTING INC<br>127 E 2ND STREET<br>DULUTH, MN 55805 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/27/2008 | ARSENAL SECURITY GROUP INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ASCAP<br>21678 NETWORK PLACE<br>CHICAGO, IL 60673-1216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Services Agreement | ASCENA GLOBAL INNOVATION CENTER LLP<br>2ND AND 3RD FLOORS, G3, WING A<br>MANYATA EMBASSY BUSINESS PARK<br>SEZ OUTER RING ROAD, RACHENAHALLI, NAGAWARA<br>BANGALORE 560045<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Master Sourcing Agreement | ASCENA GLOBAL SOURCING HONG KONG LTD<br>25/F, METRO LOFT,38 KWAI HEI STREET<br>KWAI CHUNG<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 10/01/2018 | ASHOKA<br>1700 NORTH MOORE STREET, SUITE 2000<br>ARLINGTON, VA 22209-1901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/28/2018 | ASSENT COMPLIANCE<br>525 COVENTRY ROAD<br>OTTAWA K1K 2C5<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 11/29/2010 | AT&T CORPORATE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/01/2019 | AT&T INC<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 02/16/2016 | AT&T<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/11/2016 | ATLARGE LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 04/30/2015 | ATTACHMATE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Notice of Non-Renewal of the Master Services Agreement | AUGEO AFFINITY MARKETING, INC<br>ATTN: GENERAL COUNSEL<br>2561 TERRITORIAL ROAD<br>ST. PAUL, MN 55114 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/18/2019 | AUTOMATED LOGIC NY NJ<br>PO BOX 403257<br>ATLANTA, GA 30384-3257 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/07/2014 | AVALINX<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 08/01/2013 | AVAYA<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 03/02/2015 | AVERY DENNISON CORP<br>PO BOX 7247<br>PHILADELPHIA, PA 19170-7508 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/02/2009 | AXIOM GLOBAL INC<br>295 LAFAYETTE STREET, SUITE700<br>NEW YORK, NY 10012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BAIANAT<br>ROAD NO. 1010, BUILDING NO. 474<br>DREAM TOWER-1, BLOCK NO. 410, OFFICE 171, P.O. BOX 17430<br>MANAMA<br>BAHRAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/01/2014 | BAIN & COMPANY INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BAKER & HOSTETLER<br>1801 CALIFORNIA STREET<br>SUITE 4400<br>DENVER, CO 80202-2662 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/05/2011 | BAMBOO ROSE INC<br>17 ROGERS STREET<br>GLOUCESTER, MA 01930-5014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/31/2013 | BAMBOO ROSE INC<br>17 ROGERS STREET<br>GLOUCESTER, MA 01930-5014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/07/2009 | BANC OF AMERICA MERCHANT SERVICES LLC<br>101 HUDSON ST.<br>ATTN: FD TAX<br>JERSEY CITY, NJ 07302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/19/2012 | BANC OF AMERICA MERCHANT SERVICES LLC<br>101 HUDSON ST.<br>ATTN: FD TAX<br>JERSEY CITY, NJ 07302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/02/2015 | BANC OF AMERICA MERCHANT SERVICES LLC<br>101 HUDSON ST.<br>ATTN: FD TAX<br>JERSEY CITY, NJ 07302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/22/2011 | BANK OF AMERICA<br>UNILMMO: EUROPA, PO BOX 100425<br>ATLANTA, GA 30384-0425 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/26/2007 | BASEWARE, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/26/2012 | BAZAARVOICE INC<br>10901 STONELAKE BLVD<br>AUSTIN, TX 78759 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 10/01/2019 | BAZAARVOICE INC<br>10901 STONELAKE BLVD<br>AUSTIN, TX 78759 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/11/2005 | BBS TECHNOLOGIES, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/29/2018 | BEACON HILL STAFFING GROUP LLC<br>152 BOWDOIN STREET<br>BOSTON, MA 02108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/04/2019 | BEELINE COM INC<br>12724 GRAN BAY PARKWAY WEST<br>SUITE 200<br>JACKSONVILLE, FL 32258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/04/2019 | BEELINE.COM, INC.<br>12724 GRAN BAY PARKWAY WEST<br>SUITE<br>200<br>JACKSONVILLE, FL 32258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BENESCH<br>41 SOUTH HIGH ST #2600<br>ATTN: ACCOUNTING DEPT<br>COLUMBUS, OH 43215-6164 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BENNETT JONES<br>1 FIRST CANADIAN PLACE, SUITE 3400<br>P.O. BOX 130<br>TORONTO, ONTARIO, ON M5X 1A4<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BERESKIN PARR<br>SCOTIA PLAZA<br>40 KING STREET<br>TORONTO, ON M5H 3Y2<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/10/2020 | BERGQUIST & ROSSI, P.C.<br>1515 S. GROVE AVE.<br>#4042<br>BARRINGTON, IL 60010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/23/2014 | BIT9 INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 05/26/2020 | BLACKLINE SYSTEMS<br>P.O. BOX 841433<br>DALLAS, TX 75284-1433 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/01/2014 | BLACKLINE SYSTEMS<br>P.O. BOX 841433<br>DALLAS, TX 75284-1433 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/18/2006 | BLADE LOGIC, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BLANK ROME LLC<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA 19103-6998 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/09/2013 | BLUE CHIP CONSULTING GROUP LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/06/2012 | BLUENOG CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Letters of Intent dated 01/17/2012 | BLUEPRINT BUSINESS SYSTEMS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/05/2017 | BOLGER LLC<br>3301 COMO AVE SE<br>MINNEAPOLIS, MN 55414 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | BOSTON BARRICADE<br>1151 19TH ST.<br>VERO BEACH, FL 32960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 09/19/2016 | BOSTON RETAIL PARTNERS, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 02/01/2020 | BOX INC<br>DEPT 34666<br>SAN FRANCISCO, CA 94139 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/30/2013 | BRANDING BRAND, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BRANN & ISAACSON<br>P.O. BOX 3070<br>LEWISTON, ME 04243-3070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Cause Marketing Agreement | BREAST CANCER RESEARCH FOUNDATION<br>28 W. 44TH STREET<br>NEW YORK,, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | BRIAN LYNCH<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Employment Letter dated 04/05/2019 | BRIAN LYNCH<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 07/13/2017 | BRIDGEPARK ADVISORS LLC<br>2 E. 70TH STREET<br>NEW YORK, NY 10021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 12/20/2019 | BRIDGEPARK ADVISORS LLC<br>2 E. 70TH STREET<br>NEW YORK, NY 10021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2016 | BRIGHT HORIZONS FAMILY SOLUTIONS LLC<br>200 TALCOTT AVENUE SOUTH<br>WATERTOWN, MA 02472 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Armored Transportation Service Agreement | BRINK'S CANADA LIMITED<br>ATTN: CONTRACTS DEPT<br>2233 ARGENTIA ROAD<br>SUITE 400<br>MISSISSAUGA, ON L5N 2X7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/16/2016 | BRITTANY CASINI<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/01/2018 | BRUNER CORP<br>3637 LACON RD.<br>HILLIARD, OH 43026 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2018 | BUCKEYE LANDSCAPE<br>2585 BILLINGSLEY RD<br>COLUMBUS, OH 43235 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/31/2018 | BUNZL RETAIL SERVICES LLC<br>32062 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Supply Distribution Agreement | BUNZL RETAIL SERVICES, LLC<br>ATTN: SVP RETAIL<br>8338 AUSTIN AVENUE<br>MORTON GROVE, IL 60053 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/06/2014 | BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.<br>100 NORTHPOINTE PARKWAY<br>BUFFALO, NY 14228 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/05/2010 | BUSINESS STRATEGY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/05/2010 | BUSINESS STRATEGY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 01/10/2020 | BYRNES LAW LLC<br>161 TUCKER DRIVE<br>WORTHINGTON, OH 43085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/10/2020 | BYRNES LAW, LLC<br>161 TUCKER DR.<br>WORTHINGTON, OH 43085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/19/2014 | C&G TECHNOLOGIES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/30/2015 | CA TECHNOLOGIES<br>PO BOX 783591<br>PHILADELPHIA, PA 19178-3591 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CAC SPECIALTY<br>250 FILLMORE STREET<br>SUITE 450<br>DENVER, CO 80206 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/16/2016 | CAITLIN ROHDE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order dated 02/24/2018 | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order dated 12/12/2012 | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease dated 11/08/2016 | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease dated 07/31/2017 | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? Summary | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/29/2017 | CAP INDEX INC<br>150 JOHN ROBERT THOMAS DR.<br>EXTON, PA 19341 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement dated 03/24/2019 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Program Agreement dated 08/29/2014 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Credit Card Agreement dated 04/28/2017 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/28/2017 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/28/2017 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to the Amended and Restated Credit Card Agreement dated 06/21/2019 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/24/2019 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/24/2019 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/21/2019 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Program Agreement dated 04/28/2017 | CAPITAL ONE, NATIONAL ASSOCIATION<br>CAPITAL ONE SERVICES<br>ATTN: VICE PRESIDENT CLIENT DEVELOPMENT<br>77 W. WACKER DRIVE<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/10/2019 | CARDIOREADY<br>1800 US HWY 51 NORTH<br>WOODRUFF, WI 54568 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/01/2016 | CAREER DEVELOPERS INC<br>500 NORTH FRANKLIN TURNPIKE<br>S. 208<br>RAMSEY, NJ 07446 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Coalition Master Prescription Benefit Services Agreement | CAREMARKPCS HEALTH, L.L.C.<br>ATTN: VICE PRESIDENT AND SENIOR COUNSEL, HEALTHCARE SERVICES<br>2211 SANDERS ROAD<br>10TH FLOOR<br>NORTHBROOK, IL 60662 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Services Agreement | CAREMARKPCS HEALTH, L.L.C.<br>ATTN: GENERAL COUNSEL<br>2211 SANDERS ROAD<br>10TH FLOOR<br>NORTHBROOK, IL 60062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Services Agreement | CAREMARKPCS HEALTH, L.L.C.<br>ATTN: VICE PRESIDENT AND SENIOR COUNSEL, HEALTHCARE SERVICES<br>2211 SANDERS ROAD<br>10TH FLOOR<br>NORTHBROOK, IL 60062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Services Agreement | CAREMARKPCS HEALTH, L.L.C.<br>ATTN: GENERAL COUNSEL<br>2211 SANDERS ROAD<br>10TH FLOOR<br>NORTHBROOK, IL 60062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Services Agreement | CAREMARKPCS HEALTH, L.L.C.<br>ATTN: GENERAL COUNSEL<br>2211 SANDERS ROAD<br>10TH FLOOR<br>NORTHBROOK, IL 60062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CARL RUBIN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CARRIE TEFFNER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Employment Letter dated 05/01/2019 | CARRIE TEFFNER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Master Utilities Direct Services Agreement | CASS INFORMATION SYSTEMS, INC.<br>ATTN: GENERAL COUNSEL<br>2675 CORPORATE EXCHANGE<br>COLUMBUS, OH 43231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 11/30/2017 | CCH INC<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | CCH INCORPORATED<br>ATTN: GENERAL COUNSEL<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Major Account Agreement and Renewal dated 06/01/2019 | CCH INCORPORATED<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Master Account Agreement dated 01/01/2019 | CCH, INCORPORATED<br>P.O. BOX 4307<br>CAROL STREAM, IL 60197-4307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Software License Agreement dated 01/01/2020 | CCH, INCORPORATED<br>P.O. BOX 4307<br>CAROL STREAM, IL 60197-4307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/13/2016 | CEDERA SYSTEMS INC<br>PO BOX 931<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 04/29/2013 | CEDERA SYSTEMS INC<br>PO BOX 931<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Wireless Enterprise Account Agreement | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>ATTN: LEGAL & EXTERNAL AFFAIRS DEPT.<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920-1097 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 02/01/2020 | CEQUEL DATA CENTERS LP<br>12444 POWERSCOURT DRIVE<br>SUITE 450<br>ST. LOUIS, MO 63131-3632 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/01/2020 | CERTENT, INC.<br>1548 EUREKA ROAD<br>ROSEVILLE, CA 95661 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/05/2016 | CERTONA CORPORATION<br>10431 WATERIDGE CIRCLE, STE 200<br>SAN DIEGO, CA 92121-5703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/05/2016 | CERTONA CORPORATION<br>10431 WATERIDGE CIRCLE, STE 200<br>SAN DIEGO, CA 92121-5703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/08/2011 | CETAN CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/01/2012 | CEVA LOGISTICS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2017 | CHANGE 4 GROWTH LLC<br>371 COUNTY LINE RD W.<br>SUITE 100B<br>WESTERVILLE, OH 43081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/30/2015 | CHANGE GUIDES LLC<br>8044 MONTGOMERY ROAD SUITE 700<br>CINCINNATI, OH 45236 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/02/2011 | CHARLETTE HICKS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 01/22/2018 | CHATHAM FINANCIAL CORP<br>235 WHITEHORSE LANE<br>KENNETT SQUARE, PA 19348 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 05/26/2020 | CHATHAM HEDGING ADVISORS, LLC<br>235 WHITEHORSE LANE<br>KENNETT SQUARE, PA 19348 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/03/2018 | CHECKMARX INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement dated 08/03/2018 | CHECKMARX INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/01/2007 | CHEETAH DIGITAL INC<br>22807 NETWORK PLACE<br>CHICAGO, IL 60673 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/30/2000 | CHESAPEAKE SYSTEM SOLUTIONS, INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/11/2014 | CIBER INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/17/2019 | CINCINNATI BELL TECHNOLOGY SOLUTIONS INC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/23/2012 | CISCO SYSTEMS CAPITAL CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/06/2016 | CIVIS ANALYTICS, INC.<br>200 W. MONROE ST<br>22ND FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/08/2019 | CIVIS ANALYTICS, INC<br>200 W. MONROE ST<br>22ND FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CLARIVATE ANALYTICS (COMPUMARK) INC.<br>P.O. BOX 3773<br>CAROL STREAM, IL 60132-3773 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/01/2019 | CLARIVATE ANALYTICS COMPUMARK INC<br>1500 SPRING GARDEN STREET<br>4TH FLOOR<br>PHILADELPHIA, PA 19130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/01/2018 | CLARIVATE ANALYTICS COMPUMARK INC<br>1500 SPRING GARDEN STREET<br>4TH FLOOR<br>PHILADELPHIA, PA 19130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CNA FINANCIAL CORPORATION<br>151 NORTH FRANKLIN STREET<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | COGENCY GLOBAL INC.<br>122 E 42ND STREET<br>18TH FLOOR<br>NEW YORK, NY 10168 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/09/2016 | COGENT ENTERTAINMENT MARKETING LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/13/2012 | COLONIAL FREIGHT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/27/2008 | COLUMBITECH AB<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement dated 09/20/2018 | COLUMBUS CONSULTING INTERNATIONAL LLC<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement dated 02/19/2013 | COLUMBUS CONSULTING INTERNATIONAL LLC<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/09/2010 | COLUMBUS CONSULTING INTERNATIONAL LLC<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/09/2014 | COLUMBUS CONSULTING INTERNATIONAL, LLC.<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/09/2014 | COLUMBUS CONSULTING INTERNATIONAL, LLC.<br>4200 REGENT STREET, SUITE 200<br>COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Program Agreement dated 06/21/2019 | COMENITY BANK<br>ONE RIGHTER PARKWAY<br>SUITE 100<br>WILMINGTON, DE 19803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Services Agreement dated 12/12/2018 | COMMERCIAL FIRE INC<br>2465 ST JOHNS BLUFF RD S<br>JACKSONVILLE, FL 32246 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/20/2005 | COMPUTER FINANCIAL CONSULTANTS INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/14/2013 | COMPUTER SCIENCES CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | CONCENTRA<br>PO BOX 3700<br>RANCHO CUCAMONGA, CA 91739 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/24/2003 | CONCUR TECHNOLOGIES INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | COOLEY LLP<br>101 CALIFORNIA STREEET<br>5TH FL<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | COOLEY LLP<br>101 CALIFORNIA ST<br>5TH FL<br>SAN FRANCISCO, CA 94111-5800 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Program Agreement | CORPORATE EXPRESS CANADA, INC.<br>ATTN: GENERAL COUNSEL<br>550 PENDANT DRIVE<br>MISSISSAUGA, ON L5T 2W6<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | COVINGTON & BURLING<br>ONE CITY CENTER<br>850 TENTH STREET NW<br>WASHINGTON, DC 20001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CRAWFORD & COMPANY (BROADSPIRE)<br>5335 TRIANGLE PARKWAY<br>PEACHTREE CORNERS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 03/12/2007 | CROSSCOM NATIONAL LLC<br>900 DEERFIELD PARKWAY<br>BUFFALO GROVE, IL 60089 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | CROSSCOM NATIONAL, LLC<br>ATTN: GENERAL COUNSEL<br>900 DEERFIELD PARKWAY<br>BUFFALO GROVE, IL 60089 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/30/2018 | CROWDSTRIKE, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CROWELL<br>1001 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. — Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CSC<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808-1674 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/01/2019 | CUMMINS BRIDGEWAY LLC<br>#774494<br>4494 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/09/2020 | CVS<br>2211 SANDERS ROAD, 10TH FL<br>NORTHBROOK, IL 60062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/21/2018 | CYBER SMES LLC<br>1080 PEACHTREE ST. NE, UNIT 1205<br>ATLANTA, GA 30309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Payment Solutions Agreement dated 04/15/2009 | CYBERSOURCE CORP<br>PO BOX 742842<br>LOS ANGELES, CA 90074-2842 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | CYBERSOURCE CORPORATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 742842<br>LOS ANGELES, CA 90074-2842 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DAN LAMADRID<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Retention Agreement dated 05/01/2019 | DAN LAMADRID<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Employment Letter dated 07/25/2019 | DAN LAMADRID<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/18/2013 | DATA2LOGISTICS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/18/2013 | DATA2LOGISTICS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 07/25/2018 | DAVACO LP<br>DEPT 8055 PO BOX 650002<br>DALLAS, TX 75265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DAVID JAFFE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Employment Letter dated 07/29/2017 | DAVID JAFFE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Transition and Separation Agreement dated 05/01/2019 | DAVID JAFFE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DAVID L. JOHNS<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 10/25/2019 | DAVIS, MALM & D'AGOSTINE, P.C.<br>ONE BOSTON PLACE<br>BOSTON, MA 02108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/01/2009 | DAY & NIGHT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/01/2009 | DAY & NIGHT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Software As A Service Agreement dated 01/01/2020 | DECIBEL INSIGHT INC<br>31 ST. JAMES AVENUE<br>BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/30/2017 | DELL EMC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 06/30/2017 | DELL EMC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement dated 06/30/2017 | DELL EMC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 02/16/2016 | DELL SECUREWORKS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/09/2019 | DELOITTE & TOUCHE LLP<br>1950 N. STEMMONS FREEWAY<br>SUITE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 03/05/2018 | DELOITTE AND TOUCHE LLP<br>P.O. BOX 844708<br>DALLAS, TX 75284-4708 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/01/2018 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 06/01/2020 | DELOITTE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 02/12/2020 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 09/06/2019 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 08/27/2019 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 08/16/2019 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 07/07/2017 | DELOITTE LLP<br>100 KIMBALL DR.<br>PARSIPPANY, NJ07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/08/2018 | DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 03/07/2018 | DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2019 | DELTA DENTAL<br>250 WEST 57TH STREET, SUITE 605<br>NEW YORK, NY 10107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 01/18/2013 | DEMATIC CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/02/2018 | DIRECT CONSTRUCTION COMPANY LTD<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/02/2018 | DIRECT CONSTRUCTION COMPANY LTD<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/16/2014 | DIRECT SOURCE INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DIRK MONTGOMERY<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | DLA PIPER (CANADA) LLP<br>1 FIRST CANADIAN PLACE, SUITE 6000<br>P.O. BOX 367, 100 KING ST W<br>TORONTO, ONTARIO, ON M5X 1E2<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | DLA PIPER LLP (US)<br>2000 UNIVERSITY AVENUE<br>EAST PALO ALTO, CA94303-2215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 07/25/2018 | DOCUSIGN INC<br>DEPT 3428<br>PO BOX 123428<br>DALLAS, TX 75312-3428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated 02/15/2018 | DOCUSIGN INC<br>DEPT 3428<br>PO BOX 123428<br>DALLAS, TX 75312-3428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/15/2018 | DOCUSIGN INC<br>DEPT 3428<br>PO BOX 123428<br>DALLAS, TX 75312-3428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 04/15/2018 | DOCUSIGN INC<br>DEPT 3428<br>PO BOX 123428<br>DALLAS, TX 75312-3428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/01/2011 | DOTOMI<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/01/2011 | DOTOMI<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/05/2015 | DOUG RUSSELL LIGHTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/05/2015 | DOUG RUSSELL LIGHTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/01/2010 | DRAGON SOURCING USA, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/01/2010 | DRAGON SOURCING USA, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Master Charitable Promotion Agreement dated 08/28/2019 | DRESS FOR SUCCESS<br>32 E 31ST STREET<br>7TH FLOOR<br>NEW YORK,, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Subordinate Agreement dated 09/03/2019 | DRESS FOR SUCCESS<br>32 E 31ST STREET<br>7TH FLOOR<br>NEW YORK,, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Subordinate Agreement | DRESS FOR SUCCESS<br>32 E 31ST STREET<br>7TH FLOOR<br>NEW YORK,, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | DRINKER BIDDLE AND REATH LLP<br>ONE LOGAN SQUARE, STE. 2000<br>PHILADELPHIA, PA 19103-6996 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DUANE D. HOLLOWAY<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement dated 03/19/2020 | DUCHARME, MCMILLEN & ASSOCIATES, INC.<br>828 S. HARRISON STREET<br>SUITE 650<br>FORT WAYNE, IN 46802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2019 | DYNATRACE LLC<br>PO BOX 74008118<br>CHICAGO, IL 60674-8118 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/27/2020 | EARNST & YOUNG LLP<br>121 RIVER STREET<br>HOBOKEN, NJ 07030 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 08/29/2016 | EASTERN COMPUTER EXCHANGE INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | EBATES PERFORMANCE MARKETING, INC. D/B/A RAKUTEN REWARDS<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | EBATES PERFORMANCE MARKETING, INC. D/B/A RAKUTEN REWARDS<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/08/2012 | EBPARTNERS INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>100 ALMERIA AVENUE<br>CORAL GABLES, FL 33134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/08/2012 | EBPARTNERS INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>100 ALMERIA AVENUE<br>CORAL GABLES, FL 33134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 12/14/2011 | ECOVA FEES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/04/2018 | ECOVA, INC.<br>1313 NORTH ATLANTIC STREET,#5000<br>SPOKANE, WA 99201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/24/2016 | EDGECASE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 04/17/2019 | EDGEWOOD PARTNERS INSURANCE CENTER<br>3000 EXECUTIVE PARKWAY, STE325<br>SAN RAMON, CA 94583 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/07/2010 | EDICO SM<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/07/2010 | EDICO SM<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2019 | EHE<br>LIFE EXTENSION INSTITUTE, INC. D/B/A EHE 10 ROCKEFELLER PLAZA, 4TH FLOOR<br>NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/27/2012 | ELECTRONIC AUCTION SERVICES INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/27/2012 | ELECTRONIC AUCTION SERVICES INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 06/15/2015 | ELEMENT CONSULTING GROUP<br>LOCKBOX #189<br>PO BOX 1575<br>MINNEAPOLIS, MN 55480-1575 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/16/2015 | ELEVATE HONG KONG HOLDINGS LTD<br>15/F SOUNDWILL PLAZA II - MIDTOWN<br>1-29 TANG LUNG STREET<br>CAUSEWAY BAY<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/10/2016 | ELITE STUDIOE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/10/2016 | ELITE STUDIOE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | ELLIOTT JAFFE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/12/2018 | EMBREE CONSTRUCTION GROUP INC<br>4747 WILLIAMS DRIVE<br>GEORGETOWN, TX 78633 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/14/2019 | EMBREE CONSTRUCTION GROUP INC<br>4747 WILLIAMS DRIVE<br>GEORGETOWN, TX 78633 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 02/01/2020 | ENSIGHTEN INC<br>1741 TECHNOLOGY DR STE#500<br>SAN JOSE, CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/19/2010 | ENTERPRISE HOLDINGS INC<br>P.O. BOX 402383<br>ATLANTA, GA 30384-2383 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/23/2008 | EPICOR SOTWARE CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 09/01/2020 | EQUILAR<br>1100 MARSHALL ST.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | ERIC SPECTER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | ERNEST LAPORTE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 03/10/2020 | ERNST & YOUNG LLP<br>800 YARD STREET<br>GRANDVIEW HEIGHTS, OH 43212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 11/08/2019 | ERNST & YOUNG LLP<br>800 YARD STREET<br>GRANDVIEW HEIGHTS, OH 43212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/08/2018 | ERNST & YOUNG, LLP.<br>800 YARD STREET<br>SUITE 200<br>GRANDVIEW HEIGHTS, OH 43212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/01/2018 | ERNST AND YOUNG LLP<br>PO BOX 96550<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 11/27/2018 | ERNST AND YOUNG LLP<br>PO BOX 96550<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 08/12/2019 | ERP CENTER INC<br>1600 ROSECRANS AVENUE, MEDIA CENTER<br>MANHATTAN BEACH, CA90266 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/08/2013 | ERSTREBEN LLC<br>541 10TH STREET NW, #317<br>ATLANTA, GA30318 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/18/2013 | ESCORPION CONSULTING, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Purchase and Installation Agreement dated 04/12/2013 | EUROSORT INC<br>55 NEW PLANT COURT<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Services Agreement dated 12/01/2017 | EVAPCO PRODUCTS INC<br>DBA DOLPHIN WATERCARE<br>62140 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0621 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 11/13/2009 | EVEREST TECHNOLOGIES, INC.<br>ATTN: GENERAL COUNSEL<br>740 LAKEVIEW PLAZA BOULEVARD<br>SUITE 250<br>WORTHINGTON, OH 43085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | EVEREST TECHNOLOGIES, INC.<br>ATTN: GENERAL COUNSEL<br>740 LAKEVIEW PLAZA BOULEVARD<br>SUITE 250<br>WORTHINGTON, OH 43085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/25/2019 | EVERSTAR TECHNOLOGIES LLC<br>605 N. HIGH ST.<br>SUITE 643<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/27/2014 | EXPICIENT, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2020 | EYEMED<br>4000 LUXOTTICA PLACE<br>MASON, OH 45040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/20/2013 | FAST SWITCH LTD<br>P.O. BOX 99<br>DUBLIN, OH 43017-0099 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/02/2015 | FAST SWITCH LTD<br>P.O. BOX 99<br>DUBLIN, OH 43017-0099 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | FIRST INSIGHT, INC.<br>ATTN: GENERAL COUNSEL<br>2000 ERICSSON DRIVE<br>SUITE 200<br>WARRENDALE, PA 15086 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/15/2020 | FOHR<br>72 ALLEN STREET<br>FLOOR 3<br>NEW YORK, NY 10002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/28/2002 | FORRESTER RESEARCH INC<br>DEPT CH 10334<br>PALATINE, IL 60055-0334 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/14/2016 | FORRESTER RESEARCH INC<br>DEPT CH 10334<br>PALATINE, IL 60055-0334 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 02/10/2015 | FOUNTAIN SET LTD<br>29-39 KWAI CHEONG ROAD<br>KWAI CHUNG, NT, NT<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | FRANKFURT<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 11/07/2018 | FRANKLING UNIVERSITY<br>201 S GRANT AVE<br>COLUMBUS, OH 43125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | FROSS ZELNICK<br>151 WEST 42ND STREET<br>17TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | FROST BROWN TODD LLC<br>3200 PROVIDIAN CENTER<br>400 WEST MARKET STREET, 32ND FL<br>LOUISVILLE, KY 40202-3363 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/29/2018 | FUJITSU AMERICA INC<br>PO BOX 98821<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/01/2018 | FUSION RISK MANAGEMENT INC<br>3601 ALGONQUIN ROAD, SUITE 500<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | FUSION RISK MANAGEMENT, INC.<br>3601 ALGONQUIN ROAD<br>SUITE 510<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/17/2010 | FUSIONSTORM<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 11/01/2018 | G2O LLC<br>2500 CORPORATE EXCHANGE DRIVE<br>SUITE 300<br>COLUMBUS, OH 43231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | GALLAGHER BASSETT SERVICES, INC.<br>2 PIERCE PLACE<br>ITASCA, IL 60143 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2020 | GARTNER INC<br>PO BOX 911319<br>DALLAS, TX 75391-1319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/28/2012 | GARTNER INC<br>PO BOX 911319<br>DALLAS, TX 75391-1319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | GARY BEGEMAN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | GARY MUTO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Employment Letter dated 05/01/2019 | GARY MUTO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/19/2007 | GATES SOFTWARE LIMITED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/08/2012 | GEEKSOFT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/08/2012 | GEEKSOFT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | GENE L. WEXLER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/16/2005 | GENERAL ELECTRIC CAPITAL CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | GENTRY LOCKE<br>P.O. BOX 40013<br>ROANOKE, VA 24022-0013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 11/01/2019 | GEO BLUE<br>933 FIRST AVENUE<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/19/2015 | GEP CONSULTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/24/2019 | GERSON LEHRMAN GROUP INC<br>60 EAST 42ND STREET, 3RD FLOOR<br>NEW YORK, NY 10165-1200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/26/2019 | GLINT INC.<br>1100 ISLAND DR #101,<br>REDWOOD CITY, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/15/2010 | GLOBAL BAY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/29/2011 | GLOBAL BAY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/29/2011 | GLOBAL BAY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/15/2010 | GLOBAL BAY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 06/15/2010 | GLOBAL BAY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Merchant Agreement | GLOBAL PAYMENTS DIRECT, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 4010<br>STATION B<br>ETOBICOKE, ON M9W 7H8<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Merchant Application and First Amendment | GLOBAL PAYMENTS DIRECT, INC.<br>ATTN: GENERAL COUNSEL<br>PO BOX 4010<br>STATION B<br>ETOBICOKE, ON M9W 7H8<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/01/2015 | GLOBAL RESPONSE CORP<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | GLOBAL RESPONSE CORPORATION<br>ATTN: GENERAL COUNSEL<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | GLOBAL RESPONSE CORPORATION<br>ATTN: GENERAL COUNSEL<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | GLOBAL RESPONSE CORPORATION<br>ATTN: GENERAL COUNSEL<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | GLOBAL RESPONSE CORPORATION<br>ATTN: GENERAL COUNSEL<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/01/2015 | GLOBAL RESPONSE<br>777 SOUTH STATE ROAD 7<br>MARGATE, FL 33068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Master Donation Agreement dated 03/01/2018 | GLSEN<br>110 WILLIAM STREET<br>30TH FLOOR<br>NEW YORK,, NY 10038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Term Loan B | GOLDMAN SACHS BANK USA<br>C/O GOLDMAN, SACHS & CO.<br>ATTN: SBD OPERATIONS<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | GONZALEZ CALVILLO<br>MONTES URALES NO. 632<br>PISO 3<br>LOMAS DE CHAPULTEPEC, D. F. 11000<br>MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | Donation Agreement dated 05/14/2020 | GOOD360<br>675 NORTH WASHINGTON ST.<br>SUITE 330<br>ALEKSANDRIA, VA 22314 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 03/01/2012 | GOOD360<br>675 NORTH WASHINGTON ST.<br>SUITE 330<br>ALEKSANDRIA, VA 22314 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/01/2014 | GOOGLE INC<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-0001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/16/2016 | GOOGLE INC<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-0001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | GOOGLE, INC.<br>ATTN: GENERAL COUNSEL<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | GOOGLE, INC.<br>ATTN: GENERAL COUNSEL<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | Affiliate Network Agreement Addendum | GOOGLE, INC.<br>ATTN: GENERAL COUNSEL<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | GOOGLE, INC.<br>ATTN: GENERAL COUNSEL<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Merchant Agreement | GPC FINANCIAL CORPORATION<br>ATTN: GENERAL COUNSEL<br>3381 STEELES AVENUE EAST<br>SUITE 200<br>TORONTO, ON M2H 3S7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | Merchant Application and First Amendment | GPC FINANCIAL CORPORATION<br>ATTN: GENERAL COUNSEL<br>3381 STEELES AVENUE EAST<br>SUITE 200<br>TORONTO, ON M2H 3S7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/20/2017 | GRANIFY, INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/20/2017 | GRANIFY, INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Letters of Intent dated 04/18/2007 | GRANITE TELECOMMUNICATIONS<br>CLIENT ID 311<br>PO BOX 973119<br>BOSTON, MA 02298-3119 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/31/2019 | GRANT THORNTON LLP<br>767 THIRD AVE., 9TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2018 | GRASSKEEPERS LANDSCAPING INC<br>212 ORANGE AVE<br>PO BOX 627<br>SUFFERN, NY 10901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | GRAY, PLANT, MOOTY<br>500 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 09/05/2019 | GREENBERG TRAURIG, LLP<br>3333PIEDMONT RD NE STE2500<br>TERMINUS200<br>ATLANTA, GA30305 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 03/07/2014 | GRUPO AXO<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 03/07/2014 | GRUPO AXO<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 03/07/2014 | GRUPO AXO<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/04/2013 | GUCKENHEIMER ENTERPRISES INC<br>1850 GATEWAY DRIVE SUITE 500<br>SAN MATEO, CA 94404-2467 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/31/2014 | GUCKENHEIMER ENTERPRISES INC<br>1850 GATEWAY DRIVE SUITE 500<br>SAN MATEO, CA 94404-2467 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/10/2014 | GUCKENHEIMER ENTERPRISES INC<br>1850 GATEWAY DRIVE SUITE 500<br>SAN MATEO, CA 94404-2467 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/03/2015 | GUCKENHEIMER ENTERPRISES INC<br>1850 GATEWAY DRIVE SUITE 500<br>SAN MATEO, CA 94404-2467 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | GUGGENHEIM SECURITIES LLC<br>330 MADISON AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10017 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | GUGGENHEIM SECURITIES LLC<br>330 MADISON AVENUE<br>NEW YORK, NY 10017 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement dated 07/17/2013 | GX BRIDGE INC<br>2855 CENTRE STREET, #414<br>MONTREAL H3K 3C4<br>CANADA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement dated 07/09/2014 | H&CO<br>RESEARCHING ADDRESS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement dated 12/11/2010 | HCL AMERICA<br>RESEARCHING ADDRESS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement dated 09/01/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement dated 10/02/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/02/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/01/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/04/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/15/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/04/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/01/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/19/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/22/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/25/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/09/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/20/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/07/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/15/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/30/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/05/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/22/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/23/2013 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/05/2015 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/20/2013 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/20/2013 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 03/10/2014 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/30/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/01/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/17/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/27/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/21/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 01/29/2013 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 06/25/2013 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/18/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/01/2016 | HCL CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/22/2016 | HELIX BUSINESS SOLUTIONS<br>8700 W. TRAIL DRIVE<br>SUITE 103<br>MEMPHIS, TN 38125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HELMSMAN MANAGEMENT SERVICES LLC<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HINSHAW & CULBERTSON<br>8142 SOLUTIONS CENTER DR.<br>CHICAGO, IL 60677-8001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HOGAN LOVELLS INTERNATIONAL LLP<br>ATLANTIC HOUSE<br>50 HOLBORN VIADUCT<br>LONDON EC1A 2FG<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HOGAN LOVELLS US LLP<br>COLUMBIA SQUARE<br>555 THIRTEENTH STREET, NW<br>WASHINGTON, DC 20004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HOLLAND & KNIGHT LLP<br>PO BOX 864084<br>ORLANDO, FL 32886-4084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HOLLAND & KNIGHT<br>PO BOX 864084<br>ORLANDO, FL 32886-4084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HOLLAND & KNIGHT<br>P.O. BOX 864084<br>ORLANDO, FL 32886-4084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/24/2012 | HUB CITY MEDIA, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HUDAK SHUNK & FARINE<br>30B NORTHWEST AVENUE, SUITE 210<br>TALLMADGE, OH 44278 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2018 | HUGHES ENVIR ENGINEERING<br>14 LEIGHTON PLACE<br>MAHWAH, NJ 07430 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | HYLANT<br>565 METRO PLACE SOUTH<br>SUITE 450<br>DUBLIN, OH 43017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated 09/30/2018 | IBM CORPORATION<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/16/2018 | IBM CORPORATION<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/31/2003 | IBM<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/10/2008 | IBM<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/10/2008 | IBM<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ICANN (INTERNET COPR FOR ASSIGNED NAMES AND NUMBERS)<br>12025 WATERFRONT DRIVE<br>SUITE 300<br>LOS ANGELES, CA 90094-2536 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 11/29/2019 | IDEAGEN MK LTD<br>ERGO HOUSE, MERE WAY<br>RUDDINGTON FIELDS BUSINESS PARK<br>NOTTINGHAM NG11 6JS<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 11/29/2019 | IDEAGEN MK LTD<br>ERGO HOUSE, MERE WAY<br>RUDDINGTON FIELDS BUSINESS PARK<br>NOTTINGHAM NG11 6JS<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/11/2009 | IKON<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/09/2014 | ILLINOIS WHOLESALE CASH<br>2790 PINNACLE DRIVE<br>ELGIN, IL 60124-9910 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/09/2018 | INDIGO TRADE SOLUTIONS LLC<br>32 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | INDUSTRIAL COLOR PRODUCTIONS, INC.<br>ATTN: GENERAL COUNSEL<br>32 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AND PRODUCTION SERVICES AGREEMENT | INDUSTRIAL COLOR PRODUCTIONS, INC.<br>ATTN: STEVE KALALIAN CEO<br>32 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/02/2008 | INETIUM LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 07/01/2013 | INFOGAIN CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | INFOLAWGROUP<br>225 W. WASHINGTON<br>SUITE 2200<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 10/20/2014 | INFOLOB SOLUTIONS INC<br>PO BOX 2201<br>DECATUR, AL 35609-2201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 10/20/2014 | INFOLOB SOLUTIONS INC<br>PO BOX 2201<br>DECATUR, AL 35609-2201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/11/2005 | INGENICO INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/17/2012 | INNOTRAC LP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/01/2017 | INSIGHT DIRECT USA INC<br>P.O. BOX 731096<br>COLUMBUS, OH 43271 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/22/2018 | INSIGHT DIRECT USA INC<br>PO BOX 731069<br>DALLAS, TX 75373-1069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/18/2018 | INSIGHT DIRECT USA INC<br>PO BOX 731069<br>DALLAS, TX 75373-1069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement dated 05/15/2019 | INSIGHT DIRECT USA, INC.<br>6820 S HARL AVE.<br>TEMPE, AZ 85283-4318 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/07/2013 | INSIGHT GLOBAL LLC<br>4710 ASHFORD DUNWOODY RD<br>SUITE # 580<br>ATLANTA, GA30319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 09/23/2013 | INSIGHT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 09/03/2016 | INSIGHT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/24/2018 | INTEGRATION POINT INC<br>PO BOX 49175<br>CHARLOTTE, NC 28277 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/01/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/01/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/16/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/27/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/21/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/18/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/16/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/15/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/08/2018 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/15/2015 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/15/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/05/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/03/2016 | INTELLEGO CONSULTING LLC<br>1200 BRICKELL AVENUE, SUITE 800<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/24/2007 | INTELLINETICS INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/22/2014 | INTERCALL<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: GENERAL COUNSEL<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: GENERAL COUNSEL<br>6060 BRITTON PARKWAY<br>DUBLIN, OH 43016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: GENERAL COUNSEL<br>6060 BRITTON PARKWAY<br>DUBLIN, OH 43016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/19/2008 | INTERNATIONAL INTEGRATED SOLUTIONS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/19/2008 | INTERNATIONAL INTEGRATED SOLUTIONS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/26/2018 | INTERNATIONAL LABOUR ORGANIZATION<br>4 ROUTE DE MORILLONS<br>GENEVA 22 CH- 1211<br>SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | INTRADO DIGITAL MEDIA, LLC F/K/A WEST<br>540 W. MADISON<br>4TH FLOOR<br>CHICAGO, IL 60661 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/09/2020 | INVISORS LLC<br>2000 PGA BLVD, SUITE 4440<br>PALM BEACH GARDENS, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement dated 02/26/2016 - Store #2001090 7295 SAN GORGONIO DRIVE in Riverside, CA | IPT ALESSANDRO DC, LP<br>C/O INDUSTRIAL PROPERTY TRUST<br>518 17TH STREET/SUITE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/01/2016 | IRON MOUNTAIN INC<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/01/2016 | IRON MOUNTAIN INC<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/01/2015 | IRON MOUNTAIN INC<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | IRON MOUNTAIN<br>6111 LIVE OAK PARKWAY<br>NORCROSS, GA 30093 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/01/2018 | IS SECURITY SOLUTIONS LLC<br>5645 CORAL RIDGE DRIVE # 105<br>CORAL SPRINGS, FL 33076 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 09/05/2018 | IT WORKS RECRUITMENT INC<br>AD ASTRA HOUSE, 4016 FLOWERS ROAD, SUITE# 440<br>ATLANTA, GA 30360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Task Order | IT WORKS RECRUITMENT, INC.<br>ATTN: GENERAL COUNSEL<br>AD ASTRA HOUSE<br>4016 FLOWERS ROAD<br>ATLANTA, GA 30360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING AGREEMENT | IT WORKS RECRUITMENT, INC.<br>ATTN: GENERAL COUNSEL<br>AD ASTRA HOUSE<br>4016 FLOWERS ROAD<br>ATLANTA, GA 30360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Task Order | IT WORKS RECRUITMENT, INC.<br>ATTN: GENERAL COUNSEL<br>AD ASTRA HOUSE<br>4016 FLOWERS ROAD<br>ATLANTA, GA 30360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated 09/29/2018 | IVANTI INC<br>PO BOX 410036<br>SALT LAKE CITY, UT 84141-0036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | J. SAGAR ASSOCIATES<br>SANDSTONE CREST<br>(OPP. HOTEL PARK PLAZA), BLOCK D, SUSHANT LOK - I<br>GURGAON, HARYANA 122 009<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 02/16/2011 | J.D. SHEHADI, L.L.C.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Rate Swap Transaction dated 03/22/2019 | J.P. MORGAN CHASE BANK, N.A.<br>383 MADISON AVENUE<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | JACKSON LEWIS P.C.<br>44 SOUTH BROADWAY<br>14TH FLOOR<br>WHITE PLAINS, NY 10601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 10/08/2017 | JASON HANGER<br>200 RIVERS EDGE WAY<br>GAHANNA, OH 43230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 09/02/2018 | JASON HANGER<br>200 RIVERS EDGE WAY<br>GAHANNA, OH 43230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/20/2006 | JDA SOFTWARE INC<br>14400 N. 87TH STREET<br>SCOTTSDALE, AZ 85260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/30/2001 | JDA SOFTWARE INC<br>14400 N. 87TH STREET<br>SCOTTSDALE, AZ 85260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/21/2011 | JEANINE RALSTON CONSULTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JEFFREY LISS<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/30/2005 | JESTA I.S. INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/19/2019 | JOBDIG INC<br>430 1ST AVE N, STE. 790<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JOHN PERSHING<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 01/23/2015 | JOHN PERSHING<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JOHN SULLIVAN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JOHN USDAN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JOHN WELBORN, JR.<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | JONES DAY<br>NORTH POINT<br>901 LAKESIDE AVENUE<br>CLEVELAND, OH 44114 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/14/2019 | JORDAN ALLIANCE GROUP INC<br>3761 MOSSY OAK DR.<br>FORT MYERS, FL 33905 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | ISDA Master Agreement dated 06/26/2018 | JP MORGAN CHASE BANK, N.A.<br>ATTN: CVA FC, JIMMIN OCK<br>4 CHASE METROTECH CTR, FLOOR 14<br>MAIL CODE NY1-C269<br>BROOKLYN, NY 11245-0001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Logistics Provider Notification and Acknowledgment of Security Interest | JPMORGAN CHASE BANK, N.A.<br>ATTN: DONNA DIFORIO<br>277 PARK AVENUE<br>22ND FLOOR<br>NEW YORK, NY 10172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | ABL Revolver | JPMORGAN CHASE BANK<br>ATTN: DONNA DIFORIO<br>4 NEW YORK PLAZA, 17TH FLOOR<br>MAIL CODE: NY1-E061<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/28/2014 | JUDGE TECHNICAL SERVICES INC<br>151 S WARNER ROAD<br>SUITE 100<br>WAYNE, PA19087 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 02/28/2014 | JUDGE TECHNICAL SERVICES INC<br>151 S WARNER ROAD<br>SUITE 100<br>WAYNE, PA19087 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 09/14/2015 | JUDGE TECHNICAL SERVICES INC<br>151 S WARNER ROAD<br>SUITE 100<br>WAYNE, PA19087 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/30/2015 | JUMPMIND INC<br>PO BOX 2012<br>WESTERVILLE, OH 43086-2012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JUSTIN MACFARLANE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/30/2017 | K MALONEY AND ASSOCIATES LLC<br>PO BOX 3235<br>NEWTOWN, CT 06470 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 11/08/2019 | KAISER<br>P.O. BOX 23448<br>SAN DIEGO, CA 92193-3448 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 12/01/2017 | KANE LEARNING LLC<br>101 MEADOWRIDGE DRIVE<br>NEWARK, OH 43056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 08/01/2018 | KANTAR CONSULTING LLC<br>PO BOX 7247-6187<br>PHILADELPHIA, PA 19170-6187 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/30/2005 | KARABUS MANAGEMENT INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KATE BUGGELN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KATIE BAYNE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KAY KRILL<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KEVIN TROLARO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 04/27/2020 | KFORCE INC<br>PO BOX 277997<br>ATLANTA, GA 30384-7997 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Logistics Services Agreement dated 06/22/2020 | KINGSGATE LOGISTICS INC.<br>9100 WEST CHESTER TOWNE CENTER DR<br>WEST CHESTER, OH 45069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | KIRKLAND & ELLIS<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | KKGPC<br>GLENRIDGE HIGLANDS ONE<br>5555 GLENRIDGE CONNECTOR , SUITE 800<br>ATLANTA, GA 30342 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KLAUS EPPLER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/11/2015 | KOBIE MARKETING INC<br>100 2ND AVENUE S., SUITE 1000<br>SAINT PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/18/2015 | KOBIE MARKETING INC<br>100 2ND AVENUE S., SUITE 1000<br>SAINT PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement dated 10/01/2015 | KOBIE MARKETING INC<br>100 2ND AVENUE S., SUITE 1000<br>SAINT PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/11/2015 | KOBIE MARKETING, INC.<br>100 2ND AVENUE SOUTH<br>SUITE 1000<br>ST. PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Master Services Agreement | KOBIE MARKETING, INC.<br>ATTN: GENERAL COUNSEL<br>100 2ND AVENUE SOUTH<br>SUITE 1000<br>ST. PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | KOBIE MARKETING, INC.<br>ATTN: ASHBY GREEN, VICE PRESIDENT OF FINANCE & ADMINISTRATION<br>100 2ND AVENUE SOUTH<br>SUITE 1000<br>ST. PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 09/11/2015 | KOBIE MARKETING, INC.<br>100 2ND AVENUE SOUTH<br>SUITE 1000<br>ST. PETERSBURG, FL 33701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/24/2020 | KPMG, LLP<br>150 WEST JEFFERSON<br>SUITE 1900<br>DETROIT, MI 48226 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number *(if known)* 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 10/31/2019 | KPMG, LLP<br>150 WEST JEFFERSON<br>SUITE 1900<br>DETROIT, MI 48226 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/17/2013 | KRG ENTERPRISES INC<br>9901 BLUE GRASS RD.<br>PHILADELPHIA, PA 19114-1013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | KROLL ASSOCIATES, INC. (DIVISION OF DUFFS & PHELPS)<br>P.O. BOX 847509<br>DALLAS, TX 75284-7509 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 06/02/2019 | KURITA AMERICA HOLDINGS INC<br>4400 VALLEY INDUSTRIAL BLVD. N.<br>SHAKOPEE, MN 55379-0067 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 08/22/2018 | LABOR LAW COMPLIANCE CENTER, LLC<br>23855 GOSLING ROAD<br>SPRING, TX 77389 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LATHAM & WATKINS<br>355 SOUTH GRAND AVENUE<br>SUITE 100<br>LOS ANGELES, CA 90071-1560 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LATHROP GPM LLP<br>500 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 05/31/2012 | LAWLOGIX GROUP, INC.<br>3111 N. CENTRAL AVE<br>SUITE A-200<br>PHOENIX, AZ 85012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/19/2004 | LAWSON SOFTWARE, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/01/2015 | LEASE ADMINISTRATION SOLUTIONS, LLC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 01/23/2003 | LEASENET, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 09/05/2018 | LEGACY TALENT RESOURCES<br>603 IPSWICH STREET<br>WESTERVILLE, OH 43081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 10/07/2019 | LEGAL SIFTER<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2019 | LIFE EXTENSION INSTITUTE<br>10 ROCKEFELLER PLAZA, 4TH FL<br>NEW YORK, NY 10020-1903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/25/2016 | LIGHTING WORKSHOP INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 12/12/2017 | LIGHTWELL INC<br>565 METRO PLACE S STE#220<br>DUBLIN, OH 43017-5380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 12/08/2017 | LIGHTWELL INC<br>565 METRO PLACE S STE#220<br>DUBLIN, OH 43017-5380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/31/2016 | LIGHTWELL INC<br>565 METRO PLACE S STE#220<br>DUBLIN, OH 43017-5380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2019 | LIGHTWELL INC<br>565 METRO PLACE S STE#220<br>DUBLIN, OH 43017-5380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | LINDA YACCARINO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 08/26/2019 | LINKEDIN CORPORATION<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement dated 07/03/2013 | LINKSHARE CORPORATION<br>ATTN: PRESIDENT AND GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | Publisher Membership Agreement | LINKSHARE CORPORATION<br>ATTN: PRESIDENT AND GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement dated 08/19/2019 | LINKUP INC.<br>430 N 1ST AVENUE, SUITE 790<br>MINNEAPOLIS, MN 55401 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | LITERA (FREEDOM SOLUTIONS GROUP)<br>300 SOUTH RIVERSIDE PLAZA<br>SUITE 800<br>CHICAGO, IL 60606 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | LITTLER MENDELSON<br>333 BUSH STREET<br>34TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement dated 07/17/2018 | LIVEVOX (FORMERLY TECKST)<br>568 BROADWAY,11TH FLOOR<br>NY, NY 10012 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | LOWENSTEIN SANDLER<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LOWNDES<br>P.O. BOX 2809<br>ORLANDO, FL 32802-2809 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Software as a Service Agreement | LUCERNEX INC.<br>ATTN: GENERAL COUNSEL<br>5601 DEMOCRACY DRIVE<br>SUITE 120<br>PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | LUCERNEX<br>6509 WINDCREST, SUITES 100 & 200<br>PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/07/2020 | M.L. BRENNER CONSULTING, LLC<br>7616 COVENTRY WOODS DR.<br>DUBLIN, OH 43017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/26/2015 | MADER CONSULTING LLC<br>16210 4TH AVENUE NORTH<br>PLYMOUTH, MN 55447 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/23/2020 | MALFITANO ADVISORS, LLC<br>747 THIRD AVE., 2ND FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/17/2012 | MALLARD PROFESSIONAL SERVICES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/17/2012 | MALLARD PROFESSIONAL SERVICES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/17/2018 | MANHATTAN ASSOCIATES INC<br>2300 WINDY RIDGE PKWY 10TH FL<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/07/2019 | MANHATTAN ASSOCIATES INC<br>2300 WINDY RIDGE PKWY 10TH FL<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | Attachment A - Licensed Products | MANHATTAN ASSOCIATES, INC.<br>ATTN: GENERAL COUNSEL<br>2300 WINDY RIDGE PARKWAY<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement and Addendum | MANHATTAN ASSOCIATES, INC.<br>ATTN: GENERAL COUNSEL<br>2300 WINDY RIDGE PARKWAY<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | Attachment A - Licensed Products | MANHATTAN ASSOCIATES, INC.<br>ATTN: GENERAL COUNSEL<br>2300 WINDY RIDGE PARKWAY<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/30/2010 | MANHATTAN ASSOCIATES<br>2300 WINDY RIDGE PKWY 10TH FL<br>ATLANTA, GA30339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MARC LASRY<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 05/07/2013 | MARIEAN CONSULTING INC<br>27 PAPERBIRCH DR<br>TORONTO M3C-2E6<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MARISA BALDWIN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/02/2012 | MARKETSPHERE CONSULTING LLC<br>PO BOX 30123<br>OMAHA, NE 68103-1223 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 04/01/2019 | MARKETVISION RESEARCH INC<br>5151 PFEIFFER RD., STE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | MARKETVISION RESEARCH, INC.<br>ATTN: CHERI STEELE<br>5151 PFEIFFER RD., SUITE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | MARKETVISION RESEARCH, INC.<br>ATTN: CHERI STEELE<br>5151 PFEIFFER RD., SUITE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | Brand Agreement | MARKETVISION RESEARCH, INC.<br>ATTN: CHERI STEELE<br>5151 PFEIFFER RD., SUITE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | MARKETVISION RESEARCH, INC.<br>ATTN: CHERI STEELE<br>5151 PFEIFFER RD., SUITE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | MARKETVISION RESEARCH, INC.<br>ATTN: CHERI STEELE<br>5151 PFEIFFER RD., SUITE 300<br>CINCINNATI, OH 45242 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Services Agreement | MARKETVISION, INC.<br>ATTN: GENERAL COUNSEL<br>330 PASSAIC AVENUE<br>SUITE 205<br>FAIRFIELD, NJ 07004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MARSH & MCLENNAN COMPANIES, INC.<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MARSH USA INC.<br>ATTN: GENERAL COUNSEL<br>16920 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/11/2017 | MARSH USA INC<br>16920 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2015 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>PO BOX 219062<br>KANSAS CITY, MO 64121-9062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement dated 03/24/2019 | MAURICES INCORPORATED<br>425 W SUPERIOR ST<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/21/2019 | MAURICES INCORPORATED<br>1680 CAPITAL ONE DRIVE<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Stock Purchase Agreement dated 03/24/2019 | MAURICES INCORPORATED<br>425 W SUPERIOR ST<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement dated 05/06/2019 | MAURICES INCORPORATED<br>ATTN: BRIAN THUN<br>425 WEST SUPERIOR STREET<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Managed Services Agreement dated 05/06/2019 | MAURICES INCORPORATED<br>ATTN: BRIAN THUN<br>425 WEST SUPERIOR STREET<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Sourcing Services Agreement dated 05/06/2019 | MAURICES INCORPORATED<br>ATTN: BRIAN THUN<br>425 WEST SUPERIOR STREET<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Program Agreement dated 06/21/2019 | MAURICES INCORPORATED<br>425 WEST SUPERIOR STREET<br>DULUTH, MN 55802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MAYER BROWN<br>71 S. WACKER DR.<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 11/10/2016 | MBSS, INC. DBA GIVE BACK BOX<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MCCONNELL VALDES<br>PO BOX 364225<br>270 MUNOZ RIVERA AVENUE SAN JUAN, PR 00918<br>SAN JUAN, PR 00936 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MCPHILLIPS FITZGERALD<br>288 GLEN STREET<br>P.O. BOX 299<br>GLENS FALLS, NY 12801-0299 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 08/05/2018 | MDR CONSULTING LLC<br>DAVID WAYNE WILLIAMS<br>7816 N REGENT RD<br>FOX POINT, WI 53217-3251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2009 | MDSL<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2009 | MDSL<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/26/2012 | MERAKI INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/01/2010 | MERCER<br>PO BOX 13793<br>NEWARK, NJ 07188 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 01/01/2013 | MERCER<br>PO BOX 13793<br>NEWARK, NJ 07188 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 01/21/2013 | MERCER<br>PO BOX 13793<br>NEWARK, NJ 07188 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/31/2006 | MERCURY INTERACTIVE CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/08/2016 | MERKLE INC.<br>7001 COLUMBIA GATEWAY DR<br>COLUMBIA, MD 21406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/08/2016 | MERKLE INC.<br>7001 COLUMBIA GATEWAY DR<br>COLUMBIA, MD 21406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 12/08/2016 | MERKLE INC.<br>7001 COLUMBIA GATEWAY DR<br>COLUMBIA, MD 21406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MICHAEL VEITENHEIMER<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MICHAEL W. RAYDEN<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | Contract Summary Legal Terms | MICROSOFT CORPORATION<br>ATTN: GENERAL COUNSEL<br>DEPT. 551, VOLUME CORPORATION<br>6100 NELL ROAD, SUITE 210<br>RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | Letter | MICROSOFT CORPORATION<br>ATTN: NATHAN DEVLIN<br>GLOBAL FINANCIAL SERVICES<br>6880 SIERRA CENTER PARKWAY<br>RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 03/01/2018 | MICROSOFT CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 10/07/2013 | MID RETAIL INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MILBANK<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 04/03/2015 | MILLENNIUM TRUST<br>2001 SPRING RD<br>SUITE 700<br>OAK BROOK, IL 60523 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/01/2015 | MING FAI GARMENT MATERIAL CO. LTD<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 06/29/2015 | MINUTENTAG LLC<br>PO BOX 512<br>WEST ORANGE, NJ 07052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/02/2014 | MOBIFY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/06/2012 | MOL<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/29/2019 | MONDRIK & ASSOCIATES<br>11044 RESEARCH BOULEVARD<br>SUITE B-400<br>AUSTIN, TX 78759 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/01/2020 | MOODY'S<br>7WTC AT 250 GREENWICH STREET<br>NEW YORK, NY 10007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MORGAN LEWIS & BOCKI<br>200 S. BISCAYNE BLVD.<br>SUITE 5300<br>MIAMI, FL 33131-2339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MORGAN LEWIS & BOCKI<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 03/17/2016 | MORGAN STANLEY SMITH BARNEY LLC<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MORRISON & FOERSTER<br>P.O. BOX 742335<br>LOS ANGELES, CA 90074-2335 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 09/28/2017 | MORRISON AND FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. — Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MORRISON COHEN, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022-4784 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/06/2019 | MORRISON EXPRESS CORPORATION (U.S.A)<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/21/2014 | MUSIGMA INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/24/2019 | NARVAR<br>50 BEALE ST.<br>7TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/02/2015 | NASDAQ CORPORATE SOLUTIONS LLC<br>LBX #11700<br>P.O. BOX 780700<br>PHILADELPHIA, PA 19178-0700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 06/05/2019 | NASDAQ CORPORATE SOLUTIONS LLC<br>LBX #11700<br>P.O. BOX 780700<br>PHILADELPHIA, PA 19178-0700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 10/01/2018 | NASDAQ CORPORATE SOLUTIONS LLC<br>LBX #11700<br>P.O. BOX 780700<br>PHILADELPHIA, PA 19178-0700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | NASDAQ OMX CORPORATE SOLUTIONS, LLC<br>ATTN: SENIOR VICE PRESIDENT<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/19/2011 | NATIOANL GIFT CARD CORP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Merchant Agreement | NATIONAL BANK OF CANADA<br>ATTN: GENERAL COUNSEL<br>600 DE LA GAUCHETIÈRE STREET WEST<br>4TH FLOOR<br>MONTREAL, QC H3B 4L2<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Merchant Application and First Amendment | NATIONAL BANK OF CANADA<br>ATTN: GENERAL COUNSEL<br>600 DE LA GAUCHETIÈRE STREET WEST<br>4TH FLOOR<br>MONTREAL, QC H3B 4L2<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 04/29/2019 | NAVEX GLOBAL INC<br>PO BOX 60941<br>CHARLOTTE, NC 28260-0941 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 06/04/2019 | NAVEX GLOBAL INC<br>PO BOX 60941<br>CHARLOTTE, NC 28260-0941 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/23/2015 | NAVEX<br>5500 MEADOWS ROAD<br>SUITE 500<br>LAKE OSWEGO, OR 97035 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Master Terms and Conditions | NB VENTURES, INC. D/B/A GEP<br>ATTN: GENERAL COUNSEL<br>100 WALNUT STREET, SUITE 304<br>CLARK, NJ 07066 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Master Terms and Conditions | NB VENTURES, INC<br>ATTN: GENERAL COUNSEL<br>100 WALNUT STREET, SUITE 304<br>CLARK, NJ 07066 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | NELSON MULLINS<br>P.O. BOX 11070<br>COLUMBIA, SC 29211 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 09/17/2013 | NETECH CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/28/2011 | NETECH CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/17/2009 | NETEZZA CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | NEUSTAR (REGISTRY SERVICES, INC.)<br>21575 RIDGETOP CIRCLE<br>STERLING, VA 20166 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/26/2016 | NEUSTAR INC<br>21575 RIDGETOP CIRCLE<br>STERLING, VA 20166 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/10/2011 | NEUSTAR INC<br>21575 RIDGETOP CIRCLE<br>STERLING, VA 20166 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 03/08/2012 | NFI INDUSTRIES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 03/09/2018 | NICOLE CHERI LANTIN<br>203 S. MAIN STREET, SUITE 3000<br>SHERIDAN, WY 82801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/08/2012 | NLS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/09/2015 | NO SUBJECT LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/02/2016 | NORTH AMERICA PHOTON INFOTECH LIMITED<br>ATTN: N. NANDA GOPAL<br>6TH FLOOR<br>FRANCE CENTRE<br>CORNER ST. JEAN ROAD AND VICTORIA AVENUE<br>QUATRE BORNES<br>MAURITIUS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/02/2016 | NORTH AMERICA PHOTON INFOTECH LIMITED<br>ATTN: N. NANDA GOPAL<br>6TH FLOOR<br>FRANCE CENTRE<br>CORNER ST. JEAN ROAD AND VICTORIA AVENUE<br>QUATRE BORNES<br>MAURITIUS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 04/15/2013 | NORTHGATEARINSO<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | NOVAGRAF<br>HOOGOORDDREEF 5, 1101 BA AMSTERDAM<br>P.O. BOX 22722<br>1100 DE AMSTERDAM<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/18/2014 | NR2154 NYC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/18/2014 | NR2154 NYC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 05/05/2020 | OLIVER WYMAN<br>2929 ALLEN PARKWAY<br>SUITE 2500<br>HOUSTON, TX 77019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/09/2014 | OMNI LOGISTICS, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 05/29/2017 | OMNI SYSTEMS INC<br>29163 NETWORK PLACE<br>CHICAGO, IL 60673-1291 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/23/2019 | OPEN METHODS<br>1828 WALNUT STREET SUITE 301<br>KANSAS CITY, MO 64108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 12/05/2011 | OPEN TEXT INC<br>100 TRI-STATE INTERNATIONAL<br>PARKWAY 3RD FLOOR<br>LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 02/03/2011 | OPEN TEXT INC<br>100 TRI-STATE INTERNATIONAL<br>PARKWAY 3RD FLOOR<br>LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/30/2010 | OPEN TEXT INC<br>100 TRI-STATE INTERNATIONAL<br>PARKWAY 3RD FLOOR<br>LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/03/2007 | OPEN TEXT INC<br>100 TRI-STATE INTERNATIONAL<br>PARKWAY 3RD FLOOR<br>LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/28/2015 | OPINIONLAB INC<br>PO BOX 733597<br>DALLAS, TX 75373-3597 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/28/2015 | OPINIONLAB INC<br>PO BOX 733597<br>DALLAS, TX 75373-3597 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | OPTIV SECURITY INC.<br>ATTN: GENERAL COUNSEL<br>1144 15TH STREET<br>SUITE 2900<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 10/04/2019 | OPTIV SECURITY INC<br>1125 17TH ST. SUITE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/11/2011 | ORACLE AMERICA INC.<br>PO BOX 203448<br>DALLAS, TX 75320-3448 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 11/01/2018 | ORACLE AMERICA INC<br>PO BOX 203448<br>DALLAS, TX 75320-3448 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 03/23/2020 | ORACLE AMERICA INC<br>PO BOX 203448<br>DALLAS, TX 75320-3448 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 05/06/2020 | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Cloud Services Agreement | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL, LEGAL DEPARTMENT<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to the Order | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/30/2010 | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/24/2014 | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | License and Services Agreement | ORACLE USA, INC.<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/09/2012 | ORACLE/RESPONSYS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | OSLER<br>P.O. BOX 50<br>1 FIRST CANADIAN PLACE<br>TORONTO, ON M5X 1B8<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | OUTSIDE GC LLC / PATENT GC LLC<br>P.O. BOX 970074<br>BOSTON, MA 02297 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/14/2014 | OVATIVE GROUP LLC<br>701 WASHINGTON AVE NORTH<br>STE 400<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/09/2020 | OVATIVE GROUP LLC<br>701 WASHINGTON AVE NORTH<br>STE 400<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/23/2015 | OVATIVE GROUP LLC<br>701 WASHINGTON AVE NORTH<br>STE 400<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/09/2013 | OVATIVE GROUP LLC<br>701 WASHINGTON AVE NORTH<br>STE 400<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Client Services Agreement | OVATIVE GROUP, LLC<br>ATTN: GENERAL COUNSEL<br>701 WASHINGTON AVENUE NORTH<br>SUITE 400<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/03/2013 | P3P3P3 INC<br>15 GATE HOUSE LN<br>MAMARONECK, NY 10543 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/26/2018 | PADILLA CRT<br>1101 WEST RIVER PARKWAY<br>SUITE 400<br>MINNEAPOLIS, MN 55415 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 03/26/2018 | PADILLA CRT<br>1101 WEST RIVER PARKWAY<br>SUITE 400<br>MINNEAPOLIS, MN 55415 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/09/2015 | PALISADE COMPLIANCE, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | PANTONE LLC<br>ATTN: GENERAL COUNSEL<br>590 COMMERCE BOULEVARD<br>CARLSTADT, NJ 07072 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | PAUL KEGLEVIC<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/05/2014 | PELOTON GROUP LLC<br>99 SUMMER STREET<br>SUITE 1500<br>BOSTON, MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/20/2018 | PERCOLATE INDUSTRIES INC<br>107 GRAND STREET, 2ND FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 12/20/2018 | PERCOLATE INDUSTRIES INC<br>107 GRAND STREET, 2ND FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | PEREZ & MORRIS<br>8000 RAVINE'S EDGE COURT<br>SUITE 300<br>COLUMBUS, OH 43235 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | PERLEY-ROBERTSON, HILL & MCDOUGALL LLP<br>1400-340 RUE ALBERT STREET<br>OTTOWA, ONTARIO, ON K1R 0A5<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Master Services Agreement | PHOTON INTERACTIVE UK LIMITED<br>ATTN: RAJKUMAR DAMODARAN<br>60 DEVONSHIRE HOUSE<br>GOSWELL ROAD<br>LONDON EC1M 7AD<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Statement of Work | PHOTON INTERACTIVE UK LIMITED<br>ATTN: RAJKUMAR DAMODARAN<br>60 DEVONSHIRE HOUSE<br>GOSWELL ROAD<br>LONDON EC1M 7AD<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | PHOTON INTERACTIVE UK LIMITED<br>ATTN: GENERAL COUNSEL<br>60 DEVONSHIRE HOUSE<br>GOSWELL ROAD<br>LONDON EC1M 7AD<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/15/2019 | PHOTON INTERACTIVE UK LTD<br>THE OFFICE GROUP, 2 ANGEL SQUARE<br>ISLINGTON<br>LONDON EC1V 1NY<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>1200 SEVENTEENTH STREET, NW<br>WASHINGTON, DC 20036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/24/2016 | PITCHFORD CONSULTING SERVICES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/24/2016 | PITCHFORD CONSULTING SERVICES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | PLATINUM SECURITY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | PLATINUM SECURITY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | PLI (PRACTISING LAW INSTITUTE)<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/26/2012 | PLM TECHNOLOGY, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/24/2006 | POLARIS SOFTWARE LAB (INDIA) LTD.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/17/2013 | POS REMARKETING GROUP INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/11/2014 | PRECISION TEXTILE COLOR INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/04/2017 | PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVE.<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 06/30/2019 | PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVE.<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 08/24/2018 | PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVE.<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Statement of Work dated 10/31/2019 | PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVE.<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/01/2017 | PRICEWATERHOUSECOOPERS LLP<br>P.O. BOX 7247-8001<br>PHILADELPHIA, PA 19170-8001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 01/20/2020 | PRICEWATERHOUSECOOPERS LLP<br>P O BOX 75647<br>CHICAGO, IL 60675 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | PRIME CLERK LLC<br>55 EAST 52ND STREET, 31ST FLOOR<br>NEW YORK, NY 10055 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/01/2017 | PRINCIPAL LIFE INSURANCE CO<br>6034 AZLE AVENUE LLC<br>801 GRAND AVE<br>DES MOINES, IA 50392-0500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 11/01/2017 | PRINCIPAL LIFE INSURANCE COMPANY<br>P.O. BOX 603516<br>CHARLOTTE, NC 28260-3516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/30/2016 | PROFITECT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/05/2014 | PROOFPOINT, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | PROSKAUER ROSE LLP<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/27/2014 | PROTIVITI INC<br>2884 SAND HILL ROAD SUITE 200<br>MENLO PARK, CA 94025-7072 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/10/2014 | PT GRANT THORNTON CONSULTING SERVICES<br>SAMPOERNA STRATEGIC SQUARE, SOUTH TOWER LEVEL25 JALAN JEND SUDIRMAN KAV. 45-46<br>JAKARTA SELATAN12930<br>INDONESIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | PTC Customer Agreement | PTC, INC.<br>ATTN: GENERAL COUNSEL<br>121 SEAPORT BOULEVARD<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/08/2018 | PWC<br>101 SEAPORT BOULEVARD<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 07/18/2019 | PWC<br>P O BOX 75647<br>CHICAGO, IL 60675 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/01/2018 | QASYMPHONY INC<br>550 PHARR RD NE STE 400<br>ATLANTA, GA30305 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | QUADIENT (NEO POST)<br>PO BOX 6813<br>CAROL STREAM, IL 60197 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/28/2016 | QUANTUM INTEGRATORS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/28/2016 | QUANTUM INTEGRATORS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/01/2017 | QUANTWORKS, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/01/2008 | R R DONNELLEY RECEIVABLES INC<br>PO BOX 842307<br>BOSTON, MA 02284-2307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | R.R. DONELLEY & SONS COMPANY<br>ATTN: GENERAL COUNSEL<br>111 SOUTH WACKER DRIVE<br>36TH FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | Hosting Services and Global Services Agreements | RACKSPACE US, INC. DBA RACKSPACE HOSTING<br>ATTN: GENERAL COUNSEL<br>ONE FANATICAL PLACE<br>CITY OF WINDCREST<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Hosting Services Agreement | RACKSPACE US, INC.<br>ATTN: GENERAL COUNSEL<br>ONE FANATICAL PLACE<br>CITY OF WINDCREST<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | Term Renewal Agreement | RACKSPACE US, INC.<br>ATTN: GENERAL COUNSEL<br>ONE FANATICAL PLACE<br>CITY OF WINDCREST<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/01/2018 | RACKSPACE<br>ATTN: GENERAL COUNSEL<br>ONE FANATICAL PLACE<br>CITY OF WINDCREST<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | Letter | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | Not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | Not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | Not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | RAKUTEN MARKETING LLC<br>ATTN: PRESIDENT<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | Not a contract? | RAKUTEN MARKETING LLC<br>ATTN: GENERAL COUNSEL<br>215 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 10/31/2013 | RANDSTAD TECHNOLOGIES<br>PO BOX 847872<br>DALLAS, TX 75284-7872 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | RANDY L. PEARCE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | Air Freight Forwarding Agreement dated 06/01/2019 | RCS LOGISTICS INC.<br>230-79 INTERNATIONAL AIRPORT BLVD<br>SPRINGFIELD GARDENS, NY 11413 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/01/2018 | REFLEKTIONS<br>444 N WELLS ST<br>SUITE 203<br>CHICAGO, IL 60654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/03/2011 | REGENCY LIGHTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/28/2015 | REGO CONSULTING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/31/2018 | RELATIONAL SECURITY CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/01/2019 | RELIANCE STANDARD LIFE INSURANCE CO INC<br>3043 WALTON RD.<br>PLYMOUTH MEETING, PA 19462 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/02/2019 | RELIANCE STANDARD LIFE INSURANCE COMPANY<br>2001 MARKET ST. SUITE 1500<br>PHILADELPHIA, PA 19103-7090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/28/2011 | RENSAN INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/28/2011 | RENSAN INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2012 | RESET CARBON LIMITED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2012 | RESET CARBON LIMITED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/21/2010 | RESOURCE ONE SOLUTIONS, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 02/09/2012 | RESPONSYS INC<br>900 CHERRY AVE<br>SAN BRUNO, CA 94066 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 02/24/2012 | RETAIL DISPLAY GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 12/12/2014 | RETURN PATH INC<br>304 PARK AVENUE SOUTH,7TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement dated 02/14/2014 | RETURN PATH INC<br>304 PARK AVENUE SOUTH,7TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | Insertion Order dated 01/10/2019 | RETURN PATH INC<br>304 PARK AVENUE SOUTH,7TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/14/2014 | RETURN PATH INC<br>304 PARK AVENUE SOUTH,7TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription and Services Agreement | RETURN PATH, INC.<br>ATTN: GENERAL COUNSEL<br>3 PARK AVENUE<br>41ST FLOOR<br>NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 10/05/2015 | REXEL/CAPITOL<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/07/2017 | RHR INTERNATIONAL LLP<br>PO BOX 775181<br>CHICAGO, IL 60677-5181 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Line | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/07/2017 | RHR INTERNATIONAL LLP<br>PO BOX 775181<br>CHICAGO, IL 60677-5181 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/04/2014 | RICHARD J. ENSIGN<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/20/2020 | RICOH USA INC<br>WELLS FARGO VENDOR FINANCIALS<br>PO BOX 650016<br>DALLAS, TX 75265-0016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/08/2016 | RICOH USA INC<br>WELLS FARGO VENDOR FINANCIALS<br>PO BOX 650016<br>DALLAS, TX 75265-0016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/19/2016 | RIGHT MANAGEMENT<br>24677 NETWORK PLACE<br>CHICAGO, IL 60673-1246 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/31/2014 | RIOSOFT HOLDINGS INC<br>8080 DAGGET ST.<br>STE #220<br>SAN DIEGO, CA 92111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 06/20/2014 | RISK COMPLIANCE PERFORMANCE SOLUTIONS<br>200 DRYDEN ROAD<br>SUITE 3500<br>DRESHER, PA 19025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. (Name)

Case number (if known): 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/30/2017 | RISKLENS INC<br>601 W. MAIN AVE.<br>SUITE #917<br>SPOKANE, WA 99201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | RIVERSIDE MEDICAL CLINIC<br>3660 ARLINGTON AVE<br>RIVERSIDE, CA 92506 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | ROBB GIAMMATTEO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | Retention Agreement dated 05/01/2019 | ROBERT GIAMMATTEO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 07/20/2015 | ROBERT GIAMMATTEO<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 02/01/2020 | ROCKET SOFTWARE INC<br>77 FOURTH AVE SUITE 100<br>WALTHAM, MA 02451 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | RONNIE ROBINSON<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/20/2017 | RR DONNELLEY<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Master Agreement dated 06/20/2017 | RR DONNELLEY<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | RRD<br>22 DEER TRAIL ROAD<br>NORTH CALDWELL, NJ 07006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | Brand Agreement | RUGGLES SIGN CO.<br>ATTN: GENERAL COUNSEL<br>308 CROSSFIELD DRIVE<br>VERSAILLES, KY 40383 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/11/2007 | RUME CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/21/2009 | RWD TECHNOLOGIES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/21/2009 | RWD TECHNOLOGIES<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/01/2020 | S&P<br>2542 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/25/2009 | S4I SYSTEMS INC<br>616 SOUTH EL CAMINO REAL,<br>SUITE M<br>SAN CLEMENTE, CA 92672 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/28/2018 | SAJO INC<br>1320 GRAHAM BLVD<br>MONT-ROYAL, QC H3P 3C8<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/01/2010 | SANDY ALEXANDER<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | Feedback Agreement dated 07/08/2013 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/14/2016 | SAP<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/28/2008 | SAP<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/31/2008 | SAP<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/14/2018 | SAPIENT CONSULTING PRIVATE LIMITED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 05/14/2018 | SAPIENT CONSULTING PRIVATE LIMITED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Professional Services Agreement | SAPIENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>131 DARTMOUTH STREET<br>BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | SAPIENT CORPORATION<br>ATTN: JEMUEL RIPLEY, VICE PRESIDENT<br>131 DARTMOUTH STREET<br>BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/22/2011 | SAPIENT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/01/2012 | SAPTA GLOBAL INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2017 | SAS INSTITUTE INC.<br>ATTN: GENERAL COUNSEL<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | OnDemand Master Hosting Agreement | SAS INSTITUTE INC.<br>ATTN: GENERAL COUNSEL<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2017 | SAS INSTITUTE INC<br>PO BOX 406922<br>ATLANTA, GA 30384-6922 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 06/12/2017 | SAS INSTITUTE INC<br>PO BOX 406922<br>ATLANTA, GA 30384-6922 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SATTAR & CO.<br>UNIT E3, HOUSE 1/A, ROAD 35<br>GULSHAN 2<br>DHAKA-1212<br>BANGLADESH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/13/2017 | SATURN SYSTEMS INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 06/22/2020 | SB360 CAPITAL PARTNERS, LLC<br>101 NORTHERN BLVD, SUITE 340<br>GREAT NECK, NY 11021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Agreement | SCHNEIDER<br>3101 S. PACKERLAND DR<br>GREEN BAY, WI54313-6187 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | SCHWAB RETIREMENT PLAN SERVICES<br>211 MAIN ST<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Services Agreement | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>1100 RIDGEWAY LOOP ROAD<br>MEMPHIS, TN 38120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SEDGWICK<br>8125 SEDGWICK WAY<br>MEMPHIS, TN 38187 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SEILLER WATERMAN, LLC<br>462 S. FOURTH STREET<br>MEIDINGER TOWER, 22ND FLOOR<br>LOUISVILLE, KY 40202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 05/18/2018 | SEMLER BROSSY CONSULTING GROUP, LLC<br>11755 WILSHIRE BOULEVARD<br>10TH FLOOR<br>LOS ANGELES, CA 90025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/16/2013 | SEQUENT INC<br>4700 LAKEHURST CT STE#200<br>DUBLIN, OH 43016-2230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 04/01/2020 | SERVICECHANNEL.COM INC<br>9 ALBERTSON AVE<br>ALBERTSON, NY 11507-1447 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SEYFARTH SHAW<br>233 S. WACKER DRIVE<br>SUITE 8000<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/01/2018 | SHI INTERNATIONAL CORP<br>PO BOX 952121<br>DALLAS, TX 75395-2121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/01/2018 | SHI INTERNATIONAL CORP<br>PO BOX 952121<br>DALLAS, TX 75395-2121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 02/27/2013 | SHIFT4 CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement | SHOPPERTRAK RCT CORPORATION<br>ATTN: GENERAL COUNSEL<br>200 W MONROE STREET<br>11TH FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Participation Agreement and Statement of Work | SHOPRUNNER, INC.<br>ATTN: GENERAL COUNSEL<br>100 S. ELLSWORTH AVENUE<br>1ST FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Number 2 | SHOPRUNNER, INC.<br>ATTN: CFO<br>100 S. ELLSWORTH AVENUE<br>1ST FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | Participation Agreement and Statement of Work | SHOPRUNNER, INC.<br>ATTN: CFO<br>100 S. ELLSWORTH AVENUE<br>1ST FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Participation of Agreement | SHOPRUNNER, INC.<br>ATTN: CFO<br>100 S. ELLSWORTH AVENUE<br>1ST FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 05/18/2016 | SHORR PACKAGING CORP<br>PO BOX 6800<br>AURORA, IL 60598-0800 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/30/2016 | SHRED IT USA LLC<br>28161 N. KEITH DRIVE<br>LAKE FOREST, IL 60045 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN ST<br>CHICAGO, IL 60603 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SILLS CUMMIS<br>THE LEGAL CENTER<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102-5400 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/14/2013 | SIRVA RELOCATION LLC<br>4370 SOLUTIONS CENTER<br>LOCKBOX #774370<br>CHICAGO, IL 60677-4003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/19/2016 | SITESPECT,INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 08/17/2016 | SLOANE CROSLEY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/14/2011 | SMITH STREET<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/01/2015 | SNELLING EMPLOYMENT, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/03/2015 | SOCIAL COMPLIANCE SERVICE ASIA LTD<br>UNIT 2301,23RD FL,NO 1 HUNG TO RD<br>KWUN TONG<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/10/2008 | SODEXO USA<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/10/2008 | SODEXO USA<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 09/13/2013 | SOGETI USA LLC<br>PO BOX 633470<br>CINCINNATI, OH 45263 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Master Terms and Conditions | SOGETI USA, LLC<br>ATTN: GENERAL COUNSEL<br>10100 INNOVATION DRIVE<br>SUITE 200<br>DAYTON, OH 45342 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/28/2010 | SOGETI<br>PO BOX 633470<br>CINCINNATI, OH 45263 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/28/2010 | SOGETI<br>PO BOX 633470<br>CINCINNATI, OH 45263 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work dated 02/01/2020 | SPLASH NEW YORK, INC<br>4 BRYANT PARK<br>SUITE 503<br>NEW YORK, NY 10018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work dated 06/17/2020 | SPLASH NEW YORK, INC<br>4 BRYANT PARK<br>SUITE 503<br>NEW YORK, NY 10018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/30/2018 | SPRINKLR<br>29 WEST 35TH STREET<br>8TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 05/30/2018 | SPRINKLR<br>29 WEST 35TH STREET<br>8TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/01/2008 | SPRINT SOLUTIONS, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SPRUSON & FERGUSON<br>GPO BOX 3898<br>SYDNEY NSW 2001<br>AUSTRALIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/04/2010 | SPS COMMERCE INC<br>VB BOX 3<br>PO BOX 9202<br>MINNEAPOLIS, MN 55480-9202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | STACEY RAUCH<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 09/12/2012 | STAN KOCH & SONS TRUCKING<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work Agreement | STANDARD BLACK, LLC<br>ATTN: GENERAL COUNSEL<br>163 S. LA BREA<br>LOS ANGELES, CA 90036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | STANDARD BLACK, LLC<br>ATTN: GENERAL COUNSEL<br>163 S. LA BREA<br>LOS ANGELES, CA 90036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | STANDARD BLACK, LLC<br>ATTN: GENERAL COUNSEL<br>163 S. LA BREA<br>LOS ANGELES, CA 90036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | Products Program Agreement | STAPLES CONTRACT & COMMERCIAL, INC<br>ATTN: GENERAL COUNSEL<br>500 STAPLES DRIVE<br>FRAMINGHAM, MA 01702 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | STEELE CIS, LLC<br>2638 HIGHWAY 109<br>SUITE 200<br>WILDWOOD, MO 63040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/29/2019 | STELLA<br>75 BROAD STREET SUITE 1010<br>NY, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/01/2018 | STERLING INFOSYSTEMS INC<br>PO BOX 35626<br>NEWARK, NJ 07193 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 05/18/2018 | STERLING INFOSYSTEMS, INC.<br>ONE STATE STREET<br>24TH FLOOR<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | STEVEN DALEY<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | STEVEN L. KIRSHENBAUM<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/06/2019 | STORED VALUE SOLUTIONS<br>(A DIVISION OF COMDATA INC.)<br>3802 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/15/2018 | STRATEGIC BUSINESS LAW GROUP PLC<br>19309 WINMEADE DRIVE # 340<br>LANSDOWNE, VA 20176 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/04/2019 | STRIVE CONSULTING LLC<br>L-4001<br>COLUMBUS, OH 43260-4001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 02/04/2019 | STROZZI INSTITUTE INC<br>2900 LAKESHORE AVENUE<br>OAKLAND, CA 94610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 12/05/2018 | STROZZI INSTITUTE INC<br>2900 LAKESSHORE AVENUE<br>OAKLAND, CA 94610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 07/03/1998 | STS SYSTEMS LTD.<br>ATTN: GENERAL COUNSEL<br>2800 TRANS CANADA HIGHWAY<br>POINTE CLAIRE, QC H9R 1B1<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 10/04/2018 | STYLECAREERS LLC<br>4579 LACLEDE AVE #172<br>ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 07/01/2020 | STYLITICS<br>236 5TH AVE<br>6TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 04/04/2014 | SUNLIFE<br>ONE SUN LIFE EXECUTIVE PARK<br>WELLESLEY HILLS, MA 02481 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/12/2014 | SUNPOINT, LLC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 08/01/2016 | SUPERCLEAN<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/09/2014 | SWIFT TRANSPORTATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/27/2014 | SWIFT TRANSPORTATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 10/21/2014 | SWIFT TRANSPORTATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/17/2017 | SYGNA LLC<br>506 ROKEBY DR.<br>WOODSTOCK, GA 30188 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/11/2015 | SYNAPSE GROUP CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/11/2015 | SYNAPSE GROUP CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 03/01/2011 | SYPARTNERS<br>395 HUDSON ST., 8TH FL<br>NEW YORK, NY 10014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor: Ascena Retail Group, Inc. Case number (if known): 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.986 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/12/2012 | SYSTEMS INTEGRATION SPECIALISTS CO INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.987 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 12/13/2013 | TAISTECH LLC<br>15601 DALLAS PARKWAY<br>SUITE 250<br>ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.988 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/01/2011 | TALX CORPORATION (A PROVIDER OF EQUIFAX WORKFORCE SOLUTIONS)<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | Universal Service Agreement | TALX CORPORATION<br>ATTN: PRESIDENT<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 10/03/2011 | TANASEYBERT / DIV UNIMAC GRAPHICS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | Software As A Service Agreement dated 11/01/2016 | TANGOE US INC<br>ONE WATERVIEW DRIVE, 2ND FLOOR<br>SHELTON, CT 06484 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Consulting Master Terms and Conditions and Related Agreements | TATA AMERICA INTERNATIONAL CORPORATION<br>ATTN: LEGAL DEPARTMENT<br>101 PARK AVE<br>26TH FLOOR<br>NEW YORK, NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/15/2018 | TATA AMERICA INTERNATIONAL CORPORATION<br>ATTN: LEGAL DEPARTMENT<br>101 PARK AVE<br>26TH FLOOR<br>NEW YORK, NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Consulting Master Terms and Conditions and Related Agreements | TATA CONSULTANCY SERVICES LIMITED<br>ATTN: GENERAL COUNSEL<br>TCH HOUSE<br>RAVLINE STREET, FORT<br>MUMBAI 400 001<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 04/27/2020 | TAX ADVISORS GROUP LLC<br>12400 COIT ROAD<br>SUITE 960<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 03/16/2020 | TAX ADVISORS GROUP<br>12400 COIT ROAD<br>SUITE 960<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work dated 03/16/2020 | TAX ADVISORS GROUP<br>12400 COIT ROAD<br>SUITE 960<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement dated 05/24/2013 | TAX COMPLIANCE, INC.<br>13500 EVENING CREEK DRIVE NORTH<br>SUITE 500<br>SAN DIEGO, CA 92128-8125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/18/2019 | TAX CREDIT CO<br>6255 SUNSET BLVD.<br>SUITE 2200<br>LOS ANGELES, CA 90028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/01/2013 | TCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 03/30/2011 | TCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 07/29/2014 | TECHLINK INC<br>10 MOUNTAINVIEW ROAD<br>UPPER SADDLE RIVER, NJ 07458 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/01/2015 | TECHNICAL TRAFFIC CONSULTANTS CORP<br>30 HEMLOCK DRIVE<br>CONGERS, NY 10920 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/28/2016 | TECHNICAL TRAFFIC CONSULTANTS CORP<br>30 HEMLOCK DRIVE<br>CONGERS, NY 10920 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/01/2015 | TECHNICAL TRAFFIC CONSULTANTS CORP<br>30 HEMLOCK DRIVE<br>CONGERS, NY 10920 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/01/2015 | TECHNICAL TRAFFIC CONSULTANTS CORP<br>30 HEMLOCK DRIVE<br>CONGERS, NY 10920 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement | TECHNICAL YOUTH, LLC<br>ATTN: GENERAL COUNSEL<br>8365 KEYSTONE CROSSING<br>SUITE 104<br>INDIANAPOLIS, IN 46230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/23/2018 | TECHSERA INC<br>280 POWERS PI. NE<br>MARIETTA, GA 30067 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2019 | TELADOC PHYSICIAN PA<br>2 MANHATTANVILLE RD<br>PURCHASE, NY 10577 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/09/2010 | TELEPERFORMANCE<br>5295 SOUTH COMMERCE DRIVE SUITE 600<br>MURRAY, UT84107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/03/2018 | THALES E SECURITY INC<br>900 SOUTH PINE ISLAND ROAD, SUITE 710<br>PLANTATION, FL33324 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/19/2015 | THE AESTHETE INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/19/2015 | THE AESTHETE INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | THE ALLANT GROUP INC<br>2655 WARRENVILLE ROAD<br>SUITE 200<br>DOWNERS GROVE, IL 60515 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/01/2019 | THE ALLANT GROUP INC<br>2655 WARRENVILLE ROAD<br>SUITE 200<br>DOWNERS GROVE, IL 60515 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | THE ALLANT GROUP, INC.<br>ATTN: GENERAL COUNSEL<br>2056 WESTLINGS AVENUE<br>SUITE 500<br>NAPERVILLE, IL 60563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Master Services Agreement | THE ALLANT GROUP, INC.<br>ATTN: GENERAL COUNSEL<br>2056 WESTLINGS AVENUE<br>SUITE 500<br>NAPERVILLE, IL 60563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/24/2010 | THE CONNORS GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/24/2010 | THE CONNORS GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 10/16/2017 | THE HEITMEYER GROUP LLC<br>140 COMMERCE PARK DRIVE, STE C<br>WESTERVILLE, OH 43082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 07/02/2012 | THE NIELSEN COMPANY(US)LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest | Letter Re: Service Agreement Termination | THE NPD GROUP, INC.<br>ATTN: KARYN RUBIN<br>900 WEST SHORE ROAD<br>PORT WASHINGTON, NY 11050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 08/07/2018 | THE SELECT GROUP US LLC<br>5520 CAPITAL CENTER DRIVE<br>RALEIGH, NC 27606-3359 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/01/2008 | THE SMART CUBE<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 04/26/2010 | THOMPSON HINE LLP<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>P.O. BOX 6016<br>CAROL STREAM, IL 60197-6016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>P.O. BOX 6016<br>CAROL STREAM, IL 60197-6016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>P.O. BOX 6016<br>CAROL STREAM, IL 60197-6016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | not a contract? | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>P.O. BOX 6017<br>CAROL STREAM, IL 60197-6017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | THOMSON REUTERS<br>P.O. BOX 6292<br>CAROL STREAM, IL 60197-6292 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement dated 10/23/2013 | THOMSON REUTERS<br>PO BOX 6016<br>CAROL STREAM, IL 60197-6016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | THOMSON REUTERSWEST<br>THOMSON REUTERS - WEST<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 10/31/2014 | TIEN-HU KNIT<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | TILLEKE & GIBBINS<br>SUPALAI GRAND TOWER, 20TH-26TH FLOOR<br>1011 RAMA 3 ROAD,<br>CHONGNONSI, YANNAWA 10120<br>THAILAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/20/2010 | TJD SOLUTIONS, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1036 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/14/2019 | TOMPKINS ASSOCIATES INC<br>6870 PERRY CREEK ROAD<br>RALEIGH, NC 27616 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1037 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/21/2017 | TOP CONSULTING<br>2237 HYATTS ROAD<br>DELAWARE, OH 43015 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1038 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | TOTAL RECOVERY RESOURCES AND COORDINATION<br>254 ROUTE 17K<br>SUITE 201<br>NEWBURGH, NY 12550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1039 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease dated 10/12/2016 | TOYOTA FINANCIAL SERVICES<br>PO BOX 660926<br>DALLAS, TX 75266-0926 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1040 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 04/25/2014 | TRINTECH INC<br>DEPT 0544<br>PO BOX 120544<br>DALLAS, TX 75312-0544 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1041 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 10/01/2016 | TRIPWIRE INC<br>101 SW MAIN STREET, SUITE 1500<br>PORTLAND, OR 97204-3243 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 06/15/2013 | TRUAXIS INC, A MASTERCARD CO<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement dated 10/01/2018 | TWIN PORTS PAPER AND SUPPLY INC<br>4223 AIR PARK BLVD.<br>DULUTH, MN 55811 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 01/10/2020 | UIPATH INC<br>90 PARK AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10016-1301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/08/2018 | UNBXD INC.,<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 01/08/2018 | UNBXD INC.,<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/20/2016 | UNEXPECTED EVERYTHING LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 04/01/2012 | UNITED HEALTHCARE<br>22703 NETWORK PLACE<br>CHICAGO, IL 60673-1227 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest | Shipping Services Contract dated 11/11/2016 | UNITED STATES POSTAL SERVICE<br>475 L'ENFANT PLAZA, SW<br>WASHINGTON, DC 20260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | UNKNOWN COUNTERPARTY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | UNKNOWN COUNTERPARTY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | UNKNOWN COUNTERPARTY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | UNKNOWN COUNTERPARTY<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 07/18/2016 | UNLEASHED TECHNOLOGIES,LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/03/2020 | UPS SCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 08/11/2015 | UPS SCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 01/17/2014 | UPS SCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 11/17/2014 | UPS SCS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | URVASHI S. MIRCHANDANI<br>101, PRIYANKA APARTMENTS<br>NORTH SOUTH 6TH ROAD, J.V.P.D. SCHEME<br>MUMBAI - 400056<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1060 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 11/30/2012 | US EXPRESS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1061 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 09/11/2013 | US EXPRESS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1062 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/01/2015 | US EXPRESS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 09/24/2014 | US EXPRESS<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/06/2012 | UTI, UNITED STATES, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/06/2012 | UTI, UNITED STATES, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 03/24/2015 | V GROUP INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/17/2011 | VACO COLUMBUS LLC<br>5410 MARYLAND WAY<br>SUITE 460<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated 09/27/2013 | VACO COLUMBUS LLC<br>5410 MARYLAND WAY<br>SUITE 460<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 12/01/2017 | VALERIE C BOUGHTON<br>8487 JERGEN AVENUE SOUTH<br>COTTAGE GROVE, MN 55016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/18/2013 | VANDEGRIFT FORWARDING CO INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 03/04/2019 | VANDERGRIFT FORWARDING COMPANY, INC.<br>ATTN: MARK ZEITLIN<br>20 SOUTH CHARLES STREET<br>BALTIMORE, MD 21201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work dated 10/01/2019 | VANDERGRIFT FORWARDING COMPANY, INC.<br>ATTN: MARK ZEITLIN<br>20 SOUTH CHARLES STREET<br>BALTIMORE, MD 21201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 08/11/2016 | VERIFONE INC<br>65 N RAYMOND AVE<br>SUITE 300<br>PASADENA, CA 91103-3974 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/27/2005 | VERITAS SOFTWARE GLOBAL LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 05/16/2012 | VERTEX INC.<br>2301 RENAISSANCE BLVED.<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement Statement of Work dated 11/04/2019 | VERTEX INC.<br>2301 RENAISSANCE BLVED.<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 11/01/2019 | VERTEX INC<br>25528 NETWORK PLACE<br>CHICAGO, IL 60673-1255 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement Statement of Work dated 11/01/2019 | VERTEX, INC.<br>2301 RENAISSANCE BLVED.<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 12/01/2018 | VIBES MEDIA,LLC<br>ATTN: CHARLEY CASSELL, CFO<br>300 WEST ADAMS STREET<br>7TH FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 12/01/2018 | VIBES MEDIA,LLC<br>ATTN: CHARLEY CASSELL, CFO<br>300 WEST ADAMS STREET<br>7TH FLOOR<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | Limited Partnership Agreement dated 05/06/2019 | VIKING 3 HOLDINGS CORPORATION<br>SUITES 701-3, ICBC TOWER<br>3 GARDEN ROAD, CENTRAL<br><br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | Limited Partnership Agreement dated 05/06/2019 | VIKING ADVISORY HOLDINGS LP<br>121 PEPYS ROAD<br>LONDON SE14 5SE<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | Limited Partnership Agreement dated 05/06/2019 | VIKING BRAND PARTNERS GP LIMITED<br>121 PEPYS ROAD<br>LONDON SE14 5SE<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement dated 03/24/2019 | VIKING BRAND PARTNERS, L.P.<br>6TH FLOOR 2 PARK STREET<br>LONDON<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 06/21/2019 | VIKING BRAND PARTNERS, L.P.<br>6TH FLOOR 2 PARK STREET<br>LONDON<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest | Stock Purchase Agreement dated 03/24/2019 | VIKING BRAND UPPER HOLDINGS, L.P.<br>ATTENTION: SIMON MILLERCHIP<br>2 PARK STREET<br>LONDON W1K 2HX<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | VINTAGE LAW, LLC<br>6 COULTER AVENUE, SUITE1000<br>ARDMORE, PA 19003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 09/17/2007 | VORMETRIC INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 09/17/2007 | VORMETRIC INC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>POST OFFICE BOX 1008<br>COLUMBUS, OH 43216-1008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 02/16/2016 | VPMA GLOBAL SERVICES LLC<br>5080 SPECTRUM DRIVE<br>SUITE 1000 EAST TOWER<br>ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2017 | WAGEWORKS<br>1100 PARK PLACE<br>SAN MATEO, CA 94403 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/07/2011 | WATERSHED<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated 01/27/2012 | WATT TIEDER HOFFAR FITZGERALD LLP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/31/2013 | WEBFILINGS, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 12/31/2013 | WEBFILINGS, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | WEIL GOTSHAL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 01/01/2020 | WELLNESS COLLECTIVE<br>1245 SOURTH SUNBURY ROAD SUITE 102<br>WESTERVILLE, OH 43081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 10/06/2011 | WELLS FARGO BANK<br>ONE SOUTH BROAD ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 01/06/2012 | WEN PARKER<br>1975 LINDEN BLVD, SUITE 42, STE 205<br>ELMONT, NY 11003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/06/2019 | WEN-PARKER INC.<br>1975 LINDEN BLVD, SUITE 42, STE 205<br>ELMONT, NY 11003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/06/2019 | WEN-PARKER INC.<br>1975 LINDEN BLVD, SUITE 42, STE 205<br>ELMONT, NY 11003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | WENDY HUFFORD<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Employment Letter dated 08/24/2018 | WENDY HUFFORD<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 08/20/2013 | WERNER ENTERPRISES INC<br>39357 TREASURY CTR.<br>CHICAGO, IL 60694-9300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 08/20/2013 | WERNER ENTERPRISES INC<br>39357 TREASURY CTR.<br>CHICAGO, IL 60694-9300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | Rebate Program Agreement | WESTCAMP PRESS<br>39 COLLEGEVIEW RD<br>WESTERVILLE, OH 43081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | WESTLAW<br>P.O. BOX 6292<br>CAROL STREAM, IL 60197-6292 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 07/10/2017 | WORKDAY, INC.<br>6230 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | WORKDAY, INC.<br>ATTN: GENERAL COUNSEL<br>6230 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated 03/12/2020 | WORKIVA INC<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement dated 03/12/2020 | WORKIVA, INC.<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 04/25/2018 | WORLDAWARE INC<br>185 ADMIRAL COCHRANE DRIVE<br>SUITE 300<br>ANNAPOLIS, MD 21401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated 06/15/2018 | WORLDAWARE INC<br>185 ADMIRAL COCHRANE DRIVE<br>SUITE 300<br>ANNAPOLIS, MD 21401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/23/2019 | WPP GROUP USA INC<br>3 COLUMBUS CIRCLE<br>NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | Ordering Document dated 09/16/2019 | WUNDERKIND CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | Sub Agreement dated 05/23/2018 | WW SERVICES GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated 03/25/2016 | WYNCORE INC<br>6065 ROSWELL RD., STE 500<br>ATLANTA, GA30328 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement dated 04/26/1997 | XBRL US, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement dated 12/18/2006 | XBRL US, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | XCCOMMERCE, INC.<br>ATTN: GENERAL COUNSEL<br>1155 BOULEVARD RENE LEVESQUE WEST<br>SUITE 2700<br>MONTREAL, QC H3B 2K8<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order dated 08/22/2019 | YELP,INC<br>140 NEW MONTGOMERY STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order dated 08/22/2019 | YELP,INC<br>140 NEW MONTGOMERY STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 04/12/2018 | YEXT INC<br>1 MADISON AVENUE, 5TH FLOOR<br>NEW YORK, NY 10010-3666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement dated 06/12/2014 | YEXT INC<br>1 MADISON AVENUE, 5TH FLOOR<br>NEW YORK, NY 10010-3666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Ascena Retail Group, Inc.
Name

Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | Brand Agreement dated 01/09/2020 | YEXT INC<br>1 MADISON AVENUE, 5TH FLOOR<br>NEW YORK, NY 10010-3666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Master Agreement | YEXT, INC<br>ATTN: GENERAL COUNSEL<br>1 MADISON AVENUE<br>5TH FLOOR<br>NEW YORK, NY 10010 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement dated 03/26/2018 | ZENSAR TECHNOLOGIES INC<br>1415 W 22ND STREET, SUITE 925<br>OAK BROOK, IL 60523 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 20-33113 (KRH)

❑ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Fashion Apparel Sourcing LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>❑ E/F<br>❑ G |
| 2.2 | Fashion Apparel Sourcing LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>❑ E/F<br>❑ G |
| 2.3 | Tween Brands Service Co. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>❑ E/F<br>❑ G |
| 2.4 | Tween Brands Service Co. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>❑ E/F<br>❑ G |
| 2.5 | Catherines, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>❑ E/F<br>❑ G |
| 2.6 | Catherines, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>❑ E/F<br>❑ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** Name | Mailing address | *Column 2:* **Creditor** Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.7 | ASNA Plus Fashion, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.8 | ASNA Plus Fashion, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.9 | Chestnut Acquisition Sub Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.10 | Chestnut Acquisition Sub Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.11 | PSTM, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.12 | PSTM, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.13 | Fashion Service Fulfillment Corporation | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.14 | Fashion Service Fulfillment Corporation | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.15 | Crosstown Traders, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.16 | Crosstown Traders, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.17 | 933 Inspiration LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | 933 Inspiration LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | Sonsi, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | Sonsi, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | Charming Sales Co. Four, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | Charming Sales Co. Four, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.23 | ASNA Value Fashion LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.24 | ASNA Value Fashion LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | Winks Lane, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.26 | Winks Lane, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.27 | Fashion Service LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.28 | Fashion Service LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Spirit of America, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.30 | Spirit of America, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.31 | Ann Card Services, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.32 | Ann Card Services, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.33 | CS Holdco II Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.34 | CS Holdco II Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.35 | Charming Sales Co. One, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.36 | Charming Sales Co. One, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.37 | Backingbrands Buying Agent, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.38 | Backingbrands Buying Agent, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.39 | Worldwide Retail Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Worldwide Retail Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.41 | DBI Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.42 | DBI Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.43 | Ann, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.44 | Ann, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.45 | CSGC, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.46 | CSGC, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.47 | Charming Sales Co. Three, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.48 | Charming Sales Co. Three, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.49 | Backingbrands Solutions, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.50 | Backingbrands Solutions, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.51 | CCTM, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.52 | CCTM, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.53 | AnnCo, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.54 | AnnCo, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.55 | GC Fulfillment, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.56 | GC Fulfillment, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.57 | Charming Sales Co. Two, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.58 | Charming Sales Co. Two, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.59 | Too GC, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.60 | Too GC, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.61 | C.S.F. Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | C.S.F. Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.63 | CSI Industries, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.64 | CSI Industries, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.65 | AnnTaylor Distribution Services, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.66 | AnnTaylor Distribution Services, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.67 | Charming Shoppes of Delaware, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.68 | Charming Shoppes of Delaware, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.69 | Catalog Receivables LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.70 | Catalog Receivables LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.71 | Lane Bryant #6243, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.72 | Lane Bryant #6243, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | Tween Brands Agency, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.74 | Tween Brands Agency, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.75 | CSPE, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.76 | CSPE, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.77 | AnnTaylor Retail, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.78 | AnnTaylor Retail, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.79 | Charming Shoppes Receivables Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.80 | Charming Shoppes Receivables Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.81 | Catalog Seller LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.82 | Catalog Seller LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.83 | Lane Bryant of Pennsylvania, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | Lane Bryant of Pennsylvania, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.85 | Tween Brands Direct Services Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.86 | Tween Brands Direct Services Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.87 | DBX, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.88 | DBX, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.89 | AnnTaylor, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.90 | AnnTaylor, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.91 | Charming Shoppes Seller, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.92 | Charming Shoppes Seller, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.93 | Catherines #5124, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.94 | Catherines #5124, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Lane Bryant Outlet 4106, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.96 | Lane Bryant Outlet 4106, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.97 | Tween Brands, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.98 | Tween Brands, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.99 | DBCM Holdings, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.100 | DBCM Holdings, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.101 | Ascena Retail Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.102 | Ascena Retail Holdings, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.103 | Charming Shoppes Street, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.104 | Charming Shoppes Street, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.105 | Catherines #5147, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.106 | Catherines #5147, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.107 | Lane Bryant Purchasing Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.108 | Lane Bryant Purchasing Corp. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.109 | Ascena Trade Services, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.110 | Ascena Trade Services, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.111 | Tween Brands Investment, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.112 | Tween Brands Investment, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.113 | Duluth Real Estate LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.114 | Duluth Real Estate LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.115 | Charming Shoppes, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.116 | Charming Shoppes, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D<br>☐ E/F<br>☐ G |

Debtor Ascena Retail Group, Inc. Case number (if known) 20-33113 (KRH)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117 | Catherines Stores Corporation | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.118 | Catherines Stores Corporation | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.119 | Lane Bryant, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.120 | Lane Bryant, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.121 | Etna Retail DC, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.122 | Etna Retail DC, LLC | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |
| 2.123 | Tween Brands Marketing, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | GOLDMAN SACHS BANK USA | ☒ D ☐ E/F ☐ G |
| 2.124 | Tween Brands Marketing, Inc. | 933 MACARTHUR BOULEVARD MAHWAH, NJ 07430 | JPMORGAN CHASE BANK | ☒ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name Ascena Retail Group, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (*If known*): 20-33113 (KRH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/27/2020
MM / DD / YYYY

DocuSigned by:
✘ Dan Lamadrid
EC956D080DCB49E...
Signature of individual signing on behalf of debtor

Daniel Lamadrid
Printed name

Authorized Signatory
Position or relationship to debtor