Case 20-33113-KRH    Doc 499    Filed 09/01/20    Entered 09/01/20 18:48:56    Desc Main
                                Document         Page 1 of 4

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>John R. Luze (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 | **COOLEY LLP**<br>Cullen D. Speckhart (VSB 79096)<br>*Admitted to Practice in Virginia, New York,*<br>*Missouri and Texas; Not admitted to Practice in*<br>*DC, supervised by members of DC bar*<br>Olya Antle (VSB 83153)<br>*Admitted to Practice in Virginia; Not admitted*<br>*to Practice in DC; supervised by members of DC Bar*<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    (202) 842-7800<br>Facsimile:    (202) 842-7899 |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ASCENA RETAIL GROUP, INC., *et al.*,[1] | ) ) | Case No. 20-33113 (KRH) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Debtors' motions (collectively, the "Motions") listed below, which was previously scheduled to be heard on September 3, 2020, at 1:00 p.m. (prevailing Eastern Time), is now adjourned to **September 10, 2020, at 11:00 a.m. (prevailing Eastern Time)**:

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Debtor Ascena Retail Group, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief [Docket No. 18];

- Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relied [Docket No. 156];

- Debtors' Motion for Entry of An Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Leases, and (II) Granting Related Relief [Docket No. 158]; and

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) to Bankruptcy Code, Effective as of July 23, 2020 [Docket No. 263].

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections to the Motions has been extended to **September 3, 2020, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in connection with the chapter 11 cases, the *Order (I) Establishing Certain Notice, Case Management and Administrative Procedures, and (II) Granting Related Relief* [Docket No. 79] (the "Case Management Order") was entered by the Court on July 24, 2020, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at https://cases.primeclerk.com/ascena or for a fee via PACER at http://www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motions, consistent with the Case Management Order, the Court may deem any opposition waived, treat the Motions as conceded, and enter an order granting the relief requested in the Motions without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, if you wish to oppose the Motions, you must file with the Court, at the address shown below, a written objection pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order, **on or before the Objection Deadline**:

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Service List, as such term is defined in the Case Management Order, **on or before the Objection Deadline**.

**PLEASE TAKE FURTHER NOTICE** that the Motions are scheduled to be heard before the Court by remote video conference. You may register for the hearing through the following hyperlink:

https://www.zoomgov.com/meeting/register/vJItf-6grTMtHS9HZxGsQN8QO4iM15dlWq0

**PLEASE TAKE FURTHER NOTICE** that parties who wish to attend the hearing, but do not intend on participating in the hearing (listen-only), are not required to register for the hearing in advance and may attend the hearing by using the following dial-in numbers:

| Phone Number: 1-866-590-5055<br>Access Code: 4377075<br>Security Code: 91020 | Phone Number: 1-888-363-4734<br>Access Code: 3238664<br>Security Code: 91020 |
|---|---|

Dated:  September 1, 2020

    */s/ Cullen D. Speckhart*

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | *Admitted to Practice in Virginia, New York,* |
| Steven N. Serajeddini, P.C. (admitted *pro hac*) | *Missouri and Texas; Not admitted to Practice in* |
| 601 Lexington Avenue | *DC, supervised by members of DC bar* |
| New York, New York 10022 | Olya Antle (VSB 83153) |
| Telephone:   (212) 446-4800 | *Admitted to Practice in Virginia; Not admitted* |
| Facsimile:   (212) 446-4900 | *to Practice in DC; supervised by members of DC Bar* |
| -and- | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC 20004-2400 |
| John R. Luze (admitted *pro hac vice*) | Telephone:   (202) 842-7800 |
| 300 North LaSalle | Facsimile:   (202) 842-7899 |
| Chicago, Illinois 60654 | |
| Telephone:   (312) 862-2000 | |
| Facsimile:   (312) 862-2200 | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*