| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | Olya Antle (VSB 83153) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | *Admitted to practice in Virginia; Not admitted to practice* |
| 601 Lexington Avenue | *in DC, supervised by members of DC bar* |
| New York, New York 10022 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| Telephone:     (212) 446-4800 | Washington, DC 20004-2400 |
| Facsimile:     (212) 446-4900 | Telephone:     (202) 842-7800 |
| -and- | Facsimile:     (202) 842-7899 |
| John R. Luze (admitted *pro hac vice*) | |
| 300 North LaSalle | |
| Chicago, Illinois 60654 | |
| Telephone:     (312) 862-2000 | |
| Facsimile:     (312) 862-2200 | |

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCENA RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (KRH) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

ORDER EXTENDING
DEBTORS' **EXCLUSIVITY PERIODS TO FILE A
CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), extending the periods during which the Debtors have the exclusive right to file a chapter 11 plan and to solicit votes on a plan filed during the Exclusivity Periods, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Debtor Ascena Retail Group, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

*Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 5, 1984; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The Debtors' exclusive period to file a chapter 11 plan for each Debtor is extended through and including March 22, 2021.

3. The Debtors' exclusive period to solicit acceptances of a chapter 11 plan for each Debtor is extended through and including May 19, 2021.

4. Entry of this Order is without prejudice to the Debtors' right to seek additional and further extensions of the Exclusivity Periods within which to file and solicit acceptance of a plan of reorganization from this Court, as may be necessary or appropriate.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: Dec 3 2020
Richmond, Virginia

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered On Docket:Dec 3 2020

WE ASK FOR THIS:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Edward O. Sassower, P.C. <br> Steven N. Serajeddini, P.C. (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:      (212) 446-4800 <br> Facsimile:      (212) 446-4900 <br> -and- <br> John R. Luze (admitted *pro hac vice*) <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone:      (312) 862-2000 <br> Facsimile:      (312) 862-2200 | /s/ *Cullen D. Speckhart* <br> **COOLEY LLP** <br> Cullen D. Speckhart (VSB 79096) <br> Olya Antle (VSB 83153) <br> *Admitted to practice in Virginia; Not admitted to practice in DC, supervised by members of DC bar* <br> 1299 Pennsylvania Avenue, NW, Suite 700 <br> Washington, DC 20004-2400 <br> Telephone:      (202) 842-7800 <br> Facsimile:      (202) 842-7899 |

*Co-Counsel to the Debtors and Debtors in Possession*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Cullen D. Speckhart*