**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:     (202) 842-7800
Facsimile:      (202) 842-7899

*Co-Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RETAIL GROUP, INC., *et al.*,[1] | ) ) ) | Case No. 20-33113 (KRH) |
| Reorganized Debtors | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER THE DEBTORS'
OBJECTIONS TO CLAIMS INCLUDED IN THE TENTH THROUGH FIFTEENTH
OMNIBUS CLAIMS OBJECTIONS
[DOCKET NOS. 1406-07, 1475-78]**

**PLEASE TAKE NOTICE** that the hearing at which the Court will consider the Debtors' objections to the claims identified on **Schedule 1** attached hereto and previously scheduled for March 18, 2021, at 1:00 p.m. (prevailing Eastern Time) is adjourned to **April 15, 2021, at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing is scheduled to be heard before the Court by remote video conference. You may register for the Hearing through the following link:

https://www.zoomgov.com/meeting/register/vJIsceqvqTMtGM8Yj5NU68tejL2lMAluU_M

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to attend the Hearing, but do not intend on participating in the Hearing (listen-only), are not required to register in advance and may attend the Hearing by using the following dial-in numbers:

| Phone Number: 1-866-590-5055<br>Access Code: 4377075<br>Security Code: 41521 | Phone Number: 1-888-363-4734<br>Access Code: 3238664<br>Security Code: 41521 |
|---|---|

*[Remainder of page intentionally left blank]*

> **PLEASE BE ADVISED**:  THE HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE REORGANIZED DEBTORS **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

Dated:  March 16, 2021

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    edward.sassower@kirkland.com<br>         steven.serajeddini@kirkland.com<br><br>**-**and-<br><br>John R. Luze (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    john.luze@kirkland.com<br><br>*Co-Counsel to the Reorganized Debtors* | */s/ Olya Antle*<br>**COOLEY LLP**<br>Cullen D. Speckhart (VSB 79096)<br>Olya Antle (VSB 83153)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    (202) 842-7800<br>Facsimile:    (202) 842-7899<br>Email:    cspeckhart@cooley.com<br>         oantle@cooley.com |

# **SCHEDULE 1**

| Omnibus Claims Objection No. | Name of Claimant | Proof(s) of Claim No(s). |
|---|---|---|
| 10th | Wendy Cassidy | 754 |
| 10th | **Pryor Cashman LLP Vendors:**<br>· ModIndia Exim Private Ltd.<br>· Richa Global Exports Pvt. Ltd. | 1304<br>1607 |
| 10th & 11th | CAB, Assignee to Jiangsu Guotai Guosheng Co. Ltd. | 1480, 3012 |
| 11th & 12th | Asprey, Inc. | 3257, 3626 |
| 13th | Sapient Corporation and applicable affiliates | 3161, 3089, 3399, 3241 |
| 13th | **Barclay Damon LLP Landlords**:<br>· Longfish Improvements, LLC<br>· Union Consumer Improvements, LLC<br>· Bluegrass Outlet Shoppes CMBS, LLC<br>· El Paso Outlet Shoppes CMBS, LLC<br>· Gettysburg Outlet Shoppes CMBS, LLC<br>· Laredo Outlet Shoppes, LLC<br>· IREIT West Valley City Lake Park, L.L.C.<br>· Office Two Limited Partnership<br>· Crystal Run Galleria LLC<br>· Eklecco Newco LLC<br>· Carousel Center Company, L.P.<br>· Crossgates Mall General Company Newco, LLC<br>· Crystal Run Newco, LLC<br>· Poughkeepsie Galleria LLC<br>· Salmon Run Shopping Center, L.L.C.<br>· Sangertown Square, L.L.C.<br>· Pyramid Walden Company, L.P.<br>· MN-Crystal Center-QRX, LLC<br>· RPT Realty, L.P.<br>· Bridgewater Falls Station LLC<br>· Ramco Jacksonville LLC<br>· Zona Rosa Development, LLC | 3244<br>3268, 2814<br>2032<br>1835, 1833<br>1829<br>2004<br>1768<br>3193<br>1757<br>432, 1561<br>1557<br>1558<br>1559<br>1566<br>1570<br>1574<br>1580<br>2646<br>3473, 3425, 3552, 3682, 3671<br>3376<br>3484<br>4228 |
| 14th | Frederick J. Meno, Solely in his Capacity as Receiver | 3164 |
| 14th | Simon Property Group | 2052, 2103, 2344, 2509, 2511, 1926, 2512, 3588, 3730, 3745, 3762 |
| 14th | **Ballard Spahr Landlords**:<br>· Dogwood Promenade LLC<br>· University Mall, LLC<br>· BMA North Village, LLC<br>· BRE Retail Residual Owner 1, LLC<br>· Brixmor GA Fashion Corner, LLC<br>· Brixmor Holdings 10 SPE, LLC<br>· Brixmor Warminster SPE LLC<br>· Marlton Plaza Associates, L.P.<br>· New Plan Hampton Village LLC<br>· New Plan Property Holding Company<br>· Vestal Shoppes LLC<br>· FR Shoppers World, LLC<br>· Galleria Mall Investors LP<br>· MB San Antonio Brooks, L.P.<br>· Newbridge, LLC<br>· Round Rock Crossings Texas, LP<br>· Power & Ray, L.L.C.<br>· Vancouver Mall II LLC<br>· Allstate Road (Edens) LLC<br>· East Mesa Mall, L.L.C.<br>· Wilton Mall, LLC<br>· CP Venture Five - AWC LLC<br>· Oak View Mall, LLC<br>· Prisa Arbor Lakes, LLC<br>· RPAI College Station Gateway II Limited Partnership<br>· SOF-IX PB Owner, LP<br>· Star-West Gateway, LLC | 4567<br>4560<br>3129<br>4573, 4610<br>4607<br>4591<br>4570<br>3038<br>3068<br>3205, 4575<br>4569<br>3635<br>3388<br>4614<br>2987<br>4593<br>4604<br>4596<br>4559<br>4598<br>3495, 4599<br>4603<br>3719<br>4595<br>4605<br>4092<br>3924 |

| | | |
|---|---|---|
| 14th | **CBL Landlords**:<br>· Arbor Palace Mall<br>· CherryVale Mall<br>· Coastal Grand Mall<br>· CoolSprings Mall<br>· Cross Creek Mall<br>· Eastgate Mall<br>· Frontier Mall<br>· Greenbrier Mall<br>· Hamilton Place Mall<br>· Hanes Mall<br>· Jefferson Mall<br>· Monroeville Mall<br>· Oak Park Mall<br>· Park Plaza Mall<br>· Parkdale Mall<br>· Parkway Place Mall<br>· Sunrise Mall<br>· Turtle Creek Mall<br>· Valley View Mall<br>· Westgate Mall | 3665<br>3565<br>3729<br>3439<br>3755<br>3727<br>3747<br>3249<br>3541<br>3741<br>3764<br>3937<br>3629<br>4062<br>3778<br>3771<br>3982<br>3969<br>3970<br>3890 |
| 15th<br>15th<br>15th<br>15th<br>13th & 15th | **Pryor Cashman LLP Vendors**:<br>· Asmara International Limited<br>· Tusker Apparel Ltd. Co.<br>· Dimple Creations Pvt. Ltd.<br>· Gaurav International<br>· Texport Creation | 2523, 2564<br>1763<br>1323, 1342<br>1488<br>737, 1120, 1640 |