| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>John R. Luze (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200 | **COOLEY LLP**<br>Cullen D. Speckhart (VSB 79096)<br>Olya Antle (VSB 83153)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   (202) 842-7800<br>Facsimile:    (202) 842-7899 |

*Co-Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (KRH) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS'**
**FOURTEENTH OMNIBUS OBJECTIONS TO CLAIMS**

The undersigned hereby certifies as follows:

On January 14, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors," and after the effective date of the chapter 11 plan confirmed in these cases, the "Reorganized Debtors") filed the *Debtors' Fourteenth Omnibus Objection to Claims (Partially Satisfied Claims)* [Docket No. 1477] (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

247323905 v1

On January 14, 2021, the Reorganized Debtors filed the *Notice of the Debtors' Fourteenth Omnibus Objection to Claims* (the "Notice") [Docket No. 1481] with the Court, and caused the Objection and Notice to be served on all necessary parties.

Pursuant to the procedures set forth in the *Order (I) Establishing Certain Notice, Case Management and Administrative Procedures, and (II) Granting Related Relief* [Docket No. 79] and the Notice, any pleadings responsive to the Objection had to be filed and served no later than February 4, 2021 (the "Response Deadline"). In the absence of any timely responses, the Reorganized Debtors may submit a proposed order to the Court granting the relief requested without further notice or a hearing.

The Reorganized Debtors received formal and informal responses from certain claimants whose claims are subject to the Objection. The Reorganized Debtors are working to resolve several responses with applicable claimants and have excluded all unresolved claims from the revised proposed order sustaining the Objection [Docket No. 1907]. Upon resolution of the remaining responses received, the Reorganized Debtors will file supplemental order(s) with respect to the Objection.

[*Remainder of page intentionally left blank*]

247323905 v1

Other than the aforementioned responses, the undersigned is not aware of any responsive pleadings concerning the Objection.  Accordingly, order sustaining the Objection shall be submitted to the Court for entry.

Dated:  March 18, 2021

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>-and-<br><br>John R. Luze (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Co-Counsel to the Reorganized Debtors* | */s/ Olya Antle*<br>**COOLEY LLP**<br>Cullen D. Speckhart (VSB 79096)<br>Olya Antle (VSB 83153)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    (202) 842-7800<br>Facsimile:     (202) 842-7899 |

247323905 v1