# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   20−33113−KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Retail Group, Inc., et al.
 933 MacArthur Boulevard
Mahwah, NJ 07430

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: <u>30−0641353</u>

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on <u>May 17, 2021</u> in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 5/13/2021, Remote electronic access to the transcript is restricted until 08/16/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973−406−2250.] [Transcript Purchased by Elizabeth Rice.] (RE: related document(s) [2146] Hearing continued; Appearance(s): John Luze for Debtor (Re: related document(s)2090 Motion to Compel filed by Retail Group, Inc., et al.) Hearing scheduled for 6/17/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia., [2147] Hearing held; Matter Taken Under Advisement. Appearance(s): John Luze for Debtor; Kathryn Montgomery for Office of the US Trustee; Andrew Behlmann for Joel Patterson and Michaella Corporation; Bradford Sandler for GUC Trust (Re: related document(s)1962 Motion to Stay filed by John P. Fitzgerald, III), [2148] As to claims filed by John Gallin & Son, Inc., hearing held and continued; objection sustained as set out in open court. Plan Administrator's Exhibits A − E, Entry #2125 Admitted; John Gallin & Son, Inc.'s Exhibits 1 − 6, Entry #2072 Admitted. Declaration of CHRISTOPHER GALLIN, Entry #2072 Admitted. Appearance(s): Olya Antle for Jackson Square Advisors LLC, in its capacity as the Plan Administrator; Eric Sleeper for John Gallin & Sons, Inc.; Shirley Cho for GUC Trust (Re: related document(s)1752 Objection to Claim filed by Retail Group, Inc., et al., 1914 Objection to Claim filed by Jackson Square Advisors LLC, in its capacity as the Plan Administrator, 1915 Objection to Claim filed by Jackson Square Advisors LLC, in its capacity as the Plan Administrator) Hearing scheduled for 6/17/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia., [2149] Hearing held; Moot. Appearance(s): Olya Antle for Jackson Square Advisors LLC, in its capacity as the Plan Administrator; Eric Sleeper for John Gallin & Sons, Inc. (Re: related document(s)2072 Response filed by John Gallin & Son, Inc.)). Notice of Intent to Request Redaction Deadline Due By 05/24/2021. Redaction Request Due By 06/7/2021. Redacted Transcript Submission Due By 06/17/2021. Transcript access will be restricted through 08/16/2021. (Gottlieb, Jason)

   The parties have [until <u>May 24, 2021</u>] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [<u>June 7, 2021</u>] [21 days from the date of filing of the transcript].

   If a request for redaction is filed, the redacted transcript is due [<u>June 17, 2021</u>] [31 days from the date of filing of the transcript].

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [<u>August 16, 2021</u>] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 17, 2021

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 20-33113-KRH

Retail Group, Inc., et al.                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                          User: ramirez-l                                   Page 1 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                                 Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

**Recip ID          Recipient Name and Address**
            +   ANDREW BEHLMANN, ESQ., LOWENSTEIN SANDLER LLP, One Lowenstein Drive, Roseland, NJ 07068-1791
            +   BRADFORD J. SANDLER, ESQ., 919 North Market Street, 17th Flr, Wilmington, DE 19801-3023
            +   ERIC W. SLEEPER, ESQ, BARTON LLP, 711 Third Avenue, 14th Flr, New York, NY 10017-9202
            +   JOHN R. LUZE, ESQ., KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, NY 10022-4643
            +   KATHRYN R. MONTGOMERY, UST, 600 East Main Street, Richmond, VA 23219-2416
            +   SHIRLEY S. CHO, ESQ., 10100 Santa Monica Boulevard 13th flr, Los Angeles, CA 90067-4003

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021                            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Jefferson Cheatham | |
| | on behalf of Creditor LRC Mentor Investors  LLC acheatham@fandpnet.com |
| Alexander Richard Green | |
| | on behalf of Creditor PSLP LLC agreen@clarkhill.com  sdeeby@clarkhill.com |
| Alyson M Fiedler | |
| | on behalf of Creditor Four Stories  LLC Alyson.fiedler@icemiller.com, john.acquaviva@icemiller.com;michael.ott@icemiller.com |
| Andrew Justin Narod | |
| | on behalf of Creditor Nashville West  LLC anarod@bradley.com |

Andrew Lynch Cole
on behalf of Creditor Colonnade II LP acole@coleschotz.com pratkowiak@coleschotz.com

Andrew Lynch Cole
on behalf of Creditor Delco Plaza I L.P. acole@coleschotz.com, pratkowiak@coleschotz.com

Andrew Lynch Cole
on behalf of Creditor CFC Phase II LLC acole@coleschotz.com, pratkowiak@coleschotz.com

Andrew S. Conway
on behalf of Creditor Taubman Landlords aconway@taubman.com

Aryeh E. Stein
on behalf of Creditor RAF Lake Charles LLC astein@meridianlawfirm.com aryehsteinecf@gmail.com

Aryeh E. Stein
on behalf of Creditor Woodhaven Commons LLC astein@meridianlawfirm.com aryehsteinecf@gmail.com

Augustus C. Epps, Jr.
on behalf of Creditor The Taubman Company LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
on behalf of Creditor Kobie Marketing Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Bennett Thomas Willoughby Eastham
on behalf of Creditor Wendy L. Hufford beastham@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Bradley D. Jones
on behalf of Creditor BBK Easton Office LLC Brad.Jones@ofplaw.com,
Marse.Hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com

Bradshaw Rost
on behalf of Creditor JBG/Woodbridge Retail LLC BRost@tspclaw.com

Bradshaw Rost
on behalf of Creditor RD-Tulsa Hills L.P BRost@tspclaw.com

Bradshaw Rost
on behalf of Creditor High Pointe Commons Holding LP BRost@tspclaw.com

Bradshaw Rost
on behalf of Creditor CH Realty VII/R Nova Promendade BRost@tspclaw.com

Bradshaw Rost
on behalf of Creditor CH Realty VII R Shreveport Bellemead LLC BRost@tspclaw.com

Brian H. Richardson
on behalf of Creditor ARCP MT Lafayette IN LLC Brian.Richardson@KutakRock.com, lynda.wood@kutakrock.com

Brian H. Richardson
on behalf of Creditor Cole MT Rapid City SD (II) Brian.Richardson@KutakRock.com lynda.wood@kutakrock.com

Brian H. Richardson
on behalf of Creditor ARCP MT Bowling Green KY LLC Brian.Richardson@KutakRock.com, lynda.wood@kutakrock.com

Brian H. Richardson
on behalf of Creditor Northwoods III (San Antonio) LLC Brian.Richardson@KutakRock.com, lynda.wood@kutakrock.com

Brian H. Richardson
on behalf of Creditor Northwoods (San Antonio) LLC Brian.Richardson@KutakRock.com lynda.wood@kutakrock.com

Brian H. Richardson
on behalf of Creditor ARCP MT Monroe LA LLC Brian.Richardson@KutakRock.com, lynda.wood@kutakrock.com

Brian M Muchinsky
on behalf of Creditor Bellevue Square LLC bmuchinsky@noldmuchlaw.com,
natalie@noldmuchlaw.com;bfaulkner@noldmuchlaw.com

Brian M Muchinsky
on behalf of Creditor Bellevue Square Merchants' Association bmuchinsky@noldmuchlaw.com
natalie@noldmuchlaw.com;bfaulkner@noldmuchlaw.com

Brian William Bisignani
on behalf of Creditor Aon Consulting Inc. bbisignani@postschell.com

Brittany Berlauk Falabella
on behalf of Creditor Committee Official Committee of Unsecured Creditors bfalabella@hirschlerlaw.com
rhenderson@hirschlerlaw.com

Cameron Reynolds Argetsinger

District/off: 0422-7 | User: ramirez-l | Page 3 of 32
Date Rcvd: May 17, 2021 | Form ID: redacttr | Total Noticed: 6

| | |
|---|---|
| | on behalf of Creditor Turnberry Associates cargetsinger@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Shopcore Properties  LP cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Hines REIT cargetsinger@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Benderson Development Company  LLC cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Brookfield Properties Retail  Inc. cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Coro North Point  LLC cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor QIC Properties  Inc. cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Jones Lang LaSalle Americas  Inc. cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Newmark Merrill Companies  LLC cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Regency Centers  LP cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| Cameron Reynolds Argetsinger | |
| | on behalf of Creditor Teachers Insurance and Annuity Association of America cargetsinger@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com |
| Catherine Schlomann Robertson | |
| | on behalf of Creditor Bohannon Development Company crobertson@pahl-mccay.com |
| Celine E. de la Foscade-Condon | |
| | on behalf of Creditor Massachusetts Department of Revenue delafoscac@dor.state.ma.us |
| Christian K. Vogel | |
| | on behalf of Creditor Oracle America  Inc. kvogel@vogelandcromwell.com |
| Christopher Barrett Bowman | |
| | on behalf of Creditor Commons at Issaquah Inc. cbowman@bregmanlaw.com  kristy@bregmanlaw.com |
| Christopher Barrett Bowman | |
| | on behalf of Creditor Central Park Retail  LLC cbowman@bregmanlaw.com, kristy@bregmanlaw.com |
| Christopher Barrett Bowman | |
| | on behalf of Creditor Union Investment Real Estate GmbH cbowman@bregmanlaw.com  kristy@bregmanlaw.com |
| Christopher L. Perkins | |
| | on behalf of Creditor SITE Centers Corp. cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Regency Centers  LP cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Turnberry Associates cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Brookfield Properties Retail  Inc. cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Rivercrest Realty Associates  LLC cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Alshaya Trading Co. W.L.L. cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Pyramid Management Group  LLC cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor Grand Plaza  LLC cperkins@eckertseamans.com |
| Christopher L. Perkins | |
| | on behalf of Creditor DLC Management Corp. cperkins@eckertseamans.com |
| Christopher L. Perkins | |

on behalf of Creditor Horizon Group Properties  Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Brooks Shopping Centers  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Tanger Factory Outlet Centers Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Westfield  LLC and certain of its affliates cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Shopcore Properties  LP cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Coro North Point  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Teachers Insurance and Annuity Association of America cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor National Realty & Development Corp. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Hines REIT cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Inland Commercial Real Estate Services LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor RPT Realty  L.P. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Jones Lang LaSalle Americas  Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Benderson Development Company  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor QIC Properties  Inc. cperkins@eckertseamans.com

Conrad K. Chiu

on behalf of Creditor Gaurav International cchiu@pryorcashman.com
docketing@pryorcashman.com;rbeacher@pryorcashman.com

Corey Simpson Booker

on behalf of Creditor The Ad Hoc Group of Term Loan Lenders cbooker@wtplaw.com  eslate@wtplaw.com

Corinne S Brennan

on behalf of Creditor ADR 1713 Walnut  LLC cbrennan@klehr.com

Courtney J. Hull

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-chull@oag.texas.gov,
sherri.simpson@oag.texas.gov

Cullen Drescher Speckhart

on behalf of Debtor CS Holdco II Inc. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Sales Co. Four  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor CSPE  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Lane Bryant of Pennsylvania  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Duluth Real Estate LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor BackingBrands Buying Agent  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor DBCM Holdings  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Etna Retail DC  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catherines  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Shoppes Receivables Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands Agency  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor AnnCo  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor CSGC  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Ascena Retail Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands Investment  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor C.S.F. Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Crosstown Traders  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Lane Bryant Outlet 4106  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor AnnTaylor of Puerto Rico  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor ANN  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catalog Receivables LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor AnnTaylor Retail  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catherines #5124  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands Marketing  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Retail Group  Inc., et al. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor 933 Inspiration LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor DBI Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Fashion Service LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Fashion Service Fulfillment Corporation cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Chestnut Acquisition Sub Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Shoppes Street  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Shoppes Seller  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor ANN Card Services  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catherines Stores Corporation cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Worldwide Retail Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catherines #5147  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor AnnTaylor Distribution Services  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

District/off: 0422-7                                          User: ramirez-l                                          Page 6 of 32
Date Rcvd: May 17, 2021                                   Form ID: redacttr                                       Total Noticed: 6

Cullen Drescher Speckhart

on behalf of Debtor Spirit of America  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor ASNA Value Fashion LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor PSTM  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Lane Bryant  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor AnnTaylor  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Sales Co. One  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Sales Co. Three  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Sonsi  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Lane Bryant #6243  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor GC Fulfillment  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Too GC  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands Direct Services Inc. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Lane Bryant Purchasing Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Ascena Trade Services  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Sales Co. Two  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands Service Co. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor CSI Industries  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Shoppes of Delaware  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Charming Shoppes  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor BackingBrands Solutions  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor CCTM  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Winks Lane  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Fashion Apparel Sourcing LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor DBX  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Tween Brands  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor Catalog Seller LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Debtor ASNA Plus Fashion  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

on behalf of Other Professional Jackson Square Advisors LLC  in its capacity as the Plan Administrator cspeckhart@cooley.com,

District/off: 0422-7                     User: ramirez-l                          Page 7 of 32
Date Rcvd: May 17, 2021                  Form ID: redacttr                        Total Noticed: 6

efiling-notice@ecf.pacerpro.com

Darrell William Clark
                    on behalf of Creditor 850 Third Avenue Owner LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

Darrell William Clark
                    on behalf of Creditor AM 150 E 42 Realty LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

Darrell William Clark
                    on behalf of Creditor 150 E 42 Realty LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

Darwin H. Bingham
                    on behalf of Creditor Riverdale Center Owner IV  L.C. dbingham@scalleyreading.net, cat@scalleyreading.net

David M. Blau
                    on behalf of Creditor CE Boulevard Phase I  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor BRVC Owner  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar QCM  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Southland Mall Annex  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar DRM OPCO  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar RW Tempe Marketplace  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Green Oak Owner 1  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar LPTC  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor VORH Associates  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Fairlane 28  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar Orchard Town Center  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor CPT Creekside Town Center  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Baldwin Commons  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor CPT Shops at Rossmoor  LLC dblau@clarkhill.com

David R. Ruby
                    on behalf of Creditor Ovative Group  LLC druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David W. Baddley
                    on behalf of Interested Party U.S. Securities and Exchange Commission baddleyd@sec.gov

Denyse Sabagh
                    on behalf of Creditor The Chubb Companies dsabagh@duanemorris.com

Diana Lyn Curtis McGraw
                    on behalf of Creditor Kyung Seung Co.  Ltd. dmcgraw@foxrothschild.com

Donald K. Ludman
                    on behalf of Creditor SAP Industries  Inc. fka SAP Retail Inc. dludman@brownconnery.com

Donna J. Hall
                    on behalf of Creditor Monica Velasquez dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor John Gallin & Son  Inc. dhall@goodmanallen.com

Douglas M. Foley
                    on behalf of Unknown Non-RSA Term Lender Group dfoley@mcguirewoods.com
                    mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Dylan G. Trache
                    on behalf of Creditor AVR CPC Associates  LLC dylan.trache@nelsonmullins.com,

District/off: 0422-7                              User: ramirez-l                                       Page 8 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                                 Total Noticed: 6

robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache
on behalf of Creditor Columbus Park Crossing  LLC dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache
on behalf of Creditor C&B Realty #3  LLC dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache
on behalf of Creditor S.A. Development Group  L.P. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Edward Benton Keatley
on behalf of Creditor Castle and Cooke Corona Crossings  LLC ebkeatley@polsinelli.com

Edward Benton Keatley
on behalf of Creditor NorthPark Partners  LP ebkeatley@polsinelli.com

Emily Margaret Hahn
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@Abernathy-law.com

Eric C. Howlett
on behalf of Creditor Frontier Lynchburg  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Creditor Peninsula Main VA  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Creditor Pine Street Flats  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric W Sleeper
on behalf of Creditor John Gallin & Son  Inc. esleeper@bartonesq.com

Evan T. Miller
on behalf of Interested Party Ash Tree Square  LLC emiller@bayardlaw.com

Frank F. McGinn
on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Gwynne L. Booth
on behalf of Creditor Zlotnick & Kraft-D.C.  LLC glb@gdllaw.com

H. Elizabeth Weller
on behalf of Creditor Dallas County Dallas.Bankruptcy@publicans.com

Hiram A Gutierrez
on behalf of Creditor MERCEDES INDEPENDENT SCHOOL DISTRICT & CITY OF MERCEDES
edinburgbankruptcy@pbfcm.com

Howard Marc Spector
on behalf of Creditor Riverwalk Marketplace (New Orleans) LLC hspector@spectorcox.com
sshank@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Howard Marc Spector
on behalf of Creditor The Shops at Summerlin North  LP hspector@spectorcox.com,
sshank@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Ivo Keller
on behalf of Creditor TMT Bear Creek Shopping Center  Inc. ivo@ssllawfirm.com

Ivo Keller
on behalf of Creditor Gateway Afton Ridge  Inc. ivo@ssllawfirm.com

J. Bennett Friedman
on behalf of Creditor Bella Terra Associates  LLC jfriedman@flg-law.com, msobkowiak@flg-law.com,cllosa@flg-law.com

J. Bennett Friedman
on behalf of Creditor Lakewood Associates  LLC jfriedman@flg-law.com, msobkowiak@flg-law.com,cllosa@flg-law.com

J. David Folds
on behalf of Creditor JRA HHF Venture LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
on behalf of Creditor NP/I&G East Chase Property Owner LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
on behalf of Creditor Hart TC I-III LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
on behalf of Creditor G&I IX Camp Creek Property LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

District/off: 0422-7                          User: ramirez-l                                    Page 9 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                                  Total Noticed: 6

J. David Folds
                on behalf of Creditor Bayshore Shopping Center Property Owner  LLC dfolds@bakerdonelson.com, sparson@bakerdonelson.com

J. David Folds
                on behalf of Creditor RFTC 2 Corp. dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. Ellsworth Summers, Jr.
                on behalf of Creditor Comenity Bank esummers@burr.com  sguest@burr.com

James D. Fullerton
                on behalf of Interested Party Sil-Way LLC jfullerton@fullertonlaw.com

James D. Kepley, Jr.
                on behalf of Creditor Amerco Real Estate Company jkepley@kbbplc.com

James K. Donaldson
                on behalf of Interested Party Snogen Green Co.  Ltd. jed.donaldson@limnexus.com

James K. Donaldson
                on behalf of Interested Party Ubase International  Inc. jed.donaldson@limnexus.com

James K. Donaldson
                on behalf of Interested Party Pan Pacific Co.  Ltd. jed.donaldson@limnexus.com

Jason B. Binford
                on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division jason.binford@oag.texas.gov

Jason Brill Shorter
                on behalf of U.S. Trustee John P. Fitzgerald  III jason.b.shorter@usdoj.gov

Jay Zabel
                on behalf of Creditor NARE Butterfield  LLC jayzabel@zabellaw.com

Jeanmarie Baer
                on behalf of Creditor Wichita County jbaer@pbfcm.com

Jeffrey Kurtzman
                on behalf of Creditor PREIT Services  LLC, as agent for WG Park, L.P. kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                on behalf of Creditor PREIT Services  LLC, as agent for PR Prince Georges Plaza, LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                on behalf of Creditor PREIT Services  LLC, as agent for Springfield/Delco Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Arnold Dito
                on behalf of Creditor Commons at Issaquah  Inc., a Florida corporation jdito@valinoti-dito.com

Jeffrey M Carbino
                on behalf of Creditor Frontier Lynchburg  LLC Jeffrey@jensenbagnatolaw.com

Jeffrey S. Romanick
                on behalf of Creditor WG Tavern Square Venture LLC jromanick@grddlaw.com  jeff@grddlaw.com

Jennifer J. West
                on behalf of Creditor PPF AMLI 421 West 3rd Street  L.P. jwest@spottsfain.com,
                rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
                om;churley@spottsfain.com

Jennifer Larkin Kneeland
                on behalf of Creditor Google LLC jkneeland@watttieder.com

Jennifer Maria Kappel
                on behalf of Interested Party CR Mount Pleasant  LLC jennifer.kappel@dlapiper.com, Jennifer-kappel-0591@ecf.pacerpro.com

Jennifer McLain McLemore
                on behalf of Creditor Green Hills Mall TRG LLC jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Eastchester Associates Limited Partnership jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Kobie Marketing  Inc. jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor The Paddocks Shops jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Kimco Realty Corporation jmclemore@williamsmullen.com

avaughn@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Starwood Retail Partners LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Commons at Willowbrook Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Causeway LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Arboretum Market Investment Group Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI North Towne LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fairfax Company of Virginia L.L.C. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Valley Square Mall Owner LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Taubman Landlords jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar LPTC LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Brixmor Operating Partnership LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weingarten Realty Investors jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor STRS L3 ACQ1 LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Trademark Property Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor US VI Downey LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Taubman Cherry Creek Shopping Center L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Metropolis Lifestyle Center LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Round Rock Crossings Texas LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC CTCHRNC001 LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Aronov Realty Management Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TKG Logan Town Centre LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

Case 20-33113-KRH    Doc 2159    Filed 05/19/21    Entered 05/20/21 00:13:52    Desc
Imaged Certificate of Notice    Page 13 of 34
District/off: 0422-7                        User: ramirez-l                              Page 11 of 32
Date Rcvd: May 17, 2021                     Form ID: redacttr                            Total Noticed: 6

on behalf of Creditor Route 146 Millbury LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Shops at Rossmoor  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Stone Creek  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Central Avenue Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Green Oak Owner 1  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PGIM Real Estate jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wareham Crossing Capital LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRE Broadway Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor THF D-Charleston Dev.  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Creekside Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor HPC Stonecreek Investors  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Times Square Tower Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LF II Cottonwood LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bayer Retail Company III  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Montebello Town Center Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor HPC Robinhood Investors  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Saucon Valley Lifestyle Center  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Port St. Lucie Landing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Hagan Properties  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CLPF - 600 NMA  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TVO Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7
Date Rcvd: May 17, 2021

User: ramirez-l
Form ID: redacttr

Page 12 of 32
Total Noticed: 6

Jennifer McLain McLemore

on behalf of Creditor The Taubman Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CVM Holdings LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor M&J - Big Waterfront Town Center I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wendy L. Hufford jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Asheville Retail Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC as agent for Cherry Hill Center, LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor State Teachers Retirement Systems of Ohio jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Peachtree Forum I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weingarten Realty Investors and Its Affiliates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar QCM  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Short Hills Associates  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I VII Reno Operating  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor West Farms Mall  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Stonefield Advisors jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor US MJW East Gate VI  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Mall at Short Hills jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ShopOne Centers REIT  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Newbridge  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Urban Edge Properties  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor W-PT Metro Center Owner VIII  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor OCW Retail - Canton  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Galleria Mall Investors LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Vestar RW Tempe Marketplace LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor The Macerich Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor The Rainier Companies jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor WRI Ridgeway  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Federal Realty Investment Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Acadia Realty Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor IRC Skokie Fashion Square II  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Auburn Mall  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor NW Blakeney Retail  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor ARC TSKCYMO001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor NED Altoona LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Leeds Retail Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor W/S Smithfield Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Centennial Real Estate Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Apollo Global Management jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor The Wilder Companies jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Sandhill Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor The Ohio State Teachers Retirement System jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor IRC Rochester Marketplace  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

    on behalf of Creditor Bayer Retail Company  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Goldman Sachs Realty Management  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC SWWMGPA001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Bradley Commons  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agent for PR Springfield Delco Limited Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TKG Nordhoff - Tampa Plaza LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Dolphin Mall Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor DDR Deer Park Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor HMC PT Poplar Creek Crossing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor JCC California Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CenterCal Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 145 Great Road  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PZ Miracle GL LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC NWNCHSC001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor West Acres Development  LLP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I VII Retail Carriage LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Berengaria Development jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bradley Fair Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor River Park Properties II  a California Limited Partnership jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Philbrook Avenue Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Watters Creek Owner  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kite West 86th Street  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor THF Greengate Development  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar Orchard Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC RBASHNC001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Portofino  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Transfair USA d/b/a Fair Trade USA jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Baldwin Commons  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Epps Bridge Centre Property Co.  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Rampart  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tamarack Village Shopping Center  a Limited Partnership jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Rich-Taubman Associates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 447 Fulton LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Chapel Hill Shopping Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bear Valley Partners  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Southland Mall Annex  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agent for PR Exton Square Property LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor MCA Promenade Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agant for PR Plymouth Meeting Limited Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor VORH Associates  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor SyWest Development LLC  Authorized Agent for Sy Howe Arden LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Market Street Retail South LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Gardens on El Paseo LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Seayco-THF Eastside Market Shops  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Cambridgeside Galleria Associates Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Palm Beach Mall Holdings LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI Mueller  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor EDENS jmclemore@williamsmullen.com  avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NADG/SG Riverdale Village LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC NPHUBOH001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PR 150 Roosevelt Shops LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Deutsche Asset & Wealth Management jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NED Little Rock LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Ashville Retail Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Las Vegas Centennial Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Legacy Place Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor M&J Wilkow Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Kingwood Commons  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Embarcadero Center Associates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Greenberg Gibbons jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Fort Smith  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Route 140 School Street LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wayside Commons Investors LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CH Shoppes  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Urban Retail Properties jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 1301 East Gladstone Street Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CSHV Crossroads  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weitzman Group jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Metronational Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tampa Westshore Associates Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC MCLVSNV001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Gerrity Group jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Garden City Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Forbes Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Four Embarcadero Venture jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Three Embarcadero Center Venture jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC PRLAWKS001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Cool Springs  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Glendale Centre  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Louisville I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor GEM Realty Capital  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Sunvalley Shopping Center LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor UBS Realty Investors LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Plaza Internacional Puerto Rico LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TB Mall at UTC  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                     User: ramirez-l                        Page 18 of 32
Date Rcvd: May 17, 2021                   Form ID: redacttr                    Total Noticed: 6

Jennifer McLain McLemore

on behalf of Creditor CE Boulevard Phase I LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ST Mall Owner LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Shary Retail Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bear Valley Partners jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor State Teachers Retirement of Ohio jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Warwick Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Palm Beach Outlets I LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Applied Predictive Technologies Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI Trautmann L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Retail Properties of America Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fort Union Shopping Center LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Southlands TC LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Mankato Heights L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I IX Kildeer LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Draper Peaks LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weingarten Nostat Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor BP Prucenter Acquisition LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC SWWCHOH001 LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fairlane 28 LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor SIMA Management Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Valparasio Walk L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                          User: ramirez-l                          Page 19 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                        Total Noticed: 6

Jennifer McLain McLemore
                on behalf of Creditor KRG/Atlantic Delray Beach  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor W/S Wareham Properties LLC jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor KRE Colonie Owner LLC jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Lightman Cool Springs  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Thoroughbred Village  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor Vestar DRM OPCO  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor G&I IX Palm Valley Pavilions  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor W/S Peak Canton Properties LLC jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor KRG Shops at Moore  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor YTC Mall Owner  LLC jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
                on behalf of Creditor W/S/M Hingham Properties LLC jmclemore@williamsmullen.com
                avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer V. Doran
                on behalf of Creditor Nod Brook Owner  LLC jdoran@hinckleyallen.com, calirm@haslaw.com

Joaquin Jose Alemany
                on behalf of Creditor Plaza Las Americas  Inc. joaquin.alemany@hklaw.com

Joel R Glucksman
                on behalf of Creditor A. Bonaduce  Inc. d/b/a EBS Builders jglucksman@sh-law.com

John D. McIntyre
                on behalf of Creditor Poong In Trading Co.  Ltd. jmcintyre@mcintyrestein.com, wedwards@mcintyrestein.com

John E. Lucian
                on behalf of Creditor Hansae Co. Ltd. lucian@blankrome.com

John E. Lucian
                on behalf of Creditor Apparel Manufacturing Partners Inc. lucian@blankrome.com

John E. Lucian
                on behalf of Creditor Sae-A Trading Co.  Ltd. lucian@blankrome.com

John H. Maddock III
                on behalf of Creditor Midwood Management Corp. jmaddock@mcguirewoods.com

John H. Maddock III
                on behalf of Creditor Midwood Landlords jmaddock@mcguirewoods.com

John H. Maddock III
                on behalf of Creditor Cord Meyer Development LLC jmaddock@mcguirewoods.com

John H. Maddock III
                on behalf of Creditor TBG State Street LLC jmaddock@mcguirewoods.com

John Kuropatkin Roche
                on behalf of Creditor Fox Run Mall  LLC jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor U.S. Bank NA  Trustee, as successor-in-interest to Bank of America, NA, successor by merger to LaSalle Bank NA, as Trustee for Bear Stearns Commercial Mortgage Securities Inc., CMPTC, Series 2007-TOP2 jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor Workday  Inc. jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor 601 Texas Road LLC jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John M. Craig

on behalf of Creditor Freeport Retail  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Baltimore Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor PGS Burlington  LLC/Tower Burlington Commons, LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Florida Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Tucson Electric Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Taylor Square Owner  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor San Diego Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Ohio Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Arizona Public Service Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Tampa Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Potomac Electric Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor American Electric Power johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor New York State Electric and Gas Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor NStar Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Rochester Gas & Electric Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor West Penn Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Toledo Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Winter Park Town Center  Ltd. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Yankee Gas Services Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Orange and Rockland Utilities  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Delmarva Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Freeport Premium LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Georgia Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor PECO Energy Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio johncraigg@aol.com
russj4478@aol.com

John M. Craig

on behalf of Creditor Public Service Company of New Hampshire johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Connecticut Light & Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Gulf Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Potomac Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Oklahoma Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor AEP Energy  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Monongahela Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Pennsylvania Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor TECO Peoples Gas System johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Shulport LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Freeport Retail LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor KeySpan Energy Delivery Long Island johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor KeySpan Energy Delivery New York johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Metropolitan Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Penland Freeport LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Pennsylvania Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Narragansett Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Sacramento Municipal Utility District johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Midland South Development Co.  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor PSEG Long Island johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Central Maine Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Boston Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Massachusetts Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia johncraigg@aol.com
russj4478@aol.com

John M. Craig

on behalf of Creditor NStar Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, as Tenants in Common johncraigg@aol.com,
russj4478@aol.com

District/off: 0422-7                                   User: ramirez-l                                    Page 22 of 32
Date Rcvd: May 17, 2021                               Form ID: redacttr                                   Total Noticed: 6

John M. Craig
                on behalf of Creditor Niagara Mohawk Power Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Atlantic City Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Colonial Gas Cape Cod johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Jersey Central Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor The Cleveland Electric Illuminating Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor NStar Electric Company  Western Massachusetts johncraigg@aol.com, russj4478@aol.com

John M. Craig
                on behalf of Creditor Casto-Oakbridge Venture Ltd. johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Public Service Electric and Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Constellation NewEnergy  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig
                on behalf of Creditor Park West Village Phase III  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig
                on behalf of Creditor Consolidated Edison Company of New York  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig
                on behalf of Creditor Salt River Project johncraigg@aol.com  russj4478@aol.com

John M. Craig
                on behalf of Creditor Commonwealth Edison Company johncraigg@aol.com  russj4478@aol.com

John P. Fitzgerald, III
                USTPRegion04.RH.ECF@usdoj.gov

Jonathan A. Grasso
                on behalf of Creditor Bellevue Square Merchants' Association jon@piercemccoy.com

Jonathan A. Grasso
                on behalf of Creditor Bellevue Square  LLC jon@piercemccoy.com

Jonathan Baird Vivona
                on behalf of Creditor Diane Hoffman jvivona@vpbklaw.com  notices@vpbklaw.com

Joseph D. Frank
                on behalf of Creditor Experian Marketing Solutions  LLC jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph H. Lemkin
                on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Justin Michael Sizemore
                on behalf of Creditor Sundance Square Partners  L.P. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com

Justin Ronald Glenn
                on behalf of Creditor SP Bossier  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor Premier Centre  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor River Chase Shopping Center  L.L.C. as successor in interest to S. M. South, L.L.C.
                Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor Hammond Square  L.L.C. as successor in interest to Palace Properties, L.L.C. Justin.glenn@arlaw.com,
                vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor Fremaux Town Center SPE  L.L.C. as successor in interest to Slidell Development Company, L.L.C.
                Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor Stirling Lafayette  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
                on behalf of Creditor Eastgate Associates  LLC Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn

on behalf of Creditor MacArthur Village SPE  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn

on behalf of Creditor TC Crossing  L.L.C. as successor in interest to KIMCO Hattiesburg L.P. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Karl A. Moses, Jr.

on behalf of Creditor Cheetah Digital  Inc. f/k/a Experian Marketing Solutions, Inc. kmoses@spottsfain.com, jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com ;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Akamai Technologies  Inc. kmoses@spottsfain.com, jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com ;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Asprey  Inc. kmoses@spottsfain.com, jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com ;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Duke Energy Indiana  LLC, Duke Energy Carolinas, LLC; Duke Energy Progress, LLC; Duke Energy Florida, LLC; Duke Energy Ohio, Inc; Duke Energy Kentucky, Inc.; and Piedmont Natural Gas Company kmoses@spottsfain.com, jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com ;churley@spottsfain.com

Kathryn R. Montgomery

on behalf of U.S. Trustee John P. Fitzgerald  III Kathryn.Montgomery@usdoj.gov

Kevin A. Lake

on behalf of Creditor The "Local Texas Taxing Authorties " comprised of: Allen, Allen ISD, Angelina County, Bexar County, Cameron County, Carrollton, Cypress-Fairbanks ISD, Dallas County, Ector CAD,et al. klake@mcdonaldsutton.com

Kevin M Capuzzi

on behalf of Creditor PPG Shadow Real Estate LLC  a Delaware limited liability company kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M Capuzzi

on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Newman

on behalf of Creditor RPT Realty  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor National Realty & Development Corporation knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Horizon Group Properties  Inc. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor DLC Management Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Rivercrest Realty Associates  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor SITE Centers Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Pyramid Management Group  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kristen N. Pate

on behalf of Creditor Brookfield Properties Retail  Inc. bk@brookfieldpropertiesretail.com

Kyle Russell Hosmer

on behalf of Creditor PLD USLV Alessandro DC  LP (f/k/a IPT Alessandro DC, LP) kyle.hosmer@faegredrinker.com, dorothy.bailey@faegredrinker.com

Laura J Monroe

on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com

Laura J Monroe

on behalf of Creditor Midland County lmbkr@pbfcm.com

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue laura.mccloud@ag.tn.gov

Leonidas Koutsouftikis
on behalf of Creditor Bey Lea Joint Venture lkouts@magruderpc.com  mcook@magruderpc.com

Leonidas Koutsouftikis
on behalf of Creditor WRIT 1140 CT  LLC lkouts@magruderpc.com, mcook@magruderpc.com

Lindsey M. Harrison Madgar
on behalf of Creditor Cafaro Management Company LMADGAR@CAFAROCOMPANY.COM
RDAVIS@CAFAROCOMPANY.COM

Lisa Hudson Kim
on behalf of Creditor The Macerich Company lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim
on behalf of Creditor Pyramid Management Group  LLC lhkim@kaufcan.com,
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim
on behalf of Creditor Federal Realty Investment Trust lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Louis F. Solimine
on behalf of Interested Party Corpus Christi Retail Venture LP Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Mustang LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party River Ridge Mall JV LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party OKC Outlets I LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI Huntsville LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Ontario LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI MSW LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party TMP SRE I LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI Miracle Mile LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party Peoria New Mall LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Boardwalk LLC Louis.solimine@thompsonhine.com

Lynn L. Tavenner
on behalf of Creditor Equity Alliance of Canton Developer Parcel  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Washington Prime Group Inc. ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor DIV Cranberry  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Millennium Livonia  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor PFP 4 Outlets  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Gazit Horizons (Marketplace) LLC ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Marguerite Lee DeVoll
on behalf of Creditor Google LLC mdevoll@watttieder.com  zsyed@watttieder.com

Marvin E Sprouse, III
on behalf of Creditor LCFRE Sugar Land Town Square  LLC msprouse@sprousepllc.com

Mary F. Caloway
on behalf of Creditor Kendall Village Associates Ltd. mary.caloway@bipc.com,
sherry.fornwalt@bipc.com;donna.curcio@bipc.com

Michael D. Mueller
on behalf of Creditor Evansville Associates LP mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Rochester Marketplace L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Skokie Fashion Square II L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Kobie Marketing Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Lake George Northway LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor MCA Promenade Owner LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Stone Creek L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Northway Outlets LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Greenwood Place Commons LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Castleton Shoppes LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor West Acres Development LLP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor G&I IX Palm Valley Pavilions LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Fort Smith L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Paoli Shopping Center Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Mankato Heights L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor W-PT Metro Center Owner VIII L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor HMC PT Poplar Creek Crossing LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor IRC Valparasio Walk L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor G&I IX Kildeer LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Creditor Coliseum Shoppes LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
> on behalf of Creditor IRC Bradley Commons  L.L.C. mmueller@williamsmullen.com,
> avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael E. Hastings
> on behalf of Creditor Premier Brands Justice LLC mhastings@woodsrogers.com  jmartin@woodsrogers.com

Michael E. Hastings
> on behalf of Creditor Lakewood Associates  LLC mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael E. Hastings
> on behalf of Creditor Bella Terra Associates  LLC mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael E. Hastings
> on behalf of Creditor Champion Retail Services  Inc. mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael Gregory Wilson
> on behalf of Creditor Fremaux Town Center SPE  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor Eastgate Associates  L.P. mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor 149 5th Ave. Corp. mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor TC Crossing  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor Premier Centre  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor Stirling Lafayette  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor North Riverside Plaza LP mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor River Chase Shopping Center  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Creditor PREP Hillside Real Estate LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
> on behalf of Interested Party Premium Apparel LLC mike@mgwilsonlaw.com

Michael Zachary Bluestone
> on behalf of Creditor Korea Trade Insurance Corporation mzb@bluestonelaw.com

Michelle E Shriro
> on behalf of Creditor RED Development LLC mshriro@singerlevick.com  scotton@singerlevick.com

Mickee M Hennessy
> on behalf of Interested Party Austin Corner Associates Inc. mhennessy@westermanllp.com

Nancy H Hamren
> on behalf of Interested Party Sil-Way LLC nhamren@coatsrose.com  tfritsche@coatsrose.com

Neil E. McCullagh
> on behalf of Creditor 156 Fifth Avenue Corp. nmccullagh@spottsfain.com
> eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;churley@spottsfain.com

Nicole Cane Kenworthy
> on behalf of Creditor Prince George's County  Maryland bdept@mrrlaw.net

Nicole Cane Kenworthy
> on behalf of Creditor Charles County  Maryland bdept@mrrlaw.net

Nisha Ryan Patel
> on behalf of Creditor Dakota UPREIT Limited Partnership npatel@dunlaplawplc.com
> stingle@dunlaplawplc.com;DL@ecf.courtdrive.com;attorneynrp@gmail.com

Norman N Kinel
> on behalf of Interested Party Tainan Enterprises Co.  Ltd. norman.kinel@squirepb.com,
> sarah.conley@squirepb.com;norman-kinel-4300@ecf.pacerpro.com

Olya Antle
> on behalf of Debtor Catalog Seller LLC oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
> on behalf of Debtor CCTM  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

User: ramirez-l
Date Rcvd: May 17, 2021    Form ID: redacttr    Total Noticed: 6

Olya Antle
on behalf of Debtor Charming Shoppes of Delaware  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor ASNA Value Fashion LLC oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Catherines #5124  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Ascena Retail Holdings  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Sales Co. Four  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Ascena Trade Services  LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor BackingBrands Solutions  LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor AnnTaylor Retail  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor C.S.F. Corp. oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor AnnCo  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Catherines #5147  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Catherines  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor 933 Inspiration LLC oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor BackingBrands Buying Agent  LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Sales Co. Three  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor AnnTaylor Distribution Services  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor ANN  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor AnnTaylor of Puerto Rico  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Sales Co. Two  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Catherines Stores Corporation oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Sales Co. One  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor AnnTaylor  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Shoppes Seller  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Retail Group  Inc., et al. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor ANN Card Services  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Debtor Charming Shoppes Receivables Corp. oantle@cooley.com  efiling-notice@ecf.pacerpro.com

Olya Antle
on behalf of Other Professional Jackson Square Advisors LLC  in its capacity as the Plan Administrator oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

District/off: 0422-7                          User: ramirez-l                                    Page 28 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                                  Total Noticed: 6

| | |
|---|---|
| | on behalf of Debtor Catalog Receivables LLC oantle@cooley.com efiling-notice@ecf.pacerpro.com |
| Olya Antle | |
| | on behalf of Debtor ASNA Plus Fashion Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com |
| Owen M. Sonik | |
| | on behalf of Creditor Brazoria County Tax Office et al osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Patrick Collins | |
| | on behalf of Creditor Cord Meyer Development LLC pcollins@farrellfrotz.com |
| Patrick William Carothers | |
| | on behalf of Creditor Karle International Private Limited pcarothers@leechtishman.com ghauswirth@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Patrick William Carothers | |
| | on behalf of Creditor Poong In Trading Co. Ltd. pcarothers@leechtishman.com, ghauswirth@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Union Station Venture II LLC paul@zemanianlaw.com megan@zemanianlaw.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Brazoria County Tax Office et al paul@zemanianlaw.com, megan@zemanianlaw.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Texas Taxing Authorities paul@zemanianlaw.com megan@zemanianlaw.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Levin Management Corporation paul@zemanianlaw.com megan@zemanianlaw.com |
| Paul G Jennings | |
| | on behalf of Creditor Pine Street Flats LLC pjennings@bassberry.com, bankr@bassberry.com |
| Paul W Carey | |
| | on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com |
| Peter C. D'Apice | |
| | on behalf of Creditor BBK Easton Office LLC dapice@sbep-law.com |
| Peter J. Barrett | |
| | on behalf of Interested Party Bluestar Alliance LLC peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |
| Peter J. Barrett | |
| | on behalf of Interested Party Justice Brand Holdings LLC peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |
| Rebecca Lynn Dannenberg | |
| | on behalf of Creditor LRC Mentor Investors LLC rdannenberg@fandpnet.com |
| Richard E. Lear | |
| | on behalf of Creditor Plaza Las Americas Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com |
| Robert Radasevich | |
| | on behalf of Creditor M&J - Big Waterfront Town Center I LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor CH Shoppes LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor Southlands TC LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor PZ Miracle GL LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor US MJW East Gate VI LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor M&J Wilkow Properties LLC rradasevich@nge.com |
| Robert A. Canfield | |
| | on behalf of Creditor Jane R. Moe bcanfield@canfieldbaer.com jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com |
| Robert M. Marino | |
| | on behalf of Interested Party Fullbeauty Brands Operations LLC rmmarino@rpb-law.com, rmmarino1@aol.com |
| Robert P. McIntosh | |
| | on behalf of Creditor United States of America Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov |

Robert S. Westermann
on behalf of Interested Party Ascena GUC Trust rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann
on behalf of Creditor Committee Official Committee of Unsecured Creditors rwestermann@hf-law.com  rhenderson@hf-law.com

Robyn Danielle Pepin
on behalf of Creditor Marple XYZ Associates  L.P. rpepin@glasserlaw.com, pjmecf@glasserlaw.com

Ronald A. Page, Jr.
on behalf of Creditor SP Bossier  L.L.C. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor TC Crossing  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor Stirling Lafayette  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor North Riverside Plaza LP rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor Premier Centre  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Interested Party Joel Patterson and Michaella Corporation rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor Eastgate Associates  L.P. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor Fremaux Town Center SPE  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
on behalf of Creditor River Chase Shopping Center  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald E Gold
on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com
awebb@fbtlaw.com;eseverini@fbtlaw.com;khardison@fbtlaw.com

Ronald J. Drescher
on behalf of Creditor Christine Clark ecfdrescherlaw@gmail.com  myecfdrescher@gmail.com,284@notices.nextchapterbk.com

Ronald M. Tucker
on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Roy M. Terry, Jr.
on behalf of Creditor Lionel Savadove roymterry@gmail.com

Scott W. Foley
on behalf of Creditor 171 East 84th Owners LLC swf@shapirosher.com
ajs@shapirosher.com;msw@shapirosher.com;ejd@shapirosher.com

Shannon J. Briglia
on behalf of Creditor Berkley Insurance Company sjbriglia@smithcurrie.com
lrosenberg@smithcurrie.com;krayome@smithcurrie.com,lchung@smithcurrie.com

Shannon J. Briglia
on behalf of Creditor Berkley Regional Insurance Company sjbriglia@smithcurrie.com
lrosenberg@smithcurrie.com;krayome@smithcurrie.com,lchung@smithcurrie.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sophia A Plank
on behalf of Creditor C & B #3  LLC spernaplank@jaspanllp.com

Sophia A Plank
on behalf of Creditor S.A. Development Group  L.P. spernaplank@jaspanllp.com

Sophia A Plank
on behalf of Creditor Forum Lone Star  L.P. spernaplank@jaspanllp.com

Sophia A Plank
on behalf of Creditor AVR CPC Associates  LLC spernaplank@jaspanllp.com

Stacy L Newman
on behalf of Creditor RetailMeNot  Inc. snewman@ashbygeddes.com, ahrycak@ashbygeddes.com

Stan D Smith
on behalf of Creditor Acxiom LLC ssmith@mwlaw.com  jcearley@mwlaw.com

Stephen A. Metz

| | |
|---|---|
| | on behalf of Creditor Simon Property Group  Inc. smetz@offitkurman.com, mmargulies@offitkurman.com |
| Stephen A. Metz | |
| | on behalf of Creditor Saul Holdings Limited Partnership smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen A. Metz | |
| | on behalf of Creditor Thruway Shopping Center LLC smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen B. Selbst | |
| | on behalf of Creditor Gazit Horizons (Marketplace) LLC sselbst@herrick.com |
| Stephen W Spence | |
| | on behalf of Creditor Bear Valley Partners  LP sws@bmbde.com |
| Steven Allen Neeley, Jr. | |
| | on behalf of Creditor TierPoint  LLC steve.neeley@huschblackwell.com, julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com |
| Steven Allen Neeley, Jr. | |
| | on behalf of Creditor CBL & Associates Management  Inc. steve.neeley@huschblackwell.com, julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com |
| Steven F. Jackson | |
| | on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov |
| Steven R Schlesinger | |
| | on behalf of Creditor C & B #3  LLC sschlesinger@jaspanllp.com, smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com |
| Steven W. Kelly | |
| | on behalf of Creditor Wilson Gardens Havana  LLC skelly@s-d.com |
| Steven W. Kelly | |
| | on behalf of Creditor CPBP-VII Associates  L.P. skelly@s-d.com |
| Tara LeDay | |
| | on behalf of Creditor Texas Taxing Authorities cary.cain@mvbalaw.com bankruptcy@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mbalaw.com;alocklin@mvbalaw.com;kmorriss@mvbalaw.com;kmorriss@mvbalaw.com;jwilliams@mvbalaw.com |
| Tara B. Annweiler | |
| | on behalf of Creditor American National Insurance Company tannweiler@greerherz.com |
| Thomas C Wolford | |
| | on behalf of Creditor M&J Wilkow Properties  LLC twolford@nge.com, mmirkovic@nge.com |
| Thomas C Wolford | |
| | on behalf of Creditor CH Shoppes  LLC twolford@nge.com, mmirkovic@nge.com |
| Thomas C Wolford | |
| | on behalf of Creditor M&J - Big Waterfront Town Center I  LLC twolford@nge.com, mmirkovic@nge.com |
| Thomas C Wolford | |
| | on behalf of Creditor PZ Miracle GL LLC twolford@nge.com  mmirkovic@nge.com |
| Thomas C Wolford | |
| | on behalf of Creditor US MJW East Gate VI  LLC twolford@nge.com, mmirkovic@nge.com |
| Thomas C Wolford | |
| | on behalf of Creditor Southlands TC LLC twolford@nge.com  mmirkovic@nge.com |
| Thomas Francis Murphy | |
| | on behalf of Creditor The Realty Associates Fund X  L.P. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com |
| Thomas Francis Murphy | |
| | on behalf of Attorney Friedlander Misler  PLLC tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com |
| Thomas John McKee, Jr. | |
| | on behalf of Creditor RCPI LANDMARK PROPERTIES  L.L.C. mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | |
| | on behalf of Counsultant SB360 Capital Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | |
| | on behalf of Creditor ADP  Inc. as successor to ADP, LLC mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | |
| | on behalf of Creditor Invesco Advisors  Inc. mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas Joseph Moran | |

District/off: 0422-7                          User: ramirez-l                              Page 31 of 32
Date Rcvd: May 17, 2021                       Form ID: redacttr                            Total Noticed: 6

on behalf of Creditor MCPP Cascade Station I  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Creditor A-Loop  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Creditor Eden Prairie Center  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Creditor REEP-RTL DTC VA LLC tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Creditor MLM Chino Property  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas S Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Tracey Michelle Ohm

on behalf of Creditor Vulcan Properties  Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com

Tracey Michelle Ohm

on behalf of Creditor 850 Third Avenue Owner LLC tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tyler P. Brown

on behalf of Unknown JPMORGAN CHASE BANK  N.A. tpbrown@huntonak.com, tcanada@huntonak.com

Vanessa Peck Moody

on behalf of Creditor Legacy Place Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor NED Altoona LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Philbrook Avenue Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Cambridgeside Galleria Associates Trust vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Asheville Retail Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Capital Augusta Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Warwick Mall Owner LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor W/S Peak Canton Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Wareham Crossing Capital LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Garden City Owner LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Route 146 Millbury LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor W/S/M Hingham Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor W/S Smithfield Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor NED Little Rock LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Bradley Fair Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Market Street Retail South LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Route 140 School Street LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Palm Beach Mall Holdings LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody

on behalf of Creditor Three Embarcadero Center Venture vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

District/off: 0422-7

User: ramirez-l

Date Rcvd: May 17, 2021

Form ID: redacttr

Victor A Sahn

on behalf of Creditor Asprey  Inc. vsahn@sulmeyerlaw.com

Victor A Sahn

on behalf of Creditor Denimatrix  LLC vsahn@sulmeyerlaw.com

Victor A Sahn

on behalf of Creditor Axis NA  LLC vsahn@sulmeyerlaw.com

Victor W. Newmark

on behalf of Creditor Wekiva Square  LLC bankruptcy@evict.net

Victor W. Newmark

on behalf of Creditor PR Avalon Phase 1 Owner  LLC bankruptcy@evict.net

Victor W. Newmark

on behalf of Creditor Cross Country Plaza  LLC bankruptcy@evict.net

Victor W. Newmark

on behalf of Creditor Coro North Point  LLC bankruptcy@evict.net

William A. Broscious

on behalf of Creditor Goldman Sachs Bank USA wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor SAP Industries  Inc. fka SAP Retail Inc. wbroscious@brosciouslaw.com

William J Levant

on behalf of Creditor Marple XYZ Associates wlevant@kaplaw.com

TOTAL: 746