| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | Olya Antle (VSB 83153) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 601 Lexington Avenue | Washington, DC 20004-2400 |
| New York, New York 10022 | Telephone:     (202) 842-7800 |
| Telephone:     (212) 446-4800 | Facsimile:      (202) 842-7899 |
| Facsimile:      (212) 446-4900 | |

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Co-Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (KRH) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL ORDER SUSTAINING
DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS
(PARTIALLY SATISFIED CLAIMS)**

Upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (collectively, the "Debtors") for entry of an order (this "Order"), disallowing, expunging, and modifying portions of the claims set forth on **Schedule 1** attached hereto, all as more fully set forth in the Objection; and upon the Esposito Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the*

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

*United States District Court for the Eastern District of Virginia*, dated August 15, 1984; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Administrative Portion of each of the Partially Satisfied Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged; *provided* that this Order will not affect the unsecured amounts identified on **Schedule 1** attached hereto in the column titled "Modified Claims." All parties' rights are reserved with respect to the Modified Claims, including the GUC Trust's rights to object to the unsecured amounts identified on **Schedule 1**.

3. The objection to the Administrative Portion of each Partially Satisfied Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each such Claim. Any stay of this Order pending appeal by any claimant subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

4.     The Claims Agent is authorized and directed to modify the claims register in accordance with entry of the relief granted in this Order.

5.     Nothing in this Order shall affect the Debtors' right to object to any of the Proofs of Claim at a future date.

6.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party in interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party in interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens.  Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party in interest's rights to subsequently dispute such claim.

7.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 28 2021
Richmond, Virginia

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered On Docket: May 28 2021

WE ASK FOR THIS:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | /s/ *Cullen D. Speckhart* |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **COOLEY LLP** |
| Edward O. Sassower, P.C. | Cullen D. Speckhart (VSB 79096) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | Olya Antle (VSB 83153) |
| 601 Lexington Avenue | 1299 Pennsylvania Avenue, NW, Suite 700 |
| New York, New York 10022 | Washington, DC 20004-2400 |
| Telephone:    (212) 446-4800 | Telephone:    (202) 842-7800 |
| Facsimile:    (212) 446-4900 | Facsimile:    (202) 842-7899 |
| -and- | |
| John R. Luze (admitted *pro hac vice*) | |
| 300 North LaSalle | |
| Chicago, Illinois 60654 | |
| Telephone:    (312) 862-2000 | |
| Facsimile:    (312) 862-2200 | |

*Co-Counsel to the Reorganized Debtors*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        /s/ *Cullen D. Speckhart*

## Schedule 1

**Partially Satisfied Claims**

Retail Group, Inc. 20-33113 (KRH)
Fourteenth Omnibus Claims Objection
Schedule 1 - Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BMA NORTH VILLAGE, LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FLOOR WILMINGTON, DE 19801-3034 | 3129 | Lane Bryant, Inc. | Administrative | $1,693.55 | Lane Bryant, Inc. | Administrative | $0.00 |
| | | | Lane Bryant, Inc. | Unsecured | $18,046.24 | Lane Bryant, Inc. | Unsecured | $18,046.24 |
| | | | | Subtotal | $19,739.79 | | Subtotal | $18,046.24 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 2 | BRE RETAIL RESIDUAL OWNER 1, LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FL WILMINGTON, DE 19801 | 4573 | Tween Brands, Inc. | Administrative | $2,452.06 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $76,811.02 | Tween Brands, Inc. | Unsecured | $76,811.02 |
| | | | | Subtotal | $79,263.08 | | Subtotal | $76,811.02 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 3 | BRE RETAIL RESIDUAL OWNER 1, LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FL WILMINGTON, DE 19801 | 4610 | Tween Brands, Inc. | Administrative | $5,128.89* | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $281,887.59* | Tween Brands, Inc. | Unsecured | $281,887.59* |
| | | | | Subtotal | $287,016.48* | | Subtotal | $281,887.59* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 4 | BRIXMOR GA FASHION CORNER, LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FL WILMINGTON, DE 19801 | 4607 | Catherines, Inc. | Administrative | $1,303.19* | Catherines, Inc. | Administrative | $0.00 |
| | | | Catherines, Inc. | Unsecured | $39,275.11* | Catherines, Inc. | Unsecured | $39,275.11* |
| | | | | Subtotal | $40,578.30* | | Subtotal | $39,275.11* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 5 | BRIXMOR HOLDINGS 10 SPE, LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FL WILMINGTON, DE 19801 | 4591 | Catherines, Inc. | Administrative | $2,792.37 | Catherines, Inc. | Administrative | $0.00 |
| | | | Catherines, Inc. | Unsecured | $150,912.32 | Catherines, Inc. | Unsecured | $150,912.32 |
| | | | | Subtotal | $153,704.69 | | Subtotal | $150,912.32 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Retail Group, Inc. 20-33113 (KRH)
Fourteenth Omnibus Claims Objection
Schedule 1 - Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | BRIXMOR WARMINSTER SPE LLC C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FL WILMINGTON, DE 19801 | 4570 | Tween Brands, Inc. | Administrative | $3,340.07 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $173,220.71 | Tween Brands, Inc. | Unsecured | $173,220.71 |
| | | | | Subtotal | $176,560.78 | | Subtotal | $173,220.71 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 7 | CP VENTURE FIVE - AWC LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 1400 LOS ANGELES, CA 90067-2915 | 4603 | Tween Brands, Inc. | Administrative | $15,011.43 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $34,540.77 | Tween Brands, Inc. | Unsecured | $34,540.77 |
| | | | | Subtotal | $49,552.20 | | Subtotal | $34,540.77 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 8 | EAST MESA MALL, L.L.C. BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 1400 LOS ANGELES, CA 90067-2915 | 4598 | Tween Brands, Inc. | Administrative | $15,281.27 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $144,818.30 | Tween Brands, Inc. | Unsecured | $144,818.30 |
| | | | | Subtotal | $160,099.57 | | Subtotal | $144,818.30 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 9 | FREDERICK J. MENO, SOLELY IN HIS CAPACITY AS RECEIVER WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC MATTHEW I. KRAMER, ESQ. 2601 S BAYSHORE DRIVE, SUITE 1500 MIAMI, FL 33133 | 3164 | Tween Brands, Inc. | Administrative | $1,270.17 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $17,996.38 | Tween Brands, Inc. | Unsecured | $17,996.38 |
| | | | | Subtotal | $19,266.55 | | Subtotal | $17,996.38 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 10 | MARLTON PLAZA ASSOCIATES, L.P. C/O BALLARD SPAHR LLP ATTN: LESLIE C. HEILMAN, ESQ. 919 N. MARKET STREET, 11TH FLOOR WILMINGTON, DE 19801-3034 | 3038 | Tween Brands, Inc. | Administrative | $3,407.03* | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $112,678.76* | Tween Brands, Inc. | Unsecured | $112,678.76* |
| | | | | Subtotal | $116,085.79* | | Subtotal | $112,678.76* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Retail Group, Inc. 20-33113 (KRH)
Fourteenth Omnibus Claims Objection
Schedule 1 - Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | NEW PLAN HAMPTON VILLAGE LLC<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | 3068 | Tween Brands, Inc. | Administrative | $1,839.84 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $56,726.04 | Tween Brands, Inc. | Unsecured | $56,726.04 |
| | | | | Subtotal | $58,565.88 | | Subtotal | $56,726.04 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 12 | NEW PLAN PROPERTY HOLDING COMPANY<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3205 | Tween Brands, Inc. | Administrative | $1,248.62* | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $28,590.67* | Tween Brands, Inc. | Unsecured | $28,590.67* |
| | | | | Subtotal | $29,839.29* | | Subtotal | $28,590.67* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 13 | NEW PLAN PROPERTY HOLDING COMPANY<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FL<br>WILMINGTON, DE 19801 | 4575 | Catherines, Inc. | Administrative | $2,059.73* | Catherines, Inc. | Administrative | $0.00 |
| | | | Catherines, Inc. | Unsecured | $121,418.39* | Catherines, Inc. | Unsecured | $121,418.39* |
| | | | | Subtotal | $123,478.12* | | Subtotal | $121,418.39* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 14 | NEWBRIDGE, LLC<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801-3034 | 2987 | Lane Bryant, Inc. | Administrative | $3,749.88* | Lane Bryant, Inc. | Administrative | $0.00 |
| | | | Lane Bryant, Inc. | Unsecured | $203,705.00* | Lane Bryant, Inc. | Unsecured | $203,705.00* |
| | | | | Subtotal | $207,454.88* | | Subtotal | $203,705.00* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 15 | POWER & RAY, L.L.C.<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FL<br>WILMINGTON, DE 19801 | 4604 | Catherines #5147, Inc. | Administrative | $2.20* | Catherines #5147, Inc. | Administrative | $0.00 |
| | | | Catherines #5147, Inc. | Unsecured | $113,206.77* | Catherines #5147, Inc. | Unsecured | $113,206.77* |
| | | | | Subtotal | $113,208.97* | | Subtotal | $113,206.77* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Retail Group, Inc. 20-33113 (KRH)
Fourteenth Omnibus Claims Objection
Schedule 1 - Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 16 | PRISA ARBOR LAKES, LLC<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4595 | Tween Brands, Inc. | Administrative | $16,496.67 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $169,856.55 | Tween Brands, Inc. | Unsecured | $169,856.55 |
| | | | | Subtotal | $186,353.22 | | Subtotal | $169,856.55 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 17 | ROUND ROCK CROSSINGS TEXAS, LP<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | 4593 | Catherines, Inc. | Administrative | $2,428.52* | Catherines, Inc. | Administrative | $0.00 |
| | | | Catherines, Inc. | Unsecured | $140,968.43* | Catherines, Inc. | Unsecured | $140,968.43* |
| | | | | Subtotal | $143,396.95* | | Subtotal | $140,968.43* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 18 | RPAI COLLEGE STATION GATEWAY II LIMITED PARTNERSHIP<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4605 | Tween Brands, Inc. | Administrative | $18,556.72 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $161,476.03 | Tween Brands, Inc. | Unsecured | $161,476.03 |
| | | | | Subtotal | $180,032.75 | | Subtotal | $161,476.03 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 19 | SOF-IX PB OWNER, LP<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4228 | Ascena Retail Group, Inc. | Administrative | $1,898.07 | Ascena Retail Group, Inc. | Administrative | $0.00 |
| | | | Ascena Retail Group, Inc. | Unsecured | $32,261.77 | Ascena Retail Group, Inc. | Unsecured | $32,261.77 |
| | | | | Subtotal | $34,159.84 | | Subtotal | $32,261.77 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 20 | STAR-WEST GATEWAY, LLC<br>DUSTIN P. BRANCH, ESQ.<br>BALLARD SPAHR LLP<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4092 | Ascena Retail Group, Inc. | Administrative | $2,514.45 | Ascena Retail Group, Inc. | Administrative | $0.00 |
| | | | Ascena Retail Group, Inc. | Unsecured | $95,613.00 | Ascena Retail Group, Inc. | Unsecured | $95,613.00 |
| | | | | Subtotal | $98,127.45 | | Subtotal | $95,613.00 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Retail Group, Inc. 20-33113 (KRH)
Fourteenth Omnibus Claims Objection
Schedule 1 - Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 21 | VANCOUVER MALL II LLC<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4596 | Tween Brands, Inc. | Administrative | $7,107.04 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $73,756.85 | Tween Brands, Inc. | Unsecured | $73,756.85 |
| | | | | Subtotal | $80,863.89 | | Subtotal | $73,756.85 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 22 | VESTAL SHOPPES LLC<br>C/O BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN, ESQ.<br>919 N. MARKET STREET, 11TH FL<br>WILMINGTON, DE 19801 | 4569 | Catherines #5147, Inc. | Administrative | $2,350.64* | Catherines #5147, Inc. | Administrative | $0.00 |
| | | | Catherines #5147, Inc. | Unsecured | $127,913.50* | Catherines #5147, Inc. | Unsecured | $127,913.50* |
| | | | | Subtotal | $130,264.14* | | Subtotal | $127,913.50* |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 23 | WILTON MALL, LLC<br>DUSTIN P. BRANCH, ESQ<br>BALLARD SPAHR LLP<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 3495 | Ascena Retail Group, Inc. | Administrative | $3,257.82 | Ascena Retail Group, Inc. | Administrative | $0.00 |
| | | | Ascena Retail Group, Inc. | Unsecured | $17,007.58 | Ascena Retail Group, Inc. | Unsecured | $17,007.58 |
| | | | | Subtotal | $20,265.40 | | Subtotal | $17,007.58 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 24 | WILTON MALL, LLC<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 4599 | Tween Brands, Inc. | Administrative | $7,034.21 | Tween Brands, Inc. | Administrative | $0.00 |
| | | | Tween Brands, Inc. | Unsecured | $17,007.58 | Tween Brands, Inc. | Unsecured | $17,007.58 |
| | | | | Subtotal | $24,041.79 | | Subtotal | $17,007.58 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| 25 | ZONA ROSA DEVELOPMENT, LLC<br>BALLARD SPAHR LLP<br>DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067-2915 | 3924 | Ascena Retail Group, Inc. | Administrative | $12,666.20 | Ascena Retail Group, Inc. | Administrative | $0.00 |
| | | | Ascena Retail Group, Inc. | Unsecured | $277,500.24 | Ascena Retail Group, Inc. | Unsecured | $277,500.24 |
| | | | | Subtotal | $290,166.44 | | Subtotal | $277,500.24 |
| | Reason: All administrative asserted liabilities for post-petition lease charges have been paid through the date of the lease rejection. | | | | | | | |
| | | | TOTAL | | $ 2,822,086.24* | TOTAL | | $ 2,687,195.60* |

\* Indicates claim contains unliquidated and/or undetermined amounts