**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:      (202) 842-7800
Facsimile:       (202) 842-7899

*Counsel to the Plan Administrator*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RETAIL GROUP, INC., *et al.*,[1] | ) ) | Case No. 20-33113 (KRH) |
| Reorganized Debtors | ) ) ) | (Jointly Administered) |

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing at which the Court will consider the Debtors' and the Plan Administrator's objections to the claims identified on **Schedule 1** attached hereto and previously scheduled for September 23, 2021, at 1:00 p.m. (prevailing Eastern Time) is adjourned to **October 21, 2021, at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing is scheduled to be heard before the Court by remote video conference. You may register for the Hearing through the following link:

https://www.zoomgov.com/meeting/register/vJItduuuqjMvGXFKut3S6AGMq6gNCchgQSA

**PLEASE TAKE FURTHER NOTICE** that parties who wish to attend the Hearing, but do not intend on participating in the Hearing (listen-only), are not required to register in advance and may attend the Hearing by using the following dial-in numbers:

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

> Phone Number: 1-866-590-5055
> Access Code: 4377075
> Security Code: 102121

**PLEASE BE ADVISED**: THE HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE REORGANIZED DEBTORS OR THE PLAN ADMINISTRATOR **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

Dated: September 21, 2021

*/s/ Olya Antle*
**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:      (202) 842-7800
Facsimile:       (202) 842-7899
Email:              cspeckhart@cooley.com
                        oantle@cooley.com

*Counsel to the Plan Administrator*

## **SCHEDULE 1**

| Omnibus Claims Objection No. | Name of Claimant | Proof(s) of Claim No(s). |
|---|---|---|
| 10th | Wendy Cassidy | 754 |
| 13th | Sapient Corporation and applicable affiliates | 3161, 3089, 3399, 3241 |
| 14th | **Ballard Spahr Landlords**:<br>·     Dogwood Promenade LLC<br>·     University Mall, LLC<br>·     Galleria Mall Investors LP<br>·     MB San Antonio Brooks, L.P.<br>·     Allstate Road (Edens) LLC | <br>4567<br>4560<br>3388<br>4614<br>4559 |
| 17th | Denimatrix, LLC | 2109 |
| 19th | Duke Energy (Indiana) | 4698 |
| 20th | Weingarten Realty Investors | 5574, 5587, 5480, 5603, 5602 |
| 20th | **Ballard Spahr Landlords:**<br>DFG-Mentor Erie Commons LLC<br>Dogwood Promenade LLC<br>MB San Antonio Brooks, L.P.<br>Rainier UTC Acquisitions LLC<br>FR Shoppers World, LLC | <br>5872<br>5585<br>5807<br>5877<br>5772 |
| 20th | STRS L3 ACQ1, LLC | 5718 |
| 21st | **Ballard Spahr Landlords**:<br>RPAI Oswego Gerry Centennial, L.L.C. (Tween Brands)<br>Kitsap Mall, LLC<br>Montebello Town Center Investors, LLC<br>Southlake Indiana, LLC<br>Star-West Franklin Park Mall, LLC<br>Star-West Great Northern Mall, LLC<br>Tysons Corner Holdings, LLC<br>DFG-Mentor Erie Commons LLC | <br>4099<br>4124<br>4117<br>5464<br>5493<br>4227<br>4190<br>4577 |
| 27th | Kobie Marketing, Inc. | 5680, 6364, 5960, 6366 |
| 31st | **KutakRock Landlords**:<br>ARCP MT Abilene TX LLC<br>ARCP MT Bowling Green KY LLC<br>ARCP MT Lawton OK LLC<br>ARCP MT Monroe LA LLC<br>Cole MT Rapid City SD (I) LLC | <br>5641<br>5674<br>5615<br>5604<br>5601 |
| 31st | 330 Madison Associates LLC | 6198 |
| 31st | Centerton Square Owners LLC | 5643 |
| 31st | **Ballard Spahr Landlords**:<br>FR Florida Inc.<br>KRE Colonie Owner LLC<br>Memorial City Mall<br>YTC Mall Owner | <br>5833<br>6240<br>5519<br>5484 |