**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:      (202) 842-7800
Facsimile:      (202) 842-7899

*Co-Counsel to the Reorganized Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (FJS) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

*AMENDED*[2] **AGENDA FOR MATTERS SCHEDULED FOR HEARING ON**
**JANUARY 27, 2022 AT 11:00 A.M. (PREVAILING EASTERN STANDARD TIME)**

The matters listed herein are scheduled to be heard before the Court by remote video conference. You may access the hearing through the following Zoom details:

**https://www.zoomgov.com/j/1604808827**

Meeting ID: 160 480 8827
One tap mobile
+16692545252,,1604808827# US (San Jose)
+16468287666,,1604808827# US (New York)

Dial by your location
+1 669 254 5252 US (San Jose)

---

[1]    A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2]    **Amended items appear in bold.**

+1 646 828 7666 US (New York)
+1 669 216 1590 US (San Jose)
+1 551 285 1373 US
Meeting ID: 160 480 8827

Join by SIP
1604808827@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 480 8827 [INSERT LINK]

Parties who wish to attend the hearing, but do not intend on participating in the hearing (listen-only), may attend the hearing by using the following dial-in numbers:

Phone Number:  866-590-5055
Access Code:  4742669
Security Code:  012722

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on January 27, 2022 at 11:00 a.m. (prevailing Eastern Standard Time) before the Honorable Frank J. Santoro, Chief Bankruptcy Judge:

## I.   MATTERS GOING FORWARD

1.   Case status conference following the status hearing before this Court on January 20, 2022.

Responses: None

Related Documents:

(a)   **Motion for Entry of an Order (A) Supplementing the Chapter 11 Plan and Effectuating the Confirmation Order as of February 25, 2021, Consistent with the District Court's Memorandum Opinion, (B) Ratifying Actions Taken in Reliance on the Confirmation Order, and (C) Granting Related Relief [Docket No. 2562]**; and

(b)   **Notice of Motion and Notice of Hearing for the Reorganized Debtors' Motion for Entry of an Order (A) Supplementing the Chapter 11 Plan and Effectuating the Confirmation Order as of February 25, 2021, Consistent with the District Court's Memorandum Opinion, (B) Ratifying Actions Taken in Reliance on**

2

**the Confirmation Order, and (C) Granting Related Relief [Docket No. 2563]**.

<u>Status</u>: This matter is going forward.

## II.    <u>ADJOURNED OMNIBUS CLAIMS OBJECTIONS</u>

2.      Objections to claims identified on <u>Schedule 1</u> attached hereto and previously scheduled for hearing on January 27, 2022, at 11:00 a.m. (prevailing Eastern Standard Time) are adjourned to the omnibus hearing scheduled for March 31, 2022 at 11:00 a.m. (prevailing Eastern Standard Time).

Except for claims identified on <u>Schedule 1</u>, proposed orders sustaining the *Plan Administrator's Forty-Second Omnibus Objection to Claims (No Liability Claims)* [Docket No. 2531] and the *Plan Administrator's Forty-Third Omnibus Objection to Claims (Incorrect Amount and No Liability Tax Claims)* [Docket No. 2532] will be submitted for the Court's consideration in due course.

**The Court entered an order sustaining** *The Ascena GUC Trust's Tenth Omnibus Objection to Claims (No Liability Claims)* **[Docket No. 2491] at docket number 2561.**

Date: January 26, 2022

|  |  |
|---|---|
|  | /s/ Olya Antle |
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | Olya Antle (VSB 83153) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 601 Lexington Avenue | Washington, DC 20004-2400 |
| New York, New York 10022 | Telephone:    (202) 842-7800 |
| Telephone:    (212) 446-4800 | Facsimile:    (202) 842-7899 |
| Facsimile:    (212) 446-4900 |  |
| -and- |  |
| John R. Luze (admitted *pro hac vice*) |  |
| 300 North LaSalle |  |
| Chicago, Illinois 60654 |  |
| Telephone:    (312) 862-2000 |  |
| Facsimile:    (312) 862-2200 |  |

*Co-Counsel to the Reorganized Debtors*

**<u>SCHEDULE 1</u>**

**The Debtors' and Plan Administrator's Adjourned Omnibus Claims Objections**

| Omnibus Claims Objection No. | Name of Claimant | Proof(s) of Claim No(s). |
|---|---|---|
| 10th | Wendy Cassidy | 754 |
| 14th | **Ballard Spahr Landlords**:<br>Dogwood Promenade LLC | 4567 |
| 20th | Weingarten Realty Investors | 5574, 5587, 5480, 5603, 5602 |
| 20th | **Ballard Spahr Landlords:**<br>Rainier UTC Acquisitions LLC<br>Dogwood Promenade LLC<br>DFG-Mentor Erie Commons LLC | 5877<br>5585<br>5872 |
| 20th | STRS L3 ACQ1, LLC | 5718 |
| 21st | **Ballard Spahr Landlords**:<br>Star-West Franklin Park Mall, LLC<br>DFG-Mentor Erie Commons LLC | 5493<br>4577 |
| 31st | FR Florida, Inc. | 5833 |
| 31st | Centerton Square Owners LLC | 5643 |
| 38th | The Travelers Indemnity Company and its Property Casualty Insurance Affiliates | 1611, 1615 |
| 41st | Gary T. Dinkin<br>Gary T. and Linda Dinkin | 4359<br>5466 |
| 42nd | Duke Energy Ohio | 3777 |
| 43rd | The City and County of Denver | 4893 |
| 43rd | Connecticut Department of Revenue Services | 5170 |

**The Ascena GUC Trust's Adjourned Omnibus Claims Objection**

| Omnibus Claims Objection No. | Name of Claimant | Proof(s) of Claim No(s). |
|---|---|---|
| 9th | MKM Distribution Services, Inc. | 1805 |