| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | Olya Antle (VSB 83153) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 601 Lexington Avenue | Washington, DC 20004-2400 |
| New York, New York 10022 | Telephone:   (202) 842-7800 |
| Telephone:   (212) 446-4800 | Facsimile:   (202) 842-7899 |
| Facsimile:   (212) 446-4900 | |

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Co-Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (FJS) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

**NOTICE OF OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE THAT**, upon the request of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), the Court has scheduled the following omnibus hearings in these chapter 11 cases:

• **April 28, 2022,** at **11:00 a.m.** (prevailing Eastern Time); and

• **May 26, 2022,** at **11:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE THAT** the omnibus hearings listed above will be held by remote video conference before the Honorable Frank J. Santoro, Chief United

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

States Bankruptcy Judge. Zoom registration and dial-in details will be provided in advance of each omnibus hearing through the filing of a notice of remote hearing procedures.

Date: March 1, 2022

| | |
|---|---|
| | /s/ Olya Antle |
| **KIRKLAND & ELLIS LLP** | **COOLEY LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Cullen D. Speckhart (VSB 79096) |
| Edward O. Sassower, P.C. | Olya Antle (VSB 83153) |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 601 Lexington Avenue | Washington, DC 20004-2400 |
| New York, New York 10022 | Telephone: (202) 842-7800 |
| Telephone: (212) 446-4800 | Facsimile: (202) 842-7899 |
| Facsimile: (212) 446-4900 | |

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel to the Reorganized Debtors*