| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>John R. Luze (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200 | COOLEY LLP<br>Cullen D. Speckhart (VSB 79096)<br>Olya Antle (VSB 83153)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    (202) 842-7800<br>Facsimile:     (202) 842-7899 |
|---|---|

*Co-Counsel to the Reorganized Debtors*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (FJS) |
| | ) | |
| Reorganized Debtors | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENTAL FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" or, prior to emergence, the "Debtors") for entry of a final decree (this "Final Decree") closing certain chapter 11 cases, all as more fully set forth in the Motion and as stated on the record at the hearing before this Court on March 3, 2022 (the "Hearing"); and this

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion [Docket No. 1840].

Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested is granted to the extent provided herein.

2. The Case, as identified on **Schedule 1** attached hereto, which duplicates Case No. 20-33136, is hereby closed and shall be treated as though it had never been filed, including for purposes of calculating quarterly fees payable to the Office of the United States Trustee for the Eastern District of Virginia.

3. The terms and conditions of this Supplemental Final Decree shall be immediately effective and enforceable upon its entry.

4. The Clerk of Court and the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted herein.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Supplemental Final Decree.

Dated: Mar 3 2022
Norfolk, Virginia

/s/ Frank J Santoro
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket:Mar 3 2022

WE ASK FOR THIS:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel to the Reorganized Debtors*

SEEN AND AGREED:

JOHN P. FITZGERALD, III
Acting United States Trustee Region 4

By: */s/ Kathryn R. Montgomery*
Kathryn R. Montgomery (Va. Bar. No. 42380)
Shannon F. Pecoraro (Va. Bar No. 46864)
Jason B. Shorter (Va. Bar No. 80929)
Office of the United States Trustee
Department of Justice
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Telephone: (804) 771-2310

*/s/ Cullen D. Speckhart*
**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:     (202) 842-7800
Facsimile:     (202) 842-7899

### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Cullen D. Speckhart*

## Schedule 1

| Debtor Name | Case Number |
|---|---|
| **Ascena Retail Holdings, Inc.** | **20-33138[1]** |

---

[1] This case resulted from a duplicate filing of the petition of Ascena Retail Holdings, Inc., which was also filed under case number 20-33136. There has been no activity in case number 20-33138 since its opening.