**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

*Counsel to the Plan Administrator*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (FJS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF CANCELLATION OF
## MARCH 31, 2022 HEARING AT 11:00 A.M. (ET)

**PLEASE TAKE NOTICE** that the hearing scheduled for March 31, 2022, at 11:00 a.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on March 31, 2022 at 11:00 a.m. (prevailing Eastern Time) have either been resolved or are adjourned to the hearing scheduled for **April 28, 2022 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that details regarding the adjournment and procedures for remote appearance at the adjourned hearing may be found in the *Notice of*

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

*Adjournment of Hearing* [Docket No. 2640] available at no charge at https://cases.primeclerk.com/ascena or for a fee via PACER at http://www.vaeb.uscourts.gov.

Dated: March 24, 2022

*/s/ Olya Antle*
**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899
Email:    cspeckhart@cooley.com
         oantle@cooley.com

*Counsel to the Plan Administrator*