Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         scho@pszjlaw.com

*Lead Counsel to the Official Committee of Unsecured
Creditors*

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com

*Local Counsel to the Official Committee of Unsecured
Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*[1] | ) | Case No. 20-33113 (FJS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## OMNIBUS NOTICE OF SUPPLEMENTAL FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS EMPLOYED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that on May 26, 2022, the following applications were filed by a professional retained by the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned cases with the United States Bankruptcy Court for the Eastern District of Virginia,                Norfolk                Division                (the                "**Court**"):

(i)     *Supplemental Final Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of an Administrative Expense Claim for Compensation and for Reimbursement of Expenses Incurred for the Period From January 13, 2022 Through March 3, 2022* (the *"***PSZJ Application***"*), in which final approval is sought for $93,180.00 in fees and $94.60 in expenses for the supplemental final period of January 13, 2022 through May 3, 2022 (the "**Supplemental Final Period**").

---

[1] A complete list of each of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mawah Burgess Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

(ii)    *Supplemental Final Application of Hirschler Fleischer, P.C. as Local Counsel to the Official Committee of Unsecured Creditors for Allowance of an Administrative Expense Claim for Compensation and for Reimbursement of Expenses Incurred for the Period of January 13, 2022 through March 3, 2021* (the *"***Hirschler Application***"* and together with the PSZJ Application, the "**Applications**"), in which approval is sought for $7,683.00 in fees and $0.00 in expenses for the Supplemental Final Period.[2]

**PLEASE TAKE FURTHER NOTICE THAT** true and complete copies of the Filings may be obtained at no charge at https://cases.primeclerk.com/ascena or for a fee at the Court's website at www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management and Administrative Procedures and (II) Granting Related Relief* [Docket No. 79] (the "**Case Management Order**"), was entered by the Court on July 24, 2020, and an *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 550] (the "**Interim Compensation Procedures Order**") was entered by the Court on September 8, 2020; and the *Revised Order (A) Modifying and Confirming the Amended Chapter 11 Plan Consistent with the District Court's Memorandum Opinion, (B) Ratifying Action Taken in Reliance on the Order Dated February 25, 2021, and (C) Granting Related Relief* [Docket No. 2611] (the "**Reconfirmation Order**," and together with the Case Management Order and the Interim Compensation Procedure Order, the "**Orders**") was entered by the Court on March 3, 2022.  Among other things, these Orders prescribe the manner in which the Applications and any objections must be filed and served and when hearings will be conducted.  Copies of the Orders may be obtained at no charge at https://cases.ra.kroll.com/ascena or for a fee at the Court's website at www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not timely file and serve a written objection to the relief requested in the Applications consistent with the Order, the Court may deem any opposition waived, treat the Applications as conceded, and enter an order granting the relief requested in the Applications without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Order, if you wish to oppose the Applications, you must file with the Court, at the address shown below, a written objection to each Application pursuant to Local Bankruptcy Rule 9013-1 and the Orders, **on or before June 16, 2022, or such shorter time as the Court may hereafter order, and of which you may receive subsequent notice** (the "**Objection Deadline**"):

---

[2] The Applications also reserve the right to supplement said Applications prior to the hearing referenced herein with additional fees and expenses not included the Applications, but incurred prior to the date of the hearing such as, for example, fees incurred in preparing the Applications.

Clerk of the Court
United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, Virginia 23510

**PLEASE TAKE FURTHER NOTICE THAT** you must also serve a copy of your written objections upon the parties identified in paragraph 141 of the Confirmation Order on or before the Objection Deadline.

**If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Applications as conceded, and enter appropriate orders granting the requested relief without further notice or hearing.**

**PLEASE TAKE FURTHER NOTICE** that you should consult the Orders before filing any written response to the Applications.

Dated: May 26, 2022

Respectfully submitted,

  */s/   Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Lawrence A. Katz (VSB No. 47664)
David I. Swan (VSB No. 75632)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
        lkatz@hirschlerlaw.com
        dswan@hirschlerlaw.com
        bfalabella@hirschlerlaw.com

*Local Counsel to the Official Committee of Unsecured Creditors*

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)

Shirley S. Cho, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         scho@pszjlaw.com
         cmackle@pszjlaw.com
         sgolden@pszjlaw.com

*Lead Counsel to the Official Committee of Unsecured Creditors*