**COOLEY LLP**

Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

*Counsel to the Plan Administrator*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (KRH) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## STIPULATION AND AGREED ORDER BY AND BETWEEN
## THE PLAN ADMINISTRATOR AND THE GEORGIA DEPARTMENT
## OF REVENUE WITH RESPECT TO CERTAIN PRIORITY TAX CLAIMS

This stipulation and order (the "Stipulation") is entered into by and between Jackson

Square Advisors LLC, in its capacity as the Plan Administrator of the above-captioned reorganized

debtors and debtors-in-possession (collectively, the "Debtors") and the Georgia Department of

Revenue ("Georgia," and together with the Plan Administrator, the "Parties").

WHEREAS, on July 23, 2020 (the "Petition Date"), the Debtors filed voluntary petitions

for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy

Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court").  These

Chapter 11 cases were jointly administered pursuant to Bankruptcy Rule 1015(b);

---

[1]   A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of
the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena.  The location of
Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service
address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

WHEREAS, the Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

WHEREAS, on February 25, 2021, the Bankruptcy Court entered the order [Docket No. 1811] (the "Confirmation Order") confirming the *Amended Joint Chapter 11 Plan (Technical Modifications) of Mahwah Bergen Retail Group, Inc. (f/k/a Ascena Retail Group, Inc.) and Its Debtor Affiliates* (the "Plan") [Docket No. 1794];

WHEREAS, on March 5, 2021, the Debtors filed a Notice of Occurrence of the Plan Effective Date [Docket No. 1845];

WHEREAS, upon occurrence of the Effective Date, the Plan Administrator was appointed as the sole representative of the Debtors and is charged with, *inter alia*, the sole authority and duty to: (i) file and prosecute objections to all Claims, including Administrative Claims, priority claims, and secured claims, other than General Unsecured Claims; and (ii) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims (other than General Unsecured Claims) [Plan Supplement, Docket No. 1790, Ex. H at 2–3];

WHEREAS, on January 13, 2022, the District Court vacated the Confirmation Order and remanded the case back to this Court [Docket No. 2549] (the "Remand Order"), directing the Debtors to strike Article VIII.F of the Plan (Third-Party Release), modify Article VIII.G of the Plan (Exculpation Provision), and seek re-confirmation of the Plan in a manner consistent with the Remand Order and the District Court's Memorandum Opinion accompanying the same [Docket No. 2548] (the "Remand Opinion").

WHEREAS, on March 3, 2022, the Court entered the *Revised Order (a) Modifying and Confirming the Amended Chapter 11 Plan Consistent with the District Court's Memorandum*

*Opinion, (b) Ratifying Actions Taken in Reliance on the Order Dated February 25, 2021, and (c)*
*Granting Related Relief* [Docket No. 2611] (the "Reconfirmation Order") approving and
reconfirming the Plan effective as of February 25, 2021, under all applicable sections of the
Bankruptcy Code, including section 1129, and applicable law, subject to the limited modifications
reflected in the Reconfirmation Order, consistent with the Remand Order and the Remand
Opinion;

WHEREAS, prior to the Petition Date, certain of the Debtors and their affiliates incurred
net operating losses (the "NOLs"), filed corporate income tax returns with Georgia for the taxable
years ending July 31, 2015 through July 29, 2017 (the "Returns"), and received a notice of
proposed assessments from Georgia (the "Notice of Proposed Assessments");

WHEREAS, Georgia timely filed the poofs of claim reflected below in Table 1 asserting
priority tax claims for corporate income tax liabilities for taxable years ending July 31, 2015
through July 29, 2017 against certain of the Debtors in the aggregate claimed amount of
$1,531,502.76 (collectively, the "Georgia Priority Tax Claims"):

**TABLE 1**

| *Debtor* | *Claim No.* | *Asserted Priority Tax Claim Amount* |
|---|---|---|
| Tween Brands, Inc. | 5098 | $231,638.07 |
| Catherines, Inc. | 5096 | $32,536.15 |
| Ann Card Services, Inc. | 5094 | $17,986.37 |
| Lane Bryant, Inc. | 5093 | $326,841.25 |
| AnnTaylor Retail, Inc. | 5095 | $922,500.92 |
| **Total:** | | **$1,531,502.76** |

WHEREAS, after good-faith and arms'-length negotiations, the Parties have agreed to
resolve all issues concerning the NOLs, Notice of Proposed Assessments, Returns and Georgia

3

Priority Tax Claims on the terms and conditions set forth in the Settlement Agreement, which is attached hereto as **Exhibit A** and incorporated by reference into this Stipulation with the same force and effect as if fully set forth herein.

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL OF THIS COURT, IT IS ORDERED THAT:

1.    The Settlement Agreement between the Parties as set forth in **Exhibit A** attached hereto is APPROVED.

2.    The Georgia Priority Tax Claims are allowed in the following amounts (the "Allowed Claims"):

**TABLE 2**

| *Debtor* | *Claim No.* | *Allowed Priority Tax Claim Amount* |
|---|---|---|
| Tween Brands, Inc. | 5098 | $51,293.00 |
| Catherines, Inc. | 5096 | $0.00 |
| Ann Card Services, Inc. | 5094 | $17,879.00 |
| Lane Bryant, Inc. | 5093 | $0.00 |
| AnnTaylor Retail, Inc. | 5095 | $176,741.00 |
| **Total:** | | **$245,913.00** |

3.    The Claims Agent is authorized and directed to modify the Claims Register in these Chapter 11 cases to reflect the foregoing.

4.    By executing this Stipulation, Georgia warrants that (i) Georgia is the sole owner and holder of the Georgia Priority Tax Claims, and (ii) Georgia has not sold, assigned, or transferred the Georgia Priority Tax Claims.

5.    Except as otherwise provided herein, nothing in this Stipulation, nor any actions taken pursuant hereto, shall be deemed:  (a) an admission as to the validity, priority, or amount of

4

any particular claim against a Debtor entity; (b) a waiver of the Plan Administrator or any other party in interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (e) a waiver or limitation of the Plan Administrator or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

6.      Neither this Stipulation nor any actions taken pursuant hereto, shall constitute evidence admissible against the Parties in any action or proceeding other than one to enforce the terms of this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry by the Bankruptcy Court.

8.      This Stipulation is intended by the Parties to be binding upon their successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

9.      The undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

10.      The Parties agree that each of them, through their respective counsel, has had a full opportunity to participate in the drafting of this Stipulation and, accordingly, any claimed ambiguity shall be construed neither for nor against any of the Parties.

11.      This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes any and all prior discussions, agreements, and understandings, both written and oral, among the Parties with respect thereto.

12.    This Stipulation shall not be modified, altered, amended or supplemented except by a writing executed by the Parties or their authorized representatives.

13.    The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Order.

Dated: Sep 7 2022 _____

Norfolk, Virginia

/s/ Frank J Santoro

_____

United States Bankruptcy Judge

Entered On Docket: Sep 7 2022

6

**IN WITNESS WHEREOF,** the Parties, by their authorized counsel, executed this

Stipulation as of the date written below.

Dated: September 1, 2022

| | |
|---|---|
| */s/ Olya Antle* | */s/  Catherine S. Mullins* |
| Cullen D. Speckhart (VSB 79096) | Catherine S. Mullins (VSB No. 70273) |
| Olya Antle (VSB 83153) | Assistant Attorney General |
| **COOLEY LLP** | Dept. of Social Services |
| 1299 Pennsylvania Avenue, NW, Suite 700 | Division of Child Support Enforcement |
| Washington, DC 20004 | P.O. Box 71900 |
| Telephone: (202) 842-7800 | Henrico, VA 23255 |
| Email: cspeckhart@cooley.com | Telephone: 804-663-7056 |
|       oantle@cooley.com | Email: Catherine.Mullins@dss.virginia.gov |
| | |
| *Counsel to the Plan Administrator* | *Local Counsel for the Georgia Department of Revenue* |
| | |
| | -and- |
| | |
| | */s/  Whitney Groff* |
| | Whitney Groff (GA Bar no. 738079) (motion for admission *pro hac vice* granted on August 30, 2022 [Dkt. No. 2796]) |
| | Assistant Attorney General |
| | 40 Capitol Square, S.W. |
| | Atlanta, Georgia 30334-1300 |
| | Telephone: (404) 458-3265 |
| | Email: wgroff@law.ga.gov |
| | |
| | *Counsel for the Georgia Department of Revenue* |

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/  Olya Antle*
Olya Antle

**<u>EXHIBIT A</u>**

Robyn A. Crittenden                                                    Frank M. O'Connell
State Revenue Commissioner                            Deputy State Revenue Commissioner

**Steven Alvarez**
Director, Audits Division

# Georgia Department of Revenue

1800 Century Boulevard, NE | Atlanta, Georgia 30345

SETTLEMENT AGREEMENT

by and between

MAHWAH BERGEN RETAIL GROUP, INC. (F/K/A ASCENA RETAIL GROUP, INC.) AND
CERTAIN OF ITS SUBSIDIARIES

and

THE GEORGIA DEPARTMENT OF REVENUE

April ____, 2022

The following constitutes a Settlement Agreement by and between: the GEORGIA DEPARTMENT OF REVENUE ("Department") on the one hand, and MAHWAH BERGEN RETAIL GROUP, INC. (f/k/a ASCENA RETAIL GROUP, INC.) AND CERTAIN OF ITS SUBSIDIARIES (as set forth on Exhibit A, attached) (collectively, the "Taxpayers") on the other hand:

WHEREAS, the Department and the Taxpayers will be referred to collectively hereinafter as the "Parties" and individually as a "Party"; and

WHEREAS, the Department and the Taxpayers desire to enter into a written Settlement Agreement to both eliminate the necessity of litigating their differences with respect to the positions taken by the Taxpayers on their Georgia corporate income tax returns for taxable years ending July 31, 2015 through July 29, 2017 and to fix the liability of the Taxpayers for corporate income taxes during such years.

NOW THEREFORE, the Department and the Taxpayers, in consideration of the mutual promises and benefits specified herein and other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, hereby agree as follows:

1. The Taxpayers agree not to pursue, and hereby fully renounce their appeal rights with respect to any and all issues contained on the Georgia corporate income tax returns for the taxable years ending July 31, 2015 through July 29, 2017 and hereby acknowledge that all such issues are resolved to their satisfaction in this Settlement Agreement.

2. The Department and the Taxpayers agree to resolve all issues contained on the Georgia corporate income tax returns, except future federal audit adjustments, for the taxable years ending July 31, 2015 through July 29, 2017 as shown on the schedules attached hereto as Exhibit B, and taxable years ending July 31, 2018 through July 31, 2021. Both parties acknowledge that such resolution is for settlement purposes only and such settlement shall not bind the Department or the Taxpayers in future tax years.

An Equal Opportunity Employer

3.  The Department and the Taxpayers agree that this Settlement Agreement closes the taxable years ending July 31, 2015 through July 29, 2017. The Taxpayers agree, however, to amend their Georgia corporate income tax returns and make any payments or claim any income tax refunds arising from any future federal audit adjustments. Schedules attached hereto as Exhibit B shall be the starting point for such adjustments. The Department further agrees that this Settlement Agreement shall not affect the Taxpayers' rights to any non-corporate income tax refunds.

4.  In full and final satisfaction of the Department's priority tax claims (Claim Nos. 5094, 5095, and 5098), the Taxpayers agree to pay to the Department an aggregate amount of $245,913, (the "Settlement Amount"), broken down as follows: $176,741 for Ann Taylor Retail, Inc., $51,293 for Tween Brands, Inc., and $17,879 for Ann Card Services, Inc. for the taxable years ending July 31, 2015 through July 29, 2017. The Settlement Amount must actually be received by the Department within 15 business days of the Bankruptcy Court's entry of the Stipulation and Order approving this Settlement Agreement. This Settlement Agreement is not effective and does not constitute a determination pursuant to O.C.G.A. § 48-2-46 until such amount is received by the Department.

5.  In full and final satisfaction of the Department's priority tax claims (Claims No. 5093 and 5096), the Department agrees to accept the net operating losses as filed, withdraw the Notice of Proposed Assessments, and accept the corporate income tax returns as filed for the taxable years ending July 31, 2015 through July 29, 2017 for Taxpayers Catherines, Inc. and Lane Bryant, Inc.

6.  The Department also agrees to accept the net operating losses as filed, withdraw the Notice of Proposed Assessments, and accept the corporate income tax returns as filed for the taxable years ending July 31, 2015 through July 29, 2017 for the following Taxpayers: Catherines #5173, Inc., Catherines #5210, Inc., Catherines #5353, Inc., Catherines #5648, Inc., Catherines #5857, Inc., Catherines #5186, Inc., Catherines #5874, Inc., Lane Bryant #6329, Inc., Lane Bryant #6560, Inc., Lane Bryant #6850, Inc. and Outlet Division Store Company.

7.  Subject to receipt of the Settlement Amount, the Department hereby fully and forever releases, discharges and acquits each of the Taxpayers' respective current and former directors, officers, employees and their attorneys, accountants, legal representatives, agents, and their successors, heirs and assigns and each of them (collectively, the "D&O Parties"), of and from against any and all claims, demands, obligations, duties, liabilities, damages, expenses, indebtedness, debts, breaches of contract, duty or relationship, acts, omissions, misfeasance, malfeasance, causes of action, sums of money, accounts, compensation, contracts, controversies, promises, damages, costs, losses and remedies therefor, chooses in action, rights of indemnity or liability of any type, kind, nature, description or character whatsoever, and irrespective of how, why or by reason of what facts, whether known or unknown, whether liquidated or unliquidated, whether known or unknown, and which the Department may now have or heretofore have had against any D&O Party, by reason of, arising out of or based upon any fact, matter, transaction or event related to the Taxpayers' corporate income tax returns filed for the tax periods from July 31, 2015, through July 31, 2021.

8.  The Taxpayers with a filing obligation in Georgia agree to file their respective final 2021 returns by no later than June 3, 2022.

9.  Any notices, demands, communications, or modifications concerning this Settlement Agreement shall be in writing.

10. This Settlement Agreement represents the entire and integrated agreement between the Parties and supersedes any, and all other agreements either oral or in writing between the Parties with respect to the subject matter hereof.

11. This Settlement Agreement shall be governed by and construed in accordance with the law and rules applicable in the United States Bankruptcy Court for the Eastern District of Virginia. Where state or substantive law other than the Bankruptcy Code controls, this Settlement Agreement shall be governed by the substantive law and regulation of the State of Georgia, without regard to its choice of law rules.

12. Each Party hereto acknowledges and represents that the person executing this Settlement Agreement on its behalf is duly authorized and fully competent to execute this Settlement Agreement, understands its terms and provisions, and has voluntarily executed this Settlement Agreement.

IN WITNESS WHEREOF, the Department and the Taxpayers have hereunto set their names for the purpose of validly and legally executing this Settlement Agreement, the Parties intending to be legally bound by all terms and conditions contained herein.

THE GEORGIA DEPARTMENT OF REVENUE

BY: _____

NAME: Chester Cook
TITLE: Assistant Deputy Commissioner for Tax Operations

DATE: 4/25/22

MAHWAH BERGEN RETAIL GROUP, INC. (F/K/A ASCENA RETAIL GROUP, INC.) AND CERTAIN OF ITS SUBSIDIARIES

BY: _____

Name: Gilbert Nathan for Jackson Square Advisors LLC
Title: Plan Administrator

DATE: 5/9/2022

# EXHIBIT A

Ann Card Services, Inc.
Ann Taylor Retail, Inc.
Catherines, Inc.
Catherines #5147, Inc.
Catherines #5173, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5186, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5210, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5353, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5648, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5857, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Catherines #5874, Inc. (merged into Catherines #5147, Inc. as of 11/21/2015)
Lane Bryant, Inc.
Lane Bryant #6243, Inc.
Lane Bryant #6329, Inc. (merged into Lane Bryant, Inc. as of 1/24/2015)
Lane Bryant #6560, Inc. (merged into Lane Bryant, Inc. as of 1/24/2015)
Lane Bryant #6850, Inc. (merged into Lane Bryant, Inc. as of 1/24/2015)
Outlet Division Store Company (merged into Lane Bryant #6243, Inc. as of 12/26/2015)
Tween Brands, Inc.

# EXHIBIT B

**Work Papers**
**Corporate Tax Report**
**Georgia Department of Revenue**
**1800 CENTURY BLVD SUITE 7212, NE**
**ATLANTA, GA 30345-3205**

Auditor: **Cecil Felder**
Auditor Phone: **(404) 417-2401**
Auditor Begin: **31-Jul-2016**
Auditor End: **31-Jul-2017**
Print Date: **25-May-2021**
FEIN: ▇
Audit ID: ▇

ANNTAYLOR RETAIL INC
8323 WALTON PKWY
NEW ALBANY OH 43054-9522

| **Audit Totals:** | |
| --- | --- |
| **Additional Tax Due:** | **$141,637.00** |
| **Penalty:** | **$0.00** |
| **Interest:** | **$35,104.00** |
| **Total Liability Due or Refund:** | **$176,741.00** |

These totals reflect the total amounts due for the span of all periods included in this audit.

**Period: 07/31/2016**

Adjustment Type:   Income Adjustment

| Description | Adjustment Amount |
| --- | --- |
| Royalty - paid by Ann Inc. | $22,329,865.00 |
| Transfer price adjustment | $13,159,374.00 |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use ▇ as your document submission key.

An Equal Opportunity Employer
dor.georgia.gov

**Period SubTotal:**
**07/31/2016**

| | |
|---|---|
| Previous Business Income Subject to Apportionment: | $74,793,960.00 |
| Audit Adjustments: | $35,489,239.00 |
| Audited Apportionable Income after Adjustments: | $110,283,199.00 |
| Audit GA Ratio: | 0.033949 |
| Audited Allocated Income: | $3,744,004.00 |
| Additional Allocated IN: | $0.00 |
| Audited Taxable Income: | $3,744,004.00 |
| GA Carry Fwd/Back: | $0.00 |
| Corrected GA Taxable Income: | $3,744,004.00 |
| Corrected GA Tax Before Deductions: | $224,640.00 |
| Best Credits: | $0.00 |
| Tax Previously Assessed: | $152,351.00 |
| Credit Carry Foward: | $0.00 |
| **Additional Tax Due:** | **$72,289.00** |
| Penalty: | **$0.00** |
| Interest From:   **10/17/2016**   To:   **7/15/2020** | **$20,472.00** |
| **Total Period Liability Due or Refund:** | **$92,761.00** |

**Period Net Worth:**
**07/31/2016**

| | |
|---|---|
| **Net Worth Tax Due:** | **$0.00** |
| **Net Worth Penalty:** | **$0.00** |
| **Net Worth Interest:** | **$0.00** |
| **Total Net Worth Due or Refund:** | **$0.00** |

**Period: 07/31/2017**

Adjustment Type:   Income Adjustment

| Description | Adjustment Amount |
|---|---|
| Royalty - paid by Ann Inc. | $22,468,882.00 |
| Transfer price adjustment | $12,857,121.00 |

**Period SubTotal:**
07/31/2017

| | |
|---|---|
| Previous Business Income Subject to Apportionment: | $111,644,450.00 |
| Audit Adjustments: | $35,326,003.00 |
| Audited Apportionable Income after Adjustments: | $146,970,453.00 |
| Audit GA Ratio: | 0.032718 |
| Audited Allocated Income: | $4,808,579.00 |
| Additional Allocated IN: | $0.00 |
| Audited Taxable Income: | $4,808,579.00 |
| GA Carry Fwd/Back: | $0.00 |
| Corrected GA Taxable Income: | $4,808,579.00 |
| Corrected GA Tax Before Deductions: | $288,515.00 |
| Best Credits: | $0.00 |
| Tax Previously Assessed: | $219,167.00 |
| Credit Carry Foward: | $0.00 |
| Additional Tax Due: | **$69,348.00** |
| Penalty: | **$0.00** |
| Interest From: 11/15/2017    To: 7/15/2020 | **$14,632.00** |
| **Total Period Liability Due or Refund:** | **$83,980.00** |

**Period Net Worth:**
07/31/2017

| | |
|---|---|
| Net Worth Tax Due: | **$0.00** |
| Net Worth Penalty: | **$0.00** |
| Net Worth Interest: | **$0.00** |
| **Total Net Worth Due or Refund:** | **$0.00** |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use ██████ as your document submission key.

An Equal Opportunity Employer

dor.georgia.gov

Schedule 1 - Explanations of Computations made

**Work Papers**
**Corporate Tax Report**
**Georgia Department of Revenue**
**1800 CENTURY BLVD SUITE 7212, NE**
**ATLANTA, GA 30345-3205**

Auditor: **Cecil Felder**
Auditor Phone: **(404) 417-2401**
Auditor Begin: **31-Jul-2016**
Auditor End: **31-Jul-2017**
Print Date: **29-Jun-2021**
FEIN:
Audit ID:

ANN CARD SERVICES, INC.
933 MACARTHUR BLVD
MAHWAH NJ 07430-2045

**Audit Totals:**

| | |
|---|---|
| **Additional Tax Due:** | **$14,431.00** |
| **Penalty:** | **$0.00** |
| **Interest:** | **$3,448.00** |
| **Total Liability Due or Refund:** | **$17,879.00** |

These totals reflect the total amounts due for the span of all periods included in this audit.

**Period: 07/31/2016**

Adjustment Type:                                    Description

$0.00

| **Period SubTotal:** | | | |
|---|---|---|---|
| **07/31/2016** | | | |
| Previous Business Income Subject to Apportionment: | | | $2,732,116.00 |
| Audit Adjustments: | | | $0.00 |
| Audited Apportionable Income after Adjustments: | | | $2,732,116.00 |
| Audit GA Ratio: | | 0.033949 | |
| Audited Allocated Income: | | $0.00 | $92,753.00 |
| Additional Allocated IN: | | $0.00 | |
| Audited Taxable Income: | | | $92,753.00 |
| GA Carry Fwd/Back: | | $0.00 | |
| Corrected GA Taxable Income: | | | $92,753.00 |
| Corrected GA Tax Before Deductions: | | | $5,565.00 |
| Best Credits: | | $0.00 | |
| Tax Previously Assessed: | | $0.00 | |
| Credit Carry Foward: | | $0.00 | |
| Additional Tax Due: | | | **$5,565.00** |
| Penalty: | | | **$0.00** |
| Interest From:  10/17/2016  To:  7/15/2020 | | | 1,576.22 |
| **Total Period Liability Due or Refund:** | | | **$7,141.22** |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use                    as your document submission key.
An Equal Opportunity Employer
dor.georgia.gov

**Period Net Worth:**

**07/31/2016**

| | |
|---|---:|
| Net Worth Tax Due: | $10.00 |
| Net Worth Penalty: | $0.00 |
| Net Worth Interest: | $2.78 |
| **Total Net Worth Due or Refund:** | **$12.78** |

**Period: 07/31/2017**

Adjustment Type:   $0.00

**Description**

**Period SubTotal:**

**07/31/2017**

| | | | |
|---|---:|---:|---:|
| Previous Business Income Subject to Apportionment: | | | $4,506,375.00 |
| Audit Adjustments: | | | $0.00 |
| Audited Apportionable Income after Adjustments: | | | $4,506,375.00 |
| Audit GA Ratio: | 0.032718 | | |
| Audited Allocated Income: | | $0.00 | $147,440.00 |
| Additional Allocated IN: | | | $147,440.00 |
| Audited Taxable Income: | | $0.00 | |
| GA Carry Fwd/Back: | | | $147,440.00 |
| Corrected GA Taxable Income: | | | $8,846.00 |
| Corrected GA Tax Before Deductions: | | | |
| Best Credits: | | $0.00 | |
| Tax Previously Assessed: | | $0.00 | |
| Credit Carry Foward: | | $0.00 | |
| **Additional Tax Due:** | | | **$8,846.00** |
| Penalty: | | | $0.00 |
| Interest From: 11/15/2017  To: 7/15/2020 | | | $1,866.94 |
| **Total Period Liability Due or Refund:** | | | **$10,712.94** |

**Period Net Worth:**

**07/31/2017**

| | |
|---|---:|
| Net Worth Tax Due: | $10.00 |
| Net Worth Penalty: | $0.00 |
| Net Worth Interest: | $2.06 |
| **Total Net Worth Due or Refund:** | **$12.06** |

Schedule I.4 Explanations of Computations made

**Work Papers**
**Corporate Tax Report**
**Georgia Department of Revenue**
**1800 CENTURY BLVD SUITE 7212, NE**
**ATLANTA, GA 30345-3205**

Auditor: **Cecil Felder**
Auditor Phone: **(404) 417-2401**
Auditor Begin: **31-Jul-2015**
Auditor End: **31-Jul-2017**
Print Date: **09-Jun-2021**
FEIN:
Audit ID:

TWEEN BRANDS INC
8323 WALTON PKWY
NEW ALBANY OH 43054-9522

| Audit Totals: | |
|---|---|
| **Additional Tax Due:** | **$39,745.00** |
| **Penalty:** | **$0.00** |
| **Interest:** | **$11,548.00** |
| **Total Liability Due or Refund:** | **$51,293.00** |

These totals reflect the total amounts due for the span of all periods included in this audit.

**Period: 07/31/2015**

| | | Adjustment Amount |
|---|---|---|
| Adjustment Type: | Income Adjustment | |
| | Description | |
| | Transfer Pricing adjustment | $11,265,427.00 |
| Adjustment Type: | GA Net Operating Loss Applied | |
| | Description | GA Carry Fwd/Back |
| | Loss Year: 7/31/2016 | $0.00 |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use ▮▮▮▮▮▮ as your document submission key.

An Equal Opportunity Employer
dor.georgia.gov

**Period SubTotal:**
**07/31/2015**

| | |
|---|---:|
| Previous Business Income Subject to Apportionment: | $106,075,630.00 |
| Audit Adjustments: | $11,265,427.00 |
| Audited Apportionable Income after Adjustments: | $117,341,057.00 |
| Audit GA Ratio: | 0.026224 |
| Audited Allocated Income: | $3,077,152.00 |
| Additional Allocated IN: | $0.00 |
| Audited Taxable Income: | $3,077,152.00 |
| GA Carry Fwd/Back: | $0.00 |
| Corrected GA Taxable Income: | $3,077,152.00 |
| Corrected GA Tax Before Deductions: | $184,629.00 |
| Best Credits: | $0.00 |
| Tax Previously Assessed: | $166,904.00 |
| Credit Carry Foward: | $0.00 |
| **Additional Tax Due:** | **$17,725.00** |
| **Penalty:** | **$0.00** |
| **Interest From:** 10/15/2015 **To:** 7/15/2020 | **$6,902.00** |
| **Total Period Liability Due or Refund:** | **$24,627.00** |

**Period Net Worth:**
**07/31/2015**

| | |
|---|---:|
| **Net Worth Tax Due:** | **$0.00** |
| **Net Worth Penalty:** | **$0.00** |
| **Net Worth Interest:** | **$0.00** |
| **Total Net Worth Due or Refund:** | **$0.00** |

**Period: 07/31/2016**

| Adjustment Type: | Description | Adjustment Amount |
|---|---|---:|
| Income Adjustment | Transfer Pricing adjustment | $22,261,073.00 |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use ▬▬▬ as your document submission key.
An Equal Opportunity Employer
dor.georgia.gov

**Period SubTotal:**
**07/31/2016**

| | |
|---|---:|
| Previous Business Income Subject to Apportionment: | ($64,184,075.00) |
| Audit Adjustments: | $22,261,073.00 |
| Audited Apportionable Income after Adjustments: | ($41,923,002.00) |
| Audit GA Ratio: | 0.028216 |
| Audited Allocated Income: | ($1,182,899.00) |
| Additional Allocated IN: | $0.00 |
| Audited Taxable Income: | ($1,182,899.00) |
| GA Carry Fwd/Back: | $0.00 |
| Corrected GA Taxable Income: | ($1,182,899.00) |
| Corrected GA Tax Before Deductions: | $0.00 |
| Best Credits: | $0.00 |
| Tax Previously Assessed: | $0.00 |
| Credit Carry Foward: | $0.00 |
| **Additional Tax Due:** | **$0.00** |
| **Penalty:** | **$0.00** |
| **Interest From:    10/17/2016    To:    9/15/2020** | **$0.00** |
| **Total Period Liability Due or Refund:** | **$0.00** |

**Period Net Worth:**
**07/31/2016**

| | |
|---|---:|
| Net Worth Tax Due: | $0.00 |
| Net Worth Penalty: | $0.00 |
| Net Worth Interest: | $0.00 |
| **Total Net Worth Due or Refund:** | **$0.00** |

**Period: 07/31/2017**

| | | Adjustment Amount |
|---|---|---:|
| Adjustment Type:  Income Adjustment | Description: Transfer Pricing adjustment | $32,418,990.00 |
| Adjustment Type:  GA Net Operating Loss Applied | Description: Loss Year: 7/31/2016 | GA Carry Fwd/Back |
| | | $1,182,899.00 |

To submit documentation electronically, go to https://gtc.dor.ga.gov and use ▮▮▮▮▮▮ as your document submission key.
An Equal Opportunity Employer
dor.georgia.gov

| **Period SubTotal:** | | | |
|---|---|---|---|
| **07/31/2017** | Previous Business Income Subject to Apportionment: | | $31,018,259.00 |
| | Audit Adjustments: | | $32,418,990.00 |
| | Audited Apportionable Income after Adjustments: | | $63,437,249.00 |
| | Audit GA Ratio: | 0.024432 | |
| | Audited Allocated Income: | | $1,549,899.00 |
| | Additional Allocated IN: | $0.00 | |
| | Audited Taxable Income: | | $1,549,899.00 |
| | GA Carry Fwd/Back: | $1,182,899.00 | |
| | Corrected GA Taxable Income: | | $367,000.00 |
| | Corrected GA Tax Before Deductions: | | $22,020.00 |
| | Best Credits: | $0.00 | |
| | Tax Previously Assessed: | $0.00 | |
| | Credit Carry Foward: | $0.00 | |
| | Additional Tax Due: | | **$22,020.00** |
| | Penalty: | | **$0.00** |
| | Interest From: 11/15/2017    To: 7/15/2020 | | **$4,646.00** |
| | **Total Period Liability Due or Refund:** | | **$26,666.00** |

| **Period Net Worth:** | | |
|---|---|---|
| **07/31/2017** | Net Worth Tax Due: | **$0.00** |
| | Net Worth Penalty: | **$0.00** |
| | Net Worth Interest: | **$0.00** |
| | **Total Net Worth Due or Refund:** | **$0.00** |

Print Date: **09-Jun-2021**
STI:
Tax Identifier:
Audit ID:

TWEEN BRANDS INC
8323 WALTON PKWY
NEW ALBANY OH 43054-9522

## Audited Georgia NOL Carry Forward Worksheet

| Loss Year | Loss Amount | Income Year | NOL Utilized | NOL Disallowed | Remaining NOL |
|---|---|---|---|---|---|
| 07/31/2016 | $374,074 | 07/31/2017 | $1,182,899 | $0 | $374,074 |

Total remaining NOL carrying forward to the last period of the audit    $1,556,973

For the last period of the audit, 31-Jul-2017, there was an income/loss of    $1,549,899

Total NOL available after audit periods    $7,074

Schedule 1.4 Explanations of Computations made

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 20-33113-FJS

Retail Group, Inc., et al.                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                              User:                                            Page 1 of 47

Date Rcvd: Sep 07, 2022                           Form ID: pdford9                                 Total Noticed: 273

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Retail Group, Inc., et al., 933 MacArthur Boulevard, Mahwah, NJ 07430-2045 |
| aty | + | Antoinette Young, Sodexco Inc, 9801 Washingtonian Blvd, 12th Flr, Gaithersburg, MD 20878-7373 |
| aty | + | Dana S. Plon, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| aty | + | Dennis B. Dahlberg, 1 East Livingston Ave, Ste A, Columbus, OH 43215-7701 |
| aty | | Ernie Zachary Park, Bewley, Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797 |
| aty | + | Friedlander Misler, PLLC, 5335 Wisconsin Avenue, N.W., Suite 600, Washington, DC 20015-2054 |
| aty | + | George B Hofmann, Cohne Kinghorn PC, 111 East Broadway, 11th Flr, Salt Lake City, UT 84111-5225 |
| aty | + | Gilbert A. Lazarus, Law Office of Gilbert A. Lazarus, PLLC, 92-12 68th Avenue, Forest Hills, NY 11375-5717 |
| aty | + | Jennifer L. Pruski, Trainor Fairbrook, 980 Fulton Ave., Sacramento, CA 95825-4558 |
| aty | + | Jill A. Whitworth, Ohio Bureau of Workers Compensation, PO Box 15567, 30 W Spring St 26th Floor, Columbus, OH 43215-2241 |
| aty | + | Laura Davidov, Jacob's First, LLC, 417 Fifth Ave, 4th Flr, New York, NY 10016-2239 |
| aty | + | Michelle McMahon, Cullen and Dykman LLP, 44 Wall St., New York, NY 10005-2407 |
| aty | + | Peter Muthig, Maricopa County Attorney's Office CSD, 225 W. Madison Street, Phoenix, AZ 85003-2141 |
| aty | + | Russ Young, SyWest Develoment LLC, 150 Pelican Way, San Rafael, CA 94901-5550 |
| cr | + | 150 E 42 Realty LLC, c/o Klestadt Winters et al., 200 West 41st Street, 17th Floor, New York, NY 10036, UNITED STATES 10036-7219 |
| cr | + | 156 Fifth Avenue Corp., c/o Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| cr | + | 171 East 84th Owners LLC, c/o Chapman Consulting LLC, 770 Lexington Ave, 11th Floor, New York, NY 10065-8165 |
| cr | + | 850 Third Avenue Owner LLC, c/o Klestadt Winters et al., 200 West 41st Street, 17th Floor, New York, NY 10036, UNITED STATES 10036-7219 |
| cr | + | A-Loop, LLC, Wright, Constable & Skeen, LLP, 301 Concourse Boulevard, Suite 120, Glen Allen, VA 23059-5643 |
| cr | + | A. Bonaduce, Inc. d/b/a EBS Builders, Scarinci & Hollenbeck, LLC, c/o Joel Glucksman, Esq., 1100 Valley Brook Avenue, Lyndhurst, NJ 07071-3620 |
| cr | + | ADP, Inc. as successor to ADP, LLC, c/o John D. Elrod, Esq., Greenberg Traurig, 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305-1780 |
| cr | + | ADR 1713 Walnut, LLC, c/o Klehr Harrison Harvey Branzburg, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| cr | + | AM 150 E 42 Realty LLC, c/o Klestadt Winters et al., 200 West 41st Street, 17th Floor, New York, NY 10036, UNITED STATES 10036-7219 |
| cr | + | AVR CPC Associates, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| cr | + | Acadia Realty Limited Partnership, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Acxiom LLC, 301 E. Dave Ward Drive, Conway, AR 72032-7114 |
| cr | + | Akamai Technologies, Inc., c/o Spotts Fain PC, 411 E. Franklin St., Suite 600, Richmond, VA 23219-2200 |
| crcm | + | Amanda Meo, c/o Gregg Schavitz, Esq., Shavitz Law Group, P.A., 951 Yamato Road, Suite 285, Boca Raton, FL 33431-4452 |
| cr | + | American National Insurance Company, ., One Moody Plaza, 18th Floor, Galveston, TX 77550-7947 |
| cr | + | Applied Predictive Technologies, Inc., c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Asprey, Inc., SulmeyerKuptez, APC, c/o Victor Sahn, 333 South Grand Avenue, Ste. 3400 Los Angeles, CA 90071-1538 |
| cr | + | Auburn Mall, LLC, Hull Property Group LLC, 1190 Interstate Pkwy, Augusta, GA 30909-6404 |
| intp | + | Austin Corner Associates Inc., c/o Westerman Ball Ederer Miller, Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, NY 11556-4201 |
| cr | + | Axis NA, LLC, SulmeyerKuptez, APC, c/o Victor Sahn, 333 South Grand Avenue, Ste. 3400 Los Angeles, CA 90071-1538 |
| cr | + | Bayshore Shopping Center Property Owner, LLC, c/o Cypress Equities, 8144 Walnut Hill Lane, Suite 1200, Dallas, TX 75231-4322 |

District/off: 0422-7
Date Rcvd: Sep 07, 2022

User:
Form ID: pdford9

Page 2 of 47
Total Noticed: 273

| | | |
|---|---|---|
| cr | + | Bellevue Square, LLC, c/o Nold Muchinsky, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| cr | + | Berkley Insurance Company, 412 Mt Kemble Ave Suite 310N, Morriston, NJ 07960-6669 |
| cr | + | Berkley Regional Insurance Company, 412 Mt. Kemble Avenue, Suite 310 N, Morristown, NJ 07960-6669 |
| crcm | | Brookfield Properties Retail, Inc., 350 N. Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| cr | | Brookfield Properties Retail, Inc., Kristen N. Pate, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| cr | + | C & B #3, LLC, Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| cr | + | CFC Phase II, LLC, c/o Andrew L. Cole, Esq., Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, MD 21202-3242 |
| cr | | CH Realty VII R Shreveport Bellemead LLC, Bradshaw Rost, Tenenbaum & Saas, P.C., Suite 200, Chevy Chase, MD 20815 |
| cr | + | CH Realty VII/R Nova Promendade, Bradshaw Rost, Tenenbaum & Saas, PC, 4504 Walsh Street, Suite 200 Chevy Chase, md 20815-6003 |
| cr | + | Cafaro Management Company, 5577 Youngstown-Warren Road, Niles, OH 44446, UNITED STATES 44446-4803 |
| desig | + | Carrie W. Teffner, 933 MacArthur Boulevard, Mahwah, NJ 07430-2045 |
| cr | + | Castle and Cooke Corona Crossings, LLC, 10000 Stockdale Highway, Suite 300, Bakersfield, CA 93311-3604 |
| cr | + | Causeway LLC, c/o Jennifer M. McLemore, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | CenterCal Properties, LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Central Park Retail, LLC, c/o Christopher Bowman, Esq., Bregman, Berbert, Schwartz & Gilday, LLC, 7315 Wisconsin Ave., Suite 800 West Bethesda, MD 20814-3217 |
| cr | | Chatham County Tax Commissioner, Attn: Theresa C. Harrelson, PO Box 8324, Savannah, GA 31412-8324 |
| cr | + | Cheetah Digital, Inc. f/k/a Experian Marketing Sol, c/o Spotts Fain PC, 411 E Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| cr | + | Colonnade II LP, c/o Andrew L. Cole, Esq., Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, MD 21202-3242 |
| cr | + | Columbus Park Crossing, LLC, Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| cr | + | Commons at Issaquah Inc., c/o Christopher Bowman, Esq., Bregman, Berbert, Schwartz & Gilday, LLC, 7315 Wisconsin Ave., Suite 800 West Bethesda, MD 20814-3217 |
| cr | + | County of Loudoun, 1 Harrison Street, SE (MSC #06), Leesburg, VA 20175-3102 |
| cr | + | Dakota UPREIT Limited Partnership, 3003 32nd Ave. S, Suite 250, Fargo, ND 58103-6118 |
| cr | + | Delco Plaza I, L.P., c/o Andrew L. Cole, Esq., Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, MD 21202-3242 |
| cr | + | Denimatrix, LLC, SulmeyerKupetz, APC, c/o Victor Sahn, 333 South Grand Avenue, Ste. 3400 Los Angeles, CA 90071-1538 |
| cr | + | Deutsche Asset & Wealth Management, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Diane Hoffman, c/o Jonathan B. Vivona, Esq., 601 King Street, Ste 400, Alexandria, VA 22314-3151 |
| cr | + | Dolphin Mall Associates LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Donahue Schriber Realty Group, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825 UNITED STATES 95825-4558 |
| cr | + | Douglas County Treasurer, Colorado, Office of the County Attorney Douglas Co, 100 Third Street, Castle Rock, CO 80104-2425 |
| cr | + | Duke Energy Indiana, LLC, Duke Energy Carolinas, L, c/o Spotts Fain PC, 411 E Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| cr | + | EDENS, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Eden Prairie Center, LLC, Wright, Constable & Skeen, LLP, 301 Concourse Boulevard, Suite 120, Glen Allen, VA 23059-5643 |
| cr | + | Forum Lone Star, L.P., c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, NY 11530-3502 |
| cr | + | Frontier Lynchburg, LLC, Frontier Development, 2627 N.E. 203rd Street Suite 216, Miami, FL 33180, UNITED STATES 33180-1946 |
| cr | + | Google LLC, c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, Mc Lean, VA 22102-3468 |
| cr | + | Hagan Properties, Inc., c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | High Pointe Commons Holding, LP, c/o Bradshaw Rost, Esq., Tenenbaum & Saas, P.C., 4504 Walsh STreet, Suite 200, Chavy Chase, MD 20815-6003 |
| cr | + | Inland Commercial Real Estate Services LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Invesco Advisors, Inc., Greenberg Traurig, LLP, c/o Ari Newman, 333 S.E. 2nd Avenue, Suite 4400, Miami, FL 33131-3238 |
| cr | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| cr | + | JBG/Woodbridge Retail, LLC, c/o Bradshaw Rost, Esq., Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | Jane R. Moe, c/o Canfield Wells LLP, 4124 East Parham Road, Richmond, VA 23228-3752 |
| cr | + | John Gallin & Son, Inc., 102 Madison Ave # 9, New York, NY 10016-7583 |
| cr | + | Kimco Realty Corporation, c/o Jennifer M. McLemore, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Korea Trade Insurance Corporation, Bluestone, P.C., 4800 Hampden Lane, Suite 200, Bethesda, MD 20814-2934 |
| crcm | | Lakontra International Merchandising Corp., No. 186 Sec. 4 Nankinge Rd., Taipei, Taiwan |
| cr | + | Levin Management Corporation, c/o Stark & Stark, PC, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| crcm | | Li & Fung Limited, 888 Cheung Sha Wan Road, Kowloon, Hong Kong |
| cr | + | MCA Promenade Owner LLC, c/o Michael D. Mueller, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | MCPP Cascade Station I, LLC, Wright, Constable & Skeen, LLP, 301 Concourse Boulevard, Suite 120, Glen Allen, VA 23059-5643 |
| cr | + | MERCEDES INDEPENDENT SCHOOL DISTRICT & CITY OF MER, C/O HIRAM GUTIERREZ, 2805 FOUNTAIN PLAZA BLVD SUITE B, EDINBURG, TX 78539-8031 |
| cr | + | MLM Chino Property, LLC, Wright, Constable & Skeen, LLP, 301 Concourse Boulevard, Suite 120, Glen Allen, VA 23059-5643 |
| cr | + | Marple XYZ Associates, 925 West Lancaster Avenue, Suite 200, Bryn Mawr, PA 19010-3050 |

District/off: 0422-7                                   User:                                                      Page 3 of 47
Date Rcvd: Sep 07, 2022                        Form ID: pdford9                                Total Noticed: 273

| | | |
|---|---|---|
| cr | + | Massachusetts Department of Revenue, 100 Cambridge Street, 7th Floor, PO Box 9565, Boston, MA 02114-9565 |
| cr | + | Merit Tat International Limited, c/o Jennifer M. McLemore, Esq., Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219 UNITED STATES 23219-4061 |
| cr | #+ | NARE Butterfield, LLC, 1613 Colonial Parkway, Inverness, IL 60067-4827 |
| cr | + | NorthPark Partners, LP, 8080 N. Central Expwy, Suite 1100, Dallas, TX 75206-1807 |
| cr | + | PGIM Real Estate, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | PPF AMLI 421 West 3rd Street, L.P., c/o Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| cr | + | PSLP LLC, 40 Nassau Street, 1st Floor, Princeton, NJ 08542-4522 |
| cr | + | Paoli Shopping Center Limited Partnership, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109 UNITED STATES 19109-1042 |
| cr | + | Paoli Shopping Center Limited Partnership, c/o Michael D. Mueller, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Plaza Internacional Puerto Rico LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Plaza Las Americas, Inc., c/o Joaquin J. Alemany, Esq., Holland & Knight LLP, 701 Brickell Avenue, Ste. 3300, Miami, FL 33131-2898 |
| cr | + | Pyramid Management Group, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | RAF Lake Charles LLC, c/o: Meridian Law, LLC, 600 Reisterstown Road, Suite 700, 600 Reisterstown Road, Suite 700 Baltimore, MD 21208-5110 |
| cr | + | RCPI LANDMARK PROPERTIES, L.L.C., c/o Greenberg Traurig LLP, Attention: Heath Kushnick, Esq., MetLife Building, 200 Park Avenue New York, NY 10166-0005 |
| cr | | RD-Tulsa Hills L.P, Bradshaw Rost, Tenenbaum & Saas, PC, Suite 200, Chevy Chase, MD 20815 |
| cr | + | REEP-RTL DTC VA LLC, c/o Wright, Constable & Skeen, LLP, 301 Concourse Boulevard, Suite 120, West Shore III, Glen Allen, VA 23059-5643 |
| cr | + | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Rich-Taubman Associates, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Rivercrest Realty Associates, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Riverwalk Marketplace (New Orleans) LLC, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road, Suite 1100 Dallas, TX 75251-1329 |
| cr | + | S.A. Development Group, L.P., Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| cns | + | SB360 Capital Partners, LLC, c/o Greenberg Traurig LLP, Attention: Jeffrey M. Wolf, Esq., One International Place, Suite 2000, Boston, MA 02110 UNITED STATES 02110-2612 |
| unk | | Scott & Goldman, 980 Birmingham Rd., Suite 501-154, Milton, GA 30004-4417 |
| cr | + | Short Hills Associates, L.L.C., c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| intp | + | Sil-Way LLC, C/O Coats Rose, P.C., 9 Greenway Plaza, Suite 1000, Houston, TX 77046-0900 |
| crcm | | Snogen Green Co., Ltd., 12, Gwangpyeong-ro 56-gil Gangnam-Gu, Seoul, Korea, 06367 |
| cr | + | Starwood Retail Partners LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Stret, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | State Teachers Retirement Systems of Ohio, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Sunvalley Shopping Center LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | TB Mall at UTC, LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | TVO Mall Owner LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Tamarack Village Shopping Center, a Limited Partne, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Tampa Westshore Associates Limited Partnership, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Taubman Auburn Hills Associates Limited Partnershi, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Taubman Cherry Creek Shopping Center, L.L.C., c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Taubman Landlords, TAUBMAN LANDLORDS, ATTN: ANDREW CONWAY, 200 EAST LONG LAKE ROAD, SUITE 300, BLOOMFIELD HILLS, MI 48304-2324 |
| cr | + | The Gardens on El Paseo LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | The Shops at Summerlin North, LP, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road, Suite 1100 Dallas, TX 75251-1329 |
| crcm | | The Taubman Company, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324 |
| cr | | TierPoint LLC, St. Louis, MO |
| cr | + | UBS Realty Investors LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Union Investment Real Estate GmbH, c/o Christopher Bowman, Esq., Bregman,Berbert, Schwartz & Gilday, LLC, 7315 Wisconsin Ave., Suite 800 West Bethesda, MD 20814-3217 |

| | | |
|---|---|---|
| cr | + | Union Station Venture II LLC, c/o J. Ted Donovan, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22d Floor, New York, NY 10036-5600 |
| cr | + | Vulcan Properties, Inc., c/o Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Attn. Tracey M. Ohm Washington, DC 20006-4760 |
| cr | + | Washington Prime Group Inc., c/o Ronald E. Gold, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Weingarten Realty Investors, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Weitzman Group, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Wekiva Square, LLC, Care of Wiles & Wiles, LLP, 800 Kennesaw Avenue, Suite 400, Marietta, GA 30060-7946 |
| cr | + | Wendy L. Hufford, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 south 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | West Acres Development, LLP, c/o Michael D. Mueller, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | West Farms Mall, LLC, c/o Jennifer M. McLemore, Esquire, Williams Mullen, 200 South 10th Street, Suite 1600, Richmond, VA 23219-4061 |
| cr | + | Woodhaven Commons LLC, c/o Meridian Law, LLC, 600 Reisterstown Road, Suite 700, 600 Reisterstown Road, Suite 700 Baltimore, MD 21208-5110 |
| cr | + | Zlotnick & Kraft-D.C., LLC, c/o Gwynne L. Booth, Esq., Greenstein DeLorme & Luchs, P.C., 1620 L Street, N.W., Suite 900 Washington, DC 20036-5613 |
| 15472370 | + | A Bonaduce Inc., d/b/a EBS Builders, c/o Joel R. Glucksman, Esq., Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, PO Box 790, Lyndhurst, New Jersey 07071-0790 |
| 15472731 | + | A. Bonaduce d/b/a EBS Builders, c/o Joel R. Glucks71man, Esq., 1100 Valley Brook Avenue, PO Box 890, Lyndhurst, New Jersey 07071-3620 |
| 15520884 | + | AVR CPC Associates, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Sophia A. Perna-Plank, Esq. |
| 15431789 | + | American National Insurance Company, c/o Tara B. Annweiler, Greer, Herz & Adams, LLP, One Moody Plaza, 18th Floor, Galveston, Texas 77550-7998 |
| 15448227 | + | Austin Corner Associates Inc., c/o Westerman Ball Ederer Miller Zucker, 1201 RXR Plaza, Uniondale, New York 11556-4201, Attn.: Mickee M. Hennessy, Esq. |
| 15440522 | + | Austin Corner Associates Inc., c/o Westerman Ball Ederer Miller Zucker, 1201 RXR Plaza, Uniondale, New York 11556, Attn.: Mickee M. Hennessy, Esq. Thomas A. Draghi, Esq. 11556-4201 |
| 15423762 | + | BBK Easton Office, LLC, c/o Peter D'Apice, Stutzman Bromberg Esserman & Plifka PC, 2323 Bryan Street, Suite 2200, Dallas, TX 75201-2689 |
| 15450446 | + | BRVC Owner, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15427340 | + | Baldwin Commons, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15486500 | + | Bayshore Shopping Center Property Owner, LLC, c/o Cypress Equities, 8144 Walnut Hill Lane, Suite 1200, Dallas, Texas 75231-4322 |
| 15438835 | + | Bear Valley Partners, LP, c/o Stephen W. Spence, Esq., Baird Mandalas Brockstedt, LLC, 1413 Savannah Road, Suite 1, Lewes, DE 19958-1792 |
| 15423326 | + | Bellevue Square Merchants Association, c/o Nold Muchinsky PLLC, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 15423325 | + | Bellevue Square, LLC, c/o Nold Muchinsky PLLC, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 15432400 | + | C & B #3, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Steven R. Schlesinger, Esq. |
| 15431952 | + | C&B #3, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| 15431955 | + | C&B #3, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Sophia A. Perna-Plank, Esq. |
| 15433375 | + | CAFARO MANAGEMENT COMPANY, 5577 YOUNGSTOWN-WARREN RD, NILES, OH 44446-4803 |
| 15450447 | + | CE Boulevard Phase I, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15442749 | + | CPBP-VII Associates, L.P., c/o Steven W. Kelly, Esq., S&D Law, 1290 Broadway, Suite 1650, Denver, Colorado 80203-5604 |
| 15464197 | + | Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 15455402 | + | City of Mercedes & Mercedes Independant School Dis, c/o Hiram Gutierrez, Perdue,Brandon,Fielder,Collins&Mott,LLP, P.O. Box 2916, McAllen Tx 78502-2916 |
| 15441973 | + | City of Springfield - City Water Light and Power, 800 E. Monroe, Room 327, Springfield, IL 62701-1653 |
| 15499970 | + | Columbus Park Crossing, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn,: Sophia A. Perna-Plank, Esq. |
| 15474286 | + | Commons at Issaquah, Inc., c/o Jeffrey A. Dito, Esq., 555 Montgomery Street, Suite 605, San Francisco, CA 94111-2543 |
| 15428004 | + | Cord Meyer Development LLC, c/o FARRELL FRITZ, P.C., Patrick Collins and Veronique Urban, 400 RXR Plaza, Uniondale, NY 11556-3826 |
| 15426432 | + | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| 15424408 | + | Donahue Schriber Realty Group, LLC, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, California 95825-4558 |
| 15534786 | + | Dulles Town Center Mall LLC, Lerner Corp, 2000 Tower Oaks Blvd, 8th Flr, Rockville, MD 20852-4284 |
| 15427332 | + | Fairlane 28, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15500161 | + | Forum Lone Star, L.P., c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Sophia A. Perna-Plank, Esq. |
| 15443254 | + | Four Stories, LLC, c/o ICE MILLER LLP, Louis T. DeLucia, Alyson M. Fiedler, 1500 Broadway, Suite 2900 New York, New York 10036-4183 |
| 15446294 | + | Frontier Development, LLC, d/b/a Frontier Lynchburg, LLC, 2627 N.E. 203rd Street, Suite 216, Miami, FL 33180-1946 |
| 15427339 | + | Green Oak Owner 1, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15426433 | + | Horizon Group Properties, Inc., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, |

| | | |
|---|---|---|
| | | NY 10020-1702 |
| 15469926 | + | Imperial County Treasurer-Tax Collector, 940 West Main St., Suite 106, El Centro, CA 92243-2864 |
| 15426440 | + | Inland Commercial Real Estate Services LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 15493317 | + | Iron Mountain Information Management LLC, One Federal Street, 7th Floor, Boston, MA 02110-2003 |
| 15731782 | #+ | JPMBB 2015-C28 IN WA WI Properties, LLC, c/o LNR Partners LLC, John Yee, Asset Manager, 1601 Washington Ave, Ste 700, Miami Beach, FL 33139-3165 |
| 15471706 | + | Jane R. Moe, c/o Canfield Wells, LLP, 4124 E. Parham Road, Richmond, VA 23228-3752 |
| 15476688 | + | Jason Attar, Kevin O'Brien & Associates Co LPA, 995 S. High St., Columbus, OH 43206-2527 |
| 15621657 | + | Korea Trade Insurance Corporation, c/o Bluestone, P.C., Attn: M. Zachary Bluestone, 4800 Hampden Lane, Suite 200, Bethesda, MD 20814-2934 |
| 15450961 | + | LCFRE Sugar Land Town Square, LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Bldg 1, Ste 300, Austin, TX 78746-5776 |
| 15822908 | + | Lectra USA Inc, Scott & Goldman, 980 Birmingham Rd, Ste 501-154, Milton, GA 30004-4417 |
| 15475379 | + | NARE Butterfield, LLC, c/o Zabel Law, LLC, 55 W. Monroe St. Suite 3330, Chicago, IL 60603-5094 |
| 15472894 | + | Nare Woodridge INLN, LLC, c/o Zabel Law, LLC, 55 West Monroe, Suite 3330, Chicago, IL 60603-5094 |
| 15426436 | + | National Realty & Development Corporation, c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| 15561480 | + | New Haven County, Tax Collector, 165 Church St, New Haven, CT 06510-2010 |
| 15426298 | + | Nod Brook Owner, LLC, c/o Jennifer V. Doran, Esq., Hinckley Allen, 28 State Street, Boston, MA 02109-1776 |
| 15467266 | + | Office of Unemployment Compensation Tax Services,, 651 Boas St, Rm 702, Harrisburg, PA 17121-0751 |
| 15461990 | + | Oklahoma County Treasurer, attn: Tammy Jones, 320 Robert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| 15424038 | + | PPG Shadow Real Estate LLC, c/o Kevin M. Capuzzi, Esq. & John C. Gen, Benesch, Friedlander, Coplan & Aronoff L, 1313 N. Market St., Ste. 1201, Wilmington, DE 19801-6101 |
| 15424039 | + | PREP Hillside Real Estate LLC, c/o Kevin M. Capuzzi, Esq. & John C. Gen, Benesch, Friedlander, Coplan & Aronoff L, 1313 N. Market St., Ste. 1201, Wilmington, DE 19801-6101 |
| 15476605 | + | PSLP LLC, A New Jersey Limited Liability Company, 40 Nassau Street, Princeton, NJ 08542-4522 |
| 15421379 | + | Paoli Shopping Center Limited Partnership, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 15437650 | + | Pine Street Flats LLC, c/o Paul G Jennings, Bass Berry & Sims PLC, 150 Third Ave S Ste 2800, Nashville TN 37201-2017 |
| 15439520 | + | Plaza las Americas, Inc., c/o JJ Alemany, Esq., Holland & Knight LLP, 701 Brickell Ave., Ste 3300, Miami, FL 33131-2898 |
| 15476371 | + | Preferred Real Estate, LLC, c/o Zabel Law, LLC, 55 W. Monroe St. Suite 3330, Chicago, IL 60603-5094 |
| 15454465 | + | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 15426441 | + | Pyramid Management Group, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 15421111 | + | RED Development, LLC, c/o Michelle E. Shriro, Singer & Levick, PC, 16200 Addison Road, Suite 140, Addison, TX 75001-5377 |
| 15534812 | | REEP-RTL DTC VA LLC, 51 Madison Avenue, c/o Real Estate - 9th Floor, (ATTN: Dulles Town Center), New York, NY 10010-1603 |
| 15663091 | | REEP-RTL NPM GA LLC, 51 Madison Avenue, c/o Real Estate - 9th Floor, (ATTN: Asset Manager - North Point Mall), New York, NY 10010-1603 |
| 15487494 | + | RFTC 2 Corp., c/o J. David Folds, Baker Donelson, 901 K Street NW, Suite 900, Washington DC 20001-6436 |
| 15426437 | + | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| 15424409 | + | RSS Center, LLC, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, California 95825-4558 |
| 15476071 | + | RetailMeNot, Inc., c/o Ashby & Geddes, Inc., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-0009 |
| 15426442 | + | Rivercrest Realty Associates, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 15481874 | + | Riverdale Center Owner IV, L.C., c/o Darwin H. Bingham, Scalley Reading, 15 West South Temple, Suite 600, Salt Lake City, Utah 84101-1536 |
| 15499973 | + | S.A. Development Company, L.P., c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Sophia A. Perna-Plank, Esq. |
| 15426439 | + | SITE Centers Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| 15427334 | + | Southland Mall Annex, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15449385 | + | Southwest Gas Corporation, PO Box 1498 Bankruptcy Desk, Victorville, CA 92393-1498 |
| 15714567 | + | Stein Teton, LLC, 16255 Ventura Blvd, Ste 708, Encino, CA 91436-2312 |
| 15530863 | + | Stericycle Inc, 2333 Waukegan Rd, Ste 300, Bannockburn, IL 60015-1575 |
| 15451070 | + | Sun Life Assurance Company of Canada, Paul W. Carey, Esq., Mirick O'Connell DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477 |
| 15427333 | + | VORH Associates, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15427336 | + | Vestar DRM OPCO, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15427337 | + | Vestar LPTC, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15427338 | + | Vestar QCM, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15427335 | + | Vestar RW Tempe Marketplace, LLC, c/o David M. Blau, Esq., Clark Hill PLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 15544433 | + | WA Department of Revenue, 2101 4th Ave Suite 1400, Seattle, WA 98121-2300 |
| 15489673 | | WG Tavern Square Venture LLC, c/o Gross, Romanick, Dean & DeSimone, PC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |

| 15489669 | | WG Tavern Squire Venture LLC, c/o Gross, Romanick, Dean & DeSimone, PC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 15445382 | + | WICHITA COUNTY, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, Texas 76307-8188 |
| 15477331 | + | Waste Management - Bankruptcy Department, 2625 W. Grandview Rd. Suite 150, Phoenix AZ 85023-3109 |
| 15446339 | + | Wichita County, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, TX 76307-8188 |
| 15465547 | + | Wilson Gardens Havana, LLC, c/o Steven W. Kelly, Esq., S&D Law, 1290 Broadway, Suite 1650, Denver, Colorado 80203-5604 |

TOTAL: 228

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | John P. Dillman, Linebarge Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064 |
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Sep 08 2022 00:17:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Angelina County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Sep 08 2022 00:17:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, PC, 1700 Redbud Blvd., Suite 300, McKinney, TX 75069, US 75069-3276 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Dallas County, Linebarger Goggan Blair & Sampson, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Fort Bend Co WCID #02, Linebarger Goggan Blair & Sampson LLP, c/o John P Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: laura.rider@lewiscountywa.gov | Sep 08 2022 00:17:00 | Lewis County Treasurer, PO Box 509, Chehalis, WA 98532-0509 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2022 00:18:00 | Montgomery County, Linebarger Goggan Blair & Sampson, c/o John Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: schristianson@buchalter.com | Sep 08 2022 00:17:00 | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| cr | + | Email/Text: cmartin@simon.com | Sep 08 2022 00:17:00 | Simon Property Group, Inc., 225 W. Washington Street, Indianapolis, IN 46204, UNITED STATES 46204-3438 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 08 2022 00:17:00 | TN Dept of Revenue, c/oTN Atty General, |

District/off: 0422-7          User:                       Page 7 of 47

Date Rcvd: Sep 07, 2022          Form ID: pdford9                 Total Noticed: 273

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Div, PO Box 20207, Nashville, TN 37202-4015 |
| cr | ^ | MEBN | Sep 08 2022 00:11:39 | Texas Comptroller of Public Accounts, Revenue Acco, Courtney J. Hull, Courtney J. Hull, , PO Box 12548, Austin, TX 78711-2548 |
| intp | ^ | MEBN | Sep 08 2022 00:11:40 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Texas Taxing Authorities, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| intp | | Email/Text: atlreorg@sec.gov | Sep 08 2022 00:17:00 | U.S. Securities and Exchange Commission, Atlanta Regional Office, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| crcm | + | Email/Text: natasha.gates@washingtonprime.com | Sep 08 2022 00:18:00 | Washington Prime Group, Inc., 180 East Broad Street, Columbus, OH 43215-3707 |
| 15467487 | + | Email/Text: g17768@att.com | Sep 08 2022 00:17:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 15429279 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Bell County TAD, c/o Tara LeDay, P.O. Box 1269, Round Rock, Tx 78680-1269 |
| 15429280 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Bowie CAD, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15429308 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Brazos County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15450258 | + | Email/Text: bankruptcy@abernathy-law.com | Sep 08 2022 00:17:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Attn: Bankruptcy Dept., Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Ste. 300, McKinney, TX 75069-3276 |
| 15461522 | + | Email/Text: vbbk4you@vbgov.com | Sep 08 2022 00:17:00 | City of Virginia Beach, Office of City Treasurer, Bankruptcy Department, 2401 Courthouse Drive, Bldg. 1, Virginia Beach, VA 23456-9120 |
| 15429354 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | City of Waco et al, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15429310 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Denton County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15446973 | | Email/Text: bankruptcynotification@ftr.com | Sep 08 2022 00:18:00 | Frontier Communications, Bankruptcy Dept, 19 John St, Middletown, NY 10940 |
| 15551421 | | Email/Text: brnotices@dor.ga.gov | Sep 08 2022 00:17:00 | Georgia Dept of Revenue, Compliance Div, 1800 Century Blvd, Ste 9100, Atlanta, GA 30345-9100 |
| 15429343 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Guadalupe County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15429353 | + | Email/Text: tleday@mvbalaw.com | Sep 08 2022 00:17:00 | Hays County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15483788 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 08 2022 00:18:00 | INDIANA DEPARTMENT OF REVENUE, BANKRUPTCY SECTION, 100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| 15429204 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 00:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15463249 | + | Email/Text: collections@lbwl.com | Sep 08 2022 00:17:00 | Lansing Board of Water and Light, 1232 Haco Dr, Lansing, MI 48912-1610 |
| 15437575 | | Email/Text: legal@taxcollector.com | Sep 08 2022 00:17:00 | Manatee County Tax Collector, Ken Burton, Jr., 1001 3rd Ave W, Ste 240, Bradenton, FL 34205-7863 |

| District/off: 0422-7 | User: | Page 8 of 47 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdford9 | Total Noticed: 273 |

| 15429355 | + Email/Text: tleday@mvbalaw.com | | |
|---|---|---|---|
| | | Sep 08 2022 00:17:00 | Midland CAD, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15434638 | + Email/Text: schristianson@buchalter.com | | |
| | | Sep 08 2022 00:17:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter, a Professional Corporation, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 15434262 | + Email/Text: bankruptcy@pb.com | | |
| | | Sep 08 2022 00:18:00 | Pitney Bowes Global Financial Services LLC, 27 Waterview Drive, Shelton, CT 06484-4301 |
| 15421338 | + Email/Text: mvaldez@pbfcm.com | | |
| | | Sep 08 2022 00:17:00 | Spring Branch Independent School District et al., c/o Owen M. Sonik, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| 15429356 | + Email/Text: tleday@mvbalaw.com | | |
| | | Sep 08 2022 00:17:00 | Taylor County CAD, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15439576 | Email/PDF: BankruptcyNoticesDFVendor@wellsfargo.com | | |
| | | Sep 08 2022 00:22:53 | Wells Fargo Vendor Financial Services, LLC, c/o A Ricoh USA Program, PO Box 13708, Macon, GA 31208-3708 |
| 15429357 | + Email/Text: tleday@mvbalaw.com | | |
| | | Sep 08 2022 00:17:00 | Williamson County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 15424741 | + Email/Text: jlabombarda@wilmorite.com | | |
| | | Sep 08 2022 00:17:00 | Wilmorite Management Group LLC, Judith Labombarda, 1265 Scottsville Rd, Rochester, NY 14624-5177 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 1301 East Gladstone Street Investors, LLC |
| cr | | 145 Great Road, LLC |
| cr | | 149 5th Ave. Corp. |
| cr | | 447 Fulton LLC |
| cr | | 601 Texas Road LLC |
| cr | | AEP Energy, Inc. |
| cr | | ARC CTCHRNC001, LLC |
| cr | | ARC MCLVSNV001, LLC |
| cr | | ARC NPHUBOH001, LLC |
| cr | | ARC NWNCHSC001, LLC |
| cr | | ARC PRLAWKS001, LLC |
| cr | | ARC RBASHNC001, LLC |
| cr | | ARC SWWCHOH001, LLC |
| cr | | ARC SWWMGPA001, LLC |
| cr | | ARC TSKCYMO001, LLC |
| cr | | ARCP MT Bowling Green KY, LLC |
| cr | | ARCP MT Lafayette IN, LLC |
| cr | | ARCP MT Monroe LA, LLC |
| cr | | Akamai Technologies, Inc. |
| cr | | Alshaya Trading Co. W.L.L. |
| cr | | Amerco Real Estate Company |
| cr | | American Electric Power |
| cr | | Aon Consulting, Inc. |
| cr | | Apollo Global Management |
| cr | | Apparel Manufacturing Partners Inc. |
| cr | | Arboretum Market Investment Group, Inc. |
| cr | | Ariadna Castro |
| cr | | Arizona Public Service Company |
| cr | | Aronov Realty Management Corporation |
| intp | | Ascena GUC Trust |
| intp | | Ash Tree Square, LLC |

| | |
|---|---|
| cr | Asheville Retail Associates LLC |
| cr | Ashville Retail Associates LLC |
| cr | Asmara International Limited |
| cr | Atlantic City Electric Company |
| cr | BBK Easton Office, LLC |
| cr | BP Prucenter Acquisition LLC |
| cr | BRVC Owner, LLC |
| cr | Baldwin Commons, LLC |
| cr | Baltimore Gas and Electric Company |
| cr | Bayer Retail Company III, L.L.C. |
| cr | Bayer Retail Company, L.L.C. |
| cr | Bear Valley Partners |
| cr | Bear Valley Partners, LP |
| cr | Bella Terra Associates, LLC |
| cr | Benderson Development Company, LLC |
| cr | Berengaria Development |
| cr | Bey Lea Joint Venture |
| intp | Bluestar Alliance LLC |
| cr | Bohannon Development Company |
| cr | Boston Gas Company |
| cr | Bradley Fair Properties LLC |
| cr | Brazoria County Tax Office, et al |
| cr | Brixmor Operating Partnership LP |
| cr | Brooks Shopping Centers, LLC |
| cr | C&B Realty #3, LLC |
| cr | CBL & Associates Management, Inc. |
| cr | CE Boulevard Phase I, LLC |
| cr | CH Shoppes, LLC |
| cr | CLPF - 600 NMA, LP |
| cr | CPBP-VII Associates, L.P. |
| cr | CPT Creekside Town Center, LLC |
| cr | CPT Louisville I, LLC |
| cr | CPT Peachtree Forum I, LLC |
| cr | CPT Shops at Rossmoor, LLC |
| intp | CR Mount Pleasant, LLC |
| cr | CSHV Crossroads, LLC |
| cr | CVM Holdings LLC |
| cr | Cambridgeside Galleria Associates Trust |
| cr | Cape Girardeau County Collector |
| cr | Capital Augusta Properties LLC |
| cr | Castleton Shoppes, LP |
| cr | Casto-Oakbridge Venture Ltd. |
| cr | Centennial Real Estate Company, LLC |
| cr | Central Avenue Investors, LLC |
| cr | Central Maine Power Company |
| cr | Champion Retail Services, Inc. |
| cr | Christine Clark |
| cr | Cole MT Rapid City SD (II) |
| cr | Coliseum Shoppes, LP |
| cr | Colonial Gas Cape Cod |
| cr | Comenity Bank |
| cr | Commons at Issaquah, Inc., a Florida corporation |
| cr | Commonwealth Edison Company |
| cr | Connecticut Light & Power Company |
| cr | Consolidated Edison Company of New York, Inc. |
| cr | Constellation NewEnergy, Inc. |
| cr | Cord Meyer Development LLC |
| cr | Coro North Point, LLC, US |
| intp | Corpus Christi Retail Venture LP |
| cr | Cross Country Plaza, LLC |
| cr | DDR Deer Park Town Center, LLC |
| cr | DIV Cranberry, LLC |
| cr | Delmarva Power & Light Company |

| | |
|---|---|
| cr | Dimple Creations Pvt Ltd. |
| mvnt | Donna J. Hall |
| cr | Dwayne L. Kirby |
| cr | Eastchester Associates Limited Partnership |
| cr | Eastgate Associates, L.P. |
| cr | Eastgate Associates, LLC |
| cr | Embarcadero Center Associates |
| cr | Epps Bridge Centre Property Co., LLC |
| cr | Equity Alliance of Canton Developer Parcel, LLC |
| cr | Evansville Associates LP |
| cr | Experian Marketing Solutions, LLC |
| cr | Fairfax Company of Virginia L.L.C. |
| cr | Fairlane 28, LLC |
| cr | Federal Realty Investment Trust |
| cr | Florida Power & Light Company |
| cr | Fort Union Shopping Center, LLC |
| cr | Four Embarcadero Venture |
| cr | Four Stories, LLC |
| cr | Fox Run Mall, LLC |
| cr | Freeport Premium LLC |
| cr | Freeport Premiun LLC |
| cr | Freeport Retail LLC |
| cr | Freeport Retail, LLC |
| cr | Fremaux Town Center SPE, L.L.C. as successor in in |
| cr | Fremaux Town Center SPE, LLC |
| intp | Fullbeauty Brands Operations, LLC |
| cr | G&I IX Camp Creek Property LLC |
| cr | G&I IX Kildeer, LLC |
| cr | G&I IX Palm Valley Pavilions, LLC |
| cr | G&I VII Reno Operating, LLC |
| cr | G&I VII Retail Carriage LLC |
| cr | GEM Realty Capital, Inc. |
| cr | Galleria Mall Investors LP |
| cr | Garden City Owner LLC |
| cr | Gary T. Dinkin |
| cr | Gateway Afton Ridge, Inc. |
| cr | Gaurav International |
| cr | Gazit Horizons (Marketplace) LLC |
| cr | Georgia Department of Revenue |
| cr | Georgia Power Company |
| cr | Gerrity Group |
| cr | Glendale Centre, LLC |
| cr | Go Go International Pvt. Ltd. |
| cr | Goldman Sachs Bank USA |
| cr | Goldman Sachs Realty Management, LLC |
| cr | Grand Plaza, LLC |
| cr | Green Hills Mall TRG LLC |
| cr | Green Oak Owner 1, LLC |
| cr | Greenberg Gibbons |
| cr | Greenwood Place Commons, LP |
| cr | Gulf Power Company |
| cr | HMC PT Poplar Creek Crossing, LLC |
| cr | HPC Robinhood Investors, LP |
| cr | HPC Stonecreek Investors, LP |
| cr | Hammond Square, L.L.C. as successor in interest to |
| cr | Hanes M. Owner, LLC and Hanes Z. Owner, LLC, as Te |
| cr | Hansae Co. Ltd. |
| cr | Hart TC I-III LLC |
| cr | Hines REIT |
| intp | IMI Huntsville LLC |
| intp | IMI MSW LLC |
| intp | IMI Miracle Mile LLC |
| cr | IRC Bradley Commons, L.L.C. |

| | |
|---|---|
| cr | IRC Fort Smith, L.L.C. |
| cr | IRC Mankato Heights, L.L.C. |
| cr | IRC Rochester Marketplace, L.L.C. |
| cr | IRC Skokie Fashion Square II, L.L.C. |
| cr | IRC Stone Creek, L.L.C. |
| cr | IRC Valparasio Walk, L.L.C. |
| cr | Indian River County Tax Collector |
| cr | Irvine Spectrum Center LLC |
| cr | JCC California Properties, LLC |
| cr | JPMBB 2015-C28 in WA WI Properties, LLC |
| unk | JPMORGAN CHASE BANK, N.A. |
| cr | JRA HHF Venture LLC |
| op | Jackson Square Advisors LLC, in its capacity as th |
| cr | Jacob's First, LLC |
| cr | Jersey Central Power & Light Company |
| intp | Joel Patterson and Michaella Corporation |
| cr | Jones Lang LaSalle Americas, Inc. |
| intp | Justice Brand Holdings LLC |
| cr | KRE Broadway Mall Owner LLC |
| cr | KRE Colonie Owner LLC |
| cr | KRG Chapel Hill Shopping Center, LLC |
| cr | KRG Cool Springs, LLC |
| cr | KRG Draper Peaks, LLC |
| cr | KRG Kingwood Commons, LLC |
| cr | KRG Las Vegas Centennial Center, LLC |
| cr | KRG Port St. Lucie Landing, LLC |
| cr | KRG Portofino, LLC |
| cr | KRG Rampart, LLC |
| cr | KRG Shops at Moore, LLC |
| cr | KRG/Atlantic Delray Beach, LLC |
| cr | Karle International Private Limited |
| cr | Katherine Reeb |
| cr | Kendall Village Associates, Ltd. |
| cr | KeySpan Energy Delivery Long Island |
| cr | KeySpan Energy Delivery New York |
| cr | Kite West 86th Street, LLC |
| cr | Kobie Marketing, Inc. |
| cr | Kyung Seung Co., Ltd. |
| cr | LF II Cottonwood LP |
| cr | LRC Mentor Investors, LLC |
| cr | LRC Mentor Investors, LLC |
| cr | Lake George Northway, LLC |
| cr | Lakewood Associates, LLC |
| cr | Leeds Retail Center, LLC |
| cr | Legacy Place Properties LLC |
| cr | Lightman Cool Springs, LLC |
| cr | Lionel Savadove |
| cr | Lubbock Central Appraisal District |
| cr | M&J - Big Waterfront Town Center I, LLC |
| cr | M&J Wilkow Properties, LLC |
| cr | MacArthur Village SPE, L.L.C. |
| cr | Maricopa County Treasurer |
| cr | Market Street Retail South LLC |
| cr | Marple XYZ Associates, L.P. |
| cr | Massachusetts Electric Company |
| cr | Metronational Corporation |
| cr | Metropolis Lifestyle Center LLC |
| cr | Metropolitan Edison Company |
| cr | Midland County |
| cr | Midland South Development Co., LLC |
| cr | Midwood Landlords |
| cr | Midwood Management Corp. |
| cr | Millennium Livonia, LLC |

| | |
|---|---|
| cr | Modelama Exports Pvt Ltd. |
| cr | Modindia Exim Private Ltd. |
| cr | Monica Velasquez |
| cr | Monongahela Power Company |
| cr | Montebello Town Center Investors, LLC |
| cr | NADG/SG Riverdale Village LP |
| cr | NED Altoona LLC |
| cr | NED Little Rock LLC |
| cr | NP/I&G East Chase Property Owner LLC |
| cr | NStar Electric Company |
| cr | NStar Electric Company, Western Massachusetts |
| cr | NStar Gas Company |
| cr | NW Blakeney Retail, LLC |
| cr | Narragansett Electric Company |
| cr | Nashville West, LLC |
| cr | National Realty & Development Corp. |
| cr | New York State Electric and Gas Corporation |
| cr | Newbridge, LLC |
| cr | Newmark Merrill Companies, LLC |
| cr | Niagara Mohawk Power Corporation |
| cr | Nod Brook Owner, LLC |
| unk | Non-RSA Term Lender Group |
| cr | North Point Mall |
| cr | North Riverside Plaza LP |
| cr | Northway Outlets, LLC |
| cr | Northwoods (San Antonio) LLC |
| cr | Northwoods III (San Antonio), LLC |
| cr | OCW Retail - Canton, LLC |
| intp | OKC Outlets I LLC |
| crcm | Official Committee of Unsecured Creditors |
| cr | Ohio Edison Company |
| cr | Oklahoma Gas and Electric Company |
| cr | Orange and Rockland Utilities, Inc. |
| cr | Ovative Group, LLC |
| cr | Oxford BIT Gallery Place Property Owner, LLC, |
| cr | PECO Energy Company |
| cr | PFP 4 Outlets, LLC |
| cr | PGS Burlington, LLC/Tower Burlington Commons, LLC |
| cr | PLD USLV Alessandro DC, LP (f/k/a IPT Alessandro D |
| cr | PPG Shadow Real Estate LLC, a Delaware limited lia |
| cr | PR 150 Roosevelt Shops LLC |
| cr | PR Avalon Phase 1 Owner, LLC, US |
| cr | PREIT Services, LLC as agent for Cherry Hill Cente |
| cr | PREIT Services, LLC, as agant for PR Plymouth Meet |
| cr | PREIT Services, LLC, as agent for PR Exton Square |
| cr | PREIT Services, LLC, as agent for PR Springfield D |
| cr | PREP Hillside Real Estate LLC |
| cr | PSEG Long Island |
| cr | PZ Miracle GL LLC |
| cr | Palm Beach Mall Holdings LLC |
| cr | Palm Beach Outlets I, LLC |
| intp | Pan Pacific Co., Ltd. |
| cr | Park West Village Phase III, LLC |
| cr | Pearl Global Fareast Limited |
| cr | Pee Empro Exports PVT Ltd. |
| cr | Peninsula Main VA, LLC |
| cr | Penland Freeport LLC |
| cr | Pennsylvania Electric Company |
| cr | Pennsylvania Power Company |
| intp | Peoria New Mall LLC |
| cr | Philbrook Avenue Associates LLC |
| cr | Phong Phu International JSC |
| cr | Pine Street Flats, LLC |

| | |
|---|---|
| cr | Poong In Trading Co., Ltd. |
| cr | Potomac Edison Company |
| cr | Premier Brands Justice LLC |
| cr | Premier Centre, L.L.C. |
| cr | Premier Centre, LLC |
| intp | Premium Apparel LLC |
| cr | Public Service Company of New Hampshire |
| cr | Public Service Electric and Gas Company |
| cr | QIC Properties, Inc. |
| cr | RED Development LLC |
| cr | RFTC 2 Corp. |
| cr | Regency Centers, LP |
| cr | Retail Properties of America, Inc. |
| cr | Richa & Co and Richa Global Exports PVT Ltd. |
| cr | Richland County Treasurer, Office of County Treasurer |
| cr | River Chase Shopping Center, L.L.C. as successor i |
| cr | River Chase Shopping Center, LLC |
| cr | River Park Properties II, a California Limited Par |
| intp | River Ridge Mall JV LLC |
| cr | Riverdale Center Owner IV, L.C. |
| cr | Rochester Gas & Electric Corporation |
| cr | Round Rock Crossings Texas LP |
| cr | Route 140 School Street LLC |
| cr | Route 146 Millbury LLC |
| cr | SAP Industries, Inc. fka SAP Retail Inc. |
| cr | SIMA Management Corporation |
| cr | SP Bossier, L.L.C. |
| intp | SRE Boardwalk LLC |
| intp | SRE Mustang LLC |
| intp | SRE Ontario LLC |
| cr | ST Mall Owner, LLC |
| cr | STRS L3 ACQ1 LLC |
| cr | Sacramento Municipal Utility District |
| cr | Sae-A Trading Co., Ltd. |
| cr | Salt River Project |
| cr | San Diego Gas and Electric Company |
| cr | Sandhill Center, LLC |
| cr | Sapient Corporation |
| cr | Saucon Valley Lifestyle Center, L.P. |
| cr | Saul Holdings Limited Partnership |
| cr | Seayco-THF Eastside Market Shops, LLC |
| cr | Shary Retail, Ltd. |
| cr | ShopOne Centers REIT, Inc. |
| cr | Shopcore Properties, LP |
| cr | Shulport LLC |
| intp | Snogen Green Co., Ltd. |
| cr | Sodexo, Inc. |
| cr | Southland Mall Annex, LLC |
| cr | Southlands TC LLC |
| cr | State Teachers Retirement of Ohio |
| cr | State of Ohio, Bureau of Workers' Compensation |
| cr | Stein Teton, LLC |
| cr | Stirling Lafayette, L.L.C. |
| cr | Stirling Lafayette, LLC |
| unk | Stone Mountain Nissan |
| cr | Stonefield Advisors |
| cr | Sun Life Assurance Company of Canada |
| cr | Sundance Square Partners, L.P. |
| cr | Sy Howe Arden LLC |
| cr | SyWest Development LLC, Authorized Agent for Sy Ho |
| cr | TBG State Street LLC |
| cr | TC Crossing, L.L.C. as successor in interest to KI |
| cr | TC Crossing, LLC |

| | |
|---|---|
| cr | TECO Peoples Gas System |
| cr | THF D-Charleston Dev., LLC |
| cr | THF Greengate Development, LP |
| cr | TKG Logan Town Centre LP |
| cr | TKG Nordhoff - Tampa Plaza LLC |
| intp | TMP SRE I LLC |
| cr | TMT Bear Creek Shopping Center, Inc. |
| intp | Tainan Enterprises Co., Ltd. |
| cr | Tampa Electric Company |
| cr | Tanger Factory Outlet Centers Inc. |
| cr | Taylor Square Owner, LLC |
| cr | Teachers Insurance and Annuity Association of Amer |
| cr | Texport Creation |
| cr | The "Local Texas Taxing Authorties," comprised of: |
| cr | The Ad Hoc Group of Term Loan Lenders |
| cr | The Chubb Companies |
| cr | The Cleveland Electric Illuminating Company |
| cr | The Commons at Willowbrook, Inc. |
| cr | The Dominion East Ohio Gas Company d/b/a Dominion |
| cr | The Forbes Company |
| cr | The Macerich Company |
| cr | The Mall at Short Hills |
| cr | The Ohio State Teachers Retirement System |
| cr | The Paddocks Shops |
| cr | The Potomac Electric Power Company |
| cr | The Rainier Companies |
| cr | The Realty Associates Fund X, L.P. |
| cr | The Taubman Company, LLC |
| cr | The Wilder Companies |
| cr | Thoroughbred Village, LLC |
| cr | Three Embarcadero Center Venture |
| cr | Thruway Shopping Center LLC |
| cr | Times Square Tower Associates LLC |
| cr | Toledo Edison Company |
| cr | Trademark Property Company |
| cr | Transfair USA d/b/a Fair Trade USA |
| cr | Tucson Electric Power Company |
| cr | Turnberry Associates |
| cr | Tusker Apparel Ltd. Co. |
| cr | U.S. Bank NA, Trustee, as successor-in-interest to |
| cr | US MJW East Gate VI, LLC |
| cr | US VI Downey, LLC |
| intp | Ubase International, Inc. |
| cr | United States of America, Internal Revenue Service |
| cr | Urban Edge Properties, L.P. |
| cr | Urban Retail Properties |
| cr | VORH Associates, LLC |
| cr | Valley Square Mall Owner, LLC |
| cr | Vestar DRM OPCO, LLC |
| cr | Vestar LPTC, LLC |
| cr | Vestar Orchard Town Center, LLC |
| cr | Vestar QCM, LLC |
| cr | Vestar RW Tempe Marketplace, LLC |
| cr | Virginia Electric and Power Company d/b/a Dominion |
| cr | W-PT Metro Center Owner VIII, L.L.C. |
| cr | W/S Peak Canton Properties LLC |
| cr | W/S Smithfield Associates LLC |
| cr | W/S Wareham Properties LLC |
| cr | W/S/M Hingham Properties LLC |
| cr | WRI Mueller, LLC |
| cr | WRI North Towne, LLC |
| cr | WRI Ridgeway, LLC |
| cr | WRI Trautmann, L.P. |

District/off: 0422-7 | User: | Page 15 of 47
Date Rcvd: Sep 07, 2022 | Form ID: pdford9 | Total Noticed: 273

| | | |
|---|---|---|
| cr | | WRIT 1140 CT, LLC |
| cr | | Wareham Crossing Capital LLC |
| cr | | Warwick Mall Owner LLC |
| cr | | Watters Creek Owner, LLC |
| cr | | Wayside Commons Investors LLC |
| cr | | Weingarten Nostat, Inc. |
| cr | | Weingarten Realty Investors and Its Affiliates |
| cr | | West Penn Power Company |
| cr | | Westfield, LLC and certain of its affliates |
| cr | | Wilson Gardens Havana, LLC |
| cr | | Winter Park Town Center, Ltd. |
| cr | | Workday, Inc. |
| cr | | YTC Mall Owner, LLC |
| cr | | Yankee Gas Services Company |
| 15477425 | | APL Logistics Americas Ltd |
| 15464893 | | BSREP II Houston Office 4HC Owner LLC |
| 15621654 | | Choi & Shin's Co., LTD,61, Bukchon-ro, Jongno-gu,S |
| 15491478 | | DIV Cranberry, LLC |
| 15731783 | | Frederick J. Meno, as Receiver |
| 15461950 | | John Gallin & Son |
| 15663087 | | North Point Mall, LLC, ADDRESS UNKNOWN |
| 15473442 | | SPUS8 FB Seminole JV Prop, LLC |
| 15421075 | | Simon Property Group, Inc. |
| 15561446 | | VESTAL MANAGEMENT PROPERTY LLC |
| 15563234 | | Workday, Inc. |
| cr | *+ | Bellevue Square Merchants' Association, c/o Nold Muchinsky PLLC, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| cr | *+ | Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | *+ | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | *+ | Horizon Group Properties, Inc., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | *+ | Imperial County Treasurer-Tax Collector, 940 West Main St., Suite 106, El Centro, CA 92243-2864 |
| cr | *+ | LCFRE Sugar Land Town Square, LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Bldg 1, Ste 300, Austin, TX 78746-5776 |
| cr | *P++ | MANATEE COUNTY TAX COLLECTOR, 1001 3RD AVE W SUITE 240, BRADENTON FL 34205-7871, address filed with court:, Manatee County Tax Collector, Ken Burton, Jr., 1001 3rd Ave W, Ste 240, Bradenton, FL 34205-7863 |
| cr | *+ | National Realty & Development Corporation, c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | *+ | Office of Unemployment Compensation Tax Services,, 651 Boas St, Rm 702, Harrisburg, PA 17121-0751 |
| cr | *+ | Oklahoma County Treasurer, attn: Tammy Jones, 320 Robert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | * | RetailMeNot, Inc., c/o Ashby & Geddes, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150 |
| cr | *+ | SITE Centers Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | * | WG Tavern Square Venture LLC, c/o Gross, Romanick, Dean & DeSimone, PC, 3975 University Dr., Suite 410, Fairfax, VA 22030-2520 |
| cr | * | Wells Fargo Vendor Financial Services, LLC, c/o A Ricoh USA Program, PO Box 13708, Macon, GA 31208-3708 |
| cr | *+ | Wichita County, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, TX 76307-8188 |
| cr | *+ | Wilmorite Management Group LLC, Judith Labombarda, 1265 Scottsville Rd, Rochester, NY 14624-5177 |
| 15432398 | *+ | C & B #3, LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333, Attn.: Sophia A. Perna-Plank, Esq. |
| 15489716 | * | WG Tavern Square Venture LLC, c/o Gross, Romanick, Dean & DeSimone, PC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 15445384 | *+ | WICHITA COUNTY, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, Texas 76307-8188 |
| 15445410 | *+ | WICHITA COUNTY, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, Texas 76307-8188 |
| cr | ##+ | PREIT Services, LLC, as agent for PR Prince George, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| cr | ##+ | PREIT Services, LLC, as agent for Springfield/Delc, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| cr | ##+ | PREIT Services, LLC, as agent for WG Park, L.P., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| 15424138 | ##+ | Kendall Village Associates, Ltd., c/o Mary F. Caloway, Buchanan Ingersoll & Rooney, 919 N. Market Street, Suite 990, Wilmington, DE 19801, mary.caloway@bipc.com 19801-3036 |

TOTAL: 434 Undeliverable, 21 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron Jefferson Cheatham | on behalf of Creditor LRC Mentor Investors  LLC acheatham@fandpnet.com |
| Alexander Richard Green | on behalf of Creditor PSLP LLC agreen@mcglinchey.com  sdeeby@clarkhill.com |
| Alyson M Fiedler | on behalf of Creditor Four Stories  LLC Alyson.fiedler@icemiller.com, john.acquaviva@icemiller.com;michael.ott@icemiller.com |
| Andrew Justin Narod | on behalf of Creditor Nashville West  LLC anarod@bradley.com |
| Andrew Lynch Cole | on behalf of Creditor Delco Plaza I  L.P. acole@coleschotz.com, pratkowiak@coleschotz.com |
| Andrew Lynch Cole | on behalf of Creditor CFC Phase II  LLC acole@coleschotz.com, pratkowiak@coleschotz.com |
| Andrew Lynch Cole | on behalf of Creditor Colonnade II LP acole@coleschotz.com  pratkowiak@coleschotz.com |
| Andrew S. Conway | on behalf of Creditor Taubman Landlords aconway@taubman.com |
| Aryeh E. Stein | on behalf of Creditor RAF Lake Charles LLC astein@meridianlawfirm.com  aryehsteinecf@gmail.com |
| Aryeh E. Stein | on behalf of Creditor Woodhaven Commons LLC astein@meridianlawfirm.com  aryehsteinecf@gmail.com |
| Augustus C. Epps, Jr. | on behalf of Creditor The Taubman Company  LLC aepps@williamsmullen.com |
| Augustus C. Epps, Jr. | on behalf of Creditor Kobie Marketing  Inc. aepps@williamsmullen.com |
| Bennett Thomas Willoughby Eastham | on behalf of Creditor Wendy L. Hufford beastham@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com |
| Bradley D. Jones | on behalf of Creditor BBK Easton Office  LLC Brad.Jones@ofplaw.com, Marse.Hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com |
| Bradshaw Rost | on behalf of Creditor CH Realty VII/R Nova Promendade BRost@tspclaw.com |
| Bradshaw Rost | on behalf of Creditor CH Realty VII R Shreveport Bellemead LLC BRost@tspclaw.com |
| Bradshaw Rost | on behalf of Creditor JBG/Woodbridge Retail  LLC BRost@tspclaw.com |

Bradshaw Rost

on behalf of Creditor RD-Tulsa Hills L.P BRost@tspclaw.com

Bradshaw Rost

on behalf of Creditor High Pointe Commons Holding  LP BRost@tspclaw.com

Brian H. Richardson

on behalf of Creditor Northwoods III (San Antonio)  LLC brichardson@spilmanlaw.com

Brian H. Richardson

on behalf of Creditor Northwoods (San Antonio) LLC brichardson@spilmanlaw.com

Brian H. Richardson

on behalf of Creditor ARCP MT Monroe LA  LLC brichardson@spilmanlaw.com

Brian H. Richardson

on behalf of Creditor ARCP MT Lafayette IN  LLC brichardson@spilmanlaw.com

Brian H. Richardson

on behalf of Creditor ARCP MT Bowling Green KY  LLC brichardson@spilmanlaw.com

Brian H. Richardson

on behalf of Creditor Cole MT Rapid City SD (II) brichardson@spilmanlaw.com

Brian M Muchinsky

on behalf of Creditor Bellevue Square Merchants' Association bmuchinsky@noldmuchlaw.com
natalie@noldmuchlaw.com;bfaulkner@noldmuchlaw.com

Brian M Muchinsky

on behalf of Creditor Bellevue Square  LLC bmuchinsky@noldmuchlaw.com,
natalie@noldmuchlaw.com;bfaulkner@noldmuchlaw.com

Brian William Bisignani

on behalf of Creditor Aon Consulting  Inc. bbisignani@postschell.com

Brittany Berlauk Falabella

on behalf of Interested Party Ascena GUC Trust bfalabella@hirschlerlaw.com
rhenderson@hirschlerlaw.com;ndysart@hirschlerlaw.com

Brittany Berlauk Falabella

on behalf of Creditor Committee Official Committee of Unsecured Creditors bfalabella@hirschlerlaw.com
rhenderson@hirschlerlaw.com;ndysart@hirschlerlaw.com

Cameron Reynolds Argetsinger

on behalf of Creditor Coro North Point  LLC cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor QIC Properties  Inc. cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Jones Lang LaSalle Americas  Inc. cargetsinger@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Newmark Merrill Companies  LLC cargetsinger@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Regency Centers  LP cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Teachers Insurance and Annuity Association of America cargetsinger@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Benderson Development Company  LLC cargetsinger@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Brookfield Properties Retail  Inc. cargetsinger@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Turnberry Associates cargetsinger@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Shopcore Properties  LP cargetsinger@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Cameron Reynolds Argetsinger

on behalf of Creditor Hines REIT cargetsinger@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

Catherine S. Mullins

on behalf of Creditor Georgia Department of Revenue catherine.mullins@dss.virginia.gov  bankruptcy@dss.virginia.gov

Catherine Schlomann Robertson

on behalf of Creditor Bohannon Development Company crobertson@pahl-mccay.com

Celine E. de la Foscade-Condon

on behalf of Creditor Massachusetts Department of Revenue delafoscac@dor.state.ma.us

Christian K. Vogel

on behalf of Creditor Oracle America  Inc. kvogel@vogelandcromwell.com

Christopher Barrett Bowman

on behalf of Creditor Union Investment Real Estate GmbH cbowman@bregmanlaw.com  kristy@bregmanlaw.com

Christopher Barrett Bowman

on behalf of Creditor Central Park Retail  LLC cbowman@bregmanlaw.com, kristy@bregmanlaw.com

Christopher Barrett Bowman

on behalf of Creditor Commons at Issaquah Inc. cbowman@bregmanlaw.com  kristy@bregmanlaw.com

Christopher L. Perkins

on behalf of Creditor Alshaya Trading Co. W.L.L. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Pyramid Management Group  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Grand Plaza  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor DLC Management Corp. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Horizon Group Properties  Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Brooks Shopping Centers  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Tanger Factory Outlet Centers Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Westfield  LLC and certain of its affliates cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Shopcore Properties  LP cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Coro North Point  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Teachers Insurance and Annuity Association of America cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Hines REIT cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Inland Commercial Real Estate Services LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor RPT Realty  L.P. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Jones Lang LaSalle Americas  Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Rivercrest Realty Associates  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor National Realty & Development Corp. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Benderson Development Company  LLC cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor QIC Properties  Inc. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor SITE Centers Corp. cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Regency Centers  LP cperkins@eckertseamans.com

Christopher L. Perkins

on behalf of Creditor Turnberry Associates cperkins@eckertseamans.com

District/off: 0422-7                                      User:                                          Page 19 of 47
Date Rcvd: Sep 07, 2022                           Form ID: pdford9                              Total Noticed: 273

Christopher L. Perkins
                       on behalf of Creditor Brookfield Properties Retail  Inc. cperkins@eckertseamans.com

Conrad K. Chiu
                       on behalf of Creditor Gaurav International cchiu@pryorcashman.com
                       docketing@pryorcashman.com;rbeacher@pryorcashman.com

Corinne S Brennan
                       on behalf of Creditor ADR 1713 Walnut  LLC cbrennan@klehr.com

Courtney J. Hull
                       on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-chull@oag.texas.gov,
                       sherri.simpson@oag.texas.gov

Cullen Drescher Speckhart
                       on behalf of Debtor AnnTaylor Retail  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Catherines #5124  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Tween Brands Marketing  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor 933 Inspiration LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor DBI Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Fashion Service LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Fashion Service Fulfillment Corporation cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Chestnut Acquisition Sub Inc. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Charming Shoppes Street  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Charming Shoppes Seller  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor ANN Card Services  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Catherines Stores Corporation cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Worldwide Retail Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Catherines #5147  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Spirit of America  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor ASNA Value Fashion LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor PSTM  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Lane Bryant  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor AnnTaylor  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Charming Sales Co. One  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Charming Sales Co. Three  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor Sonsi  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart
                       on behalf of Debtor GC Fulfillment  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Too GC  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Tween Brands Direct Services Inc. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Lane Bryant Purchasing Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Ascena Trade Services  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Charming Sales Co. Two  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Tween Brands Service Co. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor CSI Industries  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Charming Shoppes of Delaware  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Charming Shoppes  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor CCTM  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Winks Lane  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Fashion Apparel Sourcing LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor DBX  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Tween Brands  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Catalog Seller LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Charming Sales Co. Four  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Charming Shoppes Receivables Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Catalog Receivables LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Retail Group  Inc., et al. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor AnnTaylor Distribution Services  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Lane Bryant #6243  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor BackingBrands Solutions  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor ASNA Plus Fashion  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Other Professional Jackson Square Advisors LLC  in its capacity as the Plan Administrator cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor CS Holdco II Inc. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor CSPE  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

       on behalf of Debtor Lane Bryant of Pennsylvania  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com

Cullen Drescher Speckhart

| | |
|---|---|
| | on behalf of Debtor Duluth Real Estate LLC cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor BackingBrands Buying Agent  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor DBCM Holdings  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Etna Retail DC  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Catherines  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Tween Brands Agency  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor AnnCo  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor CSGC  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Ascena Retail Holdings  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Tween Brands Investment  LLC cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor C.S.F. Corp. cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Crosstown Traders  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor Lane Bryant Outlet 4106  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor AnnTaylor of Puerto Rico  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Cullen Drescher Speckhart | |
| | on behalf of Debtor ANN  Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com |
| Darrell William Clark | |
| | on behalf of Creditor 850 Third Avenue Owner LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| Darrell William Clark | |
| | on behalf of Creditor AM 150 E 42 Realty LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| Darrell William Clark | |
| | on behalf of Creditor 150 E 42 Realty LLC darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| Darwin H. Bingham | |
| | on behalf of Creditor Riverdale Center Owner IV  L.C. dbingham@scalleyreading.net, cat@scalleyreading.net |
| David G. Browne | |
| | on behalf of Creditor Gary T. Dinkin dbrowne@sblawva.com |
| David M. Blau | |
| | on behalf of Creditor Southland Mall Annex  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Vestar DRM OPCO  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Vestar RW Tempe Marketplace  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Green Oak Owner 1  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Vestar LPTC  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor VORH Associates  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Vestar Orchard Town Center  LLC dblau@clarkhill.com |
| David M. Blau | |
| | on behalf of Creditor Fairlane 28  LLC dblau@clarkhill.com |
| David M. Blau | |

David M. Blau
                    on behalf of Creditor CPT Creekside Town Center  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Baldwin Commons  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor CPT Shops at Rossmoor  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor CE Boulevard Phase I  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor BRVC Owner  LLC dblau@clarkhill.com

David M. Blau
                    on behalf of Creditor Vestar QCM  LLC dblau@clarkhill.com

David R. Ruby
                    on behalf of Creditor Ovative Group  LLC druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David W. Baddley
                    on behalf of Interested Party U.S. Securities and Exchange Commission baddleyd@sec.gov

Denyse Sabagh
                    on behalf of Creditor The Chubb Companies dsabagh@duanemorris.com

Diana Lyn Curtis McGraw
                    on behalf of Creditor Kyung Seung Co.  Ltd. dmcgraw@foxrothschild.com

Donald K. Ludman
                    on behalf of Creditor SAP Industries  Inc. fka SAP Retail Inc. dludman@brownconnery.com

Donna J. Hall
                    on behalf of Creditor Go Go International Pvt. Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Sapient Corporation dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Richa & Co and Richa Global Exports PVT Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Dimple Creations Pvt Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Modindia Exim Private Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Asmara International Limited dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Tusker Apparel Ltd. Co. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Pee Empro Exports PVT Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor John Gallin & Son  Inc. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Texport Creation dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Monica Velasquez dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Gaurav International dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Modelama Exports Pvt Ltd. dhall@goodmanallen.com

Donna J. Hall
                    on behalf of Creditor Pearl Global Fareast Limited dhall@goodmanallen.com

Douglas M. Foley
                    on behalf of Unknown Non-RSA Term Lender Group dfoley@mcguirewoods.com
                    mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Dylan G. Trache
                    on behalf of Creditor Columbus Park Crossing  LLC dylan.trache@nelsonmullins.com,
                    robert.ours@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
    on behalf of Creditor C&B Realty #3  LLC dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
    on behalf of Creditor S.A. Development Group  L.P. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
    on behalf of Creditor AVR CPC Associates  LLC dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Edward Benton Keatley
    on behalf of Creditor NorthPark Partners  LP ebkeatley@polsinelli.com

Edward Benton Keatley
    on behalf of Creditor Castle and Cooke Corona Crossings  LLC ebkeatley@polsinelli.com

Emily Margaret Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@Abernathy-law.com

Eric C. Howlett
    on behalf of Creditor Peninsula Main VA  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
    on behalf of Creditor Pine Street Flats  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
    on behalf of Creditor Frontier Lynchburg  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric W Sleeper
    on behalf of Creditor John Gallin & Son  Inc. esleeper@bartonesq.com

Evan T. Miller
    on behalf of Interested Party Ash Tree Square  LLC emiller@bayardlaw.com

Frank F. McGinn
    on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Gwynne L. Booth
    on behalf of Creditor Zlotnick & Kraft-D.C.  LLC glb@gdllaw.com

H. Elizabeth Weller
    on behalf of Creditor Dallas County Dallas.Bankruptcy@publicans.com  Dora.Casiano-Perez@lgbs.com

Hiram A Gutierrez
    on behalf of Creditor MERCEDES INDEPENDENT SCHOOL DISTRICT & CITY OF MERCEDES
edinburgbankruptcy@pbfcm.com

Howard Marc Spector
    on behalf of Creditor The Shops at Summerlin North  LP hspector@spectorcox.com,
sshank@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Howard Marc Spector
    on behalf of Creditor Riverwalk Marketplace (New Orleans) LLC hspector@spectorcox.com
sshank@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Ivo Keller
    on behalf of Creditor Gateway Afton Ridge  Inc. ivo@ssllawfirm.com

Ivo Keller
    on behalf of Creditor TMT Bear Creek Shopping Center  Inc. ivo@ssllawfirm.com

J. Bennett Friedman
    on behalf of Creditor Lakewood Associates  LLC jfriedman@flg-law.com, msobkowiak@flg-law.com,cllosa@flg-law.com

J. Bennett Friedman
    on behalf of Creditor Bella Terra Associates  LLC jfriedman@flg-law.com, msobkowiak@flg-law.com,cllosa@flg-law.com

J. David Folds
    on behalf of Creditor NP/I&G East Chase Property Owner LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
    on behalf of Creditor Hart TC I-III LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
    on behalf of Creditor G&I IX Camp Creek Property LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
    on behalf of Creditor Bayshore Shopping Center Property Owner  LLC dfolds@bakerdonelson.com, sparson@bakerdonelson.com

J. David Folds
    on behalf of Creditor JRA HHF Venture LLC dfolds@bakerdonelson.com  sparson@bakerdonelson.com

District/off: 0422-7                                    User:                                          Page 24 of 47
Date Rcvd: Sep 07, 2022                          Form ID: pdford9                        Total Noticed: 273

J. David Folds
on behalf of Creditor RFTC 2 Corp. dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. Ellsworth Summers, Jr.
on behalf of Creditor Comenity Bank esummers@burr.com  sguest@burr.com

James D. Fullerton
on behalf of Interested Party Sil-Way LLC jfullerton@fullertonlaw.com

James D. Kepley, Jr.
on behalf of Creditor Amerco Real Estate Company jkepley@kbtrvalaw.com

James K. Donaldson
on behalf of Interested Party Ubase International  Inc. jed.donaldson@limnexus.com

James K. Donaldson
on behalf of Interested Party Pan Pacific Co.  Ltd. jed.donaldson@limnexus.com

James K. Donaldson
on behalf of Interested Party Snogen Green Co.  Ltd. jed.donaldson@limnexus.com

Jason B. Binford
on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division jason.binford@oag.texas.gov

Jason Brill Shorter
on behalf of U.S. Trustee John P. Fitzgerald  III jason.b.shorter@usdoj.gov,
june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

Jay Zabel
on behalf of Creditor NARE Butterfield  LLC jayzabel@zabellaw.com

Jeanmarie Baer
on behalf of Creditor Wichita County jbaer@pbfcm.com

Jeffrey Kurtzman
on behalf of Creditor PREIT Services  LLC, as agent for PR Prince Georges Plaza, LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor PREIT Services  LLC, as agent for Springfield/Delco Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor PREIT Services  LLC, as agent for WG Park, L.P. kurtzman@kurtzmansteady.com

Jeffrey Arnold Dito
on behalf of Creditor Commons at Issaquah  Inc., a Florida corporation jdito@valinoti-dito.com

Jeffrey M Carbino
on behalf of Creditor Frontier Lynchburg  LLC Jeffrey@jensenbagnatolaw.com

Jeffrey S. Romanick
on behalf of Creditor WG Tavern Square Venture LLC jromanick@grddlaw.com  jeff@grddlaw.com

Jennifer J. West
on behalf of Creditor PPF AMLI 421 West 3rd Street  L.P. jwest@spottsfain.com,
rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
om;churley@spottsfain.com

Jennifer Larkin Kneeland
on behalf of Creditor Google LLC jkneeland@watttieder.com

Jennifer Maria Kappel
on behalf of Interested Party CR Mount Pleasant  LLC jennifer.kappel@us.dlapiper.com, Jennifer-kappel-0591@ecf.pacerpro.com

Jennifer McLain McLemore
on behalf of Creditor State Teachers Retirement Systems of Ohio jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor CPT Peachtree Forum I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor Weingarten Realty Investors and Its Affiliates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor Vestar QCM  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor Short Hills Associates  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I VII Reno Operating  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor West Farms Mall  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Stonefield Advisors jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor US MJW East Gate VI LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Mall at Short Hills jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ShopOne Centers REIT  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Newbridge  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Urban Edge Properties  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor W-PT Metro Center Owner VIII  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor OCW Retail - Canton  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Galleria Mall Investors LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Macerich Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Rainier Companies jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI Ridgeway  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Federal Realty Investment Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Acadia Realty Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Skokie Fashion Square II  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Auburn Mall  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NW Blakeney Retail  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC TSKCYMO001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NED Altoona LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                                  User:                                              Page 26 of 47
Date Rcvd: Sep 07, 2022                            Form ID: pdford9                            Total Noticed: 273

Jennifer McLain McLemore

on behalf of Creditor W/S Smithfield Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Centennial Real Estate Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Apollo Global Management jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Wilder Companies jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Sandhill Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Ohio State Teachers Retirement System jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Rochester Marketplace  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bayer Retail Company  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Goldman Sachs Realty Management  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC SWWMGPA001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agent for PR Springfield Delco Limited Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TKG Nordhoff - Tampa Plaza LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Dolphin Mall Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor DDR Deer Park Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor JCC California Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CenterCal Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 145 Great Road  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PZ Miracle GL LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC NWNCHSC001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor West Acres Development  LLP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I VII Retail Carriage LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Berengaria Development jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bradley Fair Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor River Park Properties II  a California Limited Partnership jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Philbrook Avenue Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Watters Creek Owner  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor THF Greengate Development  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar Orchard Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC RBASHNC001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Portofino  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Transfair USA d/b/a Fair Trade USA jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Baldwin Commons  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Epps Bridge Centre Property Co.  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Rampart  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tamarack Village Shopping Center  a Limited Partnership jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Rich-Taubman Associates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 447 Fulton LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Chapel Hill Shopping Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bear Valley Partners  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Southland Mall Annex  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agent for PR Exton Square Property LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor MCA Promenade Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC, as agent for PR Plymouth Meeting Limited Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor VORH Associates  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor SyWest Development LLC  Authorized Agent for Sy Howe Arden LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Market Street Retail South LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Gardens on El Paseo LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Seayco-THF Eastside Market Shops  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Cambridgeside Galleria Associates Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Palm Beach Mall Holdings LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI Mueller  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor EDENS jmclemore@williamsmullen.com  avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NADG/SG Riverdale Village LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC NPHUBOH001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PR 150 Roosevelt Shops LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Deutsche Asset & Wealth Management jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NED Little Rock LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Las Vegas Centennial Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Legacy Place Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor M&J Wilkow Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Kingwood Commons  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Embarcadero Center Associates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Greenberg Gibbons jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7
Date Rcvd: Sep 07, 2022

User:
Form ID: pdford9

Page 29 of 47
Total Noticed: 273

Jennifer McLain McLemore

on behalf of Creditor IRC Fort Smith  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Route 140 School Street LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wayside Commons Investors LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CH Shoppes  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Urban Retail Properties jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 1301 East Gladstone Street Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CSHV Crossroads  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weitzman Group jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Metronational Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC MCLVSNV001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Gerrity Group jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Garden City Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Forbes Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Three Embarcadero Center Venture jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC PRLAWKS001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Cool Springs  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Glendale Centre  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor GEM Realty Capital  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Sunvalley Shopping Center LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor UBS Realty Investors LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Plaza Internacional Puerto Rico LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TB Mall at UTC  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CE Boulevard Phase I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ST Mall Owner  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Shary Retail  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bear Valley Partners jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor State Teachers Retirement of Ohio jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Warwick Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Palm Beach Outlets I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Applied Predictive Technologies  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI Trautmann  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Retail Properties of America  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fort Union Shopping Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Southlands TC LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Mankato Heights  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I IX Kildeer  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Draper Peaks  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weingarten Nostat  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor BP Prucenter Acquisition LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor ARC SWWCHOH001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fairlane 28  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor SIMA Management Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Valparasio Walk  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG/Atlantic Delray Beach  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRE Colonie Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Lightman Cool Springs  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Thoroughbred Village  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar DRM OPCO  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor G&I IX Palm Valley Pavilions  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Paddocks Shops jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Merit Tat International Limited jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Creekside Town Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor M&J - Big Waterfront Town Center I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar RW Tempe Marketplace  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Leeds Retail Center  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IRC Bradley Commons  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor HMC PT Poplar Creek Crossing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kite West 86th Street  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Ashville Retail Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tampa Westshore Associates Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Four Embarcadero Venture jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CPT Louisville I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor W/S Wareham Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor W/S Peak Canton Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Shops at Moore  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor YTC Mall Owner  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor W/S/M Hingham Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Green Hills Mall TRG LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Eastchester Associates Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kobie Marketing  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kimco Realty Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Starwood Retail Partners LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Commons at Willowbrook  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Causeway LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Arboretum Market Investment Group  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor WRI North Towne  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fairfax Company of Virginia L.L.C. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Valley Square Mall Owner  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Taubman Landlords jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Vestar LPTC  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Brixmor Operating Partnership LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Weingarten Realty Investors jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor STRS L3 ACQ1 LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Trademark Property Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor US VI Downey  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Taubman Cherry Creek Shopping Center  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Metropolis Lifestyle Center LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Round Rock Crossings Texas LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor ARC CTCHRNC001  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Aronov Realty Management Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor TKG Logan Town Centre LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Route 146 Millbury LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor CPT Shops at Rossmoor  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor IRC Stone Creek  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Central Avenue Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Green Oak Owner 1  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor PGIM Real Estate jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Wareham Crossing Capital LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor KRE Broadway Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor THF D-Charleston Dev.  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor HPC Stonecreek Investors  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Times Square Tower Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor LF II Cottonwood LP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor Bayer Retail Company III  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Montebello Town Center Investors  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor HPC Robinhood Investors  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Saucon Valley Lifestyle Center  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Port St. Lucie Landing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Hagan Properties  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CLPF - 600 NMA  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor TVO Mall Owner LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Taubman Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CVM Holdings LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wendy L. Hufford jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Asheville Retail Associates LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor PREIT Services  LLC as agent for Cherry Hill Center, LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer V. Doran

on behalf of Creditor Nod Brook Owner  LLC jdoran@hinckleyallen.com, calirm@haslaw.com

Joaquin Jose Alemany

on behalf of Creditor Plaza Las Americas  Inc. joaquin.alemany@hklaw.com

Joel R Glucksman

on behalf of Creditor A. Bonaduce  Inc. d/b/a EBS Builders jglucksman@sh-law.com

John D. McIntyre

on behalf of Creditor Poong In Trading Co.  Ltd. jmcintyre@mcintyrestein.com, wedwards@mcintyrestein.com

John E. Lucian

on behalf of Creditor Hansae Co. Ltd. lucian@blankrome.com

John E. Lucian

on behalf of Creditor Apparel Manufacturing Partners Inc. lucian@blankrome.com

John E. Lucian

on behalf of Creditor Sae-A Trading Co.  Ltd. lucian@blankrome.com

John H. Maddock III

on behalf of Creditor Midwood Landlords jmaddock@mcguirewoods.com

John H. Maddock III

on behalf of Creditor Cord Meyer Development LLC jmaddock@mcguirewoods.com

John H. Maddock III

on behalf of Creditor TBG State Street LLC jmaddock@mcguirewoods.com

John H. Maddock III

on behalf of Creditor Midwood Management Corp. jmaddock@mcguirewoods.com

John Kuropatkin Roche

on behalf of Creditor Fox Run Mall  LLC jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor U.S. Bank NA  Trustee, as successor-in-interest to Bank of America, NA, successor by merger to LaSalle Bank NA, as Trustee for Bear Stearns Commercial Mortgage Securities Inc., CMPTC, Series 2007-TOP2 jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor Workday  Inc. jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Creditor 601 Texas Road LLC jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John M. Craig

on behalf of Creditor Delmarva Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Freeport Premium LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Georgia Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio johncraigg@aol.com russj4478@aol.com

John M. Craig

on behalf of Creditor Connecticut Light & Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Gulf Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Potomac Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Oklahoma Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Monongahela Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Pennsylvania Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor TECO Peoples Gas System johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Freeport Retail LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor KeySpan Energy Delivery Long Island johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor KeySpan Energy Delivery New York johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Penland Freeport LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Narragansett Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Sacramento Municipal Utility District johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Midland South Development Co.  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor PSEG Long Island johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Central Maine Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Boston Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Massachusetts Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia johncraigg@aol.com russj4478@aol.com

John M. Craig

on behalf of Creditor NStar Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, as Tenants in Common johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Niagara Mohawk Power Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Atlantic City Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Colonial Gas Cape Cod johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Jersey Central Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Cleveland Electric Illuminating Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor NStar Electric Company  Western Massachusetts johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Casto-Oakbridge Venture Ltd. johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Public Service Electric and Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Constellation NewEnergy  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Rochester Gas & Electric Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor PECO Energy Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Public Service Company of New Hampshire johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor AEP Energy  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Shulport LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Metropolitan Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Pennsylvania Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Park West Village Phase III  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Consolidated Edison Company of New York  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Salt River Project johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Commonwealth Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Freeport Retail  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Baltimore Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor PGS Burlington  LLC/Tower Burlington Commons, LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Florida Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Tucson Electric Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Taylor Square Owner  LLC johncraigg@aol.com, russj4478@aol.com

Case 20-33113-FJS   Doc 2807   Filed 09/09/22   Entered 09/10/22 00:13:57   Desc
Imaged Certificate of Notice   Page 63 of 73
District/off: 0422-7                          User:                                     Page 37 of 47
Date Rcvd: Sep 07, 2022                       Form ID: pdford9                          Total Noticed: 273

John M. Craig
      on behalf of Creditor San Diego Gas and Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Ohio Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Arizona Public Service Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Tampa Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor The Potomac Electric Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor American Electric Power johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor New York State Electric and Gas Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor NStar Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor West Penn Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Toledo Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Winter Park Town Center  Ltd. johncraigg@aol.com, russj4478@aol.com

John M. Craig
      on behalf of Creditor Yankee Gas Services Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
      on behalf of Creditor Orange and Rockland Utilities  Inc. johncraigg@aol.com, russj4478@aol.com

John P. Fitzgerald, III
      USTPRegion04.RH.ECF@usdoj.gov

Jonathan A. Grasso
      on behalf of Creditor Bellevue Square  LLC jon@piercemccoy.com

Jonathan A. Grasso
      on behalf of Creditor Bellevue Square Merchants' Association jon@piercemccoy.com

Jonathan Baird Vivona
      on behalf of Creditor Diane Hoffman jvivona@vpbklaw.com  notices@vpbklaw.com

Joseph D. Frank
      on behalf of Creditor Experian Marketing Solutions  LLC jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph H. Lemkin
      on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Justin Michael Sizemore
      on behalf of Creditor Sundance Square Partners  L.P. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Ronald Glenn
      on behalf of Creditor Hammond Square  L.L.C. as successor in interest to Palace Properties, L.L.C. Justin.glenn@arlaw.com,
      vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor Fremaux Town Center SPE  L.L.C. as successor in interest to Slidell Development Company, L.L.C.
      Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor Stirling Lafayette  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor Eastgate Associates  LLC Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor MacArthur Village SPE  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor TC Crossing  L.L.C. as successor in interest to KIMCO Hattiesburg L.P. Justin.glenn@arlaw.com,
      vicki.owens@arlaw.com

Justin Ronald Glenn
      on behalf of Creditor SP Bossier  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

District/off: 0422-7                                    User:                                    Page 38 of 47
Date Rcvd: Sep 07, 2022                                Form ID: pdford9                        Total Noticed: 273

Justin Ronald Glenn

on behalf of Creditor Premier Centre  L.L.C. Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Justin Ronald Glenn

on behalf of Creditor River Chase Shopping Center  L.L.C. as successor in interest to S. M. South, L.L.C.
Justin.glenn@arlaw.com, vicki.owens@arlaw.com

Karl A. Moses, Jr.

on behalf of Creditor Cheetah Digital  Inc. f/k/a Experian Marketing Solutions, Inc. kmoses@spottsfain.com,
jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com
;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Akamai Technologies  Inc. kmoses@spottsfain.com,
jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com
;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Asprey  Inc. kmoses@spottsfain.com,
jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com
;churley@spottsfain.com

Karl A. Moses, Jr.

on behalf of Creditor Duke Energy Indiana  LLC, Duke Energy Carolinas, LLC; Duke Energy Progress, LLC; Duke Energy
Florida, LLC; Duke Energy Ohio, Inc; Duke Energy Kentucky, Inc.; and Piedmont Natural Gas Company
kmoses@spottsfain.com,
jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com
;churley@spottsfain.com

Kathryn R. Montgomery

on behalf of U.S. Trustee John P. Fitzgerald  III Kathryn.Montgomery@usdoj.gov,
june.e.turner@usdoj.gov;theresa.e.mcpherson@usdoj.gov;Shannon.pecoraro@usdoj.gov;jason.b.shorter@usdoj.gov;peggy.t.flinch
um@usdoj.gov;Christina.Schruefer@usdoj.gov

Kevin A. Lake

on behalf of Creditor The "Local Texas Taxing Authorties " comprised of: Allen, Allen ISD, Angelina County, Bexar County,
Cameron County, Carrollton, Cypress-Fairbanks ISD, Dallas County, Ector CAD,et al. klake@mcdonaldsutton.com

Kevin M Capuzzi

on behalf of Creditor PPG Shadow Real Estate LLC  a Delaware limited liability company kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com

Kevin M Capuzzi

on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Newman

on behalf of Creditor National Realty & Development Corporation knewman@barclaydamon.com
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor Horizon Group Properties  Inc. knewman@barclaydamon.com,
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor DLC Management Corp. knewman@barclaydamon.com
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor Rivercrest Realty Associates  LLC knewman@barclaydamon.com,
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor SITE Centers Corp. knewman@barclaydamon.com
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor Pyramid Management Group  LLC knewman@barclaydamon.com,
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kevin M. Newman

on behalf of Creditor RPT Realty  L.P. knewman@barclaydamon.com,
kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Kristen N. Pate

on behalf of Creditor Brookfield Properties Retail  Inc. bk@brookfieldpropertiesretail.com

Kyle Russell Hosmer

on behalf of Creditor PLD USLV Alessandro DC  LP (f/k/a IPT Alessandro DC, LP) kyle.hosmer@faegredrinker.com,
dorothy.bailey@faegredrinker.com

District/off: 0422-7 | User: | Page 39 of 47
Date Rcvd: Sep 07, 2022 | Form ID: pdford9 | Total Noticed: 273

Laura J Monroe
on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com

Laura J Monroe
on behalf of Creditor Midland County lmbkr@pbfcm.com

Laura L. McCloud
on behalf of Creditor TN Dept of Revenue laura.mccloud@ag.tn.gov

Leonidas Koutsouftikis
on behalf of Creditor Bey Lea Joint Venture lkouts@magruderpc.com  mcook@magruderpc.com

Leonidas Koutsouftikis
on behalf of Creditor WRIT 1140 CT  LLC lkouts@magruderpc.com, mcook@magruderpc.com

Lindsey M. Harrison Madgar
on behalf of Creditor Cafaro Management Company LMADGAR@CAFAROCOMPANY.COM
RDAVIS@CAFAROCOMPANY.COM

Lisa Hudson Kim
on behalf of Creditor The Macerich Company lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim
on behalf of Creditor Pyramid Management Group  LLC lhkim@kaufcan.com,
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim
on behalf of Creditor Federal Realty Investment Trust lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Louis F. Solimine
on behalf of Interested Party Corpus Christi Retail Venture LP Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Mustang LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party River Ridge Mall JV LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party OKC Outlets I LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI Huntsville LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Ontario LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI MSW LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party TMP SRE I LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party IMI Miracle Mile LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party Peoria New Mall LLC Louis.solimine@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party SRE Boardwalk LLC Louis.solimine@thompsonhine.com

Lynn L. Tavenner
on behalf of Creditor DIV Cranberry  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Millennium Livonia  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor PFP 4 Outlets  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Gazit Horizons (Marketplace) LLC ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Equity Alliance of Canton Developer Parcel  LLC ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner

on behalf of Creditor Washington Prime Group Inc. ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;amorris@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Marguerite Lee DeVoll

on behalf of Creditor Google LLC mdevoll@watttieder.com

Marvin E Sprouse, III

on behalf of Creditor LCFRE Sugar Land Town Square  LLC msprouse@sprousepllc.com

Mary F. Caloway

on behalf of Creditor Kendall Village Associates  Ltd. mary.caloway@bipc.com,
sherry.fornwalt@bipc.com;donna.curcio@bipc.com

Michael D. Mueller

on behalf of Creditor Kobie Marketing  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Lake George Northway  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor MCA Promenade Owner LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Stone Creek  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Greenwood Place Commons  LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Castleton Shoppes  LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor G&I IX Palm Valley Pavilions  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Paoli Shopping Center Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Mankato Heights  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor W-PT Metro Center Owner VIII  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor HMC PT Poplar Creek Crossing  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Valparasio Walk  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor G&I IX Kildeer  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Coliseum Shoppes  LP mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Bradley Commons  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Skokie Fashion Square II  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Northway Outlets  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor West Acres Development  LLP mmueller@williamsmullen.com,

District/off: 0422-7                                    User:                                    Page 41 of 47
Date Rcvd: Sep 07, 2022                               Form ID: pdford9                         Total Noticed: 273

avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Fort Smith  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Evansville Associates LP mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor IRC Rochester Marketplace  L.L.C. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael E. Hastings

on behalf of Creditor Lakewood Associates  LLC mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Creditor Bella Terra Associates  LLC mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Creditor Champion Retail Services  Inc. mhastings@woodsrogers.com, jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Creditor Premier Brands Justice LLC mhastings@woodsrogers.com  jmartin@woodsrogers.com

Michael Gregory Wilson

on behalf of Creditor TC Crossing  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor Premier Centre  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor Stirling Lafayette  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor North Riverside Plaza LP mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor PREP Hillside Real Estate LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Interested Party Premium Apparel LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor River Chase Shopping Center  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor Fremaux Town Center SPE  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor Eastgate Associates  L.P. mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor 149 5th Ave. Corp. mike@mgwilsonlaw.com

Michael Zachary Bluestone

on behalf of Creditor Korea Trade Insurance Corporation mzb@bluestonelaw.com

Michelle E Shriro

on behalf of Creditor RED Development LLC mshriro@singerlevick.com  scotton@singerlevick.com

Mickee M Hennessy

on behalf of Interested Party Austin Corner Associates Inc. mhennessy@westermanllp.com

Nancy H Hamren

on behalf of Interested Party Sil-Way LLC nhamren@coatsrose.com  tfritsche@coatsrose.com

Neil E. McCullagh

on behalf of Creditor 156 Fifth Avenue Corp. nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Nicole Cane Kenworthy

on behalf of Creditor Prince George's County  Maryland bdept@mrrlaw.net

Nicole Cane Kenworthy

on behalf of Creditor Charles County  Maryland bdept@mrrlaw.net

Nisha R. Patel

on behalf of Creditor Dakota UPREIT Limited Partnership NPatel@kmbch13.com  attorneynrp@gmail.com

Norman N Kinel

on behalf of Interested Party Tainan Enterprises Co. Ltd. norman.kinel@squirepb.com, sarah.conley@squirepb.com;norman-kinel-4300@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Shoppes of Delaware Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor ASNA Value Fashion LLC oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Catherines #5124 Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Ascena Retail Holdings Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Sales Co. Four Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Ascena Trade Services LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor BackingBrands Solutions LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor AnnTaylor Retail Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor C.S.F. Corp. oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor AnnCo Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Catherines #5147 Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Catherines Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor 933 Inspiration LLC oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor BackingBrands Buying Agent LLC oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Sales Co. Three Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor AnnTaylor Distribution Services Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor ANN Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Sales Co. Two Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Catherines Stores Corporation oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Sales Co. One Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor AnnTaylor Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Shoppes Seller Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor ANN Card Services Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Charming Shoppes Receivables Corp. oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Other Professional Jackson Square Advisors LLC in its capacity as the Plan Administrator oantle@cooley.com, efiling-notice@ecf.pacerpro.com

Olya Antle

on behalf of Debtor Catalog Receivables LLC oantle@cooley.com efiling-notice@ecf.pacerpro.com

Olya Antle

|  |  |
|---|---|
| | on behalf of Debtor ASNA Plus Fashion  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com |
| Olya Antle | |
| | on behalf of Debtor AnnTaylor of Puerto Rico  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com |
| Olya Antle | |
| | on behalf of Debtor Retail Group  Inc., et al. oantle@cooley.com, efiling-notice@ecf.pacerpro.com |
| Olya Antle | |
| | on behalf of Debtor Catalog Seller LLC oantle@cooley.com  efiling-notice@ecf.pacerpro.com |
| Olya Antle | |
| | on behalf of Debtor CCTM  Inc. oantle@cooley.com, efiling-notice@ecf.pacerpro.com |
| Owen M. Sonik | |
| | on behalf of Creditor Brazoria County Tax Office  et al osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Patrick Collins | |
| | on behalf of Creditor Cord Meyer Development LLC pcollins@farrellfrotz.com |
| Patrick William Carothers | |
| | on behalf of Creditor Karle International Private Limited pcarothers@leechtishman.com ghauswirth@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Patrick William Carothers | |
| | on behalf of Creditor Poong In Trading Co.  Ltd. pcarothers@leechtishman.com, ghauswirth@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Union Station Venture II LLC paul@zemanianlaw.com megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Texas Taxing Authorities paul@zemanianlaw.com megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Levin Management Corporation paul@zemanianlaw.com megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com |
| Paul A. Driscoll | |
| | on behalf of Creditor Brazoria County Tax Office  et al paul@zemanianlaw.com, megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com |
| Paul G Jennings | |
| | on behalf of Creditor Pine Street Flats  LLC pjennings@bassberry.com, bankr@bassberry.com |
| Paul W Carey | |
| | on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com |
| Peter C. D'Apice | |
| | on behalf of Creditor BBK Easton Office  LLC dapice@sbep-law.com |
| Peter J. Barrett | |
| | on behalf of Interested Party Bluestar Alliance LLC peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |
| Peter J. Barrett | |
| | on behalf of Interested Party Justice Brand Holdings LLC peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |
| Rebecca Lynn Dannenberg | |
| | on behalf of Creditor LRC Mentor Investors  LLC rdannenberg@fandpnet.com |
| Richard E. Lear | |
| | on behalf of Creditor Plaza Las Americas  Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com |
| Robert Radasevich | |
| | on behalf of Creditor CH Shoppes  LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor Southlands TC LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor PZ Miracle GL LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor US MJW East Gate VI  LLC rradasevich@nge.com |
| Robert Radasevich | |
| | on behalf of Creditor M&J Wilkow Properties  LLC rradasevich@nge.com |

Robert Radasevich
                    on behalf of Creditor M&J - Big Waterfront Town Center I  LLC rradasevich@nge.com

Robert A. Canfield
                    on behalf of Creditor Jane R. Moe bcanfield@canfieldbaer.com
                    jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert M. Marino
                    on behalf of Interested Party Fullbeauty Brands Operations  LLC rmmarino@rpb-law.com, rmmarino1@aol.com

Robert P. McIntosh
                    on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov,
                    USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Robert S. Westermann
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors rwestermann@hirschlerlaw.com
                    rhenderson@hirschlerlaw.com

Robert S. Westermann
                    on behalf of Interested Party Ascena GUC Trust rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Robyn Danielle Pepin
                    on behalf of Creditor Marple XYZ Associates  L.P. rpepin@glasserlaw.com, pjmecf@glasserlaw.com

Ronald A. Page, Jr.
                    on behalf of Creditor North Riverside Plaza LP rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Premier Centre  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Interested Party Joel Patterson and Michaella Corporation rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Eastgate Associates  L.P. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Fremaux Town Center SPE  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor River Chase Shopping Center  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor SP Bossier  L.L.C. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor TC Crossing  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Stirling Lafayette  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald E Gold
                    on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com
                    awebb@fbtlaw.com;eseverini@fbtlaw.com;khardison@fbtlaw.com

Ronald J. Drescher
                    on behalf of Creditor Christine Clark ecfdrescherlaw@gmail.com  myecfdrescher@gmail.com,284@notices.nextchapterbk.com

Ronald M. Tucker
                    on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Roy M. Terry, Jr.
                    on behalf of Creditor Lionel Savadove roymterry@gmail.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sophia A Plank
                    on behalf of Creditor C & B #3  LLC spernaplank@jaspanllp.com

Sophia A Plank
                    on behalf of Creditor S.A. Development Group  L.P. spernaplank@jaspanllp.com

Sophia A Plank
                    on behalf of Creditor Forum Lone Star  L.P. spernaplank@jaspanllp.com

Sophia A Plank
                    on behalf of Creditor AVR CPC Associates  LLC spernaplank@jaspanllp.com

Stacy L Newman
                    on behalf of Creditor RetailMeNot  Inc. snewman@ashbygeddes.com, ahrycak@ashbygeddes.com

Stan D Smith

on behalf of Creditor Acxiom LLC ssmith@mwlaw.com  jcearley@mwlaw.com

Stephen A. Metz

on behalf of Creditor Thruway Shopping Center LLC smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Creditor Simon Property Group  Inc. smetz@offitkurman.com, mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Creditor Saul Holdings Limited Partnership smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen B. Selbst

on behalf of Creditor Gazit Horizons (Marketplace) LLC sselbst@herrick.com

Stephen W Spence

on behalf of Creditor Bear Valley Partners  LP sws@bmbde.com

Steven Allen Neeley, Jr.

on behalf of Creditor CBL & Associates Management  Inc. steve.neeley@huschblackwell.com,
julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com

Steven Allen Neeley, Jr.

on behalf of Creditor TierPoint  LLC steve.neeley@huschblackwell.com,
julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com

Steven F. Jackson

on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov
nicole.rodriguez@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.S
proul@loudoun.gov

Steven R Schlesinger

on behalf of Creditor C & B #3  LLC sschlesinger@jaspanllp.com,
smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com

Steven W. Kelly

on behalf of Creditor Wilson Gardens Havana  LLC skelly@s-d.com

Steven W. Kelly

on behalf of Creditor CPBP-VII Associates  L.P. skelly@s-d.com

Tara LeDay

on behalf of Creditor Texas Taxing Authorities tleday@mvbalaw.com
bankruptcy@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw
.com

Tara B. Annweiler

on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Thomas C Wolford

on behalf of Creditor PZ Miracle GL LLC twolford@nge.com  mmirkovic@nge.com

Thomas C Wolford

on behalf of Creditor US MJW East Gate VI  LLC twolford@nge.com, mmirkovic@nge.com

Thomas C Wolford

on behalf of Creditor Southlands TC LLC twolford@nge.com  mmirkovic@nge.com

Thomas C Wolford

on behalf of Creditor M&J Wilkow Properties  LLC twolford@nge.com, mmirkovic@nge.com

Thomas C Wolford

on behalf of Creditor CH Shoppes  LLC twolford@nge.com, mmirkovic@nge.com

Thomas C Wolford

on behalf of Creditor M&J - Big Waterfront Town Center I  LLC twolford@nge.com, mmirkovic@nge.com

Thomas Francis Murphy

on behalf of Creditor The Realty Associates Fund X  L.P. tmurphy@dclawfirm.com,
rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com

Thomas Francis Murphy

on behalf of Attorney Friedlander Misler  PLLC tmurphy@dclawfirm.com,
rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com

Thomas John McKee, Jr.

on behalf of Counsultant SB360 Capital Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.

on behalf of Creditor ADP  Inc. as successor to ADP, LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.

on behalf of Creditor Invesco Advisors  Inc. mckeet@gtlaw.com, smedsa@gtlaw.com

District/off: 0422-7
Date Rcvd: Sep 07, 2022

User:

Form ID: pdford9

Page 46 of 47

Total Noticed: 273

Thomas John McKee, Jr.
on behalf of Creditor RCPI LANDMARK PROPERTIES  L.L.C. mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas Joseph Moran
on behalf of Creditor MCPP Cascade Station I  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
on behalf of Creditor A-Loop  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
on behalf of Creditor Eden Prairie Center  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
on behalf of Creditor REEP-RTL DTC VA LLC tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Joseph Moran
on behalf of Creditor MLM Chino Property  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas S Onder
on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Tracey Michelle Ohm
on behalf of Creditor 850 Third Avenue Owner LLC tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Creditor Vulcan Properties  Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com

Tyler P. Brown
on behalf of Unknown JPMORGAN CHASE BANK  N.A. tpbrown@huntonak.com, tcanada@huntonak.com

Vanessa Peck Moody
on behalf of Creditor Philbrook Avenue Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Cambridgeside Galleria Associates Trust vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Asheville Retail Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Capital Augusta Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Warwick Mall Owner LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor W/S Peak Canton Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Route 146 Millbury LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor W/S/M Hingham Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor W/S Smithfield Associates LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor NED Little Rock LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Market Street Retail South LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Route 140 School Street LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Wareham Crossing Capital LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Garden City Owner LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Bradley Fair Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Palm Beach Mall Holdings LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Three Embarcadero Center Venture vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

Vanessa Peck Moody
on behalf of Creditor Legacy Place Properties LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com

| Vanessa Peck Moody | |
| | on behalf of Creditor NED Altoona LLC vmoody@goulstonstorrs.com  drosner@goulstonstorrs.com |
| Victor A Sahn | |
| | on behalf of Creditor Asprey  Inc. vsahn@sulmeyerlaw.com |
| Victor A Sahn | |
| | on behalf of Creditor Denimatrix  LLC vsahn@sulmeyerlaw.com |
| Victor A Sahn | |
| | on behalf of Creditor Axis NA  LLC vsahn@sulmeyerlaw.com |
| Victor W. Newmark | |
| | on behalf of Creditor Wekiva Square  LLC bankruptcy@evict.net |
| Victor W. Newmark | |
| | on behalf of Creditor PR Avalon Phase 1 Owner  LLC bankruptcy@evict.net |
| Victor W. Newmark | |
| | on behalf of Creditor Cross Country Plaza  LLC bankruptcy@evict.net |
| Victor W. Newmark | |
| | on behalf of Creditor Coro North Point  LLC bankruptcy@evict.net |
| William A. Broscious | |
| | on behalf of Creditor SAP Industries  Inc. fka SAP Retail Inc. wbroscious@brosciouslaw.com |
| William A. Broscious | |
| | on behalf of Creditor Goldman Sachs Bank USA wbroscious@brosciouslaw.com |
| William J Levant | |
| | on behalf of Creditor Marple XYZ Associates wlevant@kaplaw.com |

TOTAL: 758