# Andrews, Bernstein, Maranto & Nicotra, PLLC

Attorneys and Counselors at Law
420 Franklin Street
Buffalo, New York 14202

Tel: (716) 842-2200
Fax: (716) 847-1134

*FACSIMILE AND E-MAIL SERVICE NOT ACCEPTED*

Benjamin J. Andrews
Robert J. Maranto, Jr.
Richard A. Nicotra
Andrew J. Connelly

Of Counsel
Alan L. Bernstein

Norton T. Lowe
Thomas P. Kotrys
Amanda N. Blum
Anthony V. Iacono

September 9, 2022

**_VIA CERTIFIED MAIL_**
U.S. Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street
Richmond, VA 23219

RICHMOND DIVISION
FILED
SEP 1 2 2022
CLERK
U.S. BANKRUPTCY COURT

Re: *DiLauro v. Ascena Retail Group, et al.*

Dear Sir/Madam:

On September 13, 2021, our law firm filed Michelle DiLauro's Proof of Claim in Ascena Retail Group, Inc.'s Chapter 11 Bankruptcy. See copy of Proof of Claim and Prime Clerk's acknowledgement of filing, attached hereto as Exhibit "A". Although our Proof of Claim was filed after the deadline, the debtor never provided us with formal notice of the bar date for filing the Proof of Claim.

Since this office was never given proper notice, we kindly request this Court accept our Proof of Claim in this matter.

Thank you for your attention to this matter.

Very truly yours,

ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC

Benjamin J. Andrews, Esq.

---

Niagara Falls Office: 711 Pine Avenue, Niagara Falls, New York – (716) 282-1000
Amherst Office: 3950 East Robinson Road, Suite 108, Amherst, New York 14228

*cc: Robert Scott, Esq. (w/ enclosure)*

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850

In re Ascena Retail Group, Inc.
Case No. 20-33113
United States Bankruptcy Court for the Eastern District of Virginia (Richmond)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 9/13/2021
Proof of Claim No.: 6474

For additional information, please visit http://cases.primeclerk.com/ascena, or call us at 20-33113.

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 10165 $ 000.53
0000349747 SEP 24 2021

SEP 28 2021

Michelle DiLauro
Andrews, Bernstein, Maranto & Nicotra, PLLC
420 Franklin Street
Buffalo, NY 14202

...tein, Maranto & Nicotra, PLLC
...neys and Counselors at Law
420 Franklin Street
...uffalo, New York 14202

Tel: (716) 842-2200
Fax: (716) 847-1134

...D E-MAIL SERVICE NOT ACCEPTED

Of Counsel
Alan L. Bernstein

Norton T. Lowe
Thomas P. Kotrys
Amanda N. Blum

September 7, 2021

**VIA CERTIFIED MAIL**
U.S. Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street
Richmond, VA 23219

      *Re:     DiLauro v. Ascena Retail Group, et al.*

Dear Sir/Madam:

      Enclosed please find Michelle DiLauro's Proof of Claim in Ascena Retail Group, Inc.'s Chapter 11 Bankruptcy. Claimant's personal injury case is based on injuries she suffered on July 2, 2017 when she tripped on a raised tile at the Lane Bryant store, 1 Galleria Drive, #109-110, Cheektowaga, New York 14225.

      Thank you.

                             Very truly yours,

                      ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC

                              Benjamin J. Andrews, Esq.

BJA: ro
Enc.
cc: Robert Scott, Esq. (via e-mail only)

Niagara Falls Office: 711 Pine Avenue, Niagara Falls, New York – (716) 282-1000
Amherst Office: 3950 East Robinson Road, Suite 108, Amherst, New York 14228

**Fill in this information to identify the case:**

Debtor 1: Ascena Retail Group, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 20-33113

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Michelle DiLauro
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Andrews, Bernstein, Maranto & Nicotra, PLLC
Name

420 Franklin Street
Number     Street

Buffalo                NY           14202
City                   State        ZIP Code

Contact phone 716-842-2200

Contact email bandrews@wnyinjurylawyers.com

Where should payments to the creditor be sent? (if different)

Andrews, Bernstein, Maranto & Nicotra, PLLC
Name

420 Franklin Street
Number     Street

Buffalo                NY           14202
City                   State        ZIP Code

Contact phone 716-842-2200

Contact email bandrews@wnyinjurylawyers.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                           MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                Proof of Claim                                       page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?**   $ 100,000.00 - 175,000.00 .   **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   personal injury

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.   The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                              $_____
   **Amount of the claim that is secured:**   $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/07/2021
                    MM / DD / YYYY

_/s/ Benjamin J. Andrews_
Signature

Print the name of the person who is completing and signing this claim:

| Name | Benjamin J. Andrews, Esq. |
|---|---|
| | First name   Middle name   Last name |
| Title | Andrews, Bernstein, Maranto & Nicotra, PLLC |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 420 Franklin Street |
| | Number   Street |
| | Buffalo                                    NY        14202 |
| | City                                       State    ZIP Code |
| Contact phone | 716-842-2200                Email  bandrews@wnyinjurylawyers.com |