Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
Michael R. Seidl, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com
mseidl@pszjlaw.com

*Counsel for the Ascena GUC Trust*

Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: bfalabella@hirschlerlaw.com

*Local Counsel for the Ascena GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **RETAIL GROUP, INC., et al.,** | : | **Case No. 20-33113 (FJS)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**ORDER (I) APPROVING DISTRIBUTIONS TO HOLDERS OF GENERAL UNSECURED CLAIMS; (II) APPROVING THE ABANDONMENT OF REMAINING GUC TRUST ASSETS; (III) TERMINATING AND DISCHARGING THE GUC TRUST AND RELATED PARTIES ; AND (IV) GRANTING RELATED RELIEF**

Upon the *Motion of the Ascena GUC Trustee for Entry of an Order (I) Approving Distributions to Holders of General Unsecured Claims; (II) Approving the Abandonment of Remaining GUC Trust Assets; (III) Terminating and Discharging the GUC Trust and Related Parties ; and (IV) Granting Related Relief* (the "Motion")[2] dated May 13, 2026, filed by the Ascena GUC Trustee (the "Trustee") of the GUC Trust; and this Court having determined

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

that granting the relief requested in the Motion is in the best interests of the above-captioned Debtors' estate and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction over this matter; and the legal and factual bases stated in the Motion having established just cause for the relief requested in the Motion; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted.

2. The GUC Trust's proposed distribution to holders of Allowed General Unsecured Claims is approved.

3. The GUC Trust's abandonment of any remaining Trust assets is approved.

4. Without further order of the Court, effective on the date that final distributions are first issued, the GUC Trust is terminated.

5. Without further order of the Court, effective on the date that final distributions are first issued, each of the GUC Trust and Trustee are discharged and relieved of any further duties with respect to, and the GUC Trust, Trustee and their respective firms, companies, affiliates, partners, officers, directors, members, employees, professionals, advisors, attorneys, financial advisors, investment bankers, disbursing agents, or agents, and any of such Person's successors and assigns, are relieved from all liability related to, the Plan, the GUC Trust, the Trust Agreement, and the Chapter 11 Cases; provided, however, that nothing in the Motion or in this Order shall be construed to relieve any such Persons from liability for specific actions or omissions resulting from its willful misconduct, gross negligence or fraud found by a final judgment of a court of competent jurisdiction (not subject to further appeal or review) to be the cause of loss, liability, damage, or expense suffered by the Trust.

6. Notwithstanding the foregoing, the GUC and the GUC Trust's employees, professionals, and representatives are hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and to complete administration of the GUC Trust, including, but not limited to: (a) filing final tax returns; (b) paying final invoices for professionals; (c) completing other administrative functions; or (d) donating remnant cash to a 501(c)(3) charitable organization.

7. This Order is without prejudice to and does not otherwise affect the releases, exculpations, and limitations of liability otherwise afforded by the Plan or the Trust Agreement.

8. The Trustee, on behalf of the Trust, is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Order.

9. The Court shall retain jurisdiction to construe and enforce this Order.

Dated: Jun 15 2026, 2026
Norfolk, Virginia

/s/ Frank J Santoro
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jun 15 2026

WE ASK FOR THIS:

/s/ *Brittany B. Falabella*
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: bfalabella@hirschlerlaw.com

*Local Counsel for the Ascena GUC Trust*

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
Michael R. Seidl, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com
mseidl@pszjlaw.com

*Lead Counsel for the Ascena GUC Trust*

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Brittany B. Falabella*
Brittany B. Falabella (VSB No. 80131)